UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: OHIO EXECUTION
PROTOCOL LITIGATION

Case No. 2:11-cv-1016
JUDGE GREGORY L. FROST
Magistrate Judge Mark R. Abel

**This document relates to: Michael Webb.**

## ORDER

On January 24, 2012, Michael Webb filed a motion to intervene (ECF No. 66) and a motion for a temporary restraining order and a preliminary injunction (ECF No. 67). Pursuant to S. D. Ohio Civ. R. 65.1(a), the Court therefore held an informal preliminary telephone conference with the parties on January 25, 2012. During this conference, counsel for Defendants stated that Defendants do not oppose the motion to intervene and the motion for a temporary restraining order and a preliminary injunction.

The Court **GRANTS** the motion to intervene. (ECF No. 66.) The Clerk shall detach Webb's proffered complaint and attachments and file said material on the docket. (ECF No. 66-1.) This Court also **GRANTS** Webb's motion for a temporary restraining order and a preliminary injunction (ECF No. 67). It is thus **ORDERED**, **ADJUDGED**, and **DECREED** that the State of Ohio, and any person acting on its behalf, is hereby **STAYED** from implementing an order for the execution of Michael Webb issued by any court of the State of Ohio until further Order from the Court.

**IT IS SO ORDERED.**

    /s/   Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE