IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

|   |   |   |
|---|---|---|
|  | : |  |
| In re: Ohio Execution Protocol Litigation | : | Case No. 2:11-cv-01016 |
|  | : | Judge Frost |
|  | : | Magistrate Judge Abel |
|  | : |  |
|  | : |  |

**ORDER**

      The Clerk of Court is DIRECTED to strike document 293. This matter is before the Magistrate Judge on plaintiff Gregory Lott's April 26, 2013 motion for leave to proceed in forma pauperis under 28 U.S.C. §1915(a)(1) and (2), (doc. 289) which is GRANTED. Plaintiff Gregory Lott, a prisoner incarcerated at the Chillicothe Correctional Institution, seeks to intervene in this action. Mr. Lott is allowed to prosecute this action without prepayment of fees or costs and judicial officers who render services in this action shall do so as if the costs had been prepaid.

s/Mark R. Abel
United States Magistrate Judge