UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: OHIO EXECUTION**
**PROTOCOL LITIGATION**            Case No. 2:11-cv-1016
                                   **JUDGE GREGORY L. FROST**
                                   **Magistrate Judge Mark R. Abel**

**This document relates to: Arthur Tyler.**

## ORDER

This matter is before the Court for consideration of the May 13, 2014 motion for voluntary dismissal filed by Arthur Tyler. (ECF No. 460.) Citing the recent commutation of his sentence to life in prison without the possibility of parole, Tyler seeks to dismiss his pleadings and withdraw as a party to this action pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court **GRANTS** the motion. The Clerk shall terminate Tyler as a party to this litigation and shall terminate as moot Defendants' motion to dismiss targeting Tyler's supplemental individual complaint. (ECF No. 450.)

**IT IS SO ORDERED**.

                                   /s/ Gregory L. Frost
                                   GREGORY L. FROST
                                   UNITED STATES DISTRICT JUDGE