# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**IN RE: OHIO EXECUTION**
**PROTOCOL LITIGATION**             Case No. 2:11-cv-1016
                                    JUDGE GREGORY L. FROST
                                    Magistrate Judge Mark R. Abel

**This document relates to: Ronald Phillips.**

# ORDER

On May 22, 2014, this Court held a telephone status conference to address discovery disputes related to the June 9, 2014 hearing on Ronald Phillips' execution. In addition to the oral discovery orders set forth in the record of that hearing, the Court memorializes here the following:

(1) Phillips shall disclose any expert reports on or before June 2, 2014;

(2) Phillips shall file his injunctive relief motion by 10:00 a.m. on June 6, 2014; and

(3) Defendants shall disclose any expert reports by 11:59 p.m. on June 6, 2014.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　/s/ Gregory L. Frost
　　　　　　　　　　　　　　　　　　　　　　GREGORY L. FROST
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE