UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: OHIO EXECUTION
PROTOCOL LITIGATION

Case No. 2:11-cv-1016
JUDGE GREGORY L. FROST
Magistrate Judge Mark R. Abel

**This document relates to: All Plaintiffs.**

## ORDER

In light of the need for discovery and necessary preparations related to the adoption and implementation of the new execution protocol that became effective April 28, 2014, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the State of Ohio, and any person acting on its behalf, is hereby **STAYED** from implementing an order for the execution of any Ohio inmate issued by any court of the State of Ohio until August 15, 2014, or until further Order from the Court. The Court therefore **VACATES** the pleading, disclosure, and hearing deadlines set forth in its recent Orders. (ECF Nos. 462, 463, 465.) The parties shall work together to coordinate efforts so that the Court can set necessary deadlines following expiration of the stay.

**IT IS SO ORDERED.**

/s/ Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE