UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: OHIO EXECUTION
PROTOCOL LITIGATION**

Case No. 2:11-cv-1016
JUDGE GREGORY L. FROST
Magistrate Judge Mark R. Abel

**This document relates to: All Plaintiffs.**

## ORDER

In light of the continuing need for discovery and necessary preparations related to the adoption and implementation of the new execution protocol that became effective April 28, 2014, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the State of Ohio, and any person acting on its behalf, is hereby **STAYED** from implementing an order for the execution of any Ohio inmate issued by any court of the State of Ohio until January 15, 2015, or until further Order from the Court.  The parties shall continue to work together to coordinate efforts so that the Court can set necessary deadlines following expiration of the stay.

Defendants' deadline for responding to Plaintiff Gregory Lott's amended individual complaint remains in effect.  (ECF No. 492.)

**IT IS SO ORDERED.**

　/s/　Gregory L. Frost　　　
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE