# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: OHIO EXECUTION PROTOCOL LITIGATION | : : : : : | Case No. 2:11-cv-1016 |
| | | Judge Gregory Frost |
| | | Magistrate Judge Abel |
| This document relates to: | : : | |
| ALL PLAINTIFFS | : : : | |

## DEFENDANT'S NOTICE OF REVISED 01-COM-11

Defendants hereby gives notice to the Court, and the parties, of the revised execution protocol 01-COM-11(dated June 29, 2015).

Respectfully Submitted,

**MICHAEL DEWINE**
**OHIO ATTORNEY GENERAL**

**s/Thomas E. Madden**
Thomas E. Madden (0077069)
Assistant Attorney General
Capital Crimes Unit
150 E. Gay St. 16th Floor
Columbus, OH 43215
614-728-7055
(fax) 614-728-8600
Counsel for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was delivered to counsel for the petitioner by electronic filing on this 29th day of June, 2015.

**s/Thomas E. Madden**
T.E. Madden (0077069)