IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: OHIO EXECUTION
PROTOCOL LITIGATION

Case No. 2:11-cv-1016
JUDGE GREGORY L. FROST
Magistrate Judge Michael R. Merz

**This document relates to: Ronald Phillips.**

### ORDER

This matter is before the Court for consideration of the renewed motion to unseal provisionally sealed documents and hearing transcript filed by Plaintiff Ronald Phillips. (ECF No. 631.) In their response (ECF No. 635) and a notice of correction (ECF No. 636) related to that response, Defendants do not oppose the unsealing of specific documents. Accordingly, by agreement of the parties, the Court **DIRECTS** the Clerk to unseal the following documents, along with any attachments:

(1) ECF No. 529, Order;

(2) ECF No. 531, Order;

(3) ECF No. 534, Order;

(4) ECF No. 536, Plaintiffs' Motion to Exclude Testimony and Declaration of J. Lawrence Cunningham;

(5) ECF No. 537, Order;

(6) ECF No. 541, Defendants' Motion for Judicial Notice of Legislative or Non-Adjudicative Facts;

(7) ECF No. 542, Defendants' Motion to Exclude Testimony and Declaration of Randy P. Juhl;

(8) ECF No. 543, Plaintiffs' Memorandum in Opposition to Defendants' Motion for

Judicial Notice;

(9) ECF No. 544, Memorandum Contra Plaintiffs' Motion to Exclude Testimony and Declaration of J. Lawrence Cunningham;

(10) ECF No. 547, Minute Entry and Exhibits for September 25, 2015 hearing;

(11) ECF No. 548, Transcript of September 25, 2015 hearing;

(12) ECF No. 549, Plaintiffs' Closing Argument; and

(13) ECF No. 550, Defendants' Closing Argument.

The Court shall proceed to address the sealed documents still in dispute in a subsequent order.

**IT IS SO ORDERED.**

      /s/ Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE