# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

In re: OHIO EXECUTION
 PROTOCOL LITIGATION,

:     Case No. 2:11-cv-1016

       Chief Judge Edmund A. Sargus, Jr.
       Magistrate Judge Michael R. Merz

This Order relates to Plaintiff
 Alva Campbell, Jr.,

## NOTICE REGARDING CASE STATUS

       Pursuant to the Court's Order to Provide Information (ECF No. 912), the Attorney General's Office has advised that it has available supplies of the drugs specified in the current execution protocol to execute Inmate Alva Campbell on his currently scheduled execution date of May 10, 2017 (ECF No. 919). That is 113 days from the date of this Order, less than the time originally available to adjudicate the preliminary injunction motions of Plaintiffs Phillips, Tibbetts, and Otte. If Plaintiff Campbell moves for that relief not later than 5:00 p.m. on Tuesday, January 17, 2017, the Court is prepared to grant him the same vacation of stay as granted to Phillips, Tibbetts, and Otte.

       If Campbell moves for such relief, counsel for the parties shall consult and file, not later than 5:00 p.m. on Friday January 20, 2017, a report to the Court in the nature of a report under

1

Fed. R. Civ. P. 26(f), which proposes dates for the various events which need to occur to adjudicate any request for temporary injunctive relief Campbell may wish to make. The same report will advise the Court whether the parties unanimously consent to extend the Magistrate Judge's plenary jurisdiction over the Phillips, Tibbetts, and Otee cases to the Campbell case.

January 17, 2017.

s/ *Michael R. Merz*<br>United States Magistrate Judge