# EXHIBIT 3

| STATE OF OHIO  DEPARTMENT OF REHABILITATION AND CORRECTION | SUBJECT: Execution | PAGE 1 OF 9 |
|---|---|---|
| | | NUMBER: 01-COM-11 |
| | RULE/CODE REFERENCE: ORC 2949.22 | SUPERCEDES: 01-COM-11 dated 07/10/06 |
| | RELATED ACA STANDARDS: | EFFECTIVE DATE: October 11, 2006 |
| | RELATED AUDIT STANDARDS: | APPROVED: |

I. **AUTHORITY**

This policy is issued in compliance with Ohio Revised Code 5120.01 which delegates to the Director of the Ohio Department of Rehabilitation and Correction the authority to manage and direct the total operations of the Department and to establish such rules and regulations as the Director prescribes.

II. **PURPOSE**

The purpose of this policy is to establish guidelines for carrying out a court-ordered sentence of death.

III. **APPLICABILITY**

This policy applies to all individuals involved in carrying out a court-ordered death sentence in accordance with all applicable policies, administrative regulations and statutes.

IV. **DEFINITIONS**

As used in this policy, the following will apply:

Execution Team: A team consisting of no less than twelve (12) members, designated by the Warden of the Southern Ohio Correctional Facility (SOCF) and the Religious Services Administrator. Their duties also include preparation and testing of equipment carrying out pre- and post-execution activities; and counseling with the inmate.

Critical Incident Debriefing Team: A group selected by the SOCF Warden, and including the Religious Services Administrator available to assist any persons involved in the execution process. A psychological debriefing process is available via DRC clinical staff and others to recognize stressors associated with executions and to work through them with affected staff as follows:

DRC 1361



| SUBJECT: Execution | PAGE 2 OF 9 |
|---|---|

- Worker's own experiences of the execution including reactions and perceptions.
- Review any negative aspects and feelings.
- Review any positive aspects and feelings.
- Relationships with workers and/or family.
- Empathy (sharing) with others.
- Disengagement from execution experience.
- Integration of this experience into the professional work role for a positive future contribution to the overall team effort.
- Exploring Religious Convictions and feelings.

Stay: A court-ordered suspension or postponement of a legal execution.

Lethal Injection: The form of execution whereby a continuous intravenous injection of a series of drugs in sufficient dosages is administered to cause death.

Reprieve: The postponement of an execution.

V. POLICY

It is the policy of the Ohio Department of Rehabilitation and Correction to carry out the death penalty as directed by Ohio Courts of Law. All execution processes shall be performed in a professional, humane, sensitive and dignified manner.

It is the responsibility of the Director to designate a penal institution where death sentences shall be executed. The Warden of that facility, or Deputy Warden in the absence of the Warden, is responsible for carrying out the death sentence on the date established by the Ohio Supreme Court.

VI. PROCEDURES

A. General Guidelines

1. All offenders sentenced to death by a court of law will be transported to a reception center within the Ohio Department of Rehabilitation and Correction for initial processing. Upon completion of the reception process the offender will immediately be transferred to the designated institution: Mansfield Correctional Institution (MANCI) or Ohio State Penitentiary (OSP) for male offenders or Ohio Reformatory for Women (ORW) for female offenders.

2. All court-ordered executions shall be carried out at the Southern Ohio Correctional Facility (SOCF) at 10:00 a.m. on the scheduled execution date.

3. Unless otherwise designated by the Director or designee, the condemned inmate will remain on death row until transferred to the Death House at SOCF for scheduled execution.

DRC 1362

| SUBJECT: Execution | PAGE 3 OF 9 |
|---|---|

4. The Ohio Supreme Court shall designate the date of execution. Upon receipt of a scheduled execution date, the Warden of the institution housing the inmate shall notify the Director, the Religious Services Administrator and the SOCF Warden.

