*Tibbits, Phillips, Otte v OHIO*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: OHIO EXECUTION PROTOCOL LITIGATION | ) ) ) | Case No.2:11-cv-1016 |
| This document relates to: Plaintiffs Tibbetts, Phillips and Otte | ) ) ) | |
| RAYMOND TIBBETTS (Inmate # 363-178), RONALD PHILLIPS (Inmate # 279-109), GARY OTTE (Inmate # 264-667), | ) ) ) | CHIEF JUDGE EDMOND A. SARGUS Magistrate Judge Michael R. Merz |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| JOHN KASICH, Governor, | ) | |

IN RE: OHIO EXECUTION PROTOCOL LITIGATION )
)
)
This document relates to: )
Plaintiffs Tibbetts, Phillips and Otte )
)
RAYMOND TIBBETTS (Inmate # 363-178), )
RONALD PHILLIPS (Inmate # 279-109), )
GARY OTTE (Inmate # 264-667), )
)
Plaintiff, )
)
v. )
)
JOHN KASICH, Governor, )
    Defendant, )
GARY C. MOHR, Director, )
    Defendant, )
RONALD ERDOS, Warden, )
    New Party Defendant, )
DONALD MORGAN, )
    Defendant, )
STEPHEN GRAY, )
    Defendant, )
EDWIN VOORHIES, )
    New Party Defendant, )
RICHARD THEODORE, )
    Defendant, )
CHARLOTTE JENKINS, Warden, )
    Defendant, )
JOHN COLEMAN, Warden, )
    New Party Defendant, )
UNNAMED AND ANONYMOUS )
EXECUTION TEAM MEMBERS, )
    Defendants, )
UNKNOWN PHARMACIES #1-100, )
    Defendants, )
UNKNOWN PHARMACISTS #1-100, )
    Defendants, )
and )
UNKNOWN DRUG SUPPLIERS #1-25 )
    Defendants )
and )
JOHN DOES #1-25 )
    Defendants. )

Case No.2:11-cv-1016

CHIEF JUDGE EDMOND A. SARGUS

Magistrate Judge Michael R. Merz

DECLARATION OF DANIEL E. BUFFINGTON, PHARMD, MBA

*Tibbits, Phillips, Otte v OHIO*

## Declaration of Daniel Buffington, PharmD, MBA

I, Dr. Daniel E. Buffington, under penalty of perjury, declare the following to be true:

1.  I have received and reviewed the records that were provided to me pertaining to the case *Raymond Tibbetts, Ronald Phillips and Gary Otte (Plaintiffs) v John Kasich, Gary C. Mohr, Ronald Erdos, Donald Morgan, Stephen Gray, Edwin Voorhies, Richard Theodore, Charlotte Jenkins, John Coleman, Unnamed and Anonymous Execution Team Members, Unknown Pharmacies, Unknown Pharmacists, Unknown Drug Suppliers, and John Does* (Case No.2:11-cv-1016). These documents include but are not limited to: Case Complaint, Amended Case Complaints (Ronald Phillips (10-26-16), Gary Otte (10-26-16), Raymond Tibbetts (10-26-16)); Expert Declarations (Craig W Stevens, PhD (12-19-16), Ellen M Unterwald PhD (12-19-16), Sergio Bergese, MD (12-20-16), and Dennis R McGuire (12-20-16)); Westlaw Citation [Glossip et al v GROSS], and Ohio Department of Rehabilitation and Correction Policy for Lethal Injection (10-07-16).

2.  I am a Clinical Pharmacologist and Toxicologist and practice in Tampa, Florida. My training includes a Doctor of Pharmacy (PharmD) degree and Master of Business Administration (MBA) degree from Mercer University. My post-graduate training includes a Clinical Pharmacy Residency and Clinical Pharmacology Fellowship at Emory University. I am on the faculty of the University of South Florida Colleges of Pharmacy and Medicine. I serve as the President and Practice Director of Clinical Pharmacology Services (CPS), and I am also the President and Executive Director of the American Institute of Pharmaceutical Sciences (AIPS). I serve as a Medication Safety Specialist with the United States Department of Health and Human Services. My professional practice activities include a clinical pharmacology consult service, clinical research design and management, technical consultation support services (clinical and forensic), and health care consulting. In addition to my clinical practice activities, I also provide additional academic training programs (i.e., experiential training and mentoring) for medical students, pharmacy students, nursing students, post graduated trainees (i.e., residents, fellows, and post-doctorate trainees). I have presented specialty conferences for law enforcement agencies, health care agencies, judicial conferences, and other community wide venues. I routinely present to other universities, professional conferences, regulatory boards, legislative committees, and media interviews on clinical pharmacology and toxicology topics. As part of my academic responsibilities have served as "visiting faculty" with multiple universities to assist in advance curriculum and clinical services development. I have served as a health care consultant in other countries to provide clinical pharmacology and toxicology support for practitioners and government health care agencies. My academic lecture

*Tibbits, Phillips, Otte v OHIO*

topics include clinical pharmacology, toxicology, healthcare practice management, healthcare laws and regulations, forensic pharmacology.

3.  My educational background, employment experience, professional licenses, faculty appointments, specialty training, consulting activities, publications, and research protocols are described in detail in my Curriculum Vitae (CV), which is attached to this Affidavit and incorporated by reference.

4.  I have been tendered and served as an expert witness in numerous types of cases including civil and criminal matters relating to the area of clinical pharmacology and toxicology.  I have also served as an expert for the United States government, courts, private counsels, and law enforcement agencies, providing forensic and technical support and services surrounding pharmacology, standards of care, proper prescribing, therapeutic decision making, malpractice, clinical research, substance abuse, health policy, clinical therapeutics, therapeutic drug monitoring, patient safety, and consumer information and education. In the course of my professional activities I have also reviewed and provided scientific and technical support and feedback to the State of Ohio's Office of the Attorney General, and the Ohio Department of Rehabilitation and Correction on non-health care related inquiries pertaining to the pharmacologic mechanisms of action and physiologic effects of the medications that are employed within lethal injection protocols.  (See attached list of prior forensic cases)

5.  The utilization of properly administered midazolam IV at a dose of 500 mg will render an individual unconscious. Midazolam is a short acting benzodiazepine that is FDA approved and routinely utilized as a sedating and tranquilizing agent in diverse clinical practice settings.  As a class, the benzodiazepines share similar chemical structures, but vary widely in their physicochemical properties, specifically their distribution rates, clearance rates, onset of action, and duration of therapeutic effects. The drug concentrations may be compared based upon their relative solubility in the aqueous and organic phases (Leo et al., 1971; Ritschel, 1980).  The most lipophilic benzodiazepines include diazepam and midazolam, possessing the highest volume of distributions ($V_d$).  While this increase in lipophilicity and unbound $V_d$ benefits the rapidity and magnitude of pharmacologic effect, it has also been associated with a reduced duration of pharmacodynamic action (Arendt et al., 1983).

Midazolam is utilized as a premedication to produce sedation, reduce anxiety, induce and maintain anesthesia, induce anterograde amnesia, and the treatment of specific seizure disorders.  The US Food and Drug Administration's (FDA) Approved Package Insert (PI) illustrates the full list of clinical indications for midazolam, which include:

1)  Preoperative Sedation / Anxiolysis with Amnesia

2)  Anesthesia (Induction and Maintenance)

*Tibbits, Phillips, Otte v OHIO*

3) Sedation of Intubated / Ventilated Patients

4) Refractory Status Epilepticus

5) Seizure Clusters (Orphan)

---

**FDA Approved Indications Related to Sedation & Established Dosing Ranges**

**Preoperative Sedation / Anxiolysis with Amnesia:**

**Adult (IV) –**

Initial:
Usually 0.5-1 mg given over 2 minutes (not to exceed 2.5 mg/dose); wait 2-3 minutes to evaluate sedative effect after each dose adjustment; total dose >5 mg usually not necessary to reach desired sedation; use 30% less midazolam if patient premedicated with narcotics or other CNS depressants.

Debilitated or chronically ill patients: 1.5 mg IV initially; may repeat with 1 mg/dose IV q2-3 min PRN; not to exceed cumulative dose of 3.5 mg; peak effect may be delayed in elderly, so increments should be smaller and rate of injection slower.

Maintenance:
25% of initial effective dose PRN by slow titration; reduce 30% if premedicated with opiate (50% in elderly/chronically ill).

**Geriatric (IM & IV) -**

IM:
1-3 mg (~35-40 mcg/kg) 30-60 minutes before surgery; some elderly patients may respond to as little as 1 mg; onset is 15 minutes (peaking at 30-60 min)

IV (>60 years):
1.5 mg initially; may repeat with 1 mg/dose q2-3min PRN; not to exceed cumulative dose of 3.5 mg; peak effect may be delayed in elderly, so increments should be smaller and rate of injection slower.

IV maintenance:
10-15% of initial effective dose PRN by slow titration.

---

4

*Tibbits, Phillips, Otte v OHIO*

---

*Anesthesia:*

**Induction –**

**<55 years without premedication:**
300-350 mcg/kg IV injection over 20-30 seconds; wait 2-3 minutes to evaluate sedative effect after each dose adjustment; may use increments of 25% of initial dose PRN to complete induction; may use up to 0.6 mg/kg total dose in resistant cases, but such dosing may prolong recovery.

**>55 years without premedication and with no systemic disease, in a patient who is not weak:**

300 mcg/kg over 20-30 seconds initially; wait 2-3 minutes to evaluate sedative effect after each dose adjustment.

**>55 years without premedication but presence of systemic disease or weak patient:**

200-250 mcg/kg over 20-30 seconds usually enough; 0.15 mg/kg enough in some cases; wait 2-3 minutes to evaluate sedative effect after each dose adjustment.

**>55 years with premedication:**

150-350 mcg/kg IV injection over 20-30 seconds; wait 2-3 minutes to evaluate sedative effect after each dose adjustment; a dose of 250 mcg/kg usually enough to achieve desired effect.

**Maintenance –**

May administer increments of 25% of induction dose PRN when there are signs that anesthetic effects are lightening.

**Geriatric Dosing –**

Typical adult induction and maintenance doses may need to be decreased in some elderly patients by 20-50%, because the elderly overall are more susceptible to CNS depressants than is the general population.

---

*Sedation of Intubated/Ventilated Patient:*

**Load –**

10-50 mcg/kg (dose range 0.5-4 mg) slow IV injection or infusion over several minutes; repeat q10-15min PRN.

**Maintenance –**

Initial, 20-100 mcg/kg/hr infusion; titrate up or down 25-50% PRN.

---

Medscape / FirstDataBank, 2015
FDA Approved Package Insert, Baxter Health Care Corporation, Rev. 4/10

Midazolam is a potent sedating agent that requires individualization of dosage and is estimated to be 3 to 4 times more potent, mg per mg, than diazepam (Valium®). The pharmacologic effects of midazolam have been documented to be dose-dependent. Clinical research trials have demonstrated that doses in the 0.5 – 3.5 mg range provide preoperative sedation and anxiolysis with amnesia. The dosage may be reduced when administered concomitantly with other central nervous system depressants due to synergistic pharmacologic effects. Doses as low as 10 mg have been reported to result in serious central nervous depression, multisystem organ failure, and cardiac arrest, resulting in death (Baselt, 2011).

*Tibbits, Phillips, Otte v OHIO*

The FDA Approved Package Inserts for midazolam also describe that patients receiving midazolam may experience serious cardiorespiratory adverse events. These complications included respiratory depression, airway obstruction, oxygen desaturation, apnea, respiratory arrest and/or cardiac arrest, sometimes resulting in death or permanent neurologic injury. Rare reports of hypotensive episodes have occurred in both adult or pediatric patients with preexisting hemodynamic instability. Reductions in blood pressure were more commonly identified in sedation studies in those patients who were pre-medicated with a narcotic. Other reactions such as agitation, involuntary movements (i.e., tonic/clonic movements and muscle tremor), hyperactivity, and combativeness were also observed. Adverse reactions may be the result of a physiologic response, dosage administered, method of administration, indications of cerebral hypoxia, or paradoxical reaction (Hospira, 2010). Observations of physical activity or motor response during the administration of midazolam should not be presumed to indicate that an individual is conscious, aware of their surroundings, or has the capacity to discern pain or other types of sensations.

---

**FDA Approved Package Insert – Section: Dosage and Administration**

BECAUSE SERIOUS AND LIFE-THREATENING CARDIORESPIRATORY ADVERSE EVENTS HAVE BEEN REPORTED, PROVISION FOR MONITORING, DETECTION AND CORRECTION OF THESE REACTIONS MUST BE MADE FOR EVERY PATIENT TO WHOM MIDAZOLAM INJECTION IS ADMINISTERED, REGARDLESS OF AGE OR HEALTH STATUS. Excessive single doses or rapid intravenous administration may result in respiratory depression, airway obstruction and/or arrest. The potential for these latter effects is increased in debilitated patients, those receiving concomitant medications capable of depressing the CNS, and patients without an endotracheal tube but undergoing a procedure involving the upper airway such as endoscopy or dental (see BOX WARNING and WARNINGS.)

---

FDA Approved Package Insert, Baxter Health Care Corporation, Rev. 4/10

Midazolam's half-life is 1.8 to 6.4 hours (mean approximately 3 hours), the volume of distribution ($V_d$) ranges from $1.0 - 3.0$ L/kg (Baselt, 2011), and total clearance (Cl) ranges from 0.25 to 0.54 L/hr/kg (Hospira). The toxic plasma concentration range for midazolam in humans is $1.0 - 1.5$ mcg/mL. (Reganthal, 1999). Based upon a 70 kg individual and these pharmacokinetic variables, a dose of 500 mg IV of midazolam would be expected to result in concentrations of 2 to 7 times the toxic plasma concentration range ($2.38 - 7.14$ mcg/mL). The manifestations of midazolam over dosage are like those observed with other benzodiazepines, including sedation, somnolence, confusion, impaired coordination, diminished reflexes, coma, and loss of vital signs.

6. The pharmacological effects after the proper administration of two or more doses of midazolam 500 mg IV as described in the Ohio Department of Rehabilitation and Correction's Execution

*Tibbits, Phillips, Otte v OHIO*

Procedures (ODRC EP, 10/07/2016) are sufficient to produce sedation, anterograde amnesia, and induce a significantly reduced level of consciousness so that the individual would not experience severe pain upon the timely rapid administration of the second and third drugs employed within the Ohio Execution Protocol as described in Option 3) A Three-Drug Combination of: a. midazolam hydrochloride; and b. one of the following three drugs (i. vencuronium bromide; or ii. pancuronium bromide; or iii. rocuronium bromide; and c. potassium chloride).

The United States Food and Drug Administration performs scientific and clinical reviews of medications to support their subsequent product approvals. The FDA product approval process includes the designation of specific therapeutic indications based upon product development data. This should not be interpreted to infer that a medication or substance can only be utilized or administered for the specific indication(s) as set forth in the listed FDA approved treatment indications. In fact, the FDA acknowledges and supports the fact that medications and substances may be utilized routinely for off label uses.

---

**Off Label Use:**

"If physicians use a product for an indication not in the approved labeling, they have the responsibility to be well informed about the product, to base its use on firm scientific rationale and on sound medical evidence, and to maintain records of the product's use and effects."

---

http://www.FDA.gov/RegulatoryInformation/Guidelines/ucm126486.htm

7. The administration of midazolam, at standard dosages, is sufficient to result in loss of consciousness (i.e., sedation or induction of anesthesia). Anesthesia is defined as the partial or total loss of sensation, especially tactile awareness, resulting from disease, trauma, acupuncture, or a medication with anesthetic properties. An anesthetic agent is a medication or substance that can produce local or general insensibility to pain, with or without the loss of consciousness. Anesthetic agents may be administered topically, locally, regionally, or generally, depending on the product formulation and body target area. Fundamental to the concept of anesthesia is the loss of sensation and/or consciousness without loss of vital organ functions artificially produced by the administration of one or more agents capable of blocking the passage of pain impulses along nerve pathways to the brain (Taber's Cyclopedic Medical Dictionary, 2013; Merriam-Webster, 2015).

Bispectral Index (BIS) is a technology utilized to measure the depth of anesthesia. BIS values of less than or equal to 60 are considered indicative of general anesthesia. In Liu et al., total doses of midazolam ranged from 4.5 – 20 mg with dosing increments ranging from 0.5 – 1 mg bolus doses, every 6

*Tibbits, Phillips, Otte v OHIO*

– 10 minutes. The mean total dose in this study was 9.1 mg, until individuals became unresponsive to tactile stimulation (i.e., mild prodding or shaking).  At this point of sedation, an individual's average BIS value was 69. Bulach et al., demonstrated individuals reaching BIS levels as low as 66 with standard doses midazolam as low as 10 mg IV and within 4 minutes of administration. From this time, onwards, the midazolam groups had an increasing dose-responsive effect in relation to their BIS scores (Bulach et al., 2005).  There is no human data to support the assumption that administration of doses of midazolam 500 mg IV or greater would alter or abate the observed trends of increasing dose-dependent sedative effects of midazolam.

Theoretical assertions stating that an individual would sense pain during the lethal injection protocol process, attributable to presumed limitations of pharmacologic effects of midazolam in humans, are fundamentally defective. Academic arguments that an individual would have the capacity to sense pain or the ability to discern and quantify pain, by type or level of intensity, at any point during the rapid sequential dosing of protocol-based medications, are clinically unsupported. Any assertion that an individual being administered the ODRC execution procedures (including the use of midazolam 500 mg IV), would have the ability to experience, discern, or articulate the nature of discomfort (i.e., pain or suffering) or the degree of intensity is purely speculative.

8.   While some authors have postulated that midazolam may have a theoretical ceiling effect, there are no medical or scientific studies or cases that document the dosage level or clinical conditions that would be necessary to render such a ceiling effect.  In addition, given the significantly high dosage of midazolam being administered (well in excess of both therapeutic and toxic ranges), the rapid sequential administration of the of the three pharmaceutical components within the ODRC's execution procedures, and the dose-related amnestic effects associated with midazolam, the concept that the patient would have capacity to discern any clinical effects related to a theoretical ceiling effect (i.e., changes in consciousness or variable levels of discomfort) is unsupportable. There is currently no scientific data in humans to support the assumption that a "ceiling effect" for sedation occurs at or before 500 mg IV midazolam.

9.   Based upon the increasing dose-dependent sedative effects, midazolam is known to produce anterograde amnesia.  Anterograde amnesia is the loss in the ability to form new memories, which occur either after an incident or during a period of pharmacologic activity.  Numerous clinical trials have confirmed and validated the development of anterograde amnesia, and other researchers are investigating the capacity for retrograde amnesia as well. Like sedation, midazolam's pharmacologic effect

*Tibbits, Phillips, Otte v OHIO*

of producing anterograde amnesia is also dose dependent. The anterograde amnestic effect observed with midazolam is comparable to that of propofol, thiopental, and fentanyl (Veselis, 1997).

Midazolam's sedative and amnestic effects significantly impact an individual's level of consciousness and the capacity to perceive pain, discern its level of intensity, and to form functional memory during the period of its pharmacologic activity.

10.  There is no scientific or medical evidence to support the concept that midazolam (IV), at low or high dosages, would result in significant hypotensive events (i.e., profound decreases in SBP and DBP from baseline) prior to the onset of sedation, or that it is capable of inducing or worsening ischemic cardiac damage, acute cardiac events, excruciating pain and/or suffering.

11.  Based upon the fact that, a) a "ceiling effect" has never been demonstrated in humans, b) midazolam's pharmacologic effects are known to be dose-related, and c) midazolam is highly lipophilic, it is more likely than not that doses of 500 mg or greater would render BIS values progressively lower than 69.  BIS levels lower than 60 are indicative of general anesthesia, which render an individual reliably unconscious and insensate to noxious stimuli.  Based on the above, I conclude, with a reasonable degree of scientific and medical certainty that a 500 mg IV dose of midazolam would likely result in a BIS level lower than 60 and render a person unconscious, with anterograde amnesia, and insensible to noxious stimuli.

12.  I hold all opinions expressed to a reasonable degree of scientific and medical certainty.

13.  The opinions expressed in this Affidavit are based on my review of the scientific and medical literature to date.

14.  I have prepared this Affidavit at the request of the State of Ohio Attorney General's office in connection with pending litigations involving the State's Execution Procedures.

15.  My fee schedule for this matter is as follows:  a. Preliminary Case Review and Oral Opinion: $2,400, flat fee; b. Case Review, Research, Reports, Pretrial Preparation, and Miscellaneous Services: $400 per hour; c. Deposition Appearance: $400 per hour; d. Courtroom Appearance: $3,200 per day.

16.  I reserve the right to amend my opinions should further research, data, investigation, knowledge, and experience reveal a basis for doing so.

17.  I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct to the best of my knowledge.

*Tibbits, Phillips, Otte v OHIO*

FURTHER AFFIANT SAYETH NOT.

Dr. Daniel E. Buffington

ACKNOWLEDGMENT

STATE OF FLORIDA )

)

COUNTY OF HILLSBOROUGH )

Subscribed and sworn to before me, a Notary Public, on this  21th  day of December, 2016.

Notary Public

My Commission Expires:

MARJORIE W. KOPEC
Commission # FF 217661
Expires August 5, 2019
Bonded Thru Troy Fain Insurance 800-385-7019

*Tibbits, Phillips, Otte v OHIO*

References:

1. Arendt RM, Greenblatt DJ, deJong RH, Bonin JD, Abernethy DR, Ehrenberg BL, Giles HG, Sellers EM, Shader RI (1983) In Vitro Correlates Of Benzodiazepine Cerebrospinal Fluid Uptake, Pharmacodynamic Action And Peripheral Distribution. Journal Pharmacology Exp Ther. 227:98-106.

2. Ohio Department of Rehabilitation and Correction. Execution Procedures. (10/07/2016)

3. Baselt RC. (2011) Disposition of Toxic Drugs and Chemicals in man. Ninth Edition. Biomedical Publications. 1119-1121.

4. Hospira, Inc. Midazolam Hydrochloride Injection, USP, Preservative Free. FDA Approved Package Insert. Revision January 2010.

5. Bulach R, Myles PS, Russnak M. (2004) Double-Blind Randomized Controlled Trial To Determine Extent Of Amnesia With Midazolam Given Immediately Before General Anesthesia. British Journal of Anesthesia. 94 (3): 300–5.

6. Guidance for Industry and Reviewers: Estimating the Maximum Safe Starting Dose in Initial Clinical Trials for Therapeutics in Adult Healthy Volunteers. Pharmacology and toxicology. July 2005.

7. Hackam DG, Redelmeier DA (2006) Translation Of Research Evidence From Animals To Humans. JAMA 296: 1731–1732.

8. Jolivette LJ, Ward KW. (2005) Extrapolation of Human Pharmacokinetic Parameters from Rat, Dog, and Monkey Data: Molecular Properties Associated with Extrapolative Success or Failure. Journal of Pharmaceutical Sciences, Vol.94, 1467-1483.

9. Leo A, Hansch C. Elkin D. (1971) Partition Coefficients and Their Uses. Chem. Rev. 71: 525-616.

10. Qing-Rong Liu, Chun-Hung Pan, Akitoyo Hishimoto, Chuan-Yun Li, Zheng-Xiong X, Alvaro Llorente-Berzal, Maria-Paz Viveros, Hiroki Ishiguro, Tadao Arinami, Emmanuel, Shan Onaivi1, George R. Uhl. (July 2009) Species Differences In Cannabinoid Receptor 2 (CNR2 gene): Identification Of Novel Human And Rodent CB2 Isoforms, Differential Tissue Expression, And Regulation By Cannabinoid Receptor Ligands. Genes Brain Behave. 8 (5): 519-30

11. Midazolam (Versed®) Dosing, Indications, Interactions, Adverse Effects, and More. FirstData Bank, n.d. Web. 08 Dec. 2015. http://reference.medscape.com/drug/versed-midazolam-342907.

12. Merriam Webster Medical Dictionary. (2015) Anesthesia Definition. Merriam Webster Incorporated. www.merriam-webster.com

*Tibbits, Phillips, Otte v OHIO*

13. Perel P, Roberts I, Sena E, Wheble P, Briscoe C, et al. (2007) Comparison Of Treatment Effects Between Animal Experiments And Clinical Trials: Systematic Review. B M J 334: 197.

14. Regenthal R, Krueger M, Koeppel C, Preiss R. (1995) Drug Levels: Therapeutic And Toxic Serum/Plasma Concentrations Of Common Drugs. Journal Clinical Monitoring and Computing 15: 529-544.

15. Ritschell WA, Hammer, GV. Prediction Of The Volume Of Distribution From In Vitro Data And Use For Estimating The Absolute Extent Of Absorption. Int. Journal Clinical Pharmacology Ther. Toxicol. 18: 298-316, 1980.

16. Rovira C, Ben-Ari Y (1999) Developmental Study of Miniature IPSCs of CA3 Hippocampal Cells: Modulation by Midazolam. Brain Res Dev Brain Res. 114:79-88.

17. Rüsch D, Forman SA. Classic Benzodiazepines Modulate The Open-Close Equilibrium In Alpha-1-beta-2-gamma-2-l Gamma-Aminobutyric-Acid Type A Receptors. Anesthesiology 102:783-792, 2005.

18. Sabolic I, Breljak D, Ljubojevic M, Brzica H. Are Mice, Rats, And Rabbits Good Models For Physiological, Pharmacological And Toxicological Studies In Humans?  Periodicum Biologorum. Vol. 113, No. 1, 7-16, 2011

19. Schwagmeier R, Alincic S, Striebel HW (1998) Midazolam Pharmacokinetics Following Intravenous and Buccal Administration. British Journal of Clinical Pharmacology. 46:203-206.

20. Shanks, N et.al, Are Animal Models Predictive For Humans? Philosophy, Ethics and Humanities in Medicine 2009, 4:2

21. Veldhorst-Janssen NM, Fiddelers AA, van der Kuy PH, Theunissen HM, de Krom MC, Neef C, Marcus MA (2011) Pharmacokinetics And Tolerability Of Nasal Versus Intravenous Midazolam In Healthy Dutch Volunteers: A Single-Dose, Randomized-Sequence, Open-Label, 2-Period Crossover Pilot Study. Clin Ther. 33:2022-2028.

22. Veselis RA, Reinsel RA, Feschenko VA, Wronski Marek. The Comparative Amnestic Effects of Midazolam, Propofol, Thiopental, and Fentanyl at Equisedative Concentrations. Journal of Anesthesiology 87: 749-64, 1997.

# CURRICULUM VITAE

# Daniel E. Buffington, PharmD, MBA

---

### *President & CEO*

### Clinical Pharmacology Services, Inc.
6285 E. Fowler Ave
Tampa, FL 33617

### *President*

### American Institute of Pharmaceutical Sciences
6285 E. Fowler Ave
Tampa, FL 33617

### *Clinical Assistant Professor of Medicine*

### University of South Florida
College of Medicine
Department of Internal Medicine
Division of Clinical Pharmacology
12901 Bruce B. Downs Blvd
Tampa, FL 33612

### University of South Florida
College of Pharmacy
Division of Pharmacy Practice
12901 Bruce B. Downs Blvd
Tampa, FL 33612

**Curriculum Vitae, Page 1**
Daniel E. Buffington, PharmD, MBA
07-06-15

# CURRICULUM VITAE

# DANIEL E. BUFFINGTON, PharmD, MBA

Clinical Pharmacology Services, Inc.
6285 E. Fowler Ave
Tampa, FL 33617

813-983-1500 Work
813-983-1501 Fax
813-679-0792 Cell

---

**PERSONAL:**

| | |
|---|---|
| Place of Birth | Clearwater, FL |
| Citizenship | United States |

**EDUCATION:**

| | |
|---|---|
| Postgraduate | Emory University Hospital, Atlanta, GA |
| | **Clinical Research Fellowship**   07/1988 – 06/1989 |
| | **Clinical Pharmacokinetics Residency**   07/1987 – 06/1988 |
| Graduate | Mercer University, School of Pharmacy, Atlanta, GA |
| | **Doctor of Pharmacy**   08/1983 - 06/1987 |
| | Mercer University, College of Business & Economics, Atlanta, GA |
| | **Master of Business Administration**   06/1987 – 05/1995 |
| Undergraduate | University of South Florida, Tampa, FL |
| | **Biology**   08/1980 – 08/1983 |

**EMPLOYMENT:**

| | |
|---|---|
| 03/2014 – Present | **Center for Medicare and Medicaid Services, Innovation Center** <br> Faculty Research Participant <br> Washington, DC |
| 10/2013 – Present | **North Shore Long Island Jewish Health System** <br> Director of Pharmacy <br> New York, NY |
| 01/2007 – Present | **American Institute of Pharmaceutical Sciences, Inc.** <br> President & CEO <br> Tampa, FL |
| 01/1990 - Present | **Clinical Pharmacology Services, Inc.** <br> President & CEO <br> Practice Medical Director <br> Tampa, FL |

**Curriculum Vitae, Page 2**
Daniel E. Buffington, PharmD, MBA
07-06-15

| | |
|---|---|
| 05/1991 – 08/1995 | **University of South Florida, College of Medicine**<br>Department of Internal Medicine<br>Division of Clinical Pharmacology<br>Clinical Assistant Professor of Medicine<br>Tampa, FL |
| 06/1989 - 06/1991 | **H. Lee Moffitt Cancer Center**<br>Gynecology/Oncology, Infectious Diseases, Clinical Research<br>Clinical Pharmacist<br>Tampa, FL |
| 03/1989 - 09/1990 | **Professional Designs, Inc.**<br>Presentation Graphics & Design Consulting<br>President<br>Atlanta, GA |
| 07/1987 - 06/1989 | **Emory University Hospital**<br>Clinical Research Fellow<br>Clinical Pharmacy Resident<br>Atlanta, GA |
| 01/1985 - 06/1989 | **Beta Technology**<br>Medical Computer Systems and Presentation Consulting<br>President<br>Atlanta, GA |

**LICENSES:**

Florida (Pharmacy)                    PS 0024260

Georgia (Pharmacy)                    150301

**FACULTY APPOINTMENT:**

**University of South Florida**          College of Medicine
                                         Department of Internal Medicine
                                         Division of Clinical Pharmacology
                                         Clinical Assistant Professor of Medicine
                                         05/1991 – Present

                                         College of Pharmacy
                                         [Faculty Level Pending]
                                         Chair, Dean's Advisory Council
                                         2012 – Present

                                         College of Nursing
                                         Clinical Pharmacology for Advanced Registered
                                         Nurse Practitioners
                                         1998 – 2002

Curriculum Vitae, Page 3
Daniel E. Buffington, PharmD, MBA
07-06-15

| | |
|---|---|
| **University of Florida** | College of Pharmacy<br>Department of Pharmacy Practice<br>Assistant Clinical Professor<br>03/1990 – Present |
| **Mercer University** | Southern School of Pharmacy<br>Adjunct Faculty, Department of Pharmacy<br>2000 – Present |
| **University of Connecticut** | College of Pharmacy<br>Guest Professorship<br>02/2012 – 04/2012 |
| **Lake Erie College of<br>Osteopathic Medicine** | 5000 Lakewood Ranch Blvd<br>Bradenton, FL 34211<br>2010 – Present |
| **Florida A&M University** | College of Pharmacy<br>3500 E. Fletcher Ave #133<br>Tampa, FL 33617<br>1999 – Present |
| **Palm Beach Atlantic University** | Lloyd L Gregory School of Pharmacy<br>Clinical Instructor of Pharmacy Practice<br>2003 – Present |
| **Nova Southeastern University** | College of Pharmacy<br>Department of Pharmacy Practice<br>North Miami Beach, Florida<br>Clinical Assistant Professor of Pharmacy<br>05/1996 – Present |
| **Idaho State University** | College of Pharmacy<br>Affiliate Faculty Member<br>2004 – Present |
| **Shenandoah University** | College of Pharmacy Preceptor, College of<br>Pharmacy<br>2004 – Present |
| **Creighton University** | 2500 California Plaza<br>Omaha, NE 68102<br>2007 – Present |

**SPECIALTY TRAINING:**

**National Association of Drug Diversion Investigators (NADDI)**
**Southern Regional Training**
St. Pete Beach, FL
May 7-8, 2015

Curriculum Vitae, Page 4
Daniel E. Buffington, PharmD, MBA
07-06-15

**Nephrology Preceptorship**
University of Pittsburgh, School of Pharmacy, Gary Matzke, PharmD, Program Director
Nephrology, October 25, 1995

**Transportation & Management of Hazardous Materials**
Morton Plant Mease, Certificate Program
September 8, 2001

## PROFESSIONAL & COMMUNITY ORGANIZATIONS:

### NATIONAL

American Pharmaceutical Association (APHA), 1985 – Present
- Government Affairs Committee 2013 – Present
- Board of Trustees Executive Committee, 2011 – 2014
- Reelected to 2nd Term of APhA Board of Trustees…. 2016-2019
- APHA Delegate, 2011 - Present
- Strategic Directions Committee, 2011 - Present
- STAT Task Force - Reimbursement for Pharmacy Services, 1995, 1996
- Academy of Pharmaceutical Care Specialists, 1996 – Present
- Student APA, Vice-President, 1983 -1985

Board of Pharmacy Specialties 2009 – 2012
- Ambulatory Care Specialty Counsel

American Medical Association (AMA), 2004 - Present
- Current Procedural Terminology, Board of Trustees (CPT) Advisor
- Healthcare Professional Advisory Committee, Pharmacy (HCPAC)
- Drug Infusion Workgroup, 2005 – 2009
- Therapeutic Drug Monitoring Workgroup, 2013 - Present

American College of Clinical Pharmacology (ACCP), 1991 - Present
- Program Planning Committee, 1992, 1993, 1994

American College of Clinical Pharmacy (ACCP), 1988 - Present
- Clinical Affairs Committee, 1991 -1992
- Reimbursement Task Force, 1993 -1994
- Public & Professional Relations Committee, 1994 -1995

American Society of Consultant Pharmacists, 1988 - Present

American Society of Health-System Pharmacists (ASHP), 1985 – Present
- Specialty Practice Group (SPG):
- Section for Clinical Specialist, 1995 - Present
- Clinical Pharmacokinetics, 1990 -1995
- Vice-Chair, 1993 -1994
- Task Force on Unlabeled Uses of Medications, 1993 - 1994
- House of Delegates, 1993 – present
- Public Policy and Government Relations Committee, 1995 - 1996
- Vice-Chair, 1996 – 1997

**Curriculum Vitae, Page 5**
Daniel E. Buffington, PharmD, MBA
07-06-15

International Society for Pharmacoeconomics and Outcomes Research, 2000 - 2003

American Society of Microbiology (ASM), 1992 – 1997

**STATE**

University of Florida, College of Pharmacy 2010
• National Advisory Board

American Cancer Society, Hillsborough County, 1991 -1993
• Board of Directors, 1991 - 1993

American College of Clinical Pharmacology, Tampa Chapter, 1989 – Present
• Tampa Chapter, Program Committee, 1991 - 1993

Association for Clinical Research Professionals – SunCoast Chapter, Tampa, FL
• SunCoast Chapter, President-elect, 1999
• SunCoast Chapter, President, 2000

Florida Society of Health-System Pharmacists, 1989 – Present
• Experiential Education Innovation Forum - 2012
• President, 2000 - 2001
• President Elect, 1999
• Educational Affairs Council, Council Chairman, 1998
• Clinical Council/member, 1990 -1992
• Clinical Council/Chair, 1992 -1993
• House of Representative, 1993 - present
• Editor, FSHP/Digest, 1990 -1993
• Board of Directors, 1992 - Present
• Communications Council/Board Liaison, 1993 - 1994
• Reimbursement Task Force, 1993 - 1995
• Board of Directors 1993 -1995
• Legal and Regulatory Affairs Council Chairman, 1992, 1993 member, 2002-2005
• House of Delegates (Scribe), 2011 - Present

Southwest Florida Society of Hospital Pharmacists, 1989 - Present
• Nominations Committee 1990 - 1991
• President-Elect, 1991 - 1992
• President, 1992 - 1993

Florida Pharmacy Association, 1991 - Present
• Professional Affairs Council, 2000 – 2002; 2012-2014
• Public Affairs Committee, 1993
• Public Relations Committee, 1992 -1993

Hillsborough County Pharmacy Association, 1991 - Present
• Board of Directors, 1992 -1993

Atlanta Academy of Institutional Pharmacist, 1987 -1990

University of South Florida
• USF Institutional Review Board, Human Research, 1994 – 1996
• Health and Safety Committee, 1993 - 1996

- USF Community Music Division, Board of Directors, 1994 -1996

Mercer University School of Pharmacy
- National Deans List, 1986 -1987
- Mercer Dean's List - 1986, 1987
- Class of 1987, Vice-President, 1985 -1987
- Class of 1987, Secretary, 1984 -1985
- Collegiate Student Government Award, 1987
- Outstanding Young Men of America Award, 1987
- United States Achievement Academy Award, 1987
- Georgia Pharmaceutical Association: Board of Directors/Student Rep, 1984

**COMMUNITY**

Florida Pharmacy Foundation
- Board of Trustee, 2012 - present

LifePath Hospice and Palliative Care
- Executive Committee, 2005 - Present
- Bioethics Committee, Chairman, 2001 – 2003
- Board of Directors, Tampa, FL, 1999 – Present

Florida Community Pharmacy Network and Political Action Committee 2009 - Present

METRO BAND, Christian Music Ministry, 1994 – Present

Idlewild Baptist Church, Member, Orchestra, 1989 – Present

Great American Teach-In
- Young Middle Magnet School, 2002, 2003, 2004
- Lewis Elementary School, 2001, 2002, 2003, 2004

Hillsborough Regional Science Fair Judge, 2003 and 2001

SideFX: Medical Band (Charity Functions), 1993 – 2005

Judeo Christian Health Clinic Volunteer, 1991-1995

Paint Your Heart Out Tampa, Hillsborough County Medical Association 1989-1991

Community Relations Board, Ex-Officio Member, City of Clearwater, 1979

**FRATERNITY - PROFESSIONAL**

Kappa Psi Pharmaceutical Society, 1984

Phi Lambda Sigma - Leadership / Honor Society (Mercer University), 1985
- Vice-President, 1986 -1987
- National Convention Representative, 1986

Case: 2:11-cv-01016-EAS-MRM Doc #: 956-4 Filed: 01/30/17 Page: 20 of 81 PAGEID #: 32466
DX 93
1711
Case: 2:11-cv-01016-EAS-MRM Doc #: 870-1 Filed: 12/29/16 Page: 20 of 80 PAGEID #: 28183

Curriculum Vitae, Page 7
Daniel E. Buffington, PharmD, MBA
07-06-15

**FRATERNITY – SOCIAL**

Sigma Alpha Epsilon Fraternity, 1981

**CONSULTING ACTIVITIES:**

Center for Medicare and Medicaid Services (CMS) 2014

NorthShore LIJ Health System, 2013

Affinity Health Care Plan, 2012

Bayer Pharmacy Communications Planning Committee, Philadelphia, PA, 1998

Mercer University Board of Visitors (Dean's Council), 1997 – Present

Bayer, Inc., Pharmacoeconomics National Advisory Board, 1996 – Present

Miles Pharmaceutical: Southwestern Regional Pharmaceutical Advisory Group, 1993

Conversations on Health: Health care Reform Task Force Conference, March 1993

**EDITORIAL REVIEW BOARD:**

American Journal of Health-System Pharmacy Supplement, Guest Editor 2007

American Pharmacists Association, Reviewer 2007

Cancer Control - Journal of the Moffitt Cancer Center

Florida Digest, Co-Editor, 1991, 1992, 1993

Florida Journal of Hospital Pharmacy

Clinical Pharmacy

American Journal of Hospital Pharmacy

Hospital Pharmacy

**HONORS / AWARDS / SCHOLARSHIPS:**

**Outstanding Pharmacy Service Award, 2013**
University of Florida

**University of South Florida Mock Trial, 2011**
Appreciation for Service

**Daniel B. Smith Award, 2010**
Practice Excellence Award

**Certificate of Appreciation May, 2009**
The Education Awareness Campaign
University of South Florida's Radio Station

Curriculum Vitae, Page 8
Daniel E. Buffington, PharmD, MBA
07-06-15

**Pinnacle Award, June, 2008**
American Pharmacists Association Foundation
"Recognizing Contributions to Health Care Quality through the Medication Use Process"

**Award of Excellence, June, 2008**
American Society of Health-System Pharmacists

**The Inaugural Distinguished Alumni Award, 2009**
Mercer University, College of Pharmacy & Health Sciences

**Sponsorship Award - Hillsborough County – NetSmartz® Launch, 2007**
Internet Safety for Kids

**Dr. G. Van Greene Distinguished Lecturer, 2005**
Mercer University College of Pharmacy

**Distinguished Achievement Award in Clinical Pharmacotherapeutic Practice, 2005**
Academy of Pharmacy Practice and Management
American Pharmacists Association

**Florida Pharmacist of the Year, 2002**
Florida Society of Health-System Pharmacists (FSHP)

**Florida Pharmacy Fore Runner Award, 1994**
Florida Society of Hospital Pharmacists

**President's Award, 1993**
Florida Society of Hospital Pharmacists

**Distinguished Service Award, 1991 -1993**
Florida Pharmacy Association

**Outstanding Service Award, 1993**
Florida Society of Hospital Pharmacists

**Bristol Laboratories Award, 1987**
Mercer University, School of Pharmacy

**Collegiate Student Government Award, 1987**
Mercer University

**Outstanding Young Men of America Award, 1987**
Mercer University

**United States Achievement Academy Award, 1987**
Mercer University

**Georgia Pharmaceutical Association (GPHA), 1986**
Scholarship

**Churches Home Foundation, 1986**
Scholarship

**Clearwater Community Service Award, 1980**
City of Clearwater, FL

**Curriculum Vitae, Page 9**
Daniel E. Buffington, PharmD, MBA
07-06-15

**PHILANTHROPY:**

**AIM Convention Health Fair 2012**
Tampa, FL

**Denver & the Mile High Orchestra 2010**
Global Missions Project – Russia

**Temple Terrace Rotary Club – Linwood Park 2010**
Opening ceremony

**Steve McCauley Memorial Golf Tournament 2009**
Proceeds benefit the Steve McCauley Memorial Scholarship Fund

**Kayla's Hope for Kids Golf Tournament 2009**
Proceeds benefit The Children's Hospital of Philadelphia, Division of Neuro-Oncology

**Hillsborough County – NetSmartz® Launch 2007**
Internet Safety for Kids

**LifePath Hospice and Palliative Care 1999 - 2009**
Board of Directors and committee work

**MUSIC PERFORMANCES:**

| | |
|---|---|
| 06-22-2005 | **Southern Baptist Convention, Nashville, TN**<br>Celebration Orchestra, Idlewild Baptist Church |
| 03-22-2004 | **Cuba National Orchestra: Global Missions Project, Havana, Cuba**<br>National Theatre Performance (03-25-2004)<br>Concert in the Park, Plaza De Armas (03-26-2004) |
| 12-11-2003 | **Charlie Brown Christmas, Celebration Choir and Orchestra**<br>Idlewild Baptist Church, Tampa, FL |
| 11-21-1999 | **Moving with the Spirit, Celebration Choir and Orchestra**<br>Idlewild Baptist Church, Tampa, FL |
| 01-29-1999 | **Academy of Gospel Music Arts**<br>Orlando Region, Metro Band |

**INVITED PANELS:**

| | |
|---|---|
| 10-04-2009 | **National Dean's Advisory Council**<br>University of Florida, College of Pharmacy<br>Gainesville, FL |
| 01-13-2009 | **Medication Measures Special Study Technical Expert Panel**<br>Quality Partners of Rhode Island |
| 06-01-2006 | **Pharmacy Quality Alliance (PQA)**<br>Center for Medicare and Medicaid Services (CMS) |
| 12-12-2005 | **Technical Advisory Panel: Center for Medicare & Medicaid (CMS), Medicare Prescription Drug, Improvement and Modernization Act of 2003**<br>Baltimore, MD (BearingPoint) |
| 04-03-2005 | **Board of Pharmaceutical Specialties (BPS) Focus Group**<br>Pharmacy Certification Programs, Orlando FL |

**Curriculum Vitae, Page 10**
Daniel E. Buffington, PharmD, MBA
07-06-15

| | |
|---|---|
| 12-18-2003 | **Health Care Professionals Advisory Committee (HCPAC)**<br>American Medical Association, Current Procedural Terminology (CPT)<br>Editorial Panel, 2003 – Present |
| 11-15-2002 | **Pharmacists Services Technical Advisory Coalition (PSTAC), 2002 – Present**<br>Representing the American Society of Health-Systems Pharmacists |
| 11-01-2002 | **Mercer Southern School of Pharmacy Campaign Committee**<br>Associate Chair |
| 10-02-2002 | **Dean's Advisory Board of Visitors**<br>Mercer University, Southern School of Pharmacy, Atlanta, GA |
| 09-23-2000 | **Dean's National Advisory Board**<br>University of Florida, College of Pharmacy, Gainesville, FL |
| 07-16-1999 | **National Faculty: Managing Respiratory Tract Infections in the New Millennium**<br>Thomas Beam, Jr. Memorial Institute, Bayer, Denver, CO |

**POSTER PRESENTATIONS:**

**Evaluation of the Utility of Sinus Endoscopy versus Sinus Aspiration for Microbiologic Documentation of Acute Maxillary Sinusitis-Zagam Endoscopy Study Group**
International Conference on Antimicrobial Agents and Chemotherapy 35th (ICAAC), San Francisco, CA, 09-15-1995

**Development of Reimbursement Mechanisms for Pharmacist Services**
American Pharmacy Association 1995 Annual Meeting, Orlando, FL, 03-19-1995

**Creation of a Software Program to Assess Patient Risk Factors for the Development of Candidemia**
American Society of Hospital Pharmacists, Midyear Clinical Meeting, Miami Beach, FL
12-06-1994

**Task Force on Reimbursement for Cognitive Services Report**
ACCP Annual Meeting, 08-15-1993

**Clinical Pharmacokinetics: Software Review**
American Society of Hospital Pharmacists, Clinical Midyear Meeting, Dallas, TX
12-07-1988

**COURSE LECTURES:**

> **University of South Florida, College of Nursing**
> Tampa, FL
>
>> **Clinical Pharmacology for Advanced Nurse Practitioners (USF, NGR 6199)**
>> Registered Nurse Practitioners - Graduate Program
>> Course Director& Lecturer
>>
>> **MKSAP Review – Clinical Pharmacology**
>> MD Program, Residents & Fellows
>> Lecturer
>> Tampa, FL
>
> **University of South Florida, College of Public Health**
> Tampa, FL
>
>> **Pharmacoepimiology (6934) – "Pharmacoeconomics"**
>> Lecturer
>
> **University of Florida College of Pharmacy**
> Gainesville, FL
>
>> **Clinical Pharmacokinetics (PHA 4123, PHA 5121)**
>> Aminoglycosides & Vancomycin Pharmacokinetics: Clinical Applications
>> BS & Doctor of Pharmacy Programs
>>
>> **Pharmacy Management (PHA 4210)**
>> "Reimbursement for Pharmaceutical Care Services"
>> BS & Doctor of Pharmacy Programs
>>
>> **Clinical Pharmacy & Therapeutics**
>> Non-Traditional Doctor of Pharmacy Program
>>
>> Topics:
>> - Pharmacokinetics
>> - Gynecologic Malignancies
>> - Infectious Diseases (Sinusitis, Infectious Diarrhea)
>> - Allergic Rhinitis

**PUBLICATIONS:**

> Buffington D (Contributing Author), Medication Therapy Management: A Pharmacotherapy and Medication System Primer. McGraw-Hill (2014)
>
> Buffington D, Isetts B, Coding Principles for Medication Therapy Management Services: The ABCs of CPTs, The Pharmacist's Guide to Compensation for MTM Services, Chapter 6, 2009
>
> Buffington D, Future of medication therapy management services in delivering patient-centered care, American Journal of Health-System Pharmacy, August 2007, S10-S12

Buffington D, <u>CPT cod-change proposal: National data on pharmacists' medication therapy management services</u>.  Journal of the American Pharmacists Association, July/August 2007,  491-495

Isetts, B, Cipolle R, Buffington D, <u>Medication Therapy Management Relative Value Scale Survey Proposal</u>, American Pharmacists Association, May 2007

Buffington D, <u>Pharmacist current Procedural Terminology codes and medication therapy management</u>.  Medicare Modernization Act Q&A, Am J Health-Syst Pharm-Vol 63 Jun 1, 2006

Buffington D, <u>Coding Communication :  Medication Therapy Management Services</u>. American Medical Association (AMA) cpt Assistant April 2006 / Volume 16, Issue 4

Richard L. Rauck, MD, Mark S. Wallace, MD, Michael S. Leong, MD, Michael MineHart, MD, Lynn R. Webster, MD, Steven G. Charapata, MD, Jacob E. Abraham, MD, Daniel E. Buffington, PharmD, MBA, David Ellis, MD, PhD, Ronald Kartzinel, MD, PhD, and the Ziconotide 301 Study Group, <u>A Randomized, Double-Blind, Placebo-Controlled Study of Intrathecal Ziconotide in Adults with Severe Chronic Pain</u>. Journal of Pain and Symptom Management (J Pain Symptom Manage 2006;31:393-406

JL Turner, JR Kosstman, A Aquino, D Wright, s Szabo, R Bidwell, J Goodgame, A Daigle, E Kelley, F Jensen, C Duggy, D Carlo, and RB Moss, <u>The effects of an HIV-1 immunogen (Remune) on viral load, CD4 cell counts and HIV-specific immunity in a double-blind, randomized, adjuvant-controlled subset study in HIV infected subjects regardless of concomitant antivital drugs</u>. HIV Medicine (2001) 2, 68-77.  Buffington D, Editorial Panel, Research Site

Buffington D, et al.  <u>Participation as an Investigator in the IRC 806 Clinical Research Trial</u>, JAMA, February 2001

Buffington D, <u>Improving Our Communications Via The Internet</u>.  Florida Journal of Health-System Pharmacy, Volume 18, Number 3, January 2001

Buffington D, et al. <u>Sparfloxacin for the treatment of acute bacterial maxillary sinusitis documented by sinus puncture.</u> Annual Allergy Asthma Immunology 2000; 84:63-71 Volume 84, January 2000

Buffington D, Garrison N, Spector S, Stafford C, Granito K, Zhang H, Talbot G, <u>Sparfloxacin for theTreatment of Acute Bacterial Maxillary Sinusitis.</u> Manuscript for Rhone-Poulenc Rorer, November 24, 1997

Buffington D, <u>Identifying Profitable Areas of Expansion: Obtaining Reimbursement</u>, American Society of Health-System Pharmacists, Center on Pharmacy Practice Management.  Pages 8-10, October 1997

Buffington D, <u>Reimbursement for Pharmacy Services.</u>  Specialists Spectrum, ASHP, Vol.1, No.1, p.3, Fall 1994.

Buffington D. <u>Predict what major changes will result from health care reform.  What impact will these changes have on you and how you conduct your business.</u> FL J Hosp Pharm, Vol. 13, No. 4, p. 23, August 1993.

Buffington D, Lampasona V, Chandler M.  <u>Computers in Pharmacokinetics:  Choosing Software for Clinical Decision Making</u>.  Clinical Pharmacokinetic 25 (3):205-216, 1993.

Asbury WH, Darsey EH, Rose WB, Murphy JE, Buffington DE, Capers CC.  <u>Vancomycin Pharmacokinetics and Neonates in Infants:  A Retrospective Evaluation</u>.  Ann Pharmacotherapy 1993;27:490-6.

Buffington D, Wallach P. Is methemoglobinemia associated with dapsone therapy? FL J Hosp Pharm Vol. 13, No. 1, February 1993:29.

Morton T, Buffington D. Post-graduate pharmacy training programs in Florida. FL J Hosp Pharm Vol. 13, No. 1, February 1993:29-31.

Buffington D, Toney J. Focus on temafloxacin: A new rapidly absorbed, extended-spectrum fluoroquinolone antibiotic. Hosp Formula 1992:27:241-247.

Pritchard J, Buffington D. Is varicella immune globulin (VZIG) an appropriate therapy for the treatment of chicken pox. FL J Hosp Pharm Vol. 13, No. 3, July 1993:29-30.

Perkins J, Buffington D, Hoffman M. Gynecologic Malignancies (Chapter 120). Pharmacotherapy (Second Edition).

Buffington D. Injectable Nonsteroidal Anti-inflammatory: Alternative to Narcotics. Hospital News p. 16, 3/91.

Buffington D. How is alfa interferon being used in the treatment of cancer? Florida Society of Hospital Pharmacist Digest 2/91.

Buffington D. New medication helps protect the bladder during chemotherapy. Hospital News p. 19, 1/91.

Buffington D. The Fluoroquinolones and Theophylline: A Potential for Interaction. Pharmacotherapy Forum Vol.1/No.1, 10/90.

Buffington D. Word Processors and desktop publishing put shine on drug utilization reviews. Drug Utilization Reviews Vol.5/No.4, 4/89.

Buffington D. Ticar7 and Timentin7 : Recent Formulary Changes. EUH/Antibiotic Use Reviews 10/87.

Buffington D. Methicillin-Resistant Staphylococcus Aureus (MRSA). DGH/Pharmacy News 5/86.

Gilmore R, Russell J, Buffington D. Legislative Review of Georgia's Third Party Prescription Programs. Georgia Pharmaceutical Association 5/86.

Toler, SM., Lopez, AV. Smoking and the fetus - What You Should Know, Georgia Pharmaceutical Association Journal. (Computer Graphics).

**RESEARCH PROTOCOLS:**

**2015**

COV02520124: An Open-Label, Safety and Pharmacokinetic Study of Hydromorphone Hydrochloride Extended-Release Tablets
(Once-Daily Hydromorphone) in Opioid-Tolerant Pediatric Subjects with Chronic Pain

**2012**

D3820C0005: A Randomized, Double-blind, Placebo-Controlled Study to Assess the Efficacy and Safety of NKTR-118 in Patients with Non-Cancer-Related Pain and Opioid-Induced Constipation (OIC)

**Curriculum Vitae, Page 14**
Daniel E. Buffington, PharmD, MBA
07-06-15

**2011**

D3820C0004: A Randomized, Double-blind, Placebo-Controlled Study to Assess the Efficacy and Safety of NKTR-118 in Patients with Non-Cancer-Related Pain and Opioid-Induced Constipation (OIC)

GWCA0999: A multicenter, non-comparative, follow-on study to assess the long term safety of Sativex oromucosal spray (Sativex®; Nabiximols) therapy in patients with cancer related pain.

GWCA0958: A double blind, randomized, placebo-controlled, parallel group study of Sativex oromucosal spray (Sativex®; Nabiximols) in relieving pain in patients with advanced cancer, who experience inadequate analgesia during optimized chronic opioid therapy

**2010**

CQAB149B2223: A multi-center, randomized, double-blind, placebo controlled, parallel group, repeated-dose study to evaluate the efficacy, safety, tolerability and pharmacokinetics of three different dosing regimens of inhaled indacaterol maleate in patients with persistent asthma

GS-US-164-0216 The SWIFT Study: A Prospective, Randomized, Open-Label Phase IV Study to Evaluate the Rationale of Switching from Fixed-Dose Abacavir (ABC)/Lamivudine (3TC) to Fixed-Dose Tenofovir DF (TDF)/Emtricitabine (FTC) in Virologically-Suppressed, HIV-1 Infected Patients Maintained on a Ritonavir-Boosted Protease Inhibitor-Containing Antiretroviral Regimen

**2009**

The SWIFT Study: A Prospective, Randomized, Open-Label Phase IV Study to Evaluate the Rationale of Switching from Fixed-Dose Abacavir (ABC)/ Lamivudine (3TC) to Fixed-Dose Tenofovir DF (TDF)/Emtricitabine (FTC) in Virologically-Suppressed, HIV-1 Infected Patients Maintained on a Ritonavir-Boosted Protease Inhibitor-Containing Antiretroviral Regimen GS-US-164-0216

Blood Pressure and Metabolic Effects of Nebivolol Compared with Hydrochlorothiazide and Placebo in Hypertensive Patients with Impaired Glucose Tolerance or Impaired Fasting Glucose Protocol ID: NEB-MD-04

A double blind, randomized, placebo controlled, parallel group dose-range exploration study of Sativex® in relieving pain in patients with advanced cancer, who experience inadequate analgesia during optimized chronic opioid therapy GWCA0701

**2005**

An Open-Label, 12-Month Study to Evaluate the Safety, Tolerability, and Efficacy of ORAVESCENT® Fentanyl Citrate for the Management of Breakthrough Pain in Opioid-Tolerant Patients with Chronic Non-cancer Pain C25608/3040/BP/US (Cephalon)

A Double-Blind, Randomized, Placebo-Controlled Study to Evaluate the Efficacy and Safety of ORAVESCENT® Fentanyl Citrate for the Management of Breakthrough Pain in Opioid-Tolerant Patients With Chronic Neuropathic Pain C25608/3041/BP/US (Cephalon)

A Double-Blind, Randomized, Placebo-Controlled Study to Evaluate the Efficacy and Safety of ORAVESCENT® Fentanyl Citrate for the Management of Breakthrough Pain in Opioid-Tolerant Patients With Chronic Low Back Pain C25608/3042/BP/US (Cephalon)

Survey to Assess the Prevalence, Characteristics and Impact of Breakthrough Pain in Chronic Pain Patients with and without Cancer Managed by Clinicians Who are not Pain Specialists SMI05002

**2004**

THE SAFETY, TOLERABILITY, AND IMMUNOGENICITY OF ACAM2000 SMALLPOX VACCINE IN ADULTS WITH PREVIOUS SMALLPOX VACCINATION.  A Randomized, Double-Blind, Fixed Dose, Phase 3 Comparison between ACAM2000 and Dryvax® Smallpox VaccinesH-400-012 (Acambis)

A Multicenter, Phase 3 Study to Confirm the Safety and Efficacy of Intravenous Doripenem in Complicated Lower Urinary Tract Infection or PyelonephritisDORI-06 (Peninsula Pharmaceuticals)

THE SAFETY, TOLERABILITY, AND IMMUNOGENICITY OF ACAM2000 SMALLPOX VACCINE IN ADULTS WITHOUT PREVIOUS SMALLPOX VACCINATION.  A Randomized, Double-Blind, Fixed Dose, Phase 3 Comparison between ACAM2000 and Dryvax® Smallpox VaccinesH-400-009 (Acambis)

An Open-Lable, Long Term, Multi-Center, Intrathecal Ziconotide (PRIALT™) Effectiveness And Safety Trial (ZEST) In Patients With Chronic Severe Pain ELN92045-501

A Multi-Center, Open-Label, Long-Term Study of OraVescent® Fentanyl Citrate for the Treatment of  Breakthrough Pain in Opioid-Tolerant Cancer Patients099-15 (CIMA)

A Multi-Center, Double-Blind, Placebo-Controlled Study of OraVescent® Fentanyl Citrate for the Treatment of Breakthrough Pain in Opioid-Tolerant Cancer Patients099-14 (CIMA)

**2003**

A multicenter, international, randomized, open-label, assessor-blind, non-inferiority study comparing the efficacy and safety of once-weekly subcutaneous SanOrg 34006 with the combination of (LMW)Heparin and vitamin K antagonist (VKA) in the treatment of acute symptomatic pulmonary embolism P64714 / EFC 3484 (Organon/Sanofi)

An Open-label, Multicenter Study of the Safety and Efficacy of Combined Intrathecal Infumorph and Ziconotide (Prialt): Addition of Infumorph in Patients Receiving Prialt for Severe Chronic PainELN92045-201(Elan Pharmaceuticals)

A Double-Blind, Double-Dummy, Randomized, Placebo- and Active-Controlled, Multicenter, Parallel-Group Study of (R,R)-Formoterol in the Treatment of Subjects with Chronic Obstructive Pulmonary Disease091-051 (Sepracor)

**2002**

A Phase III, Vehicle-Controlled Study of Topical Resiquimod (R-848) 0.01% Gel Applied 2 Times per Week for 1 Week for Each Recurrence of Anogenital Herpes over 52 Weeks Study 1452-RESI (3M Pharmaceuticals)

A Retrospective, Case-Control Study to Investigate Genetic Polymorphisms in HIV Infected Subjects Who Developed Hypersensitivity Following Treatment with Abacavir CNA30032 (GlaxoSmithKline)

Vehicle-Controlled, Double-Blind Study to Assess the Safety and Efficacy of Imiquimod 5% Cream Applied Once Daily 3 Days per Week for the Treatment of Actinic Keratoses on the Head1447-IMIQ (3M Pharmaceuticals)

An Open-label, Long-term, Multicenter Study of Ziconotide Administered IntrathecallyELN92045-352 (Elan Pharmaceuticals)

A RANDOMIZED, DOUBLE-BLIND, PLACEBO-CONTROLLED STUDY OF INTRATHECAL ZICONOTIDE IN ADULTS WITH SEVERE CHRONIC PAIN ELN92045-301(Elan Pharmaceuticals)

AN OPEN-LABEL, LONG-TERM, MULTICENTER STUDY OF ZICONOTIDE ADMINISTERED INTRATHECALLY ELN92045-351, IND # 45,718 (Elan Pharmaceuticals)

A Case Control Investigation Exploring the Relationship Between Gene Variants (HAP ™ Markers) and Agranulocytosis or Granulocytopenia In Adult Patients Treated With Clozapine

A 6-month open label, multi-national, effectiveness, and safety study of Elidel® (pimecrolimus) Cream, 1% in subjects with atopic dermatitis Novartis CASM981 C2405

**2001**

APV30001:  A Phase III, randomised, multicenter, parallel, open-label study to compare the efficacy, safety and tolerability of GW433908 (1395mg bid) and Nelfinavir (1250mg bid) over 48 weeks in antiretroviral therapy naïve HIV-1 Infected Adults (Glaxo Welcome)

APV30005:  An open-label phase III study to assess the long term safety profile of GW43398 containing regimens in HIV-1 infected subjects (Glaxo Welcome)

A Phase II, Randomized, Double-Blind, Vehicle-Controlled, Dose Frequency Response Study of Topical Resiquimod (R-848) Gel Applied to Anogential Herpes Lesions Once, Twice or Three Times Per Week for One Recurrence to Prevent Future Recurrences 1411-RESI (3M Pharmaceuticals)

Vehicle-Controlled, Double-Blind Study to Assess the Safety and Efficacy of Imiquimod 5% Cream Applied Once Daily 3 Days per Week for the Treatment of Actinic Keratoses on the Head(3M Pharmaceuticals)

A prospective, randomized, double blind, multicenter trial assessing the safety and efficacy of sequential (intravenous/oral) BAY 12 -8039 (moxifloxacin) 400 mgevery 24 hr compared to intravenous piperacillin/tazobactam 3.0/0.375 g every 6 hr followed by oral amoxicillin/clavulanic acid suspension 800 mg every 12 hr for the treatment of patients with complicated skin and skin structure infections (Bayer)

Protocol #: CPS 2000-01A An Open Label, Phase 1 Study of the Safety and Tolerability of Coccoloba uvifera in Healthy Volunteers

Omapatrilat Cardiovascular Treatment Assessment versus Enalapril (OCTAVE) Protocol Number: CV137-120

Protocol Number: CPS.USF.001 An Open Labeled, Single Blind, Patient-Controlled Study of the Safety and Efficacy of Clobetasol Propionate Foam, 0.05% in the Treatment of Alopecia Areata

CNA30021: A phase III, 48-week, randomized, double-blind, multicentre study to evaluate the safety and efficacy of abacavir (ABC) 600mg once-daily (QD) vs abacavir 300mg BID in combination with lamivudine (3TC) (300mg QD) and efavirenz (EFV) (600mg QD) in antiretroviral therapy naïve HIV-1 infected subjects (GlaxoSmithKline)

A Phase III, randomized, multicenter, parallel, open-label study to compare the efficacy, safety, and tolerability of GW433908 1395 mg bid and Nelfinavir 1250 mg bid over 48 weeks in antiretroviral therapy naive HIV-1 Infected Adults (Glaxo)

A Multicenter Dose Randomized Evaluation of Targretin® Capsules + PUVA In Patients With Stage IB – IIA Cutaneous T-Cell Lymphoma IND No. 61,896 (Ligand)

A Multicenter, Randomized, Open-Label Study Comparing the Efficacy And Safety Of Once Daily (OD) ORG 31540/SR90107A Versus Adjusted-Dose Intravenous (IV) Unfractionated Heparin (UFH) In The Initial Treatment Of Acute Symptomac Pulmonary Embolism (PE) (Organon)

Protocol Number: 25000/592. An Open, Non-Comparative Multicenter Study to Assess the Efficacy and Safety of Oral Augmentin® SR 2000/125 mg Twice Daily for 10 Days in the Treatment of Acute Bacterial Sinusitis in Adults (Smith-Kline Beecham)

VER001-5:  Phase II Pilot, Randomized, Open-Label, Multi-center Study to Evaluate the Safety and Efficacy of Dalbavancin (V-Glycopeptide) Versus Investigator/Physician Designated Comparator in Skin and Soft Tissue Infection  IND # 60,613 (Vericor)

**2000**

A Phase III, Multicenter, Randomized, Parallel Group, Evaluator Blinded, Comparative Study to Evaluate the Effectiveness and Safety of "Topical Otic CILODEX™ (ciprofloxacin 0.3%, dexamethasone 0.1%) Suspension Compared to CILOXAN® (ciprofloxacin 0.3%) Solution and CORTISPORIN® Suspension (neomycin 0.35%, polymyxin 10,000 IU/mL, hydrocortisone 1.0%) for Treatment of Patients with Moderate to Severe Acute Otitis External

**1999**

Protocol Title: Safety and Efficacy of Intravenous HMR4396 and Epogen® for the Management of Anemia in Subjects with Chronic Renal Failure Requiring Hemodialysis HMR4396A/3001

An Open-Label, Long-Term Safety and Tolerability Study of Ziconotide® Administered Intrathecally to Patients with Chronic, Severe Pain (Elan Pharmaceutical s)

**1998**

A One-Year Randomized, Double Blind, Placebo Controlled Study of Alosetron (GR68755) 1mg BID in Female Subjects with Irritable Bowel Syndrome  S3B30006

A Open, Non-Comparative Multicentre Study to Assess the Efficacy and Safety of Oral Augmentin SR 2000/125 mg, Twice Daily for 10 Days in the Treatment of Acute Bacterial Sinusitis in Adults, Protocol BRL-02500/551 (Smith-Kline Beecham)

**1997**

A Multicenter, Double-Blind, Phase III, Adjuvant-Controlled Study of the Effect of 10 units of HIV-1 Immunogen Compared to IFA Alone Every 12 Weeks on AIDS-Free Survival in Subjects with HIV Infection and CD4 T Lymphocytes Between 300-549 cells mcg Regardless of Concomitant HIV Therapies Protocol IRC-806 (Immune Response Corporation)

A Randomized, Double Blind, Placebo Controlled, Efficacy and Safety Study of Oral Lobucavir In Patients With Recurrent Herpes Labialis, AI459-012 (Bristol-Myers Squibb)

A Randomized, Double Blind, Placebo Controlled, Efficacy and Safety Study of Oral Lobucavir In Patients With Recurrent Genital Herpes, AI459-011 (Bristol-Myers Squibb)

Phase II Multi-Center, Randomized, Placebo-Controlled, Two-Step Dose-Escalation Safety, Tolerability, and Hypothesis Generating Trail of Recombinant Tissue Factor Pathway Inhibitor (rTFPI), SC-59735 in Sepsis Patients, Protocol CS-TF004 (Chiron)

**Curriculum Vitae, Page 18**
Daniel E. Buffington, PharmD, MBA
07-06-15

**1996**

A Randomized, Double-Blind, Multicenter Trial Assessing the Safety and Efficacy of a Single Intravenous Dose of CP-116,517 (alatrofloxin) Compared with Cefotetan for the Prophylaxis of Infection Following Colorectal Surgery #154-128 (Pfizer Central Research)

**1995**

Pfizer 154-128   Colo-Rectal Prophylaxis (Pfizer)

Pfizer 154-124   Intraabdominal Infections(Pfizer)

Matrix 66-94-2  5 FU/epi Basal Cell Carcinoma (Matrix)

RPR 106972  Streptogramin Sinusitis (Rhone-Poulenc Rorer)

Oral Cefpodoxime Proxetil (Vantin®) Tablets in the Treatment of Acute Maxillary Sinusitis in Adults #M/116/40/0108. (Upjohn Company)

A Double Blind, Comparative Study of the Efficacy and Safety of Orally Administered OPC-17116 and Clarithromycin in the Treatment of Patients with Community Acquired Pneumonia  #106-94-206 (Otsuka America Pharmaceuticals, Inc.)

A Prospective, Randomized, Double-Blind, Parallel, Control, Multicenter Trial Comparing The Efficacy and Safety of 1% terbinafine (Lamisil®) Cream Applied Once Daily to Placebo In The Treatment of Cutaneous Candidiasis  SFC-352 (Sandoz Pharmaceuticals)

**1994**

Multicenter, Randomized, Partially-Blind, Parallel Group, Clinical Trial to Compare the Efficacy and Safety of Twice and Once Daily Subcutaneously Administered Enoxaparin and Continuous Infusion Heparin in the Treatment of Patients with Deep Vein Thrombosis and Pulmonary Embolism RP-54536-529 (Rhone-Poulenc Roher)

Multicenter, Double Blind, Comparative Study of Intravenous meropenem (Merrem®) and imipenem (Primaxin®) for the Treatment of Nosocomial Lower Respiratory Tract Infections 359IL/0059 (Zeneca Pharmaceuticals)

Open, Non-comparative, Multicenter Study of RP64206 sparfloxacin in the Treatment of Acute Bacterial Maxillary Sinusitis RP64206-359 (Rhone-Poulenc Roher)

A Double-Blind, Parallel Group, Randomized Trial to Compare the Efficacy and Safety of Enoxaparin 40mg SC QD and Unfractionated Heparin 5000 IU SC TID During 6-12 Days for Prevention of Deep Vein Thrombosis (DVT) in 800 Evaluable Patients After Planned Elective Curative Cancer Surgery RP-54563-567 (Rhone-Poulenc Roher)

A Double-Blind Multinational Trial Comparing Sorivudine (BV-araU) (SQ 32,756) vs. Acyclovir for the Treatment of Acute Localized Herpes Zoster and the Effect on Zoster-associated Pain In Immunocompetent Subjects.  BMS-AI458-072-008 (Bristol Myers Squibb)

Assessment and Analysis of Risk Factors for the Development of Candidemia in Hospitalized Patients, (Pfizer)

**1993**

Pharmacoeconomic Analysis of Systemic Antifungal Prescribing Patterns. (Pfizer/Roerig)

A Multicenter, Double-Blind Comparative Study of Intravenous Merrem (Meropenem) and Primaxin (imipenem-cilastatin) for the Treatment of Intra-Abdominal Infections. (Zeneca)

A Multicenter, Double-Blind Comparative Study of Intravenous Merrem (Meropenem) and Primaxin (Imipenem-Cilastatin) for the Treatment of Nosocomial Lower Respiratory Tract Infections (Zeneca)

Double Blind, Placebo-Controlled Study of the Efficacy and Safety of three doses of CP-127 and Placebo in Patients with Presumed Sepsis and the Systemic Inflammatory Response Syndrome (SIRS)  CP-0127-92-002 (Cortech, Inc)

Double Blind, Randomized, Comparative Study of RP-64206 (Sparfloxacin) vs. Cefaclor in the Treatment of Community-Acquired Pneumonia  (Rhone-Poulenc Rorer)

A Randomized, Double Blind, Placebo-Controlled, Multicenter Study of Oral GR122311X Compared with Ranitidine and GR88502X for the Prophylaxis of Nonsteroidal Anti-Inflammatory Drug Associated Gastric or Duodenal Ulcers in Patients with Osteo- or Rheumatoid Arthritis and without a History of Gastric or Duodenal Ulcers  (Glaxo)

Prospective, Randomized, Third Party-Blind, Study to Compare the Safety and Efficacy of Ciprofloxacin (Sequential IV/PO) with Intravenous Ceftazidime and Tobramycin in the Treatment of Pediatric Cystic Fibrosis Patients with Acute Pulmonary Exacerbation D91-024, BAY o9867m BAY q3939 (Miles, Inc)

A Multicenter, Open-Label Treatment Protocol to Provide Aerosolized rhDNase Therapy to Patients with Cystic Fibrosis.  rhDNase Protocol Z0507g-A2 (Genetech)

A Multicenter Epidemiologic Protocol to Evaluate Pulmonary Function and the Rate of Respiratory Tract Infections in Patients with Cystic Fibrosis  rhDNase Z0525n (Genetech)

Lorabid, 200 mg vs. 400 mg BID in Sinusitis with Bacteriology.  Lorabid Protocol B9U-MC-AZBX(b) IND No. 29957, NDA No. 50-668 (Eli Lilly)

Uncomparative Study of Sparfloxacin in Acute Sinusitis (Rhone-Poulenc Rorer)

**1992**

Comparison of the Safety and Efficacy of Cefodizime versus Ceftriaxone in the Treatment of Complicated Urinary Tract Infections.  Cefodizime CSZ-300  (Fujisawa Pharmaceutical Corporation)

A Multicenter, Double-blind, Randomized, Comparative Study of the Efficacy and Safety of Temafloxacin Intravenous/Oral Sequential Therapy Versus Cefuroxime with or without Erythromycin Intravenous/Oral Sequential Therapy in the Treatment of Hospitalized Patients with Community Acquired Pneumonia.  Temafloxacin #M91-651.  (Abbott Laboratories)

A Phase III, Multicenter, Double-Blind, Placebo-Controlled, Parallel Study to Evaluate the Safety and Efficacy of Aerosolized Recombinant Human DNASE I (rhDNase) in Patients with Cystic Fibrosis (Genentech, Inc.)

Centocor: HA-1A™ Efficacy in Septic Shock Trial  CHESS #C0041T20  (Centocor, Inc.)

A Randomized, Double-Blind Repeat-Dose Crossover Study to Determine the Safety and Efficacy of sustained Versus Immediate Release Codeine Sulfate on Chronic Cancer Pain.  Codeine #CSR-0192 (Roxane Laboratories)

A Randomized, Double-Blind Comparative Study of the Safety and Efficacy of Sustained Versus Immediate Release Codeine Sulfate in the Treatment of Chronic Cancer Pain.  Codeine #CSR-0292 (Roxane Laboratories.)

A Multicenter Randomized, Double Blind, Placebo-Controlled Evaluation of Healing and

Relapse Rates Following Oral GR122311X Compared with GR88502X, Ranitidine and Placebo in Patients with Duodenal Ulcer. Ranitidine #H2B-302 (Glaxo, Inc.)

A Multicenter Randomized, Double-Blind, Placebo-Controlled Evaluation of Healing and Relapse Rates Following Oral GR122311X Compared with GR88502X, Ranitidine and Placebo in Patients with Benign Gastric Ulcer. Ranitidine #H2B-312 (Glaxo, Inc.)

A Multicenter, Open-Label Treatment Protocol to Provide Aerosolized rhDNase Therapy to Patients with Cystic Fibrosis (Genentech, Inc.)

Prospective, Double Blind, Controlled, Randomized, Multi-Center Comparison of the Safety and Efficacy of Intravenous Ciprofloxacin Versus Intravenous Imipenem for the Treatment of Patients with the Sepsis Syndrome (Miles, Inc.)

RENOVA for the Treatment of Photo damaged Skin (Ortho Pharmaceuticals)

A Multicenter, Controlled Evaluation of the Safety and Efficacy of Repeated Oral Doses of Vicoprofen (hydrocodone bitartrate with ibuprofen) for the Treatment of Chronic Pain. Vicoprofen VP-04 IND No. 29498  (Knoll Pharmaceuticals)

**1991**

A Prospective Comparison of Ondansetron (IV) and Dexamethasone (PO) Versus Prochlorperazine (PO) and Dexamethasone (PO) for the Prevention of Post Chemotherapy Related Nausea and Vomiting

A Comparative Study of the Safety and Efficacy of BIOLID versus EES in the Treatment of Group a Beta-Hemolytic Streptococcal Pharyngitis.  BIOLID BE-C200 (Belmac Corporation)

**1989**

A Randomized, Prospective, Comparative Study of the Efficacy of Cefoperazone/Sulbactam Versus Ceftazidime Plus Vancomycin Versus Ticarcillin Plus Gentamicin in Febrile Neutropenic Patients.  Cefoperazone/Sulbactam 88-S-137.  (Pfizer Pharmaceuticals)

**1988**

An Open, Prospective Study to Evaluate the Incidence of Prothrombin Time Elevation and Clinical Bleeding in Patients Receiving One of Ten Selected Antibiotics.  PT Elevation 88-R-041.  (Pfizer Pharmaceuticals)

Imipenem-Cilastatin Efficacy, Tolerability and Economic Comparisons to Combination Antibiotic Therapy. Imipenem-Cilastatin.

A Comparison of Ampicillin/Sulbactam Versus Cefoxitin in the Prevention of Infections Complicating Radical Abdominal Hysterectomy.  Ampicillin/Sulbactam 87-S-421.  (Pfizer Pharmaceuticals)

Evaluation of Antibiotic Prophylaxis in Open Heart Surgery.

A Study of the Cost of Administration of Vancomycin and a Comparison with Alternative Antibiotic Therapy.  Vancomycin.  (Merrell Dow Pharmaceutical, Inc.)

**1987**

Evaluation of Gentamicin Levels Obtained from Hickman Catheters in a Hematology Population.  Hickman Catheters HIC-118-87

**PRESENTATIONS:**

Curriculum Vitae, Page 21
Daniel E. Buffington, PharmD, MBA
07-06-15

| | |
|---|---|
| 06-26-15 | **Profession & Career Planing: Expanding Your Horizons**<br>Florida Pharmacy Association 2015 Annual Meeting<br>St. Augustine, FL |
| 04-18-15 | **Medicare & Health Care Reform:  Opportunities for Pharmacists**<br>Florida Pharmacy Association Law and Regulatory Conference<br>Tampa, FL |
| 03-16-15 | **Recognizing Pharmacists As Providers: Expanding Scope of Practice**<br>South Carolina Society of Health-System Pharmacists Annual Meeting<br>Hilton Head Island, SC |
| 02-21-15 | **Pharmacists Influencing Positive Health Outcomes**<br>Virginia Pharmacist's Association Midyear Meeting<br>34th Annual Rooke Award Lecture<br>Roanoke, VA |
| 01-10-15 | **Defining Your Path as Leaders… Oh the Places You'll Go!**<br>Florida Pharmacy Association Leadership Conference<br>Orlando, FL |
| 12-06-14 | **What is Pharmacist Provider Status and Why Is It Necessary**<br>Florida Pharmacy Association Law and Regulatory Conference<br>Sarasota, FL |
| 11-06-14 | **Protecting Your Patient and Yourself: Universal Precautions, the Pharmacist, and Ebola**<br>American Society of Consultant Pharmacists (SCP) 2015 Annual Meeting<br>Orlando, FL |
| 08-25-14 | **Future of Pharmacy Curricula:  Blending Clinical & Entrepreneurial Skills**<br>University of Virginia College of Pharmacy, Visiting Faculty<br>Virginia Commonwealth University School of Pharmacy<br>Richmond, VA |
| 07-10-14 | **Innovative Health Care Solutions:  The Impact of Integrating Pharmacist's Services**<br>124th Annual Florida Pharmacy Association Meeting<br>Ft. Lauderdale, FL |
| 12-07-13 | **Update on the Provider Status and MTM Reimbursement**<br>Florida Pharmacy Association<br>Regulatory and Law Conference<br>Sarasota, FL |
| 09-08-13 | **Update on the Provider Status and MTM Reimbursement**<br>Florida Pharmacy Association<br>Regulatory and Law Conference<br>Ft. Lauderdale, FL |
| 07-13-13 | **Florida Healthcare Law Update**<br>University of Florida, College of Pharmacy<br>FPA Gator Reception<br>Orlando, FL |

Curriculum Vitae, Page 22
Daniel E. Buffington, PharmD, MBA
07-06-15

| | |
|---|---|
| 07-13-13 | **MTM Practice Models and CPT Coding Update**<br>123rd Annual Meeting and Convention<br>Florida Pharmacy Association<br>Orlando, FL |
| 05-03-13 | **Medicare Provider Status for Pharmacists**<br>University of Florida, College of Pharmacy<br>Spring National Advisory Board Meeting<br>Orlando, FL |
| 04-04-13 | **Employer-based Initiatives: Role of the Pharmacists in Transition of Care.** Transition of Care & Readmissions Boot Camp (36th Annual Conference, Survive and Thrive in the Changing Health Care Environment), American Board of Quality Assurance & Utilization Review Physicians (ABQAURP)<br>Tampa, FL |
| 03-22-13 | **The Future of Pharmacy: Your Vision, Your Plan?**<br>National Student Pharmacist Compounding Competition, University of Florida College of Pharmacy<br>Gainesville, FL |
| 03-23-13 | **MTM Coding: Current Procedural Terminology**<br>National Student Pharmacist Compounding Competition, University of Florida College of Pharmacy<br>Gainesville, FL |
| 11-03-12 | **Strategic Positioning of MTM Services and Reimbursement in HealthCare Reform**<br>Nova Southeastern University<br>Ft. Lauderdale, FL |
| 07-20-12 | **Medication Therapy Management: Emerging Payment Options**<br>Georgia Society of Health-System Pharmacists<br>2012 Summer Meeting<br>Amelia Island, FL |
| 06-24-12 | **Compensation for MTM Services: Where We've Been And Where We're Going**<br>American Pharmacist's Association<br>MTM Emerging Opportunities (McKesson Meeting)<br>Las Vegas NV |
| 3-31-12 | **Opiate Metabolism: Dangerous Interactions**<br>Prescribing in an Epidemic – Uniting Medical, Legal & Corporate Entities in Fighting America's Deadly Epidemic<br>Gulf Stream, FL |
| 03-10-12 | **Compensation for MTM Services: Where We've Been and Where We're Going**<br>American Pharmacist's Association Annual Meeting 2012<br>New Orleans, LA |
| 02-16-12 | **Overview CDTM with metrics Measurement-Inpatient and Ambulatory Practice**<br>CDTM Summit<br>New York State Council of Health-system Pharmacists<br>Albany, NY |

**Curriculum Vitae, Page 23**
Daniel E. Buffington, PharmD, MBA
07-06-15

| | |
|---|---|
| 10-17-11 | **ACCP Meeting**<br>Challenges to Expanding the Scope of Clinical Pharmacy<br>Pittsburgh, PA |
| 10-17-11 | **Challenges to Expanding the Scope of Clinical Pharmacy**<br>American College of Clinical Pharmacy Annual Meeting<br>Pittsburgh, PA |
| 08-27-11 | **Prescribing in an Epidemic**<br>Associates in Emergency Medical Education<br>Tampa, FL |
| 05-26-11 | **Collaborative Drug Therapy Management as a Tool for Medication Therapy Management**<br>34th Annual Schwarting Symposium Presentation<br>Hartford, CT |
| 04-11-11 | **Annual Bergy Lecture**<br>West Virginia University, School of Pharmacy<br>Morgantown, WV |
| 12-4-10 | **Developing ED practice models to ASHP Emergency Medicine PRN**<br>45th Annual Midyear Meeting<br>Anaheim, CA |
| 09-18-10 | **Healthcare Reform Update**<br>Central Florida Society of Health-System Pharmacists<br>Orlando, FL |
| 07-17-10 | **Summer Seminar**<br>University of Florida<br>Tampa, FL |
| 04-28-10 | **Therapy Management: Rheumatology and High Cost Agent**<br>Lake Erie College of Osteopathic Medicine (LECOM)<br>Bradenton, FL |
| 02-26-10 | **The Current Healthcare Environment: Where Does Medication Therapy Management Fit it?**<br>Florida A & M University<br>33rd Annual Clinical Pharmacy Symposium<br>Tallahassee, FL |
| 12-09-09 | **Educating Patients about Gene Therapy: Information and Tools**<br>44th Annual Midyear meeting<br>American Society of Health-System Pharmacists<br>Las Vegas, NV |
| 12-08-09 | **Submitting Medical Service Claims for Pharmacists' Clinical Activities**<br>44th Annual Midyear meeting<br>American Society of Health-System Pharmacists<br>Las Vegas, NV |

| | |
|---|---|
| 11-06-09 | **Medication Therapy Management and CPC codes for Reimbursement**<br>University of Florida COP 2009 Dean's National Advisory Board Meeting<br>Gainesville, FL |
| 09-25-09 | **Journal Club Session**<br>University of Florida Fall Faculty Workshop Conference<br>Orlando, FL |
| 09-19-09 | **Pharmacy Managed Hyperlipidemia Clinic: Practice Models and Payment Mechanisms for Clinical Services**<br>Southwest Florida Society of Health-System Pharmacy<br>Tampa, FL |
| 07-31-09 | **Reaching Milestones MTM**<br>Florida Society of Health-System Pharmacists<br>43rd Annual Meeting<br>Orlando, FL |
| 07-11-09 | **Pharmacy Managed Hyperlipidemia Clinic: Practice Models and Payment Mechanisms for Clinical Services**<br>Florida Pharmacy Association 119th Annual Meeting and Convention<br>St. Augustine, FL |
| 02-24-09 | **Medication Therapy Management, Documentation and Marketing**<br>Lake Erie College of Osteopathic Medicine (LECOM)<br>Bradenton, FL |
| 01-20-09 | **Nicholas C. Tucci Lecture**<br>University of Pittsburgh, School of Pharmacy<br>Pittsburgh, PA |
| 01-15-09 | **The Profession's Perspective on MTM Documentation and Billing in Providing Effective and Efficient Patient Care**<br>2009 Annual Industry & Technology Issues Conference<br>American Society for Automation in Software (ASAP)<br>St. Petersburg, FL |
| 12-9-08 | **AMA-CPT Code Development and Update**<br>2008 ASHP Management Pearls<br>Orlando, FL |
| 12-05-08 | **Medication Therapy Management: Getting Paid for Clinical Services**<br>University of Florida Seminar Presentation<br>Gainesville, FL |
| 11-14-08 | **Medication Therapy Management: Getting Paid for Clinical Services**<br>Keynote Speaker,  2008 Michigan Society of Health-System Pharmacists Annual Meeting<br>Lansing, MI |
| 10-31-08 | **Future of Medication Therapy Management: Winning or Loosing**<br>University of Maryland, Guest Lecturer<br>Baltimore, MD |

**Curriculum Vitae, Page 25**
Daniel E. Buffington, PharmD, MBA
07-06-15

| | |
|---|---|
| 10-07-08 | **Documentation & Billing Standardization**<br>2008 APHA Foundation Conference<br>Bethesda, MD |
| 09-12-08 | **Design and Management of Medical Journal Club**<br>2008 University of Florida, College of Pharmacy, Dean's Counsel Symposia<br>Orlando, FL |
| 08-25-08 | **Medication Therapy Management: What's Next for Community Pharmacy?**<br>2008 National Association of Chain Drug Stores Pharmacy & Technology Conference<br>San Diego, CA |
| 07-10-08 | **The MTMS Business Plan and Dealing with Legal Billing Issues**<br>Florida Pharmacy Association<br>Orlando, FL |
| 06-08-08 | **ASHP Summer Meeting**<br>Seattle, WA |
| 04-12-08 | **Strategies for Optimal Therapy in High Risk Patients:  Treatment of COPD, Acute Coronary Syndrome & Venous Thromboembolism**<br>Florida Chapter of American Society of Consultant Pharmacists Senior Care 2008<br>Tampa, FL |
| 04-7-08 | **Determining the value of Pharmacy Services and Interventions in the ambulatory care setting**<br>American College of Clinical Pharmacy<br>2008 Spring Practice and Research Forum<br>Phoenix, AZ |
| 03-16-08 | **Documenting MTM and Patient Care Activities**<br>APhA 2008 Annual Meeting<br>San Diego, CA |
| 02-09-08 | **A Vision for the Future: Developing Pharmacy Practice Models**<br>Pennsylvania Pharmacists Association 2008 Mid Year Meeting<br>Harrisburg, PA |
| 10-14-07 | **Development of Pharmacist Professional Services: The Future of MTMS**<br>NCPA 109th Annual Convention<br>Anaheim, CA |
| 09-20-07 | **Software, Documentation and Billing**<br>National Association of Chain Drug Stores Meeting, Medication Therapy Management Services in Community Pharmacy: Building Process, Partnerships, and Outcomes<br>Philadelphia, PA |
| 06-26-07 | **Current Legislative and Regulatory Issues in Pharmacy 2007**<br>American Society of Health-system Pharmacists –<br>Summer Meeting<br>San Francisco, CA |

**Curriculum Vitae, Page 26**
Daniel E. Buffington, PharmD, MBA
07-06-15

| | |
|---|---|
| 05-22-07 | **General Session:  Perspectives in Practice: Medication Therapy Management Services**<br>American Society of Consultant Pharmacists 29th Midyear Conference<br>Hollywood, FL |
| 05-22-07 | **Business Skills 101: Contracting to Provide MTM Services**<br>American Society of Consultant Pharmacists 29th Midyear Conference<br>Hollywood, FL |
| 12-2/4-06 | **Impact of the Medicare Modernization Act on Pharmacy Reimbursement:  Lessons Learned at the One Year Benchmark**<br>American Society of Health-system Pharmacists –<br>Midyear Meeting<br>Anaheim, CA |
| 11-20-06 | **PQA National Meeting**<br>American Society of Health-system Pharmacists<br>Washington, DC |
| 11-18/20-06 | **Purchasing Medications Through the Internet**<br>CDMI – Pfizer<br>Chicago, IL |
| 11-16-06 | **Understanding CPT Codes**<br>American Society of Consultant Pharmacists<br>37th Annual Meeting and Exhibition - Senior Care Pharmacy<br>Phoenix, AZ |
| 11-16-06 | **Defining Your Professional Services**<br>American Society of Consultant Pharmacists<br>37th Annual Meeting and Exhibition - Senior Care Pharmacy<br>Phoenix, AZ |
| 10-28-06 | **Pharmacy Perspective on Quality Issues**<br>29th Annual Health Care Quality and Patient Safety Conference Quality: The Pathway to Success<br>American Board of Quality Assurance & Utilization Review Physicians<br>Chicago, IL |
| 10-27-06 | **Models of Delivery for Patient Care – Future of MTMS**<br>American College of Clinical Pharmacy<br>29th Annual Health Care Quality & Patient Safety Conference Quality: The Pathway to Success<br>St. Louis, MO |
| 10-19-06 | **Effective Oncology Benefit Management**<br>Center for Business Intelligence's Effective Oncology Benefit Management Conference<br>Chicago, IL |
| 09-29-06 | **Pharmacist Service Payment: Blueprint for Success**<br>Alabama Pharmacy Consensus Conference<br>Auburn University Harrison School of Pharmacy<br>Auburn, AL |

09-20-06      **Opportunities to Implement Compliant MTMP**
HCPro
Online Audio Conference

07-09-06      **CPT Coding**
Georgia Society of Health-System Pharmacists
2006 Summer Meeting
Amelia Island, FL

05-15-06      **MTM – Focus Presentation**
FMQAI Presentation
Tampa, FL

05-05-06      **Emerging Trends in Clinical Medical Management: Value of Pharmacists Services**
American Board of Quality Assurance & Utilization Review Physicians (ABQAURP), Medical Management System Innovations: The Next Generation
Orlando, FL

04-28-06      **Pharmacist/Physician Collaboration Strategies**
Walgreen's National Advisory Board Meeting
Rosemont, IL

04-27-06      **Medicare Part D and the Expanding Need for Pharmacists Services**
Pharmacy Society of Wisconsin
Madison, WI

04-24-06      **Value of Psychiatric Medicine Debate – Industry and Managed Care Perspectives**
College of Psychiatric and Neurologic Pharmacists (CNCP) Annual Meeting 2006
Baltimore, MD

04-22-06      **Medicare Part D: The Pharmacist's Role in Patient Management**
National Advisory Board
University of Florida College of Pharmacy
Gainesville FL

04-07-06      **Pharmacists Billing Codes: Application in Practice Models**
AMCP 18th Annual Meeting and Showcase
Seattle, WA

04-05-06      **Medicare Part D: Prescription Drug Plans and MTMS Benefit Design**
Academy of Managed Care Pharmacy (AMCP)
18th Annual Meeting & Showcase
Seattle, WA

03-23-06      **Medicare/CPT/Hospital**
Catholic Health Partners
Cincinnati, OH

02-26-06      **Medicare Reimbursement of Drug Therapy Management**
Tennessee Society of Health –System Pharmacists (TSHP)
Midyear Seminar
Nashville, TN

**Curriculum Vitae, Page 28**
Daniel E. Buffington, PharmD, MBA
07-06-15

| | |
|---|---|
| 02-20-06 | **University of South Carolina**<br>University of South Carolina College of Pharmacy (USC COP)<br>Rho Chi Society Banquet,<br>Columbia, SC |
| 02-17-06 | **Medication Therapy Management Services:  Opportunities for Pharmacists and Implications for Treatment Options**<br>American Society of Consultant Pharmacists<br>2006 Spring Meeting, Hilton Clearwater Beach Resort<br>Clearwater, FL |
| 01-28-06 | **Update on Medicare Part D and CPT Codes for Pharmacists' Services**<br>Iowa Pharmacy Association<br>Educational Expo 2006<br>Des Moines, IA |
| 01-25-06 | **Update on Medicare Part D and CPT Codes for Pharmacists' Services**<br>Pinellas County Pharmacy Association Meeting<br>Hospice of the Florida Suncoast<br>Clearwater, FL |
| 12-06-05 | **Practice Applications in Medication Therapy Management Services (MTMS) in Medicare Part-D**<br>American Society of Health-System Pharmacists<br>Midyear Meeting (ASHP)<br>Las Vegas, NV |
| 12-05-05 | **Cutting-Edge Ambulatory Practice Program**<br>American Society of Health-System Pharmacists<br>Midyear Meeting (ASHP)<br>Las Vegas, NV |
| 12-03-05 | **Impact of Medicare Part D and MTMS on Anticoagulation Services**<br>20th Anniversary of the Pharmacy Invitational Conference on Antithrombotic Therapy (PICAT), Tuscany Suites and Casino<br>Las Vegas, NV |
| 12-03-05 | **Selective Issues in Hospital Pharmacy Practice for 2006: Medicare Part D – It's Here!**<br>University Health-System Consortium, Pharmacy Council<br>Las Vegas, NV |
| 12-03-05 | **Anticoag**<br>ASHP Midyear Meeting<br>Las Vegas, NV |
| 11-15-05 | **Electronic Billing of Non-Dispensing Pharmacy Services**<br>National Association of Chain Drug Stores (NACDS) 2005<br>Pharmacy & Technology Conference<br>San Diego, CA |

| | |
|---|---|
| 11-12-05 | **Clinical Pharmacy Interventions Post MMA**<br>American Society of Consultant Pharmacists, Senior Care Pharmacy '05 (ASCP)<br>36th Annual Meeting Exhibition Course Tracking/Publishing #20-39948/10-231316<br>Boston, MA |
| 10-26-05 | **MMA and Medicare Part D**<br>AmeriDrug & JSA Medical Group<br>Tampa, FL |
| 09-29-05 | **MTMS Presentation**<br>Florida Hospital Presentation & Consulting<br>Orlando, FL |
| 09-26-05 | **MMA and Medicare Part D**<br>NCPDP Educational Summit<br>Countdown to MMA:  New & Unfinished Business<br>San Diego, CA |
| 09-15-05 | **Pharmacist-Based CPT Codes for Medication Management**<br>The Profession has been recognized with CPT Codes, What Next?<br>ASHP Teleconference Seminar |
| 08-31-05 | **Electronic Billing of Non-Dispensing Pharmacy Services**<br>National Association of Chains Drug Stores Foundation (NACDS) 2005 Pharmacy & Technology Conference<br>San Diego, CA |
| 08-16-05 | **Current Opportunities in Billing for Pharmacist Clinical Services**<br>National Council of Prescriptions and Drug Programs (NCPDP) Educational Summit, Countdown to MMA: New and Unfinished Business<br>Philadelphia, PA |
| 08-06-05 | **Using a PDA to Demonstrate the Value of Clinical Pharmacy Services**<br>Florida Society of Health-System Pharmacists (FSHP)<br>39th Annual Meeting, Gaylord Palms Resort and Convention Center<br>Orlando, FL |
| 08-02-05 | **MTMS Medicare Part D**<br>Keystone Medical<br>Philadelphia, PA |
| 07-08-05 | **Medicare Modernization Act:  What we need to Know on January 1, 2006**<br>Florida Pharmacy Association (FPA)<br>115th Annual Meeting and Convention<br>Marco Island, FL |
| 06-23-05 | **Show me the Money: Billing & Payment for MTM**<br>National Association of Chain Drug Stores Foundation<br>Washington, DC |

DX 93

| | |
|---|---|
| 06-16-05 | **Develop a Clinical Practice**<br>Arizona Pharmacy Association (AZPA)<br>1st Annual Meeting<br>Phoenix, AZ |
| 06-16-05 | **Update on Medication Therapy Management Services (MTMS) and Medicate Part D**<br>Tampa Bay Residency Forum, St. Bart's Island House<br>Tampa, FL |
| 05-01-05 | **How to Start a Clinical Practice**<br>Arizona Pharmacy Association<br>1st Annual Convention, Wild Horse Pass Resort ND Spa<br>Chandler, AZ |
| 04-30-05 | **Tip Jars for Pharmacists: Current Update on Pharmacist Reimbursement Trends**<br>Nova Southeastern University (NSU)<br>16th Annual Program Contemporary Pharmacy Issues<br>Davie, FL |
| 04-27-05 | **Medicare Modernization Act**<br>Focus on Improving Care<br>Mercer University Southern School of Pharmacy Inaugural Distinguished Lecture<br>Atlanta, GA |
| 04-11-05 | **Current Opportunities in Billing and the Medicare Drug Benefit**<br>American College of Clinical Pharmacy (ACCP)<br>2005 Spring Practice Research Forum/Updates in Therapeutics<br>Myrtle Beach, FL |
| 04-02-05 | **Development of Current Procedural Terminology (CPT) Codes for Pharmacists Services: Implications for Residency Training Programs**<br>American Pharmacists Association Community Pharmacy Residency Program (CPRP)<br>Annual Meeting 2005<br>Orlando, FL |
| 02-15-05 | **Value of Medicine**<br>Diagnostic Clinic of Largo<br>Largo, FL |
| 12-05-04 | **Section Connection**<br>American Society of Health-System Pharmacists (ASHP)<br>39th Midyear Meeting<br>Orlando, FL |
| 11-22-04 | **Developing an Advanced Pharmacy Practice Model – Position in the Pharmacist to Meet the Needs of the Healthcare Marketplace**<br>National State Executives Association Meeting (NCSPAE)<br>Fall Symposium<br>Marco Island, FL |

**Curiculum Vitae, Page 31**
Daniel E. Buffington, PharmD, MBA
07-06-15

| | |
|---|---|
| 10-21-04 | **Treatment of Pulmonary Embolus**<br>Journal Club for St. Joe's ER, Donnetello's<br>Tampa, FL |
| 10-17-04 | **To Switch or Not to Switch**<br>Brevard County Pharmacist's Association<br>Melbourne, FL |
| 9-26-04 | **Reimbursement Update**<br>Nebraska Health-System Pharmacists Association<br>2004 Annual Fall Seminar<br>Mahoney State Park, NE |
| 09-09-04 | **Value of Medicine**<br>Tampa Bay Association of Health Underwriters, Feather Sound Country Club<br>Clearwater, FL |
| 08-28-04 | **MMA and Reimbursement**<br>National Association of Chain Drug Stores (NACDS)<br>2004 Pharmacy & Technology Conference<br>San Diego, CA |
| 08-26-04 | **Pancreatic Enzymes in Malabsorption Disorders**<br>Wake AHEC Meeting<br>Raleigh, NC |
| 07-30-04 | **Value of Medicine**<br>Georgia Society of Health-System Pharmacists<br>2004 GSHP Summer Meeting<br>Amelia Island, FL |
| 07-08-04 | **Medicare Part D and CPT Coding Update**<br>Florida Pharmacy Association, Pfizer<br>Marco Island, FL |
| 04-30-04 | **Medicare Part D and CPT Coding Update**<br>Nova Southeastern University (NOVA)<br>Ft. Lauderdale, FL |
| 11-15-03 | **Documenting and Being Reimbursed for Care and Panel Discussion Opportunities for Pharmacists and Expanding Their Practices in Caring for Patients with Dementia, Delirium and Depression**<br>Florida Pharmacy Association<br>Academy of Pharmacy Practice (APP)<br>Mid-Year Clinical Conference<br>Orlando FL |
| 10-11-03 | **Overview of Direct Thrombin Inhibitors**<br>SouthWest Florida Society of Health-System Pharmacists<br>2003 Annual Meeting<br>Professional and Therapeutic Update<br>Tampa, FL |

Curriculum Vitae, Page 32
Daniel E. Buffington, PharmD, MBA
07-06-15

| | |
|---|---|
| 10-11-03 | **Antibiotic Treatments in the Inpatient Setting**<br>SouthWest Florida Society of Health-System Pharmacists<br>2003 Annual Meeting<br>Professional and Therapeutic Update<br>Tampa, FL |
| 09-10-03 | **Public Debate Forum – Pharmaceutical Importation**<br>Suncoast Tiger Bay Club<br>St. Petersburg, FL |
| 06-27-03 | **New Developments in the Treatment of Erectile Dysfunction**<br>**Managed Care Consultancy Panel**<br>Bayer Healthcare Pharmaceuticals, Sheraton City Centre Hotel,<br>Salt Lake Centre Hotel<br>Salt Lake City, UT |
| 06-03-03 | **Transforming Pharmacy Reimbursement – Planning Your Route:**<br>**Applying Reimbursement Strategies to diverse Practice Settings**<br>American Society of Health-System Pharmacists (ASHP)<br>Summer Meeting 2003, Learners and Leaders<br>San Diego, CA |
| 06-02-03 | **Under Construction: Obtaining Reimbursement for Clinical**<br>**Services.**<br>American Society of Health-System Pharmacists (ASHP)<br>Summer Meeting 2003, Learners and Leaders<br>San Diego, CA |
| 05-08-03 | **Treatment Options for Persistent Asthma**<br>Merck, Roy's Restaurant<br>Tampa, FL |
| 04-01-03 | **Roundtables in Pharmaceutical Care**<br>American Pharmaceutical Association (APhA)<br>Annual Meeting & Exposition 2003<br>Pharmacy Administration and Management ACPE 202-000-03-<br>087-L04<br>New Orleans, LA |
| 03-31-03 | **How to get paid for Pharmaceutical Care**<br>American Pharmaceutical Association (APhA)<br>Annual Meeting & Exposition 2003, Pharmacy Administration<br>and Management ACPE 202-000-03-040-L04<br>New Orleans, LA |
| 03-22-03 | **Pharmacy Education and Pharmacy Practice: Improving Health**<br>**Outcomes Through the Provision of Comprehensive Pharmacy**<br>**Services**<br>Senate Health Educational and Labor and Pension Committee<br>Congressional Briefing, United States Capitol, Room S-115<br>Washington, DC |
| 03-13-03 | **Peer Discussion Group TOPIC: Treatment Options for Persistent**<br>**Asthma**<br>Merck Speaker, Del Frisco<br>Winter Park, FL |

**Curriculum Vitae, Page 33**
Daniel E. Buffington, PharmD, MBA
07-06-15

| | |
|---|---|
| 12-10-02 | **Ambulatory and Chronic Care Practitioners: Development and implementation of collaborative Management plans with other providers**<br>American Society of Health-system Pharmacists (ASHP)<br>37th Annual ASHP Midyear Meeting, The ASHP Section of Home<br>Atlanta, GA |
| 11-13-02 | **Clinical Service Reimbursement Workshop**<br>American Society of Consultant Pharmacists (ASCP)<br>2002 Senior Care Pharmacy 33rd Annual Meeting and Exhibition<br>Anaheim, CA |
| 11-10-02 | **Reimbursement for Pharmacy Services**<br>University of Florida, Pharmacy Law and Management Conference 2002<br>Orlando, FL |
| 10-05-02 | **Quinolone Antibiotic Update**<br>Southwest Florida Society of Health-System Pharmacists (SWFSHP)<br>2002 Annual Meeting, Professional and Therapeutic Update<br>Tampa, FL |
| 09-26-02 | **The Nuts and Bolts of Billing for Pharmacists' Services, Billing for Clinical Services**<br>Iowa Pharmacy Association<br>Des Moines, IA |
| 07-03-02 | **Fluoroquinolone Overview Lecture**<br>Bayer, Primary Care 2002<br>Kiawah Island, SC |
| 06-14-02 | **Toxicology and DUI**<br>DUI Seminar, Hillsborough County Public Defender's Office Meeting<br>Tampa, FL |
| 06-09-02 | **Anti-Infective Treatment of Sinusitis**<br>Allergy, Asthma, and Immunology Associates<br>Key Largo, FL |
| 06-07-02 | **HIV Pharmacology Update**<br>Florida Allergy, Asthma & Immunology Society<br>2002 Annual Meeting<br>Key Largo, FL |
| 02-20-02 | **Insulin Delivery Devices**<br>Duval County Pharmacological Society, Novo Nordisk<br>Jacksonville, FL |
| 12-13-01 | **Avelox Clinical Advisory Panel**<br>Bayer - Strategem Plus, Inc., Donatello's<br>Tampa, FL |

12-05-01      **Public Relations:  How to Get the Message Out About Today's Pharmacy Practice**
American Society of Health-System Pharmacists (ASHP)
Midyear Meeting
New Orleans, LA

12-04-01      **Serving as a Medical Expert Witness**
American Society of Health-System Pharmacists (ASHP)
2001 36th Annual Midyear Meeting
New Orleans, LA

11-18-01      **Diabetes Update:  Alternative Delivery Devices**
Eckerd's Health Care
Southeastern Region Symposium
Bonita Springs, FL

11-06-01      **Billing for Clinical Services**
American Society of Clinical Pathologists (ASCP)
32nd Annual Meeting
Chicago, IL

08-09-01      **Collaboration is the Secret to Success**
Florida Society of Health-System Pharmacists (FSHP)
Annual Meeting
Orlando, FL

06-28-01      **FPA 111th Annual Meeting and Convention**
Marriott Marco Island Resort
Marco Island, FL

05-17-01      **New Drug Approvals and Research Pipelines**
Central Savannah River District of the Georgia Society of Health-System Pharmacists
Martinez, GA

05-16-01      **Geriatric Practice: Pharmacy Consulting Models**
American Society of Consultant Pharmacists (ASCP)
23rd Midyear Conference 2001 Geriatrics Meeting
Washington, DC

05-05-01      **Getting Paid for your Services**
American Society of Consultant Pharmacists (ASCP)
23rd Midyear Conference
Washington, DC

03-25-01      **Handheld Medical Applications**
Florida Society of Health-System Pharmacists (FSHP)
2001 Spring Meeting, Health Professions Division, Nova Southeastern University
Ft. Lauderdale, FL

03-01-01      **Update on Diabetes and Current Clinical Opportunities**
Association of Clinical Research Professionals (ACRP)
Suncoast Chapter
Tampa, FL

02-15-01      **Anti-infective Selection: The Impact Of Our Decisions**
Bayer
Tampa, FL

**Curriculum Vitae, Page 35**
Daniel E. Buffington, PharmD, MBA
07-06-15

| | |
|---|---|
| 01-30-01 | **Pharmacotherapy Update Insulin, Advances and Feature NovoPen 3**<br>Diabetes Update Lectures for Publix Pharmacists, Novo Nordisk<br>Orlando, FL |
| 01-23-01 | **Diabetes Care and Clinical Research Update**<br>St. Joseph's Hospital, Institutional Review Board (IRB)<br>Tampa, FL |
| 01-23-01 | **Pharmacotherapy Update Insulin, Advances and Feature NovoPen 3**<br>Diabetes Update Lectures for Publix Pharmacists, Novo Nordisk<br>Publix Divisional Office<br>Marietta, GA |
| 01-21-01 | **Pharmacotherapy Update Insulin, Advances and Feature NovoPen 3**<br>Diabetes Update Lectures for Publix Pharmacists, Novo Nordisk<br>Gainesville, FL |
| 01-18-01 | **Pharmacotherapy Update Insulin, Advances and Feature NovoPen 3**<br>Diabetes Update Lectures for Publix Pharmacists, Novo Nordisk<br>Tampa, FL |
| 01-14-01 | **Pharmacotherapy Update Insulin, Advances and Feature NovoPen 3**<br>Diabetes Update Lectures for Publix Pharmacists, Novo Nordisk<br>Deerfield Beach, FL |
| 12-08-00 | **Legislative Update: Pharmacy Law and Current Initiatives**<br>American Society of Health-System Pharmacists<br>Public Relations Advisory Network<br>Midyear Clinical Meeting<br>Las Vegas, NV |
| 10-02-00 | **Managing the Pharmacy Benefit:  We Must Strive to Improve Patient Care**<br>Pfizer - Tri-Service Forum Regions 3 &4<br>Callaway Gardens, GA |
| 05-26-00 | **DUI Issues Training Seminar**<br>Hillsborough County Public Defender's Office<br>Tampa, FL |
| 03-09-00 | **Fluoroquinolone Update**<br>South Florida Society of Health System Pharmacists Meeting<br>Miami, FL |
| 12-07-99 | **Issues Surrounding Pharmacist Reimbursement**<br>American Society of Health-System Pharmacists (ASHP)<br>1999 Mid-Year Clinical Meeting<br>Orlando, FL |
| 12-02-99 | **Antibiotic Selection in the Age of Resistance: A Focus on Newer Agents on Selected Respiratory Tract Infections**<br>Bayer - CME Dinner Conference<br>Microbiology, Resistance and PK/PD of the Newer Agents<br>Dallas, TX |

**Curriculum Vitae, Page 36**
Daniel E. Buffington, PharmD, MBA
07-06-15

| | |
|---|---|
| 12-01-99 | **Antibiotic Selection in the Age of Resistance: A Focus on Newer Agents on Selected Respiratory Tract Infections**<br>Bayer - CME Dinner Conference<br>Microbiology, Resistance and PK/PD of the Newer Agents<br>Houston, TX |
| 11-02-99 | **Antibiotic Selection in the Age of Resistance: A Focus on Newer Agents on Selected Respiratory Tract Infections**<br>Bayer - CME Dinner Conference<br>Microbiology, Resistance and PK/PD of the Newer Agents<br>Baton Rouge, LA |
| 10-25-99 | **Antibiotic Selection in the Age of Resistance: A Focus on Newer Agents on Selected Respiratory Tract Infections**<br>Bayer - CME Dinner Meeting<br>Microbiology, Resistance and PK/PD of the Newer Agents<br>Ft. Worth, TX |
| 09-29-99 | **Antibiotic Selection in the Age of Resistance: A Focus on Newer Agents on Selected Respiratory Tract Infections**<br>Bayer - CME Dinner Conference<br>Microbiology, Resistance and PK/PD of the Newer Agents<br>Bayer, The Pillars Restaurant<br>Mobile, AL |
| 09-25-99 | **Designing an Anticoagulation Clinic**<br>Saint Louis College of Pharmacy, St. Louis College of Medicine,<br>Fundamentals for Pharmaceutical Care Reimbursement<br>St. Louis, MO |
| 09-23-99 | **Antibiotic Selection in the Age of Resistance: A Focus on Newer Agents on Selected Respiratory Tract Infections**<br>Bayer - CME Dinner Conference<br>Microbiology, Resistance and PK/PD of the Newer Agents<br>Bayer, Donatello's Restaurant<br>Tampa, FL |
| 08-13-99 | **Getting Paid for Pharmaceutical Care: Guidelines for Medicaid, Medicare and Third Party Payer Reimbursement**<br>Pharmacy Society of Wisconsin (PSW)<br>1999 Annual Meeting<br>La Crosse, WI |
| 03-05-99 | **Long Term Care: Reimbursement for Clinical Services**<br>American Society of Consultant Pharmacists (ASCP)<br>North Carolina Chapter<br>Charlotte, NC |
| 04-18-98 | **Polypharmacy and the 20 Newest Drugs**<br>Nurse Practitioners Associates for Continuing Education<br>NPACE National Primary Care Conference<br>Orlando FL |
| 03-03-98 | **Advances in Quinolone Antibiotic Therapy**<br>Southern Gulf Society of Health-system Pharmacists<br>Ft. Myers, FL |

| | |
|---|---|
| 02-24-98 | **Overview of Quinolone Antibiotics: Current Market Trends**<br>Department of Pharmacy, St. Joseph's Hospital<br>Tampa, FL |
| 02-20-98 | **Establishing, Documenting & Marketing Clinical Services**<br>Clinical Practice in a Managed Care Era<br>22nd Annual Clinical Pharmacy Symposium<br>Florida A&M University School of Pharmacy<br>Tallahassee, FL |
| 01-27-98 | **Pharmaceutical Care Services in the Long Term Care Setting: Reimbursement Strategies**<br>Clinical Advisory Board<br>Omnicare International<br>Cincinnati, OH |
| 11-15-97 | **Compensation Strategies for Hyperlipidemia Programs**<br>Hyperlipidemia Conference '97<br>Auburn University, School of Pharmacy<br>Auburn, AL |
| 11-11-97 | **Biotechnology: Pharmaceutical Care Practice Opportunities**<br>University of Illinois at Chicago, College of Pharmacy<br>Symposium on Biotechnology<br>Chicago, IL |
| 10-18-97 | **Managed Care: Drug Formulary Strategies**<br>Managed Care Success Strategies, Tampa Westin Hotel<br>Tampa, FL |
| 09-27-97 | **Embracing Pharmaceutical Care Practices**<br>Southern California Society of Health-systems Pharmacists<br>Los Angeles, CA |
| 09-17-97 | **Biotechnology: Pharmaceutical Care Practice Opportunities**<br>Chicago, IL |
| 09-09-97 | **Update on Reimbursement Strategies for Pharmaceutical Care Services**<br>University of Florida Law & Management Conference<br>Orlando, FL |
| 08-26-97 | **Development of Clinical Pharmacy Services and Practice Management Systems**<br>VHA Conference, Opryland Hotel<br>Nashville, TN |
| 08-02-97 | **Reimbursement Strategies for Clinical Services for Managing Patients with Osteoporosis**<br>Osteoporosis Treatment Management<br>Mercer University<br>Atlanta, GA |
| 07-11-97 | **Asthma: Treatment and Therapeutic Alternatives**<br>Establishing Patient Care Services in the Pharmacy: The Basics,<br>CarePoint<br>Atlanta, GA |

06-27-97          **Osteoporosis & Reimbursement**
                  Mercer University
                  Atlanta, GA

06-20-97          **Developing Advanced Practice Models for Pharmaceutical
                  Care Services**
                  Pennsylvania Society of Health-System Pharmacists
                  Long Branch, NJ

06-07-97          **Developing Reimbursement Strategies for Ambulatory Care
                  Services**
                  Nebraska Pharmacists Association
                  1997 Annual Convention
                  Grand Island, NE

05-17-97          **Pharmacists-based Clinical Pharmacology Research**
                  Florida Society of Health-Systems Pharmacists
                  1997 Annual Meeting
                  Ft. Lauderdale, FL

05-16-97          **Reimbursement for Pharmaceutical Care: Present and Future
                  Considerations**
                  Pharmaceutical Care A Closer Look, North Carolina Council on
                  Pharmaceutical Care
                  Chapel Hill, NC

05-16-97          **Marketing Pharmaceutical Care: An Essential Ingredient**
                  Pharmaceutical Care A Closer Look
                  North Carolina Council on Pharmaceutical Care
                  Chapel Hill, NC

05-10-97          **New Horizons in Diabetes Management: Reimbursement
                  Models**
                  New Jersey Society of Certified Diabetes Education
                  Diabetes Educators Symposium
                  Voorhees, NJ

05-03-97          **Practice models for service and reimbursement – Diabetes
                  Management**
                  Metro New York – Garden State Diabetes Educators
                  Symposium
                  West Orange, NJ

05-01-97          **Evaluation Methods for Clinical Pharmacology Trials**
                  University of South Florida, Department of Pediatrics
                  Residents Program
                  Tampa, FL

04-29-97          **Tinnitus: Treatment and Management Update**
                  American Tinnitus Association
                  Tampa Bay Chapter/Support Group
                  Tampa, FL

04-22-97          **Clinical Pharmacology Review: American Board of Internal
                  Medicine Review Course**
                  University of South Florida College of Medicine
                  Medical Residents
                  Tampa, FL

| | |
|---|---|
| 04-12-97 | **Advanced Practice Models: The Future of Pharmaceutical Care**<br>Louisiana Society of Health-System Pharmacists<br>New Orleans, LA |
| 04-04-97 | **New Treatments for HIV: Update**<br>National Association of Nurse Practitioner's Conference<br>1997 NPACE<br>Orlando, FL |
| 04-04-97 | **Top 20 New Medications**<br>National Association of Nurse Practitioner's Conference<br>1997 NPACE<br>Orlando, FL |
| 04-04-97 | **Antibiotic Update: 1997**<br>National Association of Nurse Practitioner's Conference<br>1997 NPACE<br>Orlando, FL |
| 03-15-97 | **Advanced Practice Models for Pharmaceutical Care**<br>South Florida Society of Health-System Pharmacists<br>Miami, FL |
| 03-09-97 | **Developing Reimbursement Strategies for Clinical Pharmacy Services**<br>Greensboro AHEC<br>Greensboro, NC |
| 03-07-97 | **Getting Paid for Pharmaceutical Care: Reimbursement Workshop**<br>American Pharmaceutical Association (APhA)<br>1997 Annual Meeting<br>Los Angeles, CA |
| 12-12-96 | **Cost Impact of Lipid Lowering Therapy**<br>Managed Care Medical Directors of Florida<br>1996 Annual Meeting<br>Tampa, FL |
| 09-14-96 | **Management of Tuberculosis: Clinical Case Studies**<br>Southwest Florida Society of Health system Pharmacists (SWFSHP)<br>1996 Annual Meeting<br>Update on the Management of Infectious Diseases<br>Tampa, FL |
| 11-07-96 | **Value of Pharmaceutical Disease Management in Reducing Overall Health Care Costs**<br>Merck - Central Florida Health Care Coalition (CFHCC)<br>Orlando, FL |
| 08-17-96 | **Management and New Therapies for HIV Infection**<br>Update on HIV and Related Infections<br>A Continuing Education Program for Pharmacists<br>University of South Florida<br>Tampa FL |

**Curriculum Vitae, Page 40**
Daniel E. Buffington, PharmD, MBA
07-06-15

| | |
|---|---|
| 04-08-96 | **Implementation of Community Based Pharmaceutical Care Service**<br>Florida Society of Health-System Pharmacists Midyear Meeting<br>Ft. Lauderdale, FL |
| 03-26-96 | **Newer Antibiotics in the Managed Care Setting**<br>Challenges in Pharmaceutical Care<br>Braintree, MA |
| 02-22-96 | **Pharmacokinetic Services:  Pharmacist Managed Consult Service Model**<br>Polk County Pharmaceutical Association<br>Bartow, FL |
| 02-10-96 | **Pharmacoeconomic Trials:  Designing Research Trials to Improve Clinical Outcomes and Reduce Health Care Costs**<br>United States Pharmacoeconomic Advisory Board, Bayer<br>Vail, CO |
| 11-07-95 | **Value of Pharmaceutical Disease Management In Reducing Overall Health Care Costs Reducing Overall Health Care Costs Through Pharmaceutical and Disease Intervention,**<br>The Healthcare Revolution, Central Florida Health Care Coalition (CFHCC)<br>Orlando, FL |
| 10-04-95 | **Pharmacy Management Course**<br>University of Florida<br>Gainesville, FL |
| 10-01-95 | **Applying Reimbursement Coding to Pharmaceutical Care Services**<br>New York State Council of Health-System Pharmacists<br>1995 Annual Meeting<br>Newburgh, NY |
| 09-16-95 | **Pharmacists Care of Anticoagulant and Cardiovascular Patients**<br>Florida Pharmacy Association Continuing Education Series<br>St. Petersburg, FL |
| 08-26-95 | **Practical Issues Related to the Conduct of Clinical Trials, Research & Development: Oral Streptogramins In Sinusitis**<br>Four Seasons Hotel<br>Chicago, IL |
| 08-15-95 | **Expanding Services in the Diabetes Marketplace**<br>Orange County Pharmaceutical Association<br>Orlando, FL |
| 08-07-95 | **Macrolide Antibiotic Update**<br>American College of Clinical Pharmacy<br>1995 Annual Meeting<br>Washington, DC |

| | |
|---|---|
| 08-04-95 | **Pharmaceutical Care: Nephrology Services, Developing Reimbursement Strategies** <br> Florida Society of Health-system Pharmacist <br> 1995 Annual Meeting, Stouffer Hotel <br> Orlando, FL |
| 08-04-95 | **Justification of Pharmacy Services: Survival for the Future, Panel Discussion** <br> Opening Session, Florida Society of Health-system Pharmacist <br> 1995 Annual Meeting, Stouffer, Hotel <br> Orlando, FL |
| 07-25-95 | **Implementing Pharmaceutical Care** <br> Practitioner Panel Tennessee Pharmacist Association 108th Annual Meeting <br> Memphis, TN |
| 06-06-95 | **Expanding Pharmaceutical Care in and Era of Declining Resources** <br> American Society of Hospital Pharmacists <br> 1995 Annual Meeting <br> Philadelphia, PA |
| 05-21-95 | **Issues in Infectious Diseases: 1995** <br> CE on the SEA, Continuing Education Seminar <br> Ocho Rios, Jamaica |
| 05-19-95 | **Antibiotic Update: 1995** <br> Florida Nurses Association, Belleview Biltmore <br> Clearwater, FL |
| 05-16-95 | **Update on Antifungal Therapy: Primer for Clinical Practice** <br> Pinellas County Pharmaceutical Association <br> Pinellas Park, FL |
| 05-10-95 | **Steroid Overview for Primary Care Practice** <br> Nurse Practitioner Association for Continuing Education <br> 1995 Annual Meeting <br> Orlando, FL |
| 04-18-95 | **Pharmaceutical Care: Intensive Insulin Therapy** <br> Southern Gulf Society of Hospital Pharmacist, Holiday Inn <br> Ft. Myers, FL |
| 04-08-95 | **Pharmacotherapeutic Care Plans for Ambulatory Patients** <br> Implementation of Community Based Pharmaceutical Care Service <br> Ft. Lauderdale, FL |
| 04-08-95 | **Developing a Nephrology Pharmaceutical Care Practice** <br> Florida Society of Hospital Pharmacist <br> 1995 Annual Meeting <br> Ft. Lauderdale, FL |
| 04-07-95 | **Issues and Advances in Pediatrics. Advances in Pediatric Pharmacology: Medications and Drug Delivery Systems** <br> Sheraton Sand Key Resort <br> Clearwater Beach, FL |

**Curriculum Vitae, Page 42**
Daniel E. Buffington, PharmD, MBA
07-06-15

03-21-95 **Reimbursement for Pharmaceutical Care Services**
Southern Gulf Society of Hospital Pharmacist
Lee Memorial Hospital
Ft. Myers, FL

02-16-95 **Early Presumptive Antifungal Therapy**
Internal Medicine Grand Rounds, University of South Florida
College of Medicine
Tampa, FL

02-24-95 **Aminoglycoside and Vancomycin Pharmacokinetics: Clinical Application**
Course# PHA4123/5121, University of Florida, College of Pharmacy
Gainesville, FL

02-25-95 **Pediatric Hyperlipidemia: Assessment and Management**
University of Florida College of Pharmacy
Post Graduate PharmD. Program, USF College of Public Health
Tampa, FL

02-04-95 **New Approaches to Cancer Therapy: Gene Therapy and Monoclonal Antibodies**
Florida Pharmacy Association
Academy of Pharmacy Practice
Clinical Mid-Year Conference
Orlando, FL

01-27-95 **Reimbursement Factors in Modern Healthcare**
Miles 1995 Pharmacy Advisory Board
Innisbrook, FL

01-28-94 **Pharmaceutical Care and Reimbursement for Pharmacy Services**
Miles Pharmacy Advisory Group
Tarpon Springs, FL

12-13-94 **Establishing Reimbursement Guidelines for Cognitive Services**
North Pinellas Pharmacy Association
Tarpon Springs, FL

12-05-94 **Issues in Antifungal Therapy**
American Society of Hospital Pharmacists
Exhibitor's Theater Program
29th Midyear Clinical Meeting, Miami Beach Convention Center
Miami, FL

11-19-94 **Clinical Aspects of Early Antifungal Therapy in the ICU**
Cost Effectiveness in the ICU
Orlando Hilton
Orlando, FL

11-10-94 **Review of Antifungal Therapy**
Mobile Pharmacy Association, Providence Hospital
Mobile, AL

**Curriculum Vitae, Page 43**
Daniel E. Buffington, PharmD, MBA
07-06-15

| | |
|---|---|
| 10-18-94 | **Diabetes and the Geriatric Patient**<br>VA Medical Center<br>Miami, FL |
| 10-07-94 | **Medications and Their Impact on Ototoxicity and Patient Assessment**<br>Florida Speech and Hearing Association<br>1994 Annual Meeting<br>Cocoa Beach, FL |
| 10-06-94 | **Contribution of Biotechnology to Pharmaceutical Pipelines: Current and Future**<br>American College of Clinical Pharmacology, Symposium<br>23rd Annual Meeting<br>Orlando, FL |
| 08-05-94 | **Obtaining Reimbursement for Therapeutic Outcomes Monitoring**<br>TOM Pharmacist Meeting<br>University of Florida College of Pharmacy<br>Gainesville, FL |
| 08-04-94 | **Considerations in the Diagnosis and Treatment of Fungal Infections**<br>National Teleconference, American Teleconferencing<br>Tampa, FL |
| 08-04-94 | **A Pharmacotherapeutic Care Plan Model: Renal Disease, Pharmacoeconomic Considerations II**<br>Florida Society of Health system Pharmacists<br>1995 Annual Meeting<br>Orlando, FL |
| 08-04-94 | **Financial Impact of Innovative Pharmaceutical Services**<br>Florida Society of Health system Pharmacists<br>Opening General Session: Forces Affecting Health Care in Florida<br>1995 Annual Meeting<br>Orlando, FL |
| 07-08-94 | **Reimbursement for Pharmacy Services**<br>Arizona Society of Hospital Pharmacists<br>1994 Annual Meeting<br>Tucson, AZ |
| 06-22-94 | **Antifungal Therapy: Clinical Software Applications**<br>Pharmacy Grand Rounds, Gunnersville Hospital<br>Gunnersville, AL |
| 06-21-94 | **Antifungal Therapy: Clinical Software Applications**<br>University Hospital Pharmacists<br>Birmingham, AL |
| 06-20-94 | **Rational Antifungal Therapy in Hospitalized Patients**<br>Grand Rounds, Lakeland Regional Hospital<br>Lakeland, FL |

Curriculum Vitae, Page 44
Daniel E. Buffington, PharmD, MBA
07-06-15

06-08-94        **Pain Management and Non-steroidal Antiinflammatory Agents.**
Pain Management Symposium, Tampa General Hospital
Tampa, FL

06-07-94        **Maximizing Reimbursement for Pharmaceutical Products and Services**
American Society of Hospital Pharmacists, Exhibitor's Theater,
51st Annual Meeting
Reno, NV

05-05-94        **The Rising Cost of Candida Infections**
Northwest Alabama Pharmacists Association
Florence, AL

04-08-94        **Antifungal Therapy in the Critically Ill**
American Association of Critical Care Nurses Gulfcoast
Chapter Spring Meeting

03-26-94        **Reimbursement Guidelines for Pharmacy Services**
Pharmaceutical Care Forum, CarePoint
Folly Beach, SC

03-06-94        **Health Care Reform: Preparing Pharmacy for Change**
Tennessee Society for Hospital Pharmacist
1994 Annual Meeting
Nashville, TN

02-25-94        **Patient Education and Pharmaceutical Care**
1994 Update: Colony Stimulating Factors
St. Petersburg, FL

02-15-94        **Opportunities for Pharmacists in Biotechnology**
West Alabama Society of Hospital Pharmacists
Tuscaloosa, AL

02-10-94        **Health care Reform: It's Impact on Pharmacy Practice**
Society of Hospital Pharmacists
Tallahassee, FL

02-05-94        **Patient Monitoring - Software Applications**
Cytokine Forum Group
San Diego, CA

02-04-94        **Developing Reimbursement Guidelines of Pharmaceutical Care Services**
CarePoint Pharmaceutical Care Conference
Atlanta, GA

01-28-94        **Pharmaceutical Care and Reimbursement for Pharmacy Services**
Miles Pharmacy Advisory Group
Tarpon Springs, FL

01-13-94        **Implementing System for Payment**
An update on OBRA 90
The 22nd Annual Pharmacy Law and Management
Conference
Lake Buena Vista, FL

| | |
|---|---|
| 12-09-93 | **New Clinical Software Applications**<br>American Society of Hospital Pharmacists<br>1993 Midyear Clinical Meeting<br>Atlanta, GA |
| 12-09-93 | **Clinical Case Studies: Antifungal Therapy**<br>American Society of Hospital Pharmacists<br>1993 Midyear Clinical Meeting<br>Atlanta, GA |
| 12-08-93 | **Health Care Reform: It's Impact on Hospitals and Pharmacy,<br>How Hospital Pharmacy Will Be Affected**<br>American Society of Hospital Pharmacists<br>1993 Midyear Clinical Meeting<br>Atlanta, GA |
| 11-21-93 | **Biotechnology Pharmaceutical Products: The Pharmacists Role**<br>South Dakota Pharmaceutical Association<br>1993 Annual Meeting<br>Sioux Falls, SD |
| 11-13-93 | **Implementing a System for Payment**<br>University of Florida College of Pharmacy<br>22nd Annual Pharmacy Law and Management Conference,<br>"An Update of OBRA 90"<br>Gainesville, FL |
| 11-12-93 | **The Diabetes Marketplace**<br>Gulf Coast Pharmaceutical Association<br>Ft. Meyers, FL |
| 11-07-93 | **Pharmacoeconomics and Colony Stimulating Factors**<br>Georgia Society of Hospital Pharmacists<br>Thomasville, GA |
| 10-03-93 | **Reimbursement for Patient Consultation**<br>Illinois Pharmacists Association<br>113th Annual Meeting and Exhibition<br>Rockford, IL |
| 09-26-93 | **Insulin & Diabetes Update**<br>Southeastern Society of Hospital Pharmacists<br>Ft. Lauderdale, FL |
| 09-14-93 | **Update on Health Care Reform**<br>Eastern Shores Florida Society of Hospital Pharmacists<br>Daytona, FL |
| 08-22-93 | **Experiences with Utilization of CPT Coding Reimbursement for<br>Clinical Services:  Round Table Forum**<br>Florida Society of Hospital Pharmacists<br>1993 Annual Meeting<br>Orlando, FL |
| 08-19-93 | **Managing Patients on Biologic Response Modifiers Practical<br>Applications of Biologic Response Modifiers**<br>Florida Society of Hospital Pharmacists<br>1993 Midyear Meeting<br>Orlando, FL |

**Curriculum Vitae, Page 46**
Daniel E. Buffington, PharmD, MBA
07-06-15

| | |
|---|---|
| 08-14-93 | **Leadership Skills:  Tricks of the Trade**<br>Florida A&M Leadership Conference<br>Orlando, FL |
| 07-13-93 | **The Pharmacoeconomics of Antifungal Therapy**<br>Vanderbilt University, Department of Pharmacy<br>Nashville, TN |
| 07-10-93 | **Pharmaceutical Biotechnology Update**<br>ALCO Health Services Corporation<br>1993 Annual Meeting<br>Orlando, FL |
| 06-24-93 | **Important Issues in the Selection of IV versus PO Fluconazole**<br>Teleconference Pfizer Pharmaceuticals |
| 06-22-93 | **Insulin Update**<br>Hillsborough County Pharmaceutical Association<br>Tampa, FL |
| 06-10-93 | **Important Issues in the Selection of IV versus PO Fluconazole**<br>Teleconference Pfizer Pharmaceuticals<br>Tampa, FL |
| 06-07-93 | **Amlodipine and Beta Blockers**<br>American Society of Hospital Pharmacists<br>1993 Annual Meeting<br>Denver, CO |
| 05-30-93 | **Developing Reimbursement Strategies for Clinical Services**<br>Florida A&M University<br>Clearwater, FL |
| 05-25-93 | **Monitoring Patients on Biologic Response Modifiers**<br>National Home Infusion Association/National Association of Retail Druggist<br>1993 Annual Meeting, Rx Expo '93<br>Orlando, FL |
| 05-21-93 | **Clinical Pharmacokinetic Software**<br>University of Florida, Applied Pharmacokinetics 1993<br>Gainesville, FL |
| 05-19-93 | **Important Issues in the Selection of IV versus PO Fluconazole**<br>Teleconference Pfizer Pharmaceuticals<br>Tampa, FL |
| 05-13-93 | **Important Issues in the Selection of IV versus PO Fluconazole**<br>Capital Society of Hospital Pharmacists<br>Tallahassee, FL |
| 05-07-93 | **Important Issues in the Selection of IV versus PO Fluconazole**<br>Flagler Community Hospital, Department of Pharmacy<br>St. Augustine, FL |
| 05-07-93 | **Important Issues in the Selection of IV versus PO Fluconazole**<br>St. Vincent's Hospital, Department of Pharmacy<br>Jacksonville, FL |

**Curriculum Vitae, Page 47**
Daniel E. Buffington, PharmD, MBA
07-06-15

| | |
|---|---|
| 05-01-93 | **Drug Research and Development: From the Laboratory to the Drug Store**<br>Cystic Fibrosis Family Day, University of South Florida, Department of Pediatrics<br>Tampa, FL |
| 04-29-93 | **Important Issues in the Selection of IV versus PO Fluconazole**<br>Teleconference Pfizer Pharmaceuticals<br>Tampa, FL |
| 04-28-93 | **Important Issues in the Selection of IV versus PO Fluconazole**<br>Birmingham Hospital Pharmacists Program<br>Birmingham, AL |
| 04-27-93 | **Important Issues in the Selection of IV versus PO Fluconazole**<br>Montgomery Regional Hospital Pharmacists, Penach at Rose Hill<br>Montgomery, AL |
| 04-23-93 | **Pharmaceutical Biotechnology Update**<br>American Association Critical Care Nurses<br>1993 Annual Meeting<br>Clearwater, FL |
| 04-22-93 | **Pharmaceutical Biotechnology: Research and Development**<br>Anderson Memorial Hospital, Medical Grand Rounds<br>Anderson, SC |
| 04-07-93 | **Important Issues in the Selection of IV versus PO Fluconazole**<br>Teleconference Pfizer Pharmaceuticals<br>Tampa, FL |
| 02-24-93 | **Important Issues in the Selection of IV versus PO Fluconazole**<br>Teleconference Pfizer Pharmaceuticals<br>Tampa, FL |
| 02-18-93 | **Therapeutic Drug Monitoring: Antibiotics**<br>University of Florida, College of Pharmacy<br>Pharmacokinetics Course<br>Gainesville, FL |
| 12-28-92 | **JCAHO and Home Health Care**<br>CareStat of Colorado, Department of Pharmacy<br>Denver, CO |
| 12-15-92 | **Selection of IV versus PO Fluconazole Therapy**<br>Teleconference<br>Tampa, FL |
| 12-13-92 | **Reimbursement for Clinical Pharmacy Services**<br>Florida Pharmaceutical Association<br>Sarasota, FL |
| 11-21-92 | **Reimbursement for Clinical Pharmacy Services "Implementing OBRA '90"**<br>Twenty-First Annual Pharmacy Law and Management Conference<br>Orlando, FL |

**Curriculum Vitae, Page 48**
Daniel E. Buffington, PharmD, MBA
07-06-15

| | |
|---|---|
| 11-20-92 | **Pharmacy Practice in the 1990's**<br>Seminole Heights Elementary School, Great American Teach-In<br>Tampa, FL |
| 10-24-92 | **New Medications and Absorption Routes - How They Can Interact**<br>Florida Nurses Association<br>Third Annual Pharmacology Update<br>Tampa, FL |
| 10-14-92 | **Drug Utilization Review and Outcomes Management**<br>Georgia Shared Services, Fall Forum 1992<br>Callaway, GA |
| 10-07-92 | **Pharmacological Approach to the Treatment of Pressure Ulcers**<br>Pressure Ulcers - Prevention, Assessment, Treatment and Infection Control<br>Sand Key Beach, FL |
| 09-30-92 | **Review of Antifungal Therapy**<br>Pfizer Pharmaceuticals, Southeastern Regional Sales Division<br>Regional Sales Meeting<br>Tampa, FL |
| 09-15-92 | **Advances in Oral Antibiotics**<br>Augusta Pharmaceutical Association<br>Augusta, GA |
| 09-06-92 | **Biotechnology and Immunology**<br>Puerto Rico Pharmaceutical Association<br>San Juan, Puerto Rico |
| 08-14-92 | **Biotechnology and Drug Development**<br>Pharmacy Grand Rounds<br>HCA Community Hospital<br>New Port Richey, FL |
| 08-13-92 | **Review of Amphotericin B and Antifungal Therapy**<br>Roche Professional Services Division<br>Home Health Pharmacy Services<br>Tampa, FL |
| 07-27-92 | **Advances in Biotechnology and Drug Development**<br>Pharmacy Grand Rounds, St. Joseph's Hospital<br>Tampa, FL |
| 07-18-92 | **Application of Biotechnology in Medicine**<br>Florida Pharmaceutical Association, Annual Meeting 1992,<br>Boca Raton, FL |
| 07-14-92 | **Advances in Hospital Pharmacy Practice**<br>Pharmaceutical Training Seminar, Miles, Inc.<br>Orlando, FL |
| 05-20-92 | **Health Care Reform: Impact on Pharmacy Services**<br>Eastern Shores Society of Hospital Pharmacists<br>Daytona Beach, FL |

**Curriculum Vitae, Page 49**
Daniel E. Buffington, PharmD, MBA
07-06-15

| | |
|---|---|
| 05-15-92 | **All Americas Health care Conference**<br>AIDS Update, Moderator<br>Tampa, FL |
| 04-16-92 | **Antimicrobial Testing and Resistance**<br>Memorial Hospital (AMI)<br>Tampa, FL |
| 04-14-92 | **Clinical Pharmacology Review or Sertraline**<br>Hillsborough County Pharmaceutical Association<br>Tampa, FL |
| 04-02-92 | **Monoclonal Antibodies and Antibiotic Selection**<br>Pinellas County Hospital Pharmacists<br>Clearwater, FL |
| 03-25-92 | **Monoclonal Antibodies: Clinical Applications**<br>Health care Forum, Regional Hospital Consortium<br>Miami, FL |
| 03-11-92 | **Biotechnology in Retail Pharmacy**<br>Pasco/Hernando County Pharmaceutical Association<br>New Port Richey, FL |
| 03-05-92 | **Introduction to Use and Handling of Biotechnology Agents**<br>Ohio Society of Hospital Pharmacists, "Pharmacy Technician Program"<br>1992 Annual Meeting<br>Dayton, OH |
| 02-27-92 | **Introduction to Clinical Pharmacology Principles**<br>University of South Florida, Internal Medicine Noon Conference<br>Tampa, FL |
| 02-05-92 | **Therapeutic Drug Monitoring in Psychiatry**<br>University of South Florida, Psychiatry Residence Conference<br>Tampa, FL |
| 01-15-92 | **Analysis of Antibiotic Selection and Treatment on the Clinical Outcome of Monoclonal Anti-Endotoxin Therapy**<br>Merck Research Laboratories<br>Rahway, NJ |
| 12-10-91 | **Profile of the Clinical Pharmacokinetic Software Marketplace**<br>Syva International, Marketing Division<br>Tampa, FL |
| 12-05-91 | **Selecting Clinical Pharmacokinetic Software**<br>American Society of Hospital Pharmacists<br>1991 Midyear Clinical Meeting<br>New Orleans, LA |
| 12-01-91 | **Clinical Applications for Colony Stimulating Factors**<br>Long Island Hospital Pharmacy Directors Meeting<br>Long Island, NY |
| 09-29-91 | **Clinical Documentation: Important or Impractical?**<br>Indian River Pharmacy Association<br>Vero Beach, FL |

Case: 2:11-cv-01016-EAS-MRM Doc #: 956-4 Filed: 01/30/17 Page: 63 of 81  PAGEID #: 32509
DX 93
1754
Case: 2:11-cv-01016-EAS-MRM Doc #: 870-1 Filed: 12/29/16 Page: 63 of 80  PAGEID #: 28226

Curriculum Vitae, Page 50
Daniel E. Buffington, PharmD, MBA
07-06-15

08-10-91       **Colony Stimulating Factors:  From Laboratory to Clinical Applications**
Southern Gulf Society of Hospital Pharmacist
Ft.  Myers, FL

08-08-91       **Medical Legal Issues in Pharmacy Practice**
Moderator Current Issues in Pharmacy Practice
Lake Buena Vista, FL

06-07-91       **Colony Stimulating Factors: Clinical Applications**
Southeastern Society of Hospital Pharmacists
North Broward Medical Center
Ft. Lauderdale, FL

05-16-91       **Colony Stimulating Factors: From Laboratory to Clinical Applications**
Polk County Pharmacy Association
Lakeland, FL

04-26-91       **Evaluation of Clinical Services: Outcomes Management**
Moses H. Cone Hospital, Pharmacy Grand Rounds
Greensboro, NC

04-06-91       **Clinical Impact of Nutrition Support in Home Health care**
Roche Professional Services, Clinical Training Program
Tampa, FL

03-15-91       **Therapeutic Drug Monitoring: Applications in Home Health care**
Dun & Bradstreet Corporation
Tampa, FL

01-26-91       **Pharmacology Concerns for the Audiologist**
Florida Association of Speech, Hearing, and Audiology
(FLASHA) Winter Conference
Gainesville, FL

01-1991       **Drug-Induced Ototoxicity**
Florida Language Speech and Hearing Association
1991 Winter Meeting
Cocoa Beach, FL

11-1990       **Clinical Outcomes Management**
Southwest Florida Society of Hospital Pharmacists
1990 Annual Meeting
St. Petersburg, FL

08-1990       **Clinical Pharmacokinetics: Software Review**
Florida Society of Hospital Pharmacists
24th Annual Meeting
Orlando, FL

06-1990       **Outcomes Management**
Southwest Central Louisiana Society of Hospital Pharmacists
Baton Rouge, LA

05-1990       **Anti-infective Therapy in the Immunocompromised Patient**
Orlando Pharmacy Symposium '90, Co-Chairman
Orlando, FL

| | |
|---|---|
| 10-1989 | **Review of Clinical Pharmacokinetic Software**<br>California Society of Hospital Pharmacists Seminar<br>1989 Meeting<br>Los Angeles, CA |
| 10-1989 | **Evaluation of Commercially Available Pharmacokinetic**<br>**Software Systems**<br>Georgia Society of Hospital Pharmacists Midyear Meeting<br>Athens, GA |
| 10-1989 | **Bayesian Pharmacokinetics**<br>Pharmacy Grand Rounds, H. Lee Moffitt Cancer Center<br>Tampa, FL |
| 02-1989 | **Clinical Pharmacokinetics Software Systems**<br>Pharmacy Grand Rounds, H. Lee Moffitt Cancer Center<br>Tampa, FL |
| 04-1988 | **Design and Implementation of a Computerized**<br>**Pharmacokinetic Patient Tracking System**<br>Southeastern Residents Conference<br>Athens, GA |
| 10-1987 | **Geriatric Pharmacology: Therapeutic Considerations**<br>Emory University Hospital, Pharmacy Grand Rounds<br>Atlanta, GA |
| 11-1986 | **Aminoglycoside Dosing Adjustments in Renal Failure**<br>Emory University Hospital, Clinical Pharmacy Department<br>Atlanta, GA |
| 08-1986 | **Vaccinating the Elderly**<br>Veteran's Administration Hospital, Medical Staff<br>Atlanta, GA |
| 06-1986 | **Pneumocystis carinii Pneumonia in AIDS Patients: Current**<br>**Treatments and Investigational Agents**<br>Dekalb General Hospital, Clinical Pharmacy Department<br>Atlanta, GA |
| 11-1985 | **The Pharmacological Interactions of Lithium Carbonate**<br>Georgia Mental Health Institute, Medical Staff Conference<br>Atlanta, GA |
| 11-1985 | **Clinical Case Study: Organic Personality Syndrome**<br>Georgia Mental Health Institute, Medical Staff Conference<br>Atlanta, GA |

**TELEVISION / RADIO / MEDIA:**

| | |
|---|---|
| 05-01-13 | **Transitional Care CPT Codes May Include Pharmacists' Services**<br>Pharmacy News<br>Kate Traynor |
| 09-11-12 | **Connecting Health: Medication Therapy Management**<br>Medical Update Show<br>Jacksonville, FL |

**Curriculum Vitae, Page 52**
Daniel E. Buffington, PharmD, MBA
07-06-15

| | |
|---|---|
| 01-14-10 | **Antidepressants Can Lead to Weight Gain**<br>St. Petersburg Times<br>Irene Maher |
| 10-09 | **Current Concepts in Pharmacy Management: Medicare Part D**<br>Interview<br>David's Production, Inc. |
| 07-09-09 | **United Stated Health Care Reform 2009**<br>Drive Time with Bill Bunkley, WTBN<br>William Bunkley |
| 07-09 | **Viagra – Video Taped Interview**<br>Posted on website |
| 06-24-09 | **Increased abuse of synthetic medications**<br>BBC World News: World Service<br>George Arney |
| 08-18-08 | **Opiate Toxicity**<br>Dr. G Medical Examiner Show<br>Discovery Health |
| 10 – 07 | **Front-line Practitioners Offer Keys To Their Success**<br>Pharmacy Today<br>Page 36 |
| 07-21-07 | **Tampabay.com Know it now**<br>**An Hour of Expert Witness Time, $4,000**<br>Interview with Scott Barancikn |
| 06-01-06 | **Pharmacist Current Procedural Terminology Codes and Medication Therapy Management**<br>American Journal of Health-System Pharmacists<br>Volume 63, Page 1008 & 1010 |
| 05-09-06 | **Medicare Part D: The Facts about the May 15th Deadline for Signing up**<br>Drive Time, WTBM AM 570/910, News Radio |
| 04-12-06 | **Medicare Part D: Selecting the Plan That Meets Your Needs**<br>Drive Time, WTBM AM 570/910, News Radio |
| 09-07-05 | Linda Hurtado, Channel 28 |
| 07-19-05 | **Medication Importation and Risk of Fatal Toxicities**<br>Dr. G Medical Examiner (Jan C. Garavaglia, MD)<br>Discovery Health Channel |
| 07-13-05 | **Post Partum Depression**<br>Channel 13, WTVT/FOX, Kathy Fountain Show,<br>Tampa, FL |
| 05-01-05 | **Distinguished Achievement Award in Clinical/Pharmacotherapeutic Practice**<br>APhA – APPM awardees to be recognized APhA2005<br>Annual Meeting News |
| 01-25-05 | **Jeff Fisher (WFLA-AM) Interview**<br>Tampa, FL |

| | |
|---|---|
| 02-24-04 | **Violence In 'Passion' Necessary, Viewers Say**<br>The Tampa Tribune, Metro, Philip Morgan |
| 02-01-04 | **APhA Member Goes to Bat for Pharmacy**<br>Pharmacy Today, Volume 10, Number 2 |
| 12-03 | **People Talk - Daniel E. Buffington, PharmD, MBA a Member of The X12 Panel**<br>Computer Talk, Volume 23, Number 6, November/December 2003, Page 51 |
| 06-03 | **What You Can Do:  Tips for Telling Your Story**<br>ASHP Action Line, Special Edition, The American Society of Health-System Pharmacists, Monthly New Bulletin, Volume 33, Number 3 |
| 01-03 | **Beyond dispensing and drug therapy management: Pharmacist creates a medical specialty practice model**<br>APHA Pharmacy Today, Volume 9, Number 1, January 2003, Pages 14-15, 18 |
| 01-10-02 | **Experts: Safe overall, drug demands caution**<br>St. Petersburg Times, Newspaper |
| 06-20-01 | **Oxycontin**<br>Channel 62, WVEA-TV (Entravision), Evening News,<br>Tampa, FL |
| 10-06-00 | **Drug Pricing**<br>Channel 8, WFLA, Evening News,<br>Tampa, FL |
| Summer 2000 | **Innovative Pharmacology Practice Decreases Healthcare Costs**<br>Health & Medical Feeling Good, Summer 2000, Page 27-28 |
| 02-09-98 | **Golf Max**<br>CBS Channel 10, WTSP, Evening News,<br>Tampa, FL |
| 01-30-98 | **Cleaning Out Your Medicine Cabinet**<br>Channel 8, WFLA, Evening News,<br>Tampa, FL |
| 10-13-97 | **Nutritional Supplements:  Trends in Alternatives to Prescription Medications**<br>Channel 10, WTSP/ACB, Evening News,<br>Tampa, FL |
| 06-30-97 | **Non-prescription Products for Relief of Alcohol Related Hangovers**<br>Channel 10, WTSP/ACB, Evening News,<br>Tampa, FL |
| 06-18-97 | **Caffeine Containing Soft Drinks and their Impact on Your Health**<br>Channel 8 WFLA, NBC Evening News,<br>Tampa, FL |
| 04-28-97 | **Understanding Prescription Medication Pricing**<br>Channel 10, WTSP/ABC News,<br>Tampa, FL |

Curriculum Vitae, Page 54
Daniel E. Buffington, PharmD, MBA
07-06-15

| | |
|---|---|
| 02-25-97 | **Oral Contraceptives: Morning After Pills?**<br>Channel 8, WFLA, NBC Evening News,<br>Tampa, FL |
| 01-28-97 | **Breast Pill**<br>Channel 10, WTSP News,<br>Tampa, FL |
| 11-28-96 | **Diabetes: Understanding New Drug Therapies**<br>Channel 28, WFTS/ABC, Evening News<br>Tampa, FL |
| 11-11-96 | **Medications which may cause weight gain**<br>Channel 8, WFLA, NBC Evening News,<br>Tampa, FL |
| 11-05-96 | **Nutritional Supplements for Sports & Fitness: Helpful or Harmful**<br>Channel 28, WFTS/ABC, Evening News,<br>Tampa, FL |
| 09-23-96 | **HIV Treatment Update: Salk/Remune Vaccine**<br>Channel 13, WTVT/FOX, Good Morning Tampa Bay,<br>Tampa, FL |
| 09-13-96 | **Dr. On Call, What is Remune?**<br>Channel 13,<br>Tampa, FL |
| 09-09-96 | **New Experimental Vaccine Therapy for HIV**<br>Channel 8, WFLA/NBC, Evening News,<br>Tampa, FL |
| 1996 | **Clinical Pharmacology Services – Medication Consulting & Clinical Research**<br>Feeling Good, Premiere Issue 1996, Page 39 |
| 08-29-96 | **Developing New Treatments for HIV & AIDS Infection**<br>Channel 8, WFLA, NBC Evening News,<br>Tampa, FL |
| 02-07-96 | **Smoking Cessation: Using Injectable Medications**<br>Channel 8, WFLA/NBC, Evening News,<br>Tampa, FL |
| 11-07-95 | **Analgesics**<br>Channel 13,<br>Tampa, FL |
| 10-10-95 | **Medications in the Treatment of Obesity**<br>Channel 13 WTVT, Evening News,<br>Tampa, FL |
| 09-14-95 | **Non-approved use of prescription medications: Misoprostol and Methotrexate**<br>Channel 13, WTVT, FOX, Evening News,<br>Tampa, FL |

| 08-24-95 | **Medications in the Elderly: United States General Accounting Office 1995 Report**<br>Channel 13, WTVT, FOX, Good Morning Tampa Bay,<br>Tampa, FL |
|---|---|
| 08-23-95 | **GATT Treaty and it's Impact on Pharmaceutical Patents and Pricing**<br>National Public Radio (NPR), WUSF 90 FM,<br>Tampa, FL |
| 07-27-95 | **Prescription to over-the-counter antacid preparations**<br>Channel 13, WTVT/FOX, Good Morning Tampa Bay,<br>Tampa, FL |
| 06-13-95 | **Diet Pills and Weight Loss**<br>Channel 13, WTVT/CBS, Evening News<br>Tampa, FL, |
| 02-22-95 | **Overmedication in The Elderly**<br>Channel 8, WFLA/NBC News, Evening News,<br>Tampa, FL |
| 11-01-94 | **Awards and Installation Banquet, FSHP Forerunner Award**<br>The Florida Journal of Hospital Pharmacy, Volume 14 Number 5, |
| 05-19-94 | **Medical Charity Concert - Band Side FX**<br>Channel 8, WFLA, NBC, Evening News,<br>Tampa, FL |
| 05-04-94 | **Antibiotic Resistance**<br>Channel 8, WFLA, NBC, Evening News,<br>Tampa, FL |
| 04-13-94 | **Toxic Effects of Tobacco and Solvents Used in the Production of Cigarettes**<br>Channel 10, WTSP, ABC, Evening News,<br>Tampa, FL |
| 02-15-94 | **Health Tips: Medication Awareness and Counseling**<br>Channel 8, WFLA, NBC, Evening News,<br>Tampa, FL |
| 06-30-93 | **Cow's Head Pills: Asian Herbal Medications**<br>Channel 13, WTVT, CBS, Morning News,<br>Tampa, FL |
| 03-25-93 | **New Medical Uses for Aspirin**<br>Channel 8, WFLA, NBC, Morning News<br>Tampa, FL |

**Prior Forensic Review and Testimony**

Dr. Daniel E. Buffington

| Date Accepted | Case Name |
|---|---|
| 01/09/2012 | Department of Health v Evelyn Messer, PharmD |
| 01/12/2012 | MCCABE (MEGAN) v Tritt MD (Ramie), Kroger Pharmacy et al |
| 01/12/2012 | Velazquez (Javier) v RODRIGUEZ (LUIS AND DANIEL) |
| 01/12/2012 | Nicole Maldonado (on behalf of Maricruz Masis) v Holy Cross |
| 01/13/2012 | Estate of Kenneth Iwai v Galen of Florida, DBA St Pete General Hospital |
| 01/26/2012 | State of Florida v Tyson Davis |
| 01/30/2012 | State of Florida v Robert Taylor |
| 02/03/2012 | Department of Health v Christina Paylan, MD |
| 02/06/2012 | Brenda Smith v River Region Medical Center |
| 02/07/2012 | ALLEN (e/o DIONE) v Heart of Florida Hospital |
| 02/10/2012 | Erika Dirtl v J Ronald Miller |
| 02/10/2012 | LEWIS (SHERRIE) v Kmart |
| 02/13/2012 | Jose Travieso v Donald Lawson, MD |
| 02/16/2012 | Martinez v Northwest Medical Center |
| 02/17/2012 | Dale Byrum |
| 03/02/2012 | Jacqueline Cajigas v Palmetto General Hospital |
| 03/06/2012 | State of Florida v Russell Hogg |
| 03/08/2012 | DEA v EXTENDED CARE PHARMACY |
| 03/19/2012 | Andre Kitts v University of Maryland Medical System, et al |
| 04/18/2012 | State of Florida v Ashwin Patel |
| 04/30/2012 | State of Florida v FOGLE (JEREMIAH) |
| 05/14/2012 | WOZNIAK (TERESA) v Lincourt Pharmacy |
| 05/14/2012 | State of Florida v SLOVER (ERNEST) |
| 05/15/2012 | Rivas (e/o Bernadette) v KELLEY, MD(Scott) & Polsen-Haas, MD (Dianne) |
| 05/21/2012 | State of Florida v SISKOS (WILLIAM) |
| 05/22/2012 | State of Florida v William White |
| 05/23/2012 | Brooke J. Boon (E/O) v Daniel Calloway, MD |
| 05/24/2012 | State of Florida v MITCHELL (TIFFANY) |
| 06/07/2012 | Patricia Yarbrough v Winter Park Memorial Hospital |
| 06/14/2012 | Depart of Business & Professional Regulations v County Line Pharmacy |
| 06/15/2012 | United States v Steven Beumel |
| 06/18/2012 | State of Florida v Gordon Bihl |
| 06/18/2012 | State of Florida v HIGH (JOHNNHY) |
| 06/27/2012 | State of Florida v James Roberson |

Case: 2:11-cv-01016-EAS-MRM Doc #: 956-4 Filed: 01/30/17 Page: 70 of 81 PAGEID #: 32516
DX 93
1761
Case: 2:11-cv-01016-EAS-MRM Doc #: 870-1 Filed: 12/29/16 Page: 70 of 80 PAGEID #: 28233

## Prior Forensic Review and Testimony

## Dr. Daniel E. Buffington

| Date Accepted | Case Name |
|---|---|
| 06/28/2012 | Formby (Linda) v  ARAMARK |
| 07/03/2012 | State of Florida v Yasmany Diazguerra |
| 07/13/2012 | Kurtz (Diana) v RADIOLOGY PHYSICIANS OF INDIAN RIVER COUNTY |
| 07/19/2012 | Estate of Corey Gillette v Drain Team |
| 07/25/2012 | State of Florida v MCMULLEN (TREVOR) |
| 07/25/2012 | PHAM (Tai A) v State of Florida  (CCRC Case) |
| 08/06/2012 | Chandler, Dorrie (e/o Debra Chandler) v PLANTATION GENERAL HOSPITAL |
| 08/08/2012 | Newby v SHAW (CAITLIN) |
| 08/09/2012 | Gray, Karen (e/o Robert Gray) v NORTHWEST MEDICAL CENTER |
| 08/09/2012 | ROSOFF (e/o JAY) v Piro Clinic of Natural Medicine |
| 08/15/2012 | Estate of Ruth Schmidt v Heartland of Zephyrhills |
| 08/16/2012 | State of Florida v Michael Norton |
| 08/17/2012 | COULTER (ROBERT) v Hartwig Mobile |
| 08/20/2012 | State of Florida v ESPINOSA (MIGUEL) |
| 08/21/2012 | State of Florida v Rodney Young Odum |
| 09/05/2012 | State of Florida v Douglas Pearson |
| 09/07/2012 | Denise Gutierrez v William O'Brien, MD |
| 09/10/2012 | State of Florida v Felipe Ramos |
| 09/12/2012 | United States v MOUNTAIN INDUSTRIES |
| 09/12/2012 | Porter (Steven) v  HUNT, MD (OWEN) & Daytona Pharmacy |
| 09/14/2012 | State of Florida v Karen Pryde |
| 09/14/2012 | HARDEMON, OTIS (e/o IRENE MARION) v Coliseum |
| 09/25/2012 | Puig v Leonel Hernandez MD, Olga Garcia MD, Maria Oliver MD, Kidz Medical Services, Palmeto General Hospital |
| 09/25/2012 | United States v SPOONER (ERIC) |
| 10/08/2012 | Frank Dulak v Skanska US Civil Southeast Inc |
| 10/10/2012 | State of Florida v Jeffrey Bair |
| 10/10/2012 | Quorum Management Corporation v CAMPBELL (ANTHONY), FRANCK'S PHARMACY |
| 10/16/2012 | State of Florida v Julian Calixtro |
| 10/16/2012 | Carey Anderson |
| 10/17/2012 | State of Florida v Allan Koonce |
| 10/24/2012 | Mathew Strietelmeier v Adrian Rose Ahuna |
| 10/26/2012 | State of Florida v Francesca Lee Michelini |
| 10/29/2012 | State of Florida v RIGTERINK (THOMAS) |
| 10/30/2012 | State of Florida v JEFFS (RYAN) |

## Prior Forensic Review and Testimony

## Dr. Daniel E. Buffington

| Date Accepted | Case Name |
|---|---|
| 10/31/2012 | State of Florida v Matthew May |
| 10/31/2012 | Nichole Hayhurst v CareHere |
| 10/31/2012 | MURPHY (KAREN) v Revlon |
| 11/06/2012 | People v James Hartfell |
| 11/07/2012 | State of Florida v Dale Thompson |
| 11/15/2012 | David Feldman v Ashland Inc and Mario Reyes |
| 11/16/2012 | Liptak (e/o Carly Jane Liptak) v RUDOLPH MD, (ALAN) and Dr. Aldino |
| 11/20/2012 | State of Georgia v Huong Nguyen |
| 11/29/2012 | State of Florida v Angela Zwally-Wilson |
| 12/03/2012 | Gonzalez (Rita) v Weight Loss Clinic |
| 12/05/2012 | WEST, CHARLEY (e/o CROY WEST) v Children's Healthcare of Atlanta |
| 12/11/2012 | State of Florida v CALLOWAY (BRADLEY) (#2) |
| 12/20/2012 | Lewis (Ariel) v LALANI DO, (FARAH), St Mary's Medical Center et al |
| 12/20/2012 | State of Florida v BUENDIA (MATTHEW LANE) |
| 01/03/2013 | Brian Dibiase v Mantesta et al |
| 01/07/2013 | BARIL (MADONNA) v Walmart |
| 01/10/2013 | Robert Weekley v Winn-Dixie |
| 01/16/2013 | State of Florida v GUST (Angel) |
| 02/01/2013 | JARGUIN, ANGELA (e/o NELSON MARTINEZ) v Gatlin's GoForCash Inc., et al |
| 02/01/2013 | Millicent Sucoff v Florida Medical Center |
| 02/05/2013 | State of Florida v John Sexton |
| 02/05/2013 | State of Florida v LUKENS (KENNETH) |
| 02/07/2013 | State of Florida v Brian Mark Hurt |
| 02/07/2013 | Anna Bru v Azalia's Pharmacy and Discount |
| 02/08/2013 | State of Florida v BRIGHT (RAYMOND) |
| 02/11/2013 | State of Florida v Edmund Baluta |
| 02/12/2013 | Pongrace (e/o William) v Brady Pharmacy |
| 02/26/2013 | E/O Christopher M. Fordham v NW Credit Union et al |
| 02/26/2013 | Martignetti, Linda (e/o John Meier) v Berlin PsyD  (Linda) and Associates |
| 02/26/2013 | Pamlab LLC and Breckenridge Pharm Inc v Virtus Pharm and Belcher Pharm |
| 03/07/2013 | Seymour (Elizabeth and Kenneth) v LORENZ MD (GIFFORD) et al |
| 03/12/2013 | State of Florida v Skinner |
| 03/15/2013 | Harvan, Jill (e/o Judith Saint Hilaire) v TEQUESTA NURSING HOME |
| 03/22/2013 | Burrows (Edward) v ANTONIO-COLLIE (Sheena) |

DX 93
1763

## Prior Forensic Review and Testimony

## Dr. Daniel E. Buffington

| Date Accepted | Case Name |
|---|---|
| 03/25/2013 | State of Florida v Gordon Harris |
| 03/25/2013 | Townsend (Lavoria) v BROOKSVILLE REGIONAL HOSPITAL |
| 04/10/2013 | State of Florida v  Eliana Lissete Varela |
| 04/22/2013 | State of Florida v Andre Jackson |
| 05/01/2013 | Smith (Julienne) v YEE, M.D.(ARTHUR)  et al |
| 05/03/2013 | State of Florda v Robert Elessar |
| 05/09/2013 | Smith (e/o Letha)  v WHITE, MD (PRESTON) |
| 05/15/2013 | AMIODARONE MASS TORT |
| 05/23/2013 | State of Florida v WILCOXEN (KEVIN ANDREW) |
| 05/24/2013 | State of Florida v CASANAS (MARTHA) |
| 05/30/2013 | Noel Mendoza v City of Kissimmee |
| 06/05/2013 | UNITED STATES v Welden (John) |
| 06/13/2013 | State of Alabama v WOOD (HEATHER) |
| 06/20/2013 | Tomlinson, Robert (e/o Alice Tomlinson) v SMITH, MD (HAROLD) |
| 07/15/2013 | State of Florida v HAINES (GARY) |
| 07/15/2013 | Garcia, Cindy (e/o David Garcia) v HEALTHSOUTH REHAB HOSP OF NEW MEXICO |
| 07/17/2013 | Case, Robert (e/o Sandra Case) v BERGNER MD (DONALD) |
| 07/17/2013 | Bernal, Jose C (e/o Maria D C Barbosa) v AM-PM HOUSECALLS, Inc. |
| 07/18/2013 | Conway, Rebecca v EDWARD W. SPARROW HOSPITAL |
| 07/26/2013 | State of Florida v HEYNE (JUSTIN C) |
| 07/26/2013 | GASKIN, JOHN (e/o MARY GASKIN) v Holmes Regional Medical Center |
| 07/29/2013 | State of Florida v MCGIRR (KENNETH LEE) |
| 08/01/2013 | Brockmeier, Melanie (e/o Leon) v BAYCARE HOME CARE Inc., et al. |
| 08/02/2013 | State of Florida v FRIES (JOHN) |
| 08/05/2013 | TERRELL, JEANNE (e/o BUDDY TERRELL) v Monumental Life Insurance Co. |
| 08/05/2013 | Tarrance (Matthew Allen) v TARRANCE (JILL) |
| 08/07/2013 | Pujols (e/o) v MEDI WEIGHT LOSS CLINIC |
| 08/12/2013 | Myrick (Christine) v Kindred, PHARMERICA et al |
| 08/12/2013 | GERVALLA v Lopez and Obstetric and Gynecology Specialty Associates |
| 08/12/2013 | State of Florida v RUH (CALEB) |
| 08/16/2013 | State of Florida v MANCUSO (MARIANNE) |
| 08/19/2013 | BURNETT (ROBERT HENRY) v CVS |
| 08/21/2013 | Estes, Jr (William) and Estes Claudia v CVS, Swartz, MD (Douglas) |
| 09/03/2013 | FREEMAN, DARLENE (e/o JERRY FREEMAN) v Walmart |

## Prior Forensic Review and Testimony

## Dr. Daniel E. Buffington

| Date Accepted | Case Name |
|---|---|
| 09/04/2013 | MENENDEZ (FRANCISCO) v Blanco MD (Mercedes Gonzales) et al |
| 09/06/2013 | Newman (Jennifer) v WELLER (JAMES ARTHUR) |
| 09/11/2013 | State of Florida v GAYLORD (KELELI) |
| 09/11/2013 | Zarou (Ashley) v  HAMID, MD (NAVEED) |
| 09/25/2013 | Casuso (Marta) et al v LEON-ROSEN MD et al |
| 09/26/2013 | SCHOLL, GARY (e/o EILEEN SCHOLL) v Mease Countryside Hospital |
| 10/03/2013 | Bernal, Jose C (e/o Maria D C Barbosa) v W. HOTEL |
| 10/07/2013 | BINSACK v ServPro et al |
| 10/07/2013 | State of Florida v PARKER (CODY) |
| 10/07/2013 | Ogden v WALGREENS |
| 10/15/2013 | State of Florida v HUTCHINSON (PATRICK) |
| 10/16/2013 | United States v SIGMAN (TIMOTHY) |
| 10/17/2013 | Dagenias (Sharon) v HOLLYWOOD DISCOUNT PHARMACY (DR. GLASSMAN) |
| 10/21/2013 | State of North Carolina v GAY (KENAN) |
| 10/21/2013 | Salvato, Vincent (e/o Joshua Salvato) v MILEY (LAUREN)  et al |
| 10/22/2013 | Flanagan, Rosemary (e/o Timothy)  v HRYNIEWICZ & SALAMINE et al |
| 10/29/2013 | Department of Health v HEINIG MD (DANIEL LEE) |
| 11/08/2013 | Wilson, Emily v FIORE AT THE GARDENS |
| 11/13/2013 | Shelton, James v NORTHSHORE MEDICAL CENTER |
| 11/22/2013 | Spectrum Drugstore |
| 12/03/2013 | McCord, Dina (e/o  Thomas) v THE RENAISSANCE INSTITUTE OF PALM BEACH |
| 12/04/2013 | State of Florida v RUNYON (GARY) |
| 12/06/2013 | State of Florida v HARRISON (TIMOTHY) |
| 12/06/2013 | United States v WILLIAMS, SHAWN |
| 12/13/2013 | Rawson (William) & Gormaley (Thomas) v NOVAMED SURGERY CENTER OF PB |
| 01/02/2014 | Bloomquist (John) v SPARROW HEALTH SYSTEM |
| 01/03/2014 | ROJAS (MARTA) v Irwin Naturals |
| 01/07/2014 | EFROS (BELICIA) v  Kraft and Boca Foods |
| 01/08/2014 | Vogel v SROKA RpH (LISA) |
| 01/10/2014 | MAIER (SHANA) v Maier (Eric) |
| 01/16/2014 | Belcher (Kathleen) v ELITE ELDERLY CARE |
| 01/17/2014 | ENGLAND (KAREN) v Pandey (Ravi) |
| 01/20/2014 | GALLON (DESTINE A) v Peachtree Vascular Specialists, PC et al |
| 01/28/2014 | State of Florida v SMITH (ERNEST) |

## Prior Forensic Review and Testimony

### Dr. Daniel E. Buffington

| Date Accepted | Case Name |
|---|---|
| 02/05/2014 | State of Florida v GLIDDEN (ANDREA) |
| 02/05/2014 | STAIR (TIMOTHY) & STAIR (DEBORA) his wife v Somashekar Pallegar MD |
| 02/06/2014 | Gomberg v NORTH FLORIDA REGIONAL MEDICAL CENTER |
| 02/10/2014 | WILSON (JEANETTE) AND WILSON (ERIC) her husband v Holiday CVS LLC. |
| 02/13/2014 | State of Florida v MASON (MARK) |
| 02/25/2014 | Revert (Betty) v NORTH FLORIDA REGIONAL MEDICAL CENTER |
| 03/07/2014 | State of Florida v ORTIZ II (RAMON M) |
| 03/17/2014 | POTTER (MARCELLE) v Jeff Wasserman, MD (North Florida Medical Center) |
| 03/18/2014 | State of Florida v MCMILLIAN (JUSTIN) |
| 03/21/2014 | Jazz Pharmaceuticals. Inc. v AMNEAL PHARMACEUTICALS LLC |
| 03/21/2014 | King, Drew (e/o Livia King) v PROGRESSIVE WASTE SOLUTIONS et al |
| 03/25/2014 | United States v YOON (THEODORE CHANGKI) AND LIM (PHIC) |
| 04/01/2014 | Department of Health v NAPLES COMMUNITY HOSPITAL et al |
| 04/10/2014 | State of Florida v PEEK (ROBERT) |
| 04/11/2014 | United States v BARRY BAYS |
| 04/15/2014 | AIKEN (GEORGE) v VA James Haley et al |
| 04/24/2014 | Myrick (Christine) v Kindred (PHARMERICA) V2 |
| 04/25/2014 | US v PATEL (RASESH)  (The Medicine Shoppe case) |
| 04/29/2014 | Carlson (John) v BIRNBAUM DO (ALLAN) AND CASEY PA (KEVIN) |
| 04/29/2014 | Delazzer (Faust) (e/o Mary) v ASHLAND 2 PARTNERS, LLC dba THE HALL |
| 04/30/2014 | State of Florida v MORALES (RYAN SANTANA) |
| 05/21/2014 | Sorenson Jeanne (Estate of Darryl) v PROFESSIONAL COMPOUNDING et al |
| 06/02/2014 | MARTIN (CANDEE) v Indian River Medical Center |
| 06/03/2014 | Job v KROGER PHARMACY |
| 06/03/2014 | Murphy (John) v WALMART |
| 06/03/2014 | DIZINNO (LINDA) v Indian River Medical Center |
| 06/06/2014 | Estate of Parson (Bryce) v WHITNEY LAB |
| 06/12/2014 | Ruffini (John) v VENTURA MD (XENIA YU) |
| 06/18/2014 | TIMMS (KENNETH) v State of Florida |
| 06/25/2014 | State of Florida v REYNOLDS (AMY) |
| 07/02/2014 | Perera (Jaime) v JUPITER BAY COMPANY (Harbor Inn and Marina) |
| 07/07/2014 | INSIGHT HEALTH CORPORATION |
| 07/18/2014 | Tricquet (Brittany) for (e/o Alicia Tricquet) v WHITTIER, MD (ROBERT) |
| 07/25/2014 | Fray (Marva) v WALMART |

## Prior Forensic Review and Testimony

### Dr. Daniel E. Buffington

| Date Accepted | Case Name |
|---|---|
| 08/13/2014 | State of Florida v COCORES (JAMES) |
| 08/22/2014 | Zyne, Latiffe v  HOLIDAY CVS |
| 09/08/2014 | JEWETT, ANA AND CLYDE (for EVAN JEWETT) v Miami Children's Hospital et al |
| 09/08/2014 | HERNANDEZ, ELVIS v Walgreens |
| 09/11/2014 | Simmons (Arthur) v CITY OF ORLANDO |
| 09/16/2014 | Ulvano, Vlincent v ALVAREZ, CARLOS |
| 09/17/2014 | Bratt (Michael) and Youmans (Margorie) v GENOVESE (LOUIS), GEORGE (STEVEN), VAN TASSEL (KENNETH) AND GORE (JOHN) |
| 09/17/2014 | Davis (Nicole) (Guardian of Ernest Davis) v  SWYMER CRNA (ROBERT) et al |
| 09/19/2014 | Turner (Carolyn) v ORANGE COUNTY SHERIFF'S OFFICE |
| 09/24/2014 | Volz (e/o Roseann) v HEARTLAND OF ZEPHYRHILLS |
| 09/25/2014 | Klein (Vanessa and Seth) V SUNRISE DETOX III LLC |
| 09/25/2014 | Radomski (e/o Jeffrey) v NEW HORIZONS OF THE TREASURE COAST |
| 09/26/2014 | Verdi (Paul) V HARTZELL JR MD (ROBERT) |
| 09/29/2014 | State of Florida v VILLAREAL (CHAIN) |
| 10/08/2014 | Bunting (Clayton) v WINGHOUSE II INC |
| 10/08/2014 | Peeples (Kimberly) and Jones v SLEIMAN (BRANDON) |
| 10/16/2014 | State of Florida v MAXWELL (JAMES) |
| 10/17/2014 | Cornerstone Therapeutics v SANDOZ |
| 10/27/2014 | State of Florida v WYMAN (LOICE) |
| 10/28/2014 | MINTON (JENNA) v CVS and Advanced Pharmaceutical Incorporated |
| 11/07/2014 | LOCKLEY (e/o MARY) v Pinellas Point Nursing & Rehabilitation Center |
| 11/10/2014 | CROSS (e/o KAIA) v PGT Industries |
| 11/14/2014 | RILEY, RICH (e/o PAMELA RILEY) v Mercy Gilbert Medical Center et al |
| 11/18/2014 | Kerr (Todd) v RAMIREZ (HECTOR) |
| 11/24/2014 | State of Florida v BLAZURE (DREW) |
| 12/04/2014 | State of Florida v LARSEN (CHAD MICHAEL) |
| 12/11/2014 | State of Florida v ROOK (CYNTHIA) |
| 12/11/2014 | United States v DILLON (TIMOTHY) |
| 12/11/2014 | State of Florida v RUTKOWSKY (HEATHER) |
| 12/18/2014 | Johnson, Trecia (e/o Jones, Rashad) v MENAJOVSKY-Chaves, MD (JOSE) et al |
| 01/06/2015 | Estes, Jr (William) and Estes Claudia v cvs, SWARTZ, MD (DOUGLAS) 2 |
| 01/13/2015 | MICHAEL, GEORGIANA (e/o PHILIP) v HealthSouth, et al |
| 01/13/2015 | State of Florida v HOBBS (MICAH) |
| 01/15/2015 | United States v BROOMBAUGH (CRAIG) |

## Prior Forensic Review and Testimony

### Dr. Daniel E. Buffington

| Date Accepted | Case Name |
|---|---|
| 01/15/2015 | Marino, Michelle (e/o Wilma Lee Landwert) v FAMILY MEDICAL CENTER, MCGRADY MD (MICHAEL), MERCY MEDICAL CENTER |
| 01/16/2015 | State of Florida v MCWILLIAMS (DAVID) |
| 01/16/2015 | Ross (Terry) v INDIAN RIVER TRANSPORT AND HARNED III (JOHN) |
| 01/21/2015 | State of Florida v DEBOSE (MIKER) |
| 01/21/2015 | State of Florida v COLLEY (ROLAND) |
| 01/26/2015 | HALL (TERRI) v City of St Petersburg |
| 01/30/2015 | Gregory (Charles) v PLANTATION GENERAL HOSPITAL |
| 02/04/2015 | Weisenfluh (e/o Kristen) v BAYFRONT MEDICAL CENTER |
| 02/04/2015 | State of Florida v BIGGS (NICOLE) |
| 02/05/2015 | CHANCE (BRETT) v Cleveland Clinic Hospital |
| 02/09/2015 | State of Florida v MILLER (CHARLES) |
| 02/12/2015 | KARAMOUNTZOS (NIK) v Privilege Underwriters Reciprocal Exchange |
| 02/17/2015 | State of Florida v KIEDAISCH (DANIEL) |
| 02/17/2015 | Arthur (Thomas) v MYERS (WALTER) |
| 02/19/2015 | State of Florida v SULZMANN (WILLIAM) |
| 02/23/2015 | State of California v TOP RX |
| 03/03/2015 | State of Florida v ARCHIQUETTE (RANDY) 2 |
| 03/03/2015 | ROSE, ARLENE (e/o MCINTOSH, COREY) v Green Tree Landscape Nursery Inc, et al |
| 03/04/2015 | State of Florida v HOLT (RONALD) |
| 03/16/2015 | State of Florida v FLERI (JAKE) |
| 03/16/2015 | DiMieri (Marco) v MEDICIS PHARMACEUTICL CORP (DIV OF VALIENT PHARM) |
| 03/18/2015 | US v NAHMANI (RONEN) |
| 04/01/2015 | State of Florida v BROWN (THOMAS) |
| 04/02/2015 | State of Florida v WHITE (MEGHAN) |
| 04/09/2015 | State of Florida v GENDRON (LAURA) |
| 04/09/2015 | COCHRANE, Melanie (e/o Cochrane) v LINA |
| 04/20/2015 | State of Georgia v WILLIAMS (KENNETH) |
| 04/29/2015 | State of Georgia v LEEBERN (SHANNON) |
| 05/08/2015 | Mitchell v  GASTEL, RN (JUANITA) et al |
| 05/12/2015 | State of Florida v UHLMAN (PAMELA) |
| 05/18/2015 | State of Florida v WYMAN (LOICE) 2 |
| 05/26/2015 | Gerda Graaf v COPACOBANA GRILLE INC and Island Shoppes Inc |
| 06/02/2015 | Hoffer, Leon (e/o Hoffer, Janice) v EAST COAST TRANSPORTATION |
| 06/05/2015 | OSMOND (PATRICK) v Applebee's Neighborhood Franchise |

## Prior Forensic Review and Testimony

## Dr. Daniel E. Buffington

| Date Accepted | Case Name |
| --- | --- |
| 06/05/2015 | TINAL (MARIA) v Nortan Health Care |
| 06/09/2015 | State of Florida v ROSS (LESTER) |
| 06/10/2015 | CONTRERAS, ROSEMARY (e/o KUBASCH, JOHN) v Schwartz PA, Adam et al |
| 06/18/2015 | State of Florida v HEREFORD (RICHARD) |
| 06/19/2015 | State of Florida v FRANCO (CHRISTOPHER) |
| 06/24/2015 | United States v KUHN (HANK) |
| 07/06/2015 | Johnson (Stacey) et al v KELLEY (WENDY) et al |
| 07/10/2015 | UNDERWOOD (ROBERT) v Florida Food Tankers Inc |
| 07/23/2015 | CROTHAMEL (e/o AUSTEN) v Publix Pharmacy |
| 07/28/2015 | Natale v LYN-LASSITER MD et al |
| 08/05/2015 | State of Florida v MCCOY (THOMAS) |
| 08/12/2015 | Caksackkar (Cathy) v HASAN, MD (SYED) and West Coast Medical Associates, PA |
| 08/21/2015 | Hom Newton, Turenne & Jones-Newton v BREZA (CHRISTOPHER) |
| 08/24/2015 | State of Florida v HICKS (ANDRE) |
| 08/26/2015 | State of Florida v BOGDANOWICZ (JOSEPH) |
| 08/27/2015 | REDMAN (GEORGE) v CVS |
| 08/28/2015 | State of Florida v BISPLINGHOFF (JAMES) |
| 09/01/2015 | Calkins (Nancy and Michael) v POILEY, MD (JEFFREY), Advance Eye Care of Centrl FL |
| 09/03/2015 | Washington (Lisa) v DEKALB MEDICAL CENTER, HOFFMAN (APRIL) |
| 09/03/2015 | State of Florida v WALL (CRAIG) |
| 09/17/2015 | PAGAN (MARELIN) v Williams (Joshua) and Schleman Plumbing Company |
| 09/23/2015 | INGRAM, MARY (e/o CHURCH, ADA) v Drs. Malik, Irvan et al |
| 09/24/2015 | State of Florida v PICKENS (HERMAN) |
| 09/25/2015 | Patel (Nitesh) v RODRIGUES (ANITA) |
| 10/05/2015 | FREDRICK, KATHLEEN (e/o Fredrick, Gregory) v Lawnwood Medical Center, Inc., etc |
| 10/06/2015 | Buch (Feride) v ARNOLD DO (PAUL) |
| 10/14/2015 | State of Florida v MARKLAND (PHILLIP) |
| 10/21/2015 | Decker (Linda) v COMPOUNDING PHARMACY OF AMERICA |
| 11/16/2015 | Newsholme (Elisabeth and Brian) v PALMS WEST HOSPITAL et al |
| 11/20/2015 | BROWN (AKEEM) v Memorial Hospital |
| 11/20/2015 | MACAULEY (BRYANT) v Harrison's Pharmacy LLC |
| 12/04/2015 | State of Florida v CHRISTENSEN (JOHN) |
| 12/08/2015 | HOOKS (REGINA) v Whiteville Urgent Care |
| 12/10/2015 | Nutter (Lee Ann), et al v RINE NP (GERRI) and ALDA MD (RUGEN) |

## Prior Forensic Review and Testimony

## Dr. Daniel E. Buffington

| Date Accepted | Case Name |
|---|---|
| 12/14/2015 | HORNE (MICHAEL) v North American Containers |
| 12/16/2015 | Gibbs (Justin) v RIVER PALM HOTEL |
| 12/17/2015 | State of Florida v BURKETT (JEREMY) |
| 12/22/2015 | Bostick (Randy and Genevieve) v RUSSELL ENGINEERING INC |
| 01/04/2016 | State of Florida v BARNETT (MICHAEL) |
| 01/04/2016 | Sasko (Adrienne) v FRISCH, MD (ANNA), et al |
| 01/11/2016 | State of Florida v DAY (AMY) |
| 01/12/2016 | State of Florida v CHARGER-TURNOCK (PHYLLIS) |
| 01/13/2016 | State of Florida v HUTCHISON (WILLIAM) |
| 01/21/2016 | REES (MARY) v UPMC Presbyterian Hospital, Omlie MD (James J) |
| 01/28/2016 | State of Florida v RUDD (JOHN) |
| 01/29/2016 | State of Florida v HEWES (CARL) |
| 01/29/2016 | State of Florida v IGLESIAN (YAMILETTE) |
| 02/02/2016 | Ferrara (Olga) v PRECISION AIR and PADGETT (BRIAN) |
| 02/15/2016 | Rene (Mark) v SALMON AND SONS OF FLORIDA, INC et al |
| 02/18/2016 | Grayson (Carey Dale) et al v DUNN (JEFFERSON), et al |
| 02/23/2016 | State of Florida v BATALLA (CHISTOPHER) |
| 02/26/2016 | Schloemer (Ian Michael) |
| 02/29/2016 | Baker (e/o Woody) v GOLD (LOUIS), Delray Medical Center/Fair Oaks |
| 02/29/2016 | Pantano (Carlo) v POINCIANA MEDICAL CENTER |
| 03/01/2016 | State of Georgia v CLANTON (RONALD) |
| 03/03/2016 | Street Jr, Elton Ray (Guardian for Stephanie Street) v  ST. JOSEPH'S HOSPITAL  et al |
| 03/11/2016 | REEVES (e/o MALCOLM) v Robin Monroe |
| 03/23/2016 | State of Florida v MASSON (FREDDY) |
| 03/28/2016 | Newsholme (Elisabeth and Brian) v PWH - HOSPITALISTS |
| 03/28/2016 | Cuevas (Laura) v COMMCARE PHARMACY |
| 03/28/2016 | MACIEJEWSKI (CHARLES) v Riscille Walkin Clinic, St Joseph's Hospital, et al |
| 03/30/2016 | Wright, Paul (e/o Richard Wright) v ST FRANCIS HOSPITAL |
| 03/30/2016 | State of Florida v CRIVELLI (JEFFREY STEPHEN) |
| 03/31/2016 | State of Florida v GONZALEZ (JOSE) |
| 04/04/2016 | Bower (Glenn) v SCHRADER (SEAN) |
| 04/07/2016 | State of Florida v CANTWELL (DESTINA) |
| 04/11/2016 | Sutherland, Kelly (e/o Robert Dodd) v SUPERIOR PHARMACY |
| 04/11/2016 | Barrier, Pamela (for Chad Barrier) v JFK MEDICAL CENTER et al |

## Prior Forensic Review and Testimony

### Dr. Daniel E. Buffington

| Date Accepted | Case Name |
|---|---|
| 04/12/2016 | WEST (MICHAEL) v Florida Hospital Memorial Medical Center |
| 04/18/2016 | Gleghorn (Cheryl) v ACTON DO (MATTHEW) and BISSET DO (WILLIAM) |
| 04/19/2016 | Price (Christopher Lee) v DUNN (JEFFERSON) |
| 05/03/2016 | State of Florida v THOMPSON (DERRICK) |
| 05/09/2016 | SULTAN (HASHEM) v Alyssa Cobas-Hernandez |
| 05/09/2016 | Estate of Giglio (Denise) v OPERATION PAR |
| 05/10/2016 | HIRCHBERG (TERRY) v Branson Drug Store, New York General Hospital et al |
| 05/12/2016 | State of Florida v CHARLES (JUSTEN) |
| 05/16/2016 | FOX, TRACY (e/o LLOYD) v Thomas DO (Paul) et al |
| 05/16/2016 | Dampier, William v ALSALMAN, DO (IHSAN) and Cape Coral Emergency Physicians |
| 06/01/2016 | Cathcart, Vernon and Riddick, Crystal (e/o Vernon Cardell) v KUNG MD (DAVID) et al |
| 06/03/2016 | WILHAM (JOHN) v Darrigo (Ryan) |
| 06/03/2016 | Nash (Doenza) v UCI MEDICAL AFFILIATES INC |
| 06/14/2016 | State of Florida v BREZA (CHRISTOPHER) |
| 06/28/2016 | Rubin (e/o Sharron) v CVS PHARMACY |
| 07/05/2016 | Wiendl (Joe) v WIENDL (STEPHANIE) |
| 07/11/2016 | State of Florida v COLEMAN (NICOLE) |
| 07/18/2016 | Vivanco, Myrna and Albert (e/o Manny Vivanco) v OPERATION PAR |
| 07/19/2016 | OVERTON (JIM) v First Choice Pharmacy |
| 07/21/2016 | ELLIOTT, VERNON ( e/oMr. Elliott) v ?? |
| 07/26/2016 | State of Florida v SWANGER (CHRISTOPHER) |
| 07/29/2016 | Woods, Lorraine (e/o James Woods) v NICOSIA JR, DO, ROGER J |
| 08/02/2016 | EMERSON (BRUCE) v Lambert (Kyle), Lambert (Keith), Lambert (Debbie) |
| 08/09/2016 | Borovina (Zachary Stephen) v LUCKY DICK PROMOTIONS, LLC |
| 08/15/2016 | WHITE (FREDDIE LEE) v DISA Global Solutions Inc |
| 08/17/2016 | State of Florida v SMITH (ROGER) |
| 08/18/2016 | State of Florida v FORTE (MICHAEL) |
| 08/18/2016 | Nguyen, Khai (e/o Maituyet) v PLANTATION GENERAL HOSPITAL |
| 08/19/2016 | American Casualty v BELCHER et al |
| 08/22/2016 | State of Florida v CAMPBELL (MARY ANNE) |
| 08/22/2016 | McCants (James) v VITACOST.com |
| 08/22/2016 | State of Florida v CAMPBELL (MARIANNE) |
| 08/22/2016 | McCantis (James) v VITACOST.com |
| 08/25/2016 | State of Florida v SCHIRMER (STEVEN) |

## Prior Forensic Review and Testimony

## Dr. Daniel E. Buffington

| Date Accepted | Case Name |
|---|---|
| 08/29/2016 | O'Steen v MID POINT INVESTMENTS INC |
| 08/30/2016 | State of Florida v HARROUFF (AUSTIN) |
| 08/31/2016 | Herrington (Jamie) v CVS PHARMACY |
| 09/04/2016 | Castaldo, Lorraine (e/o Christian) v G4S SECURED SOLUTIONS INC, et al |
| 09/07/2016 | Brewer, Crystal (e/o Brian) v JUDD (GRADY) et al |
| 09/20/2016 | State of Florida v LICHTY (ZANE) |
| 09/21/2016 | State of Florida v HUHTA (JAMES) |
| 09/22/2016 | Phillips, Otte, & Tibbetts v OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, DIVISION OF LEGAL SERVICES |
| 09/26/2016 | United States v THOMAS (DONTRELL) |
| 10/07/2016 | KENNEDY (JOHN) v disa |
| 10/20/2016 | GlaxoSmithKline v TEVA |
| 10/20/2016 | State of Florida v WANG (RANDOLPH) |
| 10/26/2016 | RUSK v Marvin |
| 10/27/2016 | WILLIAMS, SANDRA (e/o ROBERT) v Moose Lodge et al |
| 11/06/2016 | BRYAN II, MD (WASHINGTON) |
| 11/08/2016 | FIELDER (e/o) v IMA et al |
| 11/08/2016 | United States v JABER (NIDAL) |
| 11/18/2016 | ALLEN, JANICE (E/O TIMOTHY LIONAL ALLEN) v United States of America |
| 11/29/2016 | State of Florida v OLMO (George) |

| | |
|---|---|
| **Title:** | **Prior Testimony (Deposition or Trial) – Dr. Daniel E. Buffington** |
| **Topic:** | **Lethal Injection Protocol (LIP) Pharmacology** |
| **Date:** | **12/30/2016** |

| | |
|---|---|
| Case Name | Thomas Arthur v Walter Meyers |
| Client | Walter Meyers |
| Attorney | Clay Crenshaw |
| State | Alabama |
| Testimony | 12/11/2015 - Deposition |
| Location | Montgomery, AL |

| | |
|---|---|
| Case Name | Stacey Johnson v Wendy Kelly |
| Client | Wendy Kelly |
| Attorney | Jennifer Merritt |
| State | Arkansas |
| Testimony | 12/14/2015 - Deposition |
| Location | Little Rock, AR |

| | |
|---|---|
| Case Name | Carey Dale Grayson v Jefferson Dunn |
| Client | Jefferson Dunn |
| Attorney | Clay Crenshaw |
| State | Alabama |
| Testimony | 03/17/2016 – Deposition |
| Location | Birmingham, AL |

| | |
|---|---|
| Case Name | Christopher Lee Price v Jefferson Dunn |
| Client | Jefferson Dunn |
| Attorney | Thomas Govan |
| State | Alabama |
| Testimony | 06/06/2016 - Deposition |
| Location | Tampa, FL |

| | |
|---|---|
| Case Name | Gray v. McAuliffe |
| Client | McAuliffe |
| Attorney | Margaret O'Shea |
| State | Virginia |
| Testimony | 01/03/2017 - Hearing |
| Location | Richmond, VA |

| | |
|---|---|
| Case Name | Tibbets, Phillips, Otte v Ohio Department of Rehabilitation and Correction |
| Client | Ohio Department of Rehabilitation and Correction |
| Attorney | Thomas Madden |
| State | Ohio |
| Testimony | 01/03/2017 - Hearing |
| Location | Dayton, OH |