

**JOHN R. KASICH**
GOVERNOR
STATE OF OHIO

May 1, 2017

Mr. William T. Montgomery  A193-871
c/o Warden Charlotte Jenkins
Chillicothe Correctional Institution
P.O. Box 5500
Chillicothe, OH  45601

Dear Mr. Montgomery:

This letter is written to inform you that Governor Kasich has granted a Warrant of Reprieve of your execution scheduled for October 18, 2017, until January 3, 2018.  A copy of that Warrant of Reprieve accompanies this letter.

Sincerely,

Kevin O'Donnell Stanek
Assistant Chief Counsel

KOS:mse

Enclosure

cc:   Andre Imbrogno, Ohio Parole Board
      Stephen C. Gray, Chief Legal Counsel, ODRC
      Chrystal Pounds-Alexander, Office of Victim Services, ODRC
      Brenda Leikala, Ohio Attorney General's Office
      Sandra Huth Grosko, c/o Justin Kudela, Ohio Supreme Court
      Charlotte Jenkins, Warden, Chillicothe Correctional Institution
      Julia R. Bates, Lucas County Prosecutor's Office
      Richard M. Kerger, Kerger & Hartman, LLC

STATE OF OHIO

# Executive Department

OFFICE OF THE GOVERNOR

*Columbus*

## WARRANT OF REPRIEVE

WHEREAS, William T. Montgomery, Inmate #A193-871, is currently incarcerated in the custody of the Ohio Department of Rehabilitation and Correction ("ODRC") under sentence of death; and

WHEREAS, an execution date for said inmate has been set for October 18, 2017, and has not been stayed by any court; and

WHEREAS, current litigation by other death row inmates, including an injunction issued on January 26, 2017, has created uncertainty as to the ability to proceed with the currently scheduled execution date; and

WHEREAS, Ohio Revised Code Section 2967.08 provides that the Governor may grant a reprieve for a definite time to a person under sentence of death, with or without notices or application; and

WHEREAS, circumstances exist justifying the grant of a temporary reprieve;

THEREFORE, by virtue of the authority vested in the Governor by the Constitution and the laws of this state, I do hereby direct that the said sentence of death be reprieved for William T. Montgomery until January 3, 2018. This inmate is to remain incarcerated on Death Row at the Chillicothe Correctional Institution or such other facility as may be deemed appropriate by the Director of ODRC. Said sentence is to be carried out at 10:00 a.m. January 3, 2018, unless further reprieve or clemency is granted.



IN WITNESS WHEREOF, I have hereunto subscribed my name and caused the Great Seal of the State of Ohio to be affixed, at Columbus, this twenty-ninth day of April in the year Two Thousand and Seventeen.

_____
John R. Kasich, Governor

Filed this ____ day of May, 2017, with the Lucas County Common Pleas Clerk of Court by

_____.