# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 27, 2017

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

**FILED**
Jul 03, 2017
DEBORAH S. HUNT, Clerk

Re: Angelo Fears, et al.
v. John Kasich, Governor of Ohio, et al.
No. 17-5010
(Your No. 16-3149)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 23, 2017 and placed on the docket June 27, 2017 as No. 17-5010.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst