# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

In re: OHIO EXECUTION
  PROTOCOL LITIGATION,  :  Case No. 2:11-cv-1016

        Chief Judge Edmund A. Sargus, Jr.
        Magistrate Judge Michael R. Merz

This Order relates to Plaintiffs
  Otte, Tibbetts, and Campbell

## ORDER TO PRODUCE UNREDACTED PHOTOGRAPHS FOR *IN CAMERA* INSPECTION

Reconciling prior Orders regarding photographs of the execution materials from the Phillips execution (ECF Nos. 1107 and 1115), it is hereby ORDERED that Defendants produce unredacted copies of the photographs to the Court *in camera*. There is no current controversy which the Court is called upon to resolve as the result of the in camera inspection. Because the contents of those photographs are protected from disclosure by statute[1] and prior order of this Court, Defendants may file the unredacted photographs under seal or may provide them to the Court on separate machine readable media.

August 15, 2017.

        s/ *Michael R. Merz*
        United States Magistrate Judge

---

[1] Plaintiffs are, the Court understands, presently seeking Supreme Court review of the Sixth Circuit decision(s) upholding that secrecy.