# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

In re: OHIO EXECUTION
  PROTOCOL LITIGATION,         :       Case No. 2:11-cv-1016

                               Chief Judge Edmund A. Sargus, Jr.
                               Magistrate Judge Michael R. Merz

This Order relates to Plaintiffs
  Otte, Tibbetts, Campbell, and Van Hook

## MODIFICATIONS TO ORDER REGARDING TESTING OF PHILLIPS' EXECUTION MATERIALS

       This capital case is before the Court on Plaintiffs' Corrected Emergency Objections and Motion for Reconsideration of Order Regarding of Testing of Phillips's [sic] Execution Materials (ECF No. 1156).

       An emergency hearing was held by telephone at 3:30 p.m. on Thursday, August 17, 2017. At the conclusion of the hearing, the Court promised the parties a decision before the close of business this date on possible modifications to the Order. This document modifies the Order, but a more complete decision will be filed when the hearing has been transcribed.

       In lieu of the option for testing provided in paragraph 4, it is now ordered that Defendants choose a testing laboratory and have one-half of the medications vials tested for the quantity of drugs remaining in them.

The Court finds that no other changes to the Order are warranted.

August 17, 2017.

s/ *Michael R. Merz*
United States Magistrate Judge