IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

In re: OHIO EXECUTION
PROTOCOL LITIGATION,

Case No. 2:11-cv-1016

-vs-

Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Michael R. Merz

This Order relates to:
All Plaintiffs

## ORDER OVERRULING OBJECTIONS

This capital case is before the Court on Plaintiffs' Notice of Mootness of Plaintiffs' Objections (ECF Nos. 1156, 1160) to Magistrate Judge's Order (ECF No. 1154) and Magistrate Judge's Modifications to Order Regarding Testing of Phillips's Execution Materials (ECF No. 1159). (ECF No. 1191.)

Plaintiffs filed Objections (ECF Nos. 1156 and 1160) to the Magistrate Judge's Orders regarding testing of materials from Ronald Phillips' execution (ECF Nos. 1154 and 1159). Plaintiffs now notify the Court because the parties have shipped their materials to their preferred laboratories (ECF Nos. 1166 and 1183) and because the testing is likely to be destructive (ECF No. 1174), Plaintiffs' objections concerning those materials (ECF Nos. 1156 and 1160) are now moot.

The Court accordingly **OVERRULES** Plaintiffs' Objections (ECF Nos. 1156 and 1160).

09-05-17
EDMUND A. SARGUS, JR.
Chief United States District Judge

1