# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

In re: OHIO EXECUTION
  PROTOCOL LITIGATION,

Case No. 2:11-cv-1016

Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Michael R. Merz

This Order relates to All Plaintiffs

## REPORT OF *IN CAMERA* INSPECTION

This § 1983 capital case is before the Court for *in camera* review of the photographs submitted by Defendants of the execution materials from the September 13, 2017, execution of Gary Otte.

Having done so, the Court confirms that (1) none of the drugs used in the Otte execution had passed their expiration date as of September 13, 2017; (2) the photographs fully capture and legibly depict the information contained on the unaltered vials; and (3) the Court has received photographs of the boxes the Defendants destroyed.

September 22, 2017.

s/ *Michael R. Merz*
United States Magistrate Judge

1