IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

In re: OHIO EXECUTION
PROTOCOL LITIGATION,

Case No. 2:11-cv-1016

Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Michael R. Merz

This Order relates to Plaintiff Gary Otte

## DISMISSAL ORDER AS TO PLAINTIFF GARY OTTE

Plaintiff Gary Otte having been executed on September 13, 2017, and given that his action for injunctive relief does not survive, the above-captioned action is dismissed as to Mr. Otte.

September 22, 2017.

s/ *Michael R. Merz*
United States Magistrate Judge