# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

In re:  OHIO EXECUTION
  PROTOCOL LITIGATION,                   Case No. 2:11-cv-1016

                                        Chief Judge Edmund A. Sargus, Jr.
                                        Magistrate Judge Michael R. Merz

This Order relates to Plaintiffs
  Campbell and Tibbetts

---

# DECISION AND ORDER DENYING TEMPORARY RESTRAINING ORDERS

---

This 42 U.S.C. § 1983 method-of-execution case is before the Court on Plaintiff Raymond Tibbetts Second Motion) and Plaintiff Alva Campbell's Amended Motion for a Stay of Execution, a Temporary Restraining Order, and a Preliminary Injunction (ECF No. 1262).

For the reasons given for denying a temporary restraining order with respect to former Plaintiff Gary Otte (*In re:  Ohio Execution Protocol Litig (Otte)*, 2017 U.S. Dist. LEXIS 138456 (S.D. Ohio Aug. 29, 2017), copy at ECF No. 1178), the temporary restraining order portions of the instant Motions are denied without prejudice to the other portions of those Motions.

September 28, 2017.

                                       s/ *Michael R. Merz*
                                    United States Magistrate Judge