IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  OHIO EXECUTION PROTOCOL LITIGATION<br><br>This document relates to:<br>Plaintiffs Tibbetts and Campbell | Case No. 2:11-cv-1016<br><br>CHIEF JUDGE EDMUND A. SARGUS<br><br>Magistrate Judge Michael R. Merz<br><br><br>DEATH PENALTY CASE<br><br>Executions scheduled for:<br>February 13, 2018;<br>June 5, 2019 |

**Notice of Appeal**

Plaintiffs Raymond Tibbetts and Alva Campbell, Jr., hereby give notice that they appeal, to the United States Court of Appeals for the Sixth Circuit, the Decision and Order entered in this action on the 3rd day of November, 2017 (ECF No. 1362), by the District Court for the Southern District of Ohio.

1

Respectfully submitted,

**Deborah L. Williams**
Federal Public Defender

by

*/s/ Allen L. Bohnert*
**Allen L. Bohnert (OH 0081544)**
**Plaintiffs' Liaison Counsel**
*Trial Counsel*

Erin Gallagher Barnhart (0079681)
**Counsel for Raymond Tibbetts**

and

David C. Stebbins (0005839)
Adam M. Rusnak (0086893)
Lisa M. Lagos (0089299)
**Counsel for Alva Campbell**

and

Carol A. Wright (0029782)
Supervising Attorney
**Co-counsel for Plaintiffs**

Office of the Federal Public Defender
for the Southern District of Ohio
Capital Habeas Unit
10 West Broad Street, Suite 1020
Columbus, Ohio 43215
614-469-2999
614-469-5999 (fax)
Allen_Bohnert@fd.org
Erin_Barnhart@fd.org
David_Stebbins@fd.org
Adam_Rusnak@fd.org
Lisa_Lagos@fd.org
Carol_Wright@fd.org

## CERTIFICATE OF SERVICE

      I hereby certify that on November 21, 2017, I electronically filed the foregoing with the Clerk of the United States District Court for the Southern District of Ohio using the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                */s/ Erin G. Barnhart*
                                                Assistant Federal Public Defender