# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: OHIO EXECUTION PROTOCOL LITIGATION**<br><br>**This document relates to: Plaintiffs Campbell and Tibbetts** | Case No. 2:11-cv-1016<br><br>**CHIEF JUDGE EDMUND A. SARGUS, JR.**<br>Magistrate Judge Michael R. Merz<br><br>**Death Penalty Case:<br>Executions Scheduled For<br>February 13, 2018 and June 5, 2019** |

**Notice of Filing**

In accordance with Standing Order No. 2, (*see* ECF Nos. 646, 701), Plaintiff Tibbetts, through counsel, gives notice to the Court of his reply in support of his petition for a writ of certiorari in the United States Supreme Court, a copy of which is attached as an exhibit to this Notice. Tibbetts placed this filing in the mail and electronically submitted it to the Court on November 30, 2017.

Respectfully submitted,

**Deborah L. Williams**
Federal Public Defender

by

**/s/ Allen L. Bohnert**
**Allen L. Bohnert (OH 0081544)**
**Plaintiffs' Liaison Counsel**
*Trial Counsel*

1

Erin Gallagher Barnhart (0079681)

Carol A. Wright (0029782)
Supervising Attorney
**Counsel for Raymond Tibbetts**

Office of the Federal Public Defender
for the Southern District of Ohio
Capital Habeas Unit
10 West Broad Street, Suite 1020
Columbus, Ohio 43215
614-469-2999
614-469-5999 (fax)
Allen_Bohnert@fd.org
Erin_Barnhart@fd.org
Carol_Wright@fd.org

**Certificate of Service**

I hereby certify that on December 1, 2017, I electronically filed the foregoing **Notice of Filing** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the email addresses of opposing counsel on file with the Court.

*/s/ Erin Gallagher Barnhart*
Assistant Federal Public Defender
**Counsel for Plaintiff Tibbetts**