# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

In re: OHIO EXECUTION
 PROTOCOL LITIGATION,

Case No. 2:11-cv-1016

Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Michael R. Merz

This Order Relates to All Plaintiffs

---

# ORDER

---

Upon Notice from the State Defendants that Timothy Shoop has succeeded Charlotee Jenkins as Warden at the Chillicothe Correctional Institution (ECF No. 1402), it is hereby ORDERED, pursuant to Fed. R. Civ. P. 25(d), that Mr. Shoop be and he hereby is SUBSTITUTED for Ms. Jenkins as a party Defendant herein.

December 22, 2017.

s/ *Michael R. Merz*
United States Magistrate Judge