# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

In re: OHIO EXECUTION
 PROTOCOL LITIGATION,

:        Case No. 2:11-cv-1016

       Chief Judge Edmund A. Sargus, Jr.
       Magistrate Judge Michael R. Merz

This Order relates to all Plaintiffs.

# ORDER

This consolidated § 1983 case is before the Court on Motions to Intervene of death row inmates Caron Montgomery, Ashford Thompson, and Anthony Sowell (ECF Nos. 1416, 1417, & 1423). Defendants have filed a consolidated Response (ECF No. 1424)

Accordingly, it is hereby ORDERED that Plaintiffs reply in writing to the Response, raising any objections to Defendants proposals, not later than 5:00 p.m. on Monday, February 12, 2018.

February 9, 2018.

       s/ *Michael R. Merz*
       United States Magistrate Judge