# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

In re:  OHIO EXECUTION
 PROTOCOL LITIGATION,

                                              :        Case No. 2:11-cv-1016

                                                       Chief Judge Edmund A. Sargus, Jr.
                                                       Magistrate Judge Michael R. Merz

This Order relates to Plaintiff Cleveland Jackson

---

## ORDER REPLACING TRIAL ATTORNEYS

---

        Attorneys John Ricotta and Henry Hilow having failed to respond to the Court's Orders to

Show Cause of May 10, 2018 (ECF No. 1720, 1721), having failed to respond to the Court's Notice

to Counsel of Record (ECF No. 1560), having failed to participate in the status conferences of

April 17, 2018; May 1, 2018; and May 15, 2018, despite notice; having failed to respond to the

Court's Order to Clarify Status of Counsel (ECF No. 1564), and having been cautioned that failure

to respond might result in sanctions, are hereby REMOVED as trial attorneys for Plaintiff David

Allen.  Assistant Ohio Public Defender Randall Porter is hereby APPOINTED as trial attorney for

Plaintiff David Allen.


May 15, 2018.

                                                       s/ *Michael R. Merz*
                                                       United States Magistrate Judge

1