# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

In re: OHIO EXECUTION
PROTOCOL LITIGATION,

:     Case No. 2:11-cv-1016

Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Michael R. Merz

## RECOMMITTAL ORDER

This case is before the Court on Plaintiffs' Objections (ECF No. 1814) to the Magistrate Judge's Report and Recommendations (ECF No. 1798). Defendants are entitled to respond to these Objections within the time allowed by Fed. R. Civ. P. 72(b).

The Chief Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

July 2nd, 2018.

Edmund A. Sargus, Jr.
Chief United States District Judge

1