IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: OHIO EXECUTION PROTOCOL LITIGATION | : : : : : : | Case No. 2:11-cv-1016<br><br>Chief Judge Edmund A. Sargus, Jr.<br><br>Magistrate Judge Michael R. Merz |
| This document relates to:<br>All Plaintiffs | | |

## DEFENDANTS' MOTION FOR LEAVE TO AMEND
## ANSWERS TO INDIVIDUAL COMPLAINTS

Pursuant to Rule 15(a)(2), Defendants Anonymous Execution Team Members #1-50, Charles Bradley, John Coleman, Ronald Erdos, Stephen Gray, John Kasich, Christopher LaRose, Gary Mohr, Donald Morgan, Timothy Shoop, Richard Theodore, and Edwin Voorhies (herein after "Defendants"), hereby move for leave to amend their Answers to the Individual Supplemental Complaints of the following Plaintiffs: Tyrone Ballew; Quisi Bryan; Douglas Coley; Jeronique Cunningham; Roland Davis; Von Clark Davis; Archie Dixon; John Drummond; Phillip Elmore; Gregory Esparza; Larry Gapen; Delano Hale; James Hanna; Warren Henness; Danny Hill; Genesis Hill; Percy Hutton; Kareem Jackson; Donald Ketterer; Edward Lang; James Mammone; Jonathan Monroe; Kevin Scudder; Bobby Sheppard; George Skatzes; David Sneed; Warren Spivey; John Stumpf; Raymond Twyford; Robert Van Hook; Warren Waddy; Hersie Wesson; Andre Williams; and Robert Williams.

In accordance with Rule 15(a)(2) and Local Rule 7.3(b), undersigned counsel contacted Plaintiffs' counsel, who consented to this filing. For the reasons stated below, Defendants request that this Court grant them leave to amend.

On May 9, 2018, the Defendants filed answers to 81 individual complaints, and on June 18, 2018, Defendants filed answers to 5 additional individual complaints. In their complaints, the Plaintiffs set forth various medical conditions, religious concerns, and proposed numerous alternative methods of execution. Each individual complaint was between approximately 115 and 200 pages in length. The Defendants worked diligently to ensure that they thoroughly reviewed and considered every allegation of all 86 individual complaints in drafting their answers to each. After filing all of those answers, and upon further review and deliberation, Defendants determined that some portions of their answers to specific allegations were not completely accurate. Specifically, Defendants determined that three of the drugs, which were identified by several Plaintiffs as part of a four-drug proposed alternative method of execution, are available for purchase by the Defendants or already in the Defendants' possession, and that the Defendants possess, have within their control, or could obtain with ordinary transactional effort, the medical supplies necessary for the oral administration of drugs.

Therefore, Defendants request leave to amend each of their Answers to each of the Individual Complaints of the aforementioned Plaintiffs to read as follows:

**Execution by Oral Administration of Midazolam, Digoxin, Morphine Sulfate, and Propranolol**

As to all allegations regarding this alternative, Defendants admit that they possess, or have within their control, or could obtain with ordinary transactional effort, a wedge-shaped cushion. Defendants admit that they possess, or have within their control, or could obtain with ordinary transactional effort, midazolam, digoxin, morphine sulfate, and propranolol. Defendants aver that they possess or have within their control, or could obtain with ordinary transactional effort, the medical supplies necessary to administer these drugs orally rather than through peripheral IV access. Defendants otherwise deny.

This amendment would apply to the Defendants' Answer for each Plaintiff's individual complaint as follows:

| Plaintiff | Defendants' Answer ECF No. | PageID |
|---|---|---|
| Ballew, Tyrone | 1517 | 69659 |
| Bryan, Quisi | 1634 | 69833 |
| Coley, Douglas | 1639 | 69978 |
| Cunningham, Jeronique | 1802 | 73429 |
| Davis, Roland | 1641 | 70037 |
| Davis, Von Clark | 1642 | 70070 |
| Dixon, Archie | 1803 | 73459 |
| Drummond, John | 1643 | 70101 |
| Elmore, Phillip | 1645 | 70162 |
| Esparza, Gregory | 1646 | 70192-193 |
| Gapen, Larry | 1652 | 70370-371 |
| Hale, Delano | 1653 | 70403 |
| Hanna, James | 1655 | 70464 |
| Henness, Warren | 1657 | 70524 |
| Hill, Danny | 1658 | 70556 |
| Hill, Genesis | 1513 | 70588-589 |

| Hutton, Percy | 1663 | 70707 |
| Jackson, Kareem | 1665 | 70766 |
| Ketterer, Donald | 1524 | 70795 |
| Lang, Edward | 1804 | 73489-490 |
| Mammone, James | 1675 | 71051-052 |
| Monroe, Jonathan | 1678 | 71144-145 |
| Scudder, Kevin | 1687 | 71413 |
| Sheppard, Bobby | 1688 | 71445 |
| Skatzes, George | 1690 | 71504-505 |
| Sneed, David | 1692 | 71568-569 |
| Spivey, Warren | 1694 | 71630-631 |
| Stumpf, John | 1695 | 71663 |
| Twyford, Raymond | 1699 | 71781-782 |
| Van Hook, Robert | 1700 | 71813 |
| Waddy, Warren | 1701 | 71844-845 |
| Wesson, Hersie | 1704 | 71932-933 |
| Williams, Andre | 1705 | 71963-964 |
| Williams, Robert | 1707 | 72024 |

This amendment will not cause undue delay, will not cause undue prejudice to any of affected Plaintiffs, and is not the result of bad faith or a dilatory motive by the Defendants. The requested amendment is not futile and the Defendants have not demonstrated a repeated failure to cure deficiencies in previous amendments. *See Foman v. Davis*, 371 U.S. 178, 182 (1962) (identifying factors for denying an amendment). The Defendants have promptly made this motion after review and confirming the availability of the drugs and supplies in the alleged proposed alternative method. The Plaintiffs will not suffer prejudice by this proposed amendment to Defendants'

Answers since the availability of drugs, alone, does not satisfy the second prong of *Glossip* because it is not an available, "'feasible, readily implemented alternative, and in fact significantly reduce[s] a substantial risk of severe pain.'" *Glossip v. Gross*, 135 S. Ct. 2726, 2737 (2015), quoting *Baze v. Rees*, 553 U.S. 35, 52 (2008) (plurality opinion).

Respectfully submitted,

**MICHAEL DEWINE**
Ohio Attorney General

*s/ Charles L. Wille*
**CHARLES L. WILLE (0056444)***
    *\*Co-Trial Attorney*
*s/ Zoe A. Saadey*
**ZOE A. SAADEY (0089181)***
    *\*Co-Trial Attorney*
**THOMAS E. MADDEN (0077069)**
Assistant Attorneys General
Criminal Justice Section, Capital Crimes Unit
150 East Gay Street, 16th Floor
Columbus, Ohio 43215
T: (614) 728-7055; F: (614) 728-9327
Charles.Wille@ohioattorneygeneral.gov
Zoe.Saadey@ohioattorneygeneral.gov
Thomas.Madden@ohioattorneygeneral.gov

**COUNSEL FOR DEFENDANTS**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of *Defendants' Motion for Leave to Amend Answers to Individual Complaints* was filed electronically this 3rd day of July, 2018. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Charles L. Wille*
**CHARLES L. WILLE (0056444)**
Assistant Attorney General
