# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: OHIO EXECUTION PROTOCOL LITIGATION : | |
| : | Case No. 2:11-cv-1016 |
| : | |
| This document relates to: : | Chief Judge Edmund A. Sargus, Jr. |
| Plaintiff Van Hook : | |
| : | Magistrate Judge Michael R. Merz |

## DEFENDANTS' NOTICE OF FRANKLIN COUNTY
## COURT OF COMMON PLEAS FILINGS

Defendants hereby notify the Court of recent filings in *O'Neal, et al. v. State of Ohio, et al.*, Franklin County Court of Common Pleas Case No. 18CV000758. Copies of the following documents are attached:

1. Defendants' Memorandum in Opposition to Van Hook's Motion to Expedite Briefing (Exhibit 1).

2. Decision and Entry Denying Van Hook's Motion for Judgment on the Pleadings (Exhibit 2).

Respectfully submitted,

MICHAEL DEWINE
Ohio Attorney General

*s/ Charles L. Wille*
**CHARLES L. WILLE (0056444)***
        **Co- Trial Attorney*
*s/ Zoe A. Saadey*
**ZOE A. SAADEY (0089181)***
        **Co-Trial Attorney*
**THOMAS E. MADDEN (0077069)**
Assistant Attorneys General
Criminal Justice Section, Capital Crimes Unit
150 East Gay Street, 16th Floor
Columbus, Ohio 43215
T: (614) 728-7055;  F: (614) 728-9327

Charles.Wille@ohioattorneygeneral.gov
Zoe.Saadey@ohioattorneygeneral.gov
Thomas.Madden@ohioattorneygeneral.gov
**COUNSEL FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Notice of Franklin County Court of Common Pleas Filing* was filed electronically this 5th day of July, 2018.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*s/ Charles L. Wille*
**CHARLES L. WILLE (0056444)**
Assistant Attorney General