# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

In re: OHIO EXECUTION
  PROTOCOL LITIGATION, : Case No. 2:11-cv-1016

                                                 Chief Judge Edmund A. Sargus, Jr.
                                                 Magistrate Judge Michael R. Merz

This Order relates to all Plaintiffs

## ORDER

This case is before the Court *sua sponte* following the execution of Robert Van Hook on this date. To preserve potential evidence pending future litigation by the remaining Plaintiffs, and in concert with past practice of this Court, it is hereby ORDERED:

(1) Defendants shall adhere to this Court's prior discovery orders regarding the photographing of the medication vials, the boxes in which they were packaged, and the syringes used in the administration of the protocol drugs during the execution of Robert Van Hook on July 18, 2018. To the extent Defendants have a good faith belief that producing unredacted photographs to Plaintiffs will violate H.B. 663, they shall produce unredacted photographs to the Court for in camera inspection.

(2) Defendants shall preserve without alteration the medication vials, the boxes in which they were packaged, the intravenous tubing, and the syringes used in the administration of the protocol drugs at the Van Hook execution.

1

(3) Defendants shall file with the Court the timeline of the Van Hook execution without delay and as soon as possible.

Plaintiff Van Hook having been executed this date and given that his action for injunctive relief does not survive, the above-captioned action is dismissed as to Mr. Van Hook.

July 18, 2018.

s/ *Michael R. Merz*<br>United States Magistrate Judge