# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

In re:  OHIO EXECUTION
 PROTOCOL LITIGATION,

:  Case No. 2:11-cv-1016

Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Michael R. Merz

This Order relates to Plaintiff
   Raymond Tibbetts

## DISMISSAL ORDER

Defendant Governor John Kasich having commuted Plaintiff Raymond Tibbetts' sentence of death to a sentence of life imprisonment without parole, Tibbetts' claims in this capital § 1983 case challenging Ohio's method of lethal injection have become moot.  Raymond Tibbetts is therefore dismissed as a party plaintiff.

July 20, 2018.

s/ *Michael R. Merz*
United States Magistrate Judge

1