# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: OHIO EXECUTION PROTOCOL LITIGATION | : Case No. 2:11-cv-1016 |
| - vs - | Chief Judge Edmund A. Sargus, Jr. |
| | : Magistrate Judge Michael R. Merz |
| This document relates to: Plaintiff Warren Henness | : |

## SCHEDULING ORDER REGARDING DESIGNATIONS OF PRIOR EVIDENCE

This capital § 1983 case is before the Court after a telephone status conference held October 30, 2018.

During the conference, the Court discussed with counsel the announced intention of Plaintiff's counsel to designate testimony and documents from prior preliminary injunction hearings in this consolidated case to be considered by the Court in deciding the instant Motion for Preliminary Injunction (ECF No. 1953).

To regularize that process, it is hereby ORDERED that any such designation be filed and served not later than November 9, 2018. Each such designation shall include the docket number and PageID number for the location of such testimony or document in the record of this or the prior case (*Cooey v. Strickland,* Case No. 2:04-cv-1156). The format used at ECF No. 863 shall be followed.

October 30, 2018.

s/ *Michael R. Merz*
United States Magistrate Judge

1