**Mark A. Edgar, M.D.**
**Associate Professor of Pathology**
**Emory University Hospital Midtown**
**550 Peachtree St. NE**
**Atlanta, GA 30308**
**Office: 404-686-1915**
**medgar@emory.edu**

ROBERT VANHOOK

Clinical History: Execution by lethal injection
Date of death: 18 July 2018

Date of Autopsy: 19 July 2018 (10:30 am)
Autopsy Performed at: Montgomery County Coroner's Office
Dayton, Ohio
361 W Third St, Dayton, OH
Coroner's Office Case Number: FC18-3314
Consent for autopsy obtained from: Allen Bohnert

Autopsy performed by: Mark Edgar, assisted by Montgomery County Coroner's Office autopsy technicians MW, DA, and JA.

Autopsy Findings

EXTERNAL EXAMINATION

Clothing: Blue shoes without laces; blue pants with red stripe; boxer shorts; socks; white shirt. Identification tags around both ankles with name

Caucasian male, appears stated age of 58 years
Body length: 65 inches
Weight: 228 lb
Rigor: Fixed
Livor: Posterior, fixed

Eyes: Brown, no abnormalities
Scalp hair: None
Facial hair: Mustache, goatee, grey-brown, about 1 cm length
Nutrition: Obese, protuberant abdomen
Developmental abnormalities: None

pg. 1

Skin: Multiple tattoos (anterior chest, upper back, abdomen, both arms, both thighs, right knee, right calf, fingers of right hand); bloody bandages left and right antecubital fossae; oblique 10 cm scar right lower quadrant abdomen; blood on facial skin around both nostrils; scaling over dorsum of right foot (patch of 1-2 cm)

Teeth: none visible; rigor prevents detailed examination of mouth

INTERNAL EXAMINATION

Body cavities: Unremarkable

Cardiovascular System: Heart weighs 475 grams. Pericardium appears normal. Interventricular septum is 1.2 cm thick. Anterior left ventricular free wall 1.4 cm thick. Right ventricular myocardium is 0.2 cm thick. Coronary arteries are right dominant and show mild atherosclerosis. Cardiac valves appear normal (tricuspid: 11 cm; pulmonic 7 cm; mitral 9 cm; aortic 8 cm). There is a probe-patent foramen ovale, but no septal defects. Fatty streaks noted throughout aorta.

Respiratory System: Larynx and trachea are unremarkable. Bloody froth fills both main stem bronchi. Left lung weighs 665 grams; right lung weighs 709 grams. Pleural surfaces are unremarkable. Cut sections of both lungs exude serosanguineous frothy fluid.

Hepatobiliary System: Liver weighs 2385 grams and has a light brown (slightly pale) color with normal consistency; no grossly evident congestion. Gallbladder is unremarkable. Posterior pancreas is hemorrhagic, but parenchyma is otherwise grossly normal.

Gastrointestinal System: Esophagus is unremarkable. Stomach contains undigested food (500 ml). Mucosa shows broad hemorrhagic stripes with a "watermelon" pattern throughout; no gross blood in stomach or elsewhere in gastrointestinal tract. Small bowel is unremarkable. Appendix is absent. There are scattered, small sigmoid diverticula.

Genitourinary system: Left and right kidneys and ureters are grossly unremarkable. Bladder contains about 100 ml of clear urine; mucosa is normal. Prostate and seminal vesicles appear normal. Penis is circumcised and appears normal. Scrotum, testes and appendages appear normal.

Hematolymphoid system: Spleen weighs 250 grams and appears normal. There is no lymphadenopathy. A peripancreatic accessory spleen is present.

Endocrine System: Thyroid weighs 6 grams, is shrunken and firm with pale pink appearance on cut sections.

Brain: Weight 1450 grams. Focus of mild atherosclerosis mid basilar artery; vessels otherwise normal. Cut sections show no abnormalities.

Postmortem cultures: None
Postmortem imaging studies: None
Postmortem toxicology: Heart blood, vitreous, urine, bile, gastric contents, liver tissue

MICROSCOPIC DESCRIPTION

Cardiovascular System: Sections of left and right ventricular myocardium show microscopic foci of fibrous scarring.

Respiratory System: Sections of lung show congestion and foci of pulmonary edema with eosinophilic fluid filling airspaces. No siderophages or pulmonary vascular changes are discernible.

Gastrointestinal System: Sections of stomach show autolysis and mild chronic gastritis with associated dilated small vessels in lamina propria. Sections of liver show 35% macrovesicular steatosis and moderate sinusoidal congestion.

Genitourinary System: Sections of kidney show moderate arteriosclerosis in intrarenal small arteries.

Endocrine System: Sections of pituitary gland show no abnormality. Sections of thyroid show interstitial fibrosis, chronic inflammation and oncocytic change in follicular cells consistent with chronic lymphocytic thyroiditis.

Central Nervous System: Sections of hippocampus show numerous red neurons in CA-1. Sections of cerebellum show no abnormality.  No neuritic plaques or neurofibrillary tangles discernible in routine sections.

**FINAL ANATOMIC DIAGNOSIS**

**1. RESPIRATORY SYSTEM:**
    **A. BILATERAL PULMONARY CONGESTION AND EDEMA.**

**2. CARDIOVASCULAR SYSTEM:**
    **A. MILD CORONARY ATHEROSCLEROSIS.**
    **B. PROBE-PATENT FORAMEN OVALE.**

**3. ENDOCRINE SYSTEM:**
    **CHRONIC LYMPHOCYTIC THYROIDITIS.**

**4. HEPATOBILIARY SYSTEM:**
    **1. HEPATIC MACROVESICULAR STEATOSIS (35%).**
    **2. NONSPECIFIC CHRONIC GASTRITIS WITH "WATERMELON STOMACH" GROSS APPEARANCE.**

**5. CENTRAL NERVOUS SYSTEM:**
    **1. EARLY HYPOXIC-ISCHEMIC ENCEPHALOPATHY.**

**6. MISCELLANEOUS:**
    **1. STATUS-POST APPENDECTOMY.**
    **2. SIGMOID DIVERTICULOSIS.**
    **3. PERIPANCREATIC ACCESSORY SPLEEN**

**Comment:** Findings are consistent with execution by lethal injection.


**Mark A. Edgar, M.D.**
**12 August 2018**

## NMS Labs

3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900   Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

## Toxicology Report

**Report Issued** 09/18/2018 14:58
**Last Report Issued** 08/04/2018 17:00

**To:** M73563
Federal Public Defender - Southern Ohio
Attn: Carol Wright
10 W. Broad Street, Suite 1020
Columbus, OH   43215

**Patient Name** VANHOOK, ROBERT
**Patient ID** FC18-3314
**Chain** 18211311
**Age** 58 Y    **DOB** Not Given
**Gender** Male
**Workorder** 18211311

Page **1** of 6

### Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Midazolam | 2100 | ng/mL | 002 - Heart Blood |
| Midazolam | 1700 | ng/mL | 001 - Heart Blood |
| Midazolam | 2100 | ng/mL | 004 - Heart Blood |
| Midazolam | 1600 | ng/mL | 003 - Heart Blood |
| Midazolam | 9700 | ng/mL | 007 - Bile |
| Midazolam | 360 | ng/mL | 006 - Vitreous Fluid |
| Midazolam | 5600 | ng/g | 012 - Gastric Solid |
| 1-Hydroxymidazolam | 5.1 | ng/mL | 008 - Urine |
| 1-Hydroxymidazolam | 5.3 | ng/mL | 005 - Urine |

See Detailed Findings section for additional information

### Testing Requested:

| Analysis Code | Description |
|---|---|
| 9329TI | Benzodiazepines Panel, Tissue |
| 9329U | Benzodiazepines Panel, Urine |
| 9329FL | Benzodiazepines Panel, Fluid |
| 9329B | Benzodiazepines Panel, Blood |

### Tests Not Performed:

Part or all of the requested testing was unable to be performed. Refer to the **Analysis Summary and Reporting Limits** section for details.

### Specimens Received:

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Gray Top Tube | 10.75 mL | Not Given | Heart Blood | |
| 002 | Gray Top Tube | 10 mL | Not Given | Heart Blood | |
| 003 | Gray Top Tube | 9.5 mL | Not Given | Heart Blood | |
| 004 | Gray Top Tube | 9.5 mL | Not Given | Heart Blood | |
| 005 | Red Top Tube | 8.25 mL | Not Given | Urine | |
| 006 | Red Top Tube | 3.25 mL | Not Given | Vitreous Fluid | |
| 007 | Red Top Tube | 1.75 mL | Not Given | Bile | |
| 008 | White Plastic Container | 20 mL | Not Given | Urine | |

NMS v.18.0
**JX 7**
**December 2018 PI Hearing**

**CONFIDENTIAL**

## NMS LABS

| | |
|---|---|
| Workorder | 18211311 |
| Chain | 18211311 |
| Patient ID | FC18-3314 |

Page 2 of 6

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 009 | White Plastic Container | 31.17 g | Not Given | Gastric Solid | BROWN SOLID WITH CHUNKS, pH=2 |
| 010 | White Envelope | Not Given | Not Given | Other | FINGERPRINTS (DIGITS 1 AND 2) |
| 011 | White Envelope | Not Given | Not Given | Other | DNA BLOOD STANDARD |
| 012 | Homogenate Container | Not Given | Not Given | Gastric Solid | |

All sample volumes/weights are approximations.
Specimens received on 07/20/2018.

### Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Midazolam | 1600 | ng/mL | 50 | 003 - Heart Blood | LC-MS/MS |
| Midazolam | 1700 | ng/mL | 50 | 001 - Heart Blood | LC-MS/MS |
| Midazolam | 2100 | ng/mL | 50 | 004 - Heart Blood | LC-MS/MS |
| Midazolam | 2100 | ng/mL | 50 | 002 - Heart Blood | LC-MS/MS |
| Midazolam | 9700 | ng/mL | 5.0 | 007 - Bile | LC-MS/MS |
| Midazolam | 360 | ng/mL | 5.0 | 006 - Vitreous Fluid | LC-MS/MS |
| Midazolam | 5600 | ng/g | 500 | 012 - Gastric Solid | LC-MS/MS |
| 1-Hydroxymidazolam | 5.1 | ng/mL | 5.0 | 008 - Urine | LC-MS/MS |
| 1-Hydroxymidazolam | 5.3 | ng/mL | 5.0 | 005 - Urine | LC-MS/MS |

Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

### Reference Comments:

1. 1-Hydroxymidazolam (Midazolam Metabolite) - Urine:

    1-Hydroxymidazolam is the major metabolite of midazolam (Versed®); it is pharmacologically less active than midazolam. 1-Hydroxymidazolam is generally found in urine as the glucuronide conjugate; smaller amounts of unconjugated 1-hydroxymidazolam and very little midazolam are found in urine.

2. Midazolam (Versed®) - Heart Blood:

    Midazolam is a short acting benzodiazepine (a DEA Schedule IV controlled compound) with strong central nervous system depressant/hypnotic properties. It is usually utilized for preoperative sedation, as a sedative hypnotic, and as an agent for the induction of anesthesia. It has significant abuse potential. Effects noted following use may include sedation, somnolence (drowsiness or sleepiness), visual disturbances (diplopia or double vision), dysarthria (slurred speech), ataxia (shaky movements and unsteady gait), and intellectual impairment and coma may result.

    Oral doses of 10 mg given to 20 subjects produced average peak plasma concentrations (at 1 hr. post dose) for midazolam of 69 ng/mL in males and 53 ng/mL in females. As a preoperative medication, intramuscular injection of midazolam at 0.13 mg/Kg body weight (9.1 mg/70 Kg body weight) produced peak plasma concentrations of 68 ng/mL.

    At high concentrations, confusion, impaired coordination, diminished reflexes, respiratory depression, apnea, hypotension and coma may result.

**NMS LABS**

| | |
|---|---|
| Workorder | 18211311 |
| Chain | 18211311 |
| Patient ID | FC18-3314 |

Page 3 of 6

### Reference Comments:

3. Midazolam (Versed®) - Vitreous Fluid, Bile:

    Midazolam is a short acting benzodiazepine (a DEA Schedule IV controlled compound) with strong central nervous system depressant/hypnotic properties. It is usually utilized for preoperative sedation, as a sedative hypnotic, and as an agent for the induction of anesthesia. It has significant abuse potential. Effects noted following use may include sedation, somnolence (drowsiness or sleepiness), visual disturbances (diplopia or double vision), dysarthria (slurred speech), ataxia (shaky movements and unsteady gait), and intellectual impairment and coma may result.

4. Midazolam (Versed®) - Gastric Solid:

    Midazolam is a short acting benzodiazepine (a DEA Schedule IV controlled compound) with strong central nervous system depressant/hypnotic properties. It is usually utilized for preoperative sedation, as a sedative hypnotic, and as an agent for the induction of anesthesia. It has significant abuse potential. Effects noted following use may include sedation, somnolence (drowsiness or sleepiness), visual disturbances (diplopia or double vision), dysarthria (slurred speech), ataxia (shaky movements and unsteady gait), and intellectual impairment and coma may result.

### Sample Comments:

009    Other specimen required homogenization: 18211311-009

Chain of custody documentation has been maintained for the analyses performed by NMS Labs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 18211311 was electronically signed on 08/04/2018 16:04 by:

Laura M. Labay, Ph.D., F-ABFT, DABCC-TC
Forensic Toxicologist

### Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 9329B - Benzodiazepines Panel, Blood - Heart Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 7-Amino Clonazepam | 5.0 ng/mL | Flurazepam | 2.0 ng/mL |
| Alpha-Hydroxyalprazolam | 5.0 ng/mL | Hydroxyethylflurazepam | 5.0 ng/mL |
| Alprazolam | 5.0 ng/mL | Hydroxytriazolam | 5.0 ng/mL |
| Chlordiazepoxide | 20 ng/mL | Lorazepam | 5.0 ng/mL |
| Clobazam | 20 ng/mL | Midazolam | 50 ng/mL |
| Clonazepam | 2.0 ng/mL | Nordiazepam | 20 ng/mL |
| Desalkylflurazepam | 5.0 ng/mL | Oxazepam | 20 ng/mL |
| Diazepam | 20 ng/mL | Temazepam | 20 ng/mL |
| Estazolam | 5.0 ng/mL | Triazolam | 2.0 ng/mL |

Acode 9329B - Benzodiazepines Panel, Blood - Heart Blood

**NMS LABS**

CONFIDENTIAL

Workorder 18211311
Chain 18211311
Patient ID FC18-3314

Page 4 of 6

**Analysis Summary and Reporting Limits:**

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 7-Amino Clonazepam | 5.0 ng/mL | Flurazepam | 2.0 ng/mL |
| Alpha-Hydroxyalprazolam | 5.0 ng/mL | Hydroxyethylflurazepam | 5.0 ng/mL |
| Alprazolam | 5.0 ng/mL | Hydroxytriazolam | 5.0 ng/mL |
| Chlordiazepoxide | 20 ng/mL | Lorazepam | 5.0 ng/mL |
| Clobazam | 20 ng/mL | Midazolam | 50 ng/mL |
| Clonazepam | 2.0 ng/mL | Nordiazepam | 20 ng/mL |
| Desalkylflurazepam | 5.0 ng/mL | Oxazepam | 20 ng/mL |
| Diazepam | 20 ng/mL | Temazepam | 20 ng/mL |
| Estazolam | 5.0 ng/mL | Triazolam | 2.0 ng/mL |

Acode 9329B - Benzodiazepines Panel, Blood - Heart Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 7-Amino Clonazepam | 5.0 ng/mL | Flurazepam | 2.0 ng/mL |
| Alpha-Hydroxyalprazolam | 5.0 ng/mL | Hydroxyethylflurazepam | 5.0 ng/mL |
| Alprazolam | 5.0 ng/mL | Hydroxytriazolam | 5.0 ng/mL |
| Chlordiazepoxide | 20 ng/mL | Lorazepam | 5.0 ng/mL |
| Clobazam | 20 ng/mL | Midazolam | 50 ng/mL |
| Clonazepam | 2.0 ng/mL | Nordiazepam | 20 ng/mL |
| Desalkylflurazepam | 5.0 ng/mL | Oxazepam | 20 ng/mL |
| Diazepam | 20 ng/mL | Temazepam | 20 ng/mL |
| Estazolam | 5.0 ng/mL | Triazolam | 2.0 ng/mL |

Acode 9329B - Benzodiazepines Panel, Blood - Heart Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 7-Amino Clonazepam | 5.0 ng/mL | Flurazepam | 2.0 ng/mL |
| Alpha-Hydroxyalprazolam | 5.0 ng/mL | Hydroxyethylflurazepam | 5.0 ng/mL |
| Alprazolam | 5.0 ng/mL | Hydroxytriazolam | 5.0 ng/mL |
| Chlordiazepoxide | 20 ng/mL | Lorazepam | 5.0 ng/mL |
| Clobazam | 20 ng/mL | Midazolam | 50 ng/mL |
| Clonazepam | 2.0 ng/mL | Nordiazepam | 20 ng/mL |
| Desalkylflurazepam | 5.0 ng/mL | Oxazepam | 20 ng/mL |
| Diazepam | 20 ng/mL | Temazepam | 20 ng/mL |
| Estazolam | 5.0 ng/mL | Triazolam | 2.0 ng/mL |

Acode 9329FL - Benzodiazepines Panel, Fluid - Bile

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 7-Amino Clonazepam | 5.0 ng/mL | Clobazam | 20 ng/mL |
| Alpha-Hydroxyalprazolam | 5.0 ng/mL | Clonazepam | N/A |
| Alprazolam | 5.0 ng/mL | Desalkylflurazepam | N/A |
| Chlordiazepoxide | 20 ng/mL | Diazepam | 20 ng/mL |

NMS v.18.0

**JX 7
December 2018 PI Hearing**

**NMS LABS**

CONFIDENTIAL

Workorder 18211311
Chain 18211311
Patient ID FC18-3314

Page 5 of 6

## Analysis Summary and Reporting Limits:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Estazolam | 5.0 ng/mL | Midazolam | 5.0 ng/mL |
| Flurazepam | 2.0 ng/mL | Nordiazepam | 20 ng/mL |
| Hydroxyethylflurazepam | N/A | Oxazepam | 20 ng/mL |
| Hydroxytriazolam | 5.0 ng/mL | Temazepam | 20 ng/mL |
| Lorazepam | 5.0 ng/mL | Triazolam | 2.0 ng/mL |

**Not Reported:** Clonazepam: Canceled due to Sample Matrix Problem.
**Not Reported:** Hydroxyethylflurazepam: Canceled due to Sample Matrix Problem.
**Not Reported:** Desalkylflurazepam: Canceled due to Sample Matrix Problem.

Acode 9329FL - Benzodiazepines Panel, Fluid - Vitreous Fluid

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 7-Amino Clonazepam | 5.0 ng/mL | Flurazepam | 2.0 ng/mL |
| Alpha-Hydroxyalprazolam | 5.0 ng/mL | Hydroxyethylflurazepam | 5.0 ng/mL |
| Alprazolam | 5.0 ng/mL | Hydroxytriazolam | 5.0 ng/mL |
| Chlordiazepoxide | 20 ng/mL | Lorazepam | 5.0 ng/mL |
| Clobazam | 20 ng/mL | Midazolam | 5.0 ng/mL |
| Clonazepam | 2.0 ng/mL | Nordiazepam | 20 ng/mL |
| Desalkylflurazepam | 5.0 ng/mL | Oxazepam | 20 ng/mL |
| Diazepam | 20 ng/mL | Temazepam | 20 ng/mL |
| Estazolam | 5.0 ng/mL | Triazolam | 2.0 ng/mL |

Acode 9329TI - Benzodiazepines Panel, Tissue - Gastric Solid

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 7-Amino Clonazepam | 5.0 ng/g | Flurazepam | 2.0 ng/g |
| Alpha-Hydroxyalprazolam | 5.0 ng/g | Hydroxyethylflurazepam | 5.0 ng/g |
| Alprazolam | 5.0 ng/g | Hydroxytriazolam | 5.0 ng/g |
| Chlordiazepoxide | 20 ng/g | Lorazepam | 5.0 ng/g |
| Clobazam | 20 ng/g | Midazolam | 500 ng/g |
| Clonazepam | 2.0 ng/g | Nordiazepam | 20 ng/g |
| Desalkylflurazepam | 5.0 ng/g | Oxazepam | 20 ng/g |
| Diazepam | 20 ng/g | Temazepam | 20 ng/g |
| Estazolam | 5.0 ng/g | Triazolam | 2.0 ng/g |

Acode 9329U - Benzodiazepines Panel, Urine

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 1-Hydroxymidazolam | 5.0 ng/mL | Diazepam | 20 ng/mL |
| 7-Amino Clonazepam | 5.0 ng/mL | Estazolam | 5.0 ng/mL |
| Alpha-Hydroxyalprazolam | 10 ng/mL | Hydroxyethylflurazepam | 5.0 ng/mL |
| Alprazolam | 5.0 ng/mL | Hydroxytriazolam | 5.0 ng/mL |
| Chlordiazepoxide | 20 ng/mL | Lorazepam | 10 ng/mL |
| Clobazam | 20 ng/mL | Nordiazepam | 20 ng/mL |
| Desalkylflurazepam | 5.0 ng/mL | Oxazepam | 20 ng/mL |

NMS v.18.0
**JX 7**
**December 2018 PI Hearing**

**CONFIDENTIAL**

Workorder 18211311
Chain 18211311
Patient ID FC18-3314

Page 6 of 6

**Analysis Summary and Reporting Limits:**

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Temazepam | 20 ng/mL | | |

Acode 9329U - Benzodiazepines Panel, Urine

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 1-Hydroxymidazolam | 5.0 ng/mL | Estazolam | 5.0 ng/mL |
| 7-Amino Clonazepam | 5.0 ng/mL | Hydroxyethylflurazepam | 5.0 ng/mL |
| Alpha-Hydroxyalprazolam | 10 ng/mL | Hydroxytriazolam | 5.0 ng/mL |
| Alprazolam | 5.0 ng/mL | Lorazepam | 10 ng/mL |
| Chlordiazepoxide | 20 ng/mL | Nordiazepam | 20 ng/mL |
| Clobazam | 20 ng/mL | Oxazepam | 20 ng/mL |
| Desalkylflurazepam | 5.0 ng/mL | Temazepam | 20 ng/mL |
| Diazepam | 20 ng/mL | | |

NMS v.18.0

**JX 7**
**December 2018 PI Hearing**