5. Attendance at the execution is governed by the Ohio Revised Code, section 2949.25 and includes:

   - The Warden or Acting Warden of the institution where the execution is to be conducted, and such number of correction officers or other persons as the Warden or Acting Warden thinks necessary to carry out the death sentence.
   - The Sheriff of the county in which the prisoner was tried and convicted.
   - The Director of the Department of Rehabilitation and Correction, or his designee and any other person selected by the Director or his designee to ensure that the death sentence is carried out.
   - Such number of physicians of the institution where the execution is to be conducted and medical personnel as the Warden or Acting Warden thinks necessary.
   - The prisoner may select one of the following persons: the Religious Services Administrator, minister-of-record, clergy, rabbi, priest, imam, or regularly ordained, accredited, or licensed minister of an established and legally cognizable church, denomination or sect, subject to the approval of the Warden.
   - Three persons designated by the prisoner who are not confined in any state institution subject to the approval of the Warden or Acting Warden based on security considerations.
   - Three persons designated by the immediate family of the victim, subject to the approval of the Warden or Acting Warden based on security considerations, as detailed in Department Policy 03-OVS-06, Victim Involvement in the Execution Process.
   - Representatives of the news media as the Director or his designee authorizes which shall include at least one representative of the following: a newspaper; a television station; and a radio station.

6. The SOCF Warden shall establish procedures for conducting executions consistent with all applicable laws, administrative codes and DRC policies. This will include the establishment of a communication system between the Governor's Office and the SOCF Command Center.

   a. Primary communications will be via a telephone line opened directly to the SOCF Command Center from the execution chamber. This line will be tested one (1) hour prior to the scheduled execution. Other than testing, this line will remain open.

   b. Secondary communications will be via cellular telephone.

   c. In the event that both the primary and secondary communications are inoperable, the execution will be delayed until communications are established.

DRC 1362

| SUBJECT: Execution | PAGE 4 OF 9 |
|---|---|

B. Execution Procedures

1. Approximately thirty (30) days prior to the scheduled execution date:

    a. The MANCI, OSP or ORW Warden will notify the Director by memo, with copies going to the Regional Director, DRC Chief Counsel, Assistant Director, APA, Ohio State Highway Patrol (Portsmouth and Jackson), and the Office of Victim Services.

    b. The SOCF Execution Team will begin conducting training sessions no less than once per week until the scheduled date of execution.

    c. The Religious Services Administrator (RSA) shall make contact with the inmate to establish counseling and family contact information

2. Approximately seven (7) days prior to the execution:

    a. The MANCI, OSP or ORW Warden will have the Execution Information Release (DRC 1808) completed by the condemned prisoner. This information will verify information on the condemned prisoner, visitors, witnesses, spiritual advisor, attorney, requested witness, property, and funeral arrangements.

    b. The names of official witnesses/media witnesses will be supplied to the SOCF Warden, as outlined in this Policy.

    c. The names and relationships of the victim's witnesses will be supplied to the SOCF Warden.

    d. The RSA will provide family information from inmate to warden at SOCF

3. Approximately twenty-four (24) hours prior to the scheduled execution:

    a. The condemned prisoner will be transferred from Death Row and housed in the Death House at SOCF. The condemned inmate will be constantly monitored by at least three (3) members of the execution team. A log will be maintained including, but not limited to, visitors, movement, mood changes, meals served, showers, telephone calls, etc.

    b. The SOCF staff psychologist will interview the prisoner periodically and submit progress reports to the Warden. All inmate files shall be maintained in the Warden's office at SOCF.

    c. The Warden will establish a line of communication with DRC legal staff and the Attorney General's Office for notice of case status and/or other significant legal changes.

DRC 1362

Case: 2:11-cv-01016-EAS-MRM Doc #: 956 Filed: 01/30/17 Page: 6 of 10 PAGEID #: 32370

| SUBJECT: Execution | PAGE 5 OF 9 |
|---|---|

d. The RSA will provide counseling and spiritual support unless the inmate requests not to have contact.

e. Beginning with his arrival at SOCF, the inmate will not be forced to meet with non-staff visitors that he does not wish to see.

4. The following events will take place upon arrival at the Death House:

   a. Once the condemned inmate is at SOCF, the Death House will be restricted to the following:

   Director and/or designee(s)
   Warden
   Chief Public Information Officer(s)
   Institution Deputy Warden
   Administrative Assistant to the Warden
   Chaplain
   Physician
   Chief of Security
   Maintenance Superintendent
   Any other person as deemed necessary by the Warden.

   b. Every possible effort shall be made to anticipate and plan for foreseeable difficulties in establishing and maintaining the intravenous (IV) lines. The condemned prisoner shall be evaluated by appropriately trained staff on the day of arrival at the institution, to evaluate the prisoner's veins and plan for the insertion of the IV lines. This evaluation shall include a "hands-on" examination as well as a review of the medical chart. At a minimum, the inmate shall be evaluated upon arrival, later that evening at a time to be determined by the warden, and on the following morning prior to nine a.m. Potential problems shall be noted and discussed, and potential solutions considered, in advance of the execution.

   c. SOCF chaplains will make periodic visits to the condemned prisoner, if requested by the inmate.

   d. The Deputy Warden of Operations will assign security personnel to staff entrances, checkpoints and to assist the Ohio State Highway Patrol (OSHP).

   e. The Execution Team Leader will ensure that the prisoner's property is inventoried in front of the prisoner. The condemned prisoner will have previously, per paragraph 2, specified who is to receive his or her personal effects.

   f. The condemned prisoner will, per paragraph 2, specify in writing his/her request for funeral arrangements.

DRC 1362

| SUBJECT: Execution | PAGE 6 OF 9 |
|---|---|

g. The Execution Team Leader will ask the condemned inmate to identify his or her last special meal request. The last meal will be served at approximately 4:00 p.m. the day prior to the scheduled execution.

h. The condemned prisoner will be allowed contact visits with family, friends and/or private clergy, as approved by the Warden, between the hours of 4:30 p.m. and 7:30 p.m. on the day prior to the scheduled execution. Cell front visits will be permitted between the hours of 6:30 a.m. and 8:00 a.m. on the day of the scheduled execution. The attorney and spiritual advisor may continue to visit with the condemned until 8:45 a.m.

i. All communication equipment will be tested, including primary and secondary communication with the Governor's Office.

j. Key personnel will be briefed by the Warden, including medical and mental health, in order to allow intake information to be obtained.

k. The Warden will receive updates from security personnel and the OSHP on crowd control, demonstrations, pickets, etc.

l. The Chief of Security will brief the Warden on the level of tension within the remainder of the prison population.

m. The Warden will relay any out of the ordinary activity to the South Regional Director.

n. The Execution Team will continue to drill/rehearse.

5. These procedures shall be followed concerning the medications used in the execution.

a. Upon notification to the Warden of a firm execution date, a person qualified under Ohio law to administer medications shall order a quantity of the following drugs in a timely manner from the institution's licensed pharmacist: thiopental sodium, pancuronium bromide and potassium chloride. A sufficient quantity shall be ordered as a contingency against the contamination or other inadvertent loss of any of the drugs.

Prior to the execution and upon arrival of the inmate at the institution, a medical review of the inmate shall be conducted to establish any unique factors which may impact the manner in which the execution team carries out the execution. This evaluation shall include a "hands-on" examination as well as a review of the medical chart. Potential problems shall be noted and discussed, and potential solutions considered, in advance of the execution.

b. On the day of the execution, the person qualified under Ohio law to administer medications shall take possession of the drugs thiopental sodium, pancuronium bromide and potassium chloride from the institution pharmacy, and shall document possession of the drugs by signing a receipt or log. The

DRC 1362

| SUBJECT: Execution | PAGE 7 OF 9 |
|---|---|

person qualified under Ohio law to administer medications shall deliver the drugs to the death house.

The person qualified under Ohio law to administer medications shall, in the presence of a witness, give possession of the drugs to a person qualified to prepare intravenous injections. This transfer shall be documented by a receipt signed by these three parties. The person qualified under Ohio law to administer medications shall notify the command center upon the delivery of drugs and the command center shall log the time of delivery, the quantity, name and type of drugs delivered.

c. The drugs shall be prepared for injection by a person qualified under Ohio law to administer and prepare drugs for intravenous injections. The preparation of the drugs shall be monitored by a similarly qualified witness who shall independently verify the preparation and dosage of the drugs. When the drugs are prepared, the command center shall be notified and the time of the preparation recorded. The command center shall also record what drugs were prepared, the quantity, name and dosage of the prepared drugs.

d. The execution team shall make every effort to establish IV sites in two locations, and they shall take the amount of time necessary when pursuing this objective. This step shall be accomplished in the holding cell, and the staff shall utilize heparin locks to create the sites and keep them open. The team shall test the viability of the IV site with a small amount of saline, to be flushed through the heparin lock.

e. Once the inmate has been escorted to the chamber, a low-pressure saline drip shall be connected to the IV sites.

f. The drugs shall be prepared as follows:[1]

   i. Two grams of Thiopental Sodium prepared with 25 mg/cc concentration for a total of 80cc which are placed in two syringes labeled "one" and "two."

   ii. 100 mg of Pancuronium Bromide is prepared with 2mg/ml concentration for a total of 50cc which is placed into two 25cc syringes labeled "three" and "four."

   iii. 100 milliequivalents of Potassium Chloride are prepared with 2 meq/cc concentration for a total of 50cc. The preparation is placed in a syringe labeled "five."

g. The arm veins near the joint between the upper and lower arm will be utilized as the preferred site for the injection. In the event that the execution team is unable to prepare the inmate's veins at the preferred site to receive the

---

[1] Depending upon the form and concentration of drugs delivered, it may be necessary to modify the preparation of syringes. In the event of any modification for any reason, a qualified witness shall review any modifications and the command center shall be notified and any changes recorded.
DRC 1362

Page 67

| SUBJECT: Execution | PAGE 8 OF 9 |
|---|---|

intravenous dose of drugs, a qualified medical person authorized to administer intravenous drugs shall use an alternative site to deliver the drugs as they may be authorized by law.

6. Approximately one (1) hour prior to the scheduled execution:

    a. The prisoner will be permitted to take a shower and dress in the appropriate clothing for the execution.

    b. Official witnesses to the execution will report to the institution. The victim's witnesses will report to the Portsmouth Highway Patrol Post for escort to the institution by designated SOCF personnel.

    c. The RSA will be present to counsel and provide spiritual support to the inmate and staff.

7. Approximately fifteen (15) minutes prior to the scheduled execution:

    a. The warden shall read the death warrant to the condemned prisoner.

    b. All authorized witness groups will be escorted to the death house separately by designated staff.

8. Execution:

    a. The Warden and Execution Team will escort the condemned prisoner to the execution chamber, place the condemned prisoner on the lethal injection bed, secure the straps and insert the intravenous injection tubes.

    b. The Warden will ask the condemned prisoner if he has any last words. If the prisoner has a last statement, he will be allowed to make it while the witnesses are present in the adjacent viewing chambers, and are able to see him and hear him via microphone. There will be no restriction on the content of the condemned prisoner's statement and no unreasonable restriction on the duration of the prisoner's last statement.

    c. Upon the Warden's signal, the injections shall be administered in the order described above by a person qualified under Ohio law to administer intravenous injections. The start and finish time of each syringe shall be reported to the command center and recorded in a log. The low-pressure saline drip shall be allowed to flush saline through the lines for at least sixty seconds between syringes two and three, between syringes four and five, and again after syringe five.

    d. The execution team leader and the warden shall observe the inmate's IV sites for signs of infiltration throughout the time that the drugs are being administered to the inmate. In the event that both IV sites become

DRC 1362

| SUBJECT: Execution | PAGE 9 OF 9 |
|---|---|

compromised, the team shall take such time as may be necessary to establish a viable IV site.

    e. The RSA or the inmate's Spiritual Advisor will anoint the body of the inmate if requested by the inmate.

    f. The RSA will coordinate the burial of the inmate's body with local chaplains if the inmate's family does not want the body.

9. Post-Execution:

    a. The Warden, or his designee, will notify the Director that the execution has been carried out.

    b. The Execution Team will remove the deceased from the execution bed, and place him or her on a gurney.

    c. Disposition of the body will be in accordance with arrangements made prior to the execution at the prisoner's request.

    d. The Warden will sign and return the death warrant to the court, indicating the execution has been carried out.

10. Debriefing:

    a. The Warden will ensure that critical incident debriefings are available for the Execution Team and staff participants immediately following the execution.

    b. The critical incident debriefing team will conduct interview in accordance with CIM guidelines.

    c. The RSA will be available for debriefing for the staff and the family of the inmate

ATTACHMENTS:

DRC 1808 Execution Information Release

DRC 1362