

# ALABAMA
## DEPARTMENT OF FORENSIC SCIENCES

Headquarters Certified Request  
1051 Wire Road  
Auburn, Alabama 36832

Director: Angelo Della Manna  
Office Phone: (334) 821-6254  
Office Fax: (334) 466-5555

June 27, 2018

Federal Public Defenders,  
Middle District of Tennessee  
Attention: Janet Y. Snatana  
810 Broadway, Suite 200  
Nashville, Tennessee 37203-3805

ADFS Case Number: 18ME01060  
Michael Eggers

Dear Ms. Santana:

I, Angelo Della Manna, Director, hereby certify that the attached is a true and complete copy of the report(s) of our findings pertaining to the enclosed case, which is on file in my custody in the Alabama Department of Forensic Sciences, Auburn, Alabama, and that I am the legal custodian of said report(s).

I further certify that it was in the regular course of business of said Department for such report(s) to be made at the time of the events, transactions or occurrences to which they refer or within a reasonable time thereafter.

In accordance with Code of Alabama (1975) Section 36-18-27, et seq., DNA records may currently be disclosed only; 1) to law enforcement agencies for DNA identification purposes or: 2) For criminal defense purposes, to a defendant. As this is a civil matter and not law enforcement or criminal defense purpose, any DNA records, if applicable, associated with this case have been redacted.

If we can be of further assistance, please do not hesitate to contact the Alabama Department of Forensic Sciences Legal Counsel Division at 334-821-6254, ext. 240.

*[signature]*  
Angelo Della Manna, Director  
Legal Custodian of Records

Sworn to and subscribed before me  
This 27th Day of June, 2018

*[signature]*  
Notary Public  
My Commission Expires  
Date of expiration Jan. 25, 2021

*Established in 1935*

FILED  
AUG 22 2018  
Clerk of the Appellate Courts  
Rec'd By _____

EXHIBIT# 73  
FILE DATE 7-11-18  
CASE# 18-183-III  
BY: JFS

JX 32  
December 2018 PI Hearing 23



ALABAMA
DEPARTMENT OF FORENSIC SCIENCES

P.O. Box 7925
Mobile, AL 36670
Tel.
(251) 470-9912

2451 USA Medical Center Drive
Mobile, AL 36617
Facsimile (251) 470-9962

# REPORT OF AUTOPSY

**ADFS CASE NUMBER:** 18ME01060

**NAME(S):** MICHAEL WAYNE EGGERS

**COUNTY OF DEATH:** Escambia

**DATE:** March 16, 2018
**TIME:** 0801 hours

**DATE OF DEATH:** March 15, 2018

**AGE:** 50 years **RACE:** W **SEX:** M **LENGTH:** 69 inches **WEIGHT:** 221 pounds

## FINAL DIAGNOSES

I. Evidence of Toxic Drug Effect:
   A. Acute pulmonary vascular congestion and edema.
   B. Cerebral vascular congestion and edema.
   C. Visceral vascular congestion.
   D. Dark red-maroon blood (cyanosis).
   E. Refer to separate toxicology report.

**CAUSE OF DEATH:** Toxic effects of Midazolam.

**MANNER OF DEATH:** Homicide (judicial execution).

Page 1 of
JX 32
December 2018 PI Hearing

## EVIDENCE OF INJURY

None.

## EXTERNAL EXAMINATION

The body is described per the standard anatomic position throughout this entire report.

When first viewed, the body is dressed in a white shirt, white pants, white underwear, white socks, and white athletic shoes. This normally developed, adequately nourished, White male weighs 221 pounds, measures 69 inches in length, and appears compatible with the reported age. The unembalmed, refrigerated body is cool to the touch and well preserved. Rigor mortis is present. Lividity is posterior, violaceous, and fixed.

The scalp hair is brown and up to 0.4 centimeters in length. Stubble forms a faint mustache and beard. The ears are unremarkable. The irides appear hazel-gray in color, and the corneas are clear. The sclerae are non-icteric. The conjunctivae are unremarkable. The nose and mouth are clear. The natural teeth are in good condition. The neck and thorax are symmetrical. The abdomen is flat. The external genitalia and posterior body regions are unremarkable. The extremities have all digits. The fingernails and toenails are short, clean, and cyanotic.

Other identifying features consist of tattoos on the lateral upper arms, anterior right forearm, proximal left forearm, dorsolateral left wrist, distal anterior right thigh, anteromedial left lower leg, and lateral right lower leg and encircling the right lower leg.

## EVIDENCE OF MEDICAL INTERVENTION

Two pairs of EKG pads are on the upper-outer pectoral areas, and another EKG pad is on the anterolateral left lower thorax.

## INTERNAL EXAMINATION

(The following excludes any previously described injuries.)

SEROSAL CAVITIES: The thoracic, pericardial, and abdominal cavities have no adhesions or abnormal fluid collections. The organs are in normal anatomic locations. There are no unusual odors. All blood throughout the body is dark red-maroon in color, imparting dark colors the major organs, which are involved by acute vascular congestion.

HEAD AND NECK: The scalp, calvarium, dura mater, and basilar skull are unremarkable. No epidural, subdural, or subarachnoid hemorrhages are present. No stains involve the dura mater or inner cranial bony lining. The dural venous sinuses are patent. The dura mater and falx cerebri do not adhere to the brain. The proximal spinal cord is unremarkable. The atlanto-occipital region is stable. The 1500-gram brain is symmetrical and has a normal gyral pattern altered by broadening and flattening of the gyri with compression and narrowing of the sulci. The leptomeninges are tense and

congested. There are no subfalcine or subtentorial herniations. Coning involves the cerebellar tonsils. The cranial nerves and the intracranial blood vessels are free of abnormalities. Sections reveal no focal lesions of the cortex, subcortical white matter, deep parenchyma, brain stem, or cerebellum. Swelling and vascular congestion impart a dusky, gray-plum appearance to the sectioned surfaces. The swelling partly compresses the lateral ventricles, which contain clear and colorless cerebrospinal fluid.

The tongue has no injuries or lesions. The strap muscles and adjacent fascia and the large vessels of the neck are unremarkable. The hyoid bone, epiglottis, laryngeal cartilages, and vocal cords are unremarkable.

CARDIOVASCULAR SYSTEM: The pericardium and epicardium are smooth and glistening. The patent coronary ostia have a usual location and give rise to normally-distributed and generally patent coronary arteries with a right dominance. The 480-gram heart has a normal configuration of its chambers and valves altered by mild left ventricular hypertrophy. The mural and valvular endocardia have no vegetations or thrombi. The papillary muscles, other projecting myocardial muscle, and chordae tendineae are unremarkable. The sectioned red-brown myocardium is firm and free of abnormal markings. The pulmonary trunk and main arteries have no thromboemboli. The intimal surface of the aorta is free of atherosclerosis. The patent ostia of the major aortic arterial branches are normal in distribution and dimension. The venae cavae and their major tributaries are thin-walled and patent.

RESPIRATORY SYSTEM: The upper airways contain blood-tinged frothy edema fluid. The 1150-gram right lung and the 910-gram left lung have smooth, glistening, and tense pleural surfaces. The sectioned surfaces are involved by acute vascular congestion admixed with red frothy edema fluid. Intra-pulmonary airways contain blood-tinged frothy edema fluid. Mild blackening by anthracotic pigment deposition involves the subpleural lymphatics and the peribronchial lymph nodes. The intrapulmonary arteries and veins are normally developed and patent.

DIGESTIVE TRACT: The omentum and mesentery are unremarkable. The patent esophagus has no external, mural, or mucosal abnormalities. The gastric rugal folds and mucosa are unremarkable. The gastric lumen contains a small amount of clear liquid and black flecks consistent with pepper spice. The duodenum, small intestine, appendix, and colon are unremarkable.

GLANDULAR SYSTEM: The 1950-gram liver has an intact capsule covering firm, red-tan-maroon, lobulated parenchyma with increased diffusely infiltrating adipose tissue. The thin-walled gallbladder contains a usual amount of unremarkable bile. There are no biliary stones. The sectioned pancreas has normally configured, firm, tan-pink-violaceous parenchyma. The pituitary gland is unremarkable *in situ*. The sectioned thyroid gland has glistening, tan-red, unremarkable parenchyma. The salivary and parathyroid glands are not enlarged. The sectioned adrenal glands have orange-yellow cortices of usual thickness that cover well preserved, tan-brown medullae.

IMMUNOLOGICAL SYSTEM: The 320-gram spleen has an intact capsule covering firm maroon parenchyma. Aside from peribronchial anthracosis, regional lymph nodes appear unremarkable. The thymus is involuted. The observed bone marrow is red-brown and homogeneous, with no focal abnormalities.

GENITOURINARY SYSTEM: The 230-gram right kidney and 220-gram left kidney have intact capsules that cover smooth subcapsular cortical surfaces. The cortices are of usual thickness and are

Case #       18ME01060
Name      Michael Wayne Eggers

well demarcated from the medullae. The calyces, pelves, and ureters are unremarkable. The urinary bladder contains approximately 25 milliliters of translucent amber urine; its mucosa is gray-tan and intact. The sectioned prostate gland and the testes are unremarkable.

MUSCULOSKELETAL SYSTEM: The ribs, sternum, clavicles, pelvis, vertebral column, supporting musculature, and soft tissues are not unusual.

## ANCILLARY STUDIES

TOXICOLOGY: Refer to separate report.

## LOGISTICS

AUTHORIZATION: Act No. 97-571, Acts of Alabama.

IDENTIFICATION: The body is identified by J. Eric Douglas, Escambia County Sheriff's Office.

PERSONS PRESENT: Mr. McCovery and Mrs. Scribner – ADFS.

EVIDENCE: Photographs, fingerprints, bloodstain cards, blood, urine, vitreous, and tissue.

The facts stated herein are correct to the best of my knowledge and opinion at the time of report completion.

Tissue evidence will be disposed 12 months from the date of the original report unless alternate arrangements are made prior thereto.

Toxicology evidence, not tested, will be disposed 24 months from the date of the examination unless alternate arrangements are made prior thereto.

*[signature]*

Cameron Snider, M.D.
Medical Examiner

May 31, 2018
Date Signed

CFS/zw

Page 4 of 4
JX 32
December 2018 PI Hearing



# ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

2026 Valleydale Road  
Hoover, AL 35244-2095

Telephone (205) 982-9292  
Facsimile (205) 403-2025

## TOXICOLOGICAL ANALYSIS REPORT

**Cameron Snider, M.D.**  
**Alabama Department of Forensic Sciences**  
P. O. Box 7925 Crichton Station  
2451 Fillingim Street  
Mobile, AL 36670-7925

**ADFS Case Number** 18ME01060  
**Agency Case Number**  
**Case Date** 03/16/2018  
**Date Completed** 05/22/2018  
**Report ID** 120109548

**Subject** Eggers, Michael Wayne

### Evidence analyzed (Including sub-items)

| Item | Specimen | Analyte | Result | Method(s) | Notes |
|---|---|---|---|---|---|
| 1I1 | Blood, inf vena cava | Ethanol | Negative | HS/GC/MS | |
| 1I1-1I3 | Blood, inf vena cava | Midazolam | P | EIA, GC/MS | |
| 1I3 | Blood, inf vena cava | Reference laboratory analysis | | | 3 |
| 1I4 | Urine | | NA | | |
| 1I5 | Urine | | NA | | |
| 1I6 | Vitreous humor | | NA | | |

### Footnotes

NA - Not analyzed/Not applicable  
P - Present but not quantified  
3 - Analysis was conducted by a reference laboratory; report is attached.

### Comments

Evidence was received in a sealed plastic bag.

A complete report includes a 2-page reference report.

*Remaining evidence will be disposed 24 months from the date of this report unless storage space becomes limited or alternate arrangements are made prior thereto.*



ONE DEPARTMENT • ONE GOAL • EXCELLENCE  
ASCLD/LAB Accredited Laboratory System  
*Legacy Program 2003-2013*  
*International Program 2013-Present*

Customer Satisfaction  
Surveys are available at  
www.adfs.alabama.gov

ADFS Case Number 18ME01060
TOXICOLOGICAL ANALYSIS REPORT
Report ID 120109548

*Curt E. Harper* 05/19/2018
Curt E. Harper
Forensic Scientist



NMS Labs
3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900   Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

CONFIDENTIAL

## Toxicology Report

**Report Issued**   04/25/2018 18:02

To:   20107
Alabama Department of Forensic Science -
Attn: Dr. Curt Harper
2026 Valleydale Road
Hoover, AL   352442095

**Patient Name**   EGGERS, MICHAEL
**Patient ID**   18ME01060
**Chain**   30221463
**Age** Not Given   **DOB** Not Given
**Gender**   Not Given
**Workorder**   18107030

Page 1 of 2

### Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Midazolam | 4000 | ng/mL | 001 - IVC (Inferior Vena Cava) Blood |

See Detailed Findings section for additional information

### Testing Requested:

| Analysis Code | Description |
|---|---|
| 9329B | Benzodiazepines Panel, Blood |

### Specimens Received:

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Blue Vial | 1.75 mL | Not Given | IVC (Inferior Vena Cava) Blood | |

All sample volumes/weights are approximations.
Specimens received on 04/13/2018.

NMS v.18.0

JX 32
December 2018 PI Hearing
130



## Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Midazolam | 4000 | ng/mL | 50 | 001 - IVC (Inferior Vena Cava) Blood | LC-MS/MS |

Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

## Reference Comments:

1. Midazolam (Versed®) - IVC (Inferior Vena Cava) Blood:

   Midazolam is a short acting benzodiazepine (a DEA Schedule IV controlled compound) with strong central nervous system depressant/hypnotic properties. It is usually utilized for preoperative sedation, as a sedative hypnotic, and as an agent for the induction of anesthesia. It has significant abuse potential. Effects noted following use may include sedation, somnolence (drowsiness or sleepiness), visual disturbances (diplopia or double vision), dysarthria (slurred speech), ataxia (shaky movements and unsteady gait), and intellectual impairment and coma may result.

   Oral doses of 10 mg given to 20 subjects produced average peak plasma concentrations (at 1 hr. post dose) for midazolam of 69 ng/mL in males and 53 ng/mL in females. As a preoperative medication, intramuscular injection of midazolam at 0.13 mg/Kg body weight (9.1 mg/70 Kg body weight) produced peak plasma concentrations of 68 ng/mL.

   At high concentrations, confusion, impaired coordination, diminished reflexes, respiratory depression, apnea, hypotension and coma may result.

Chain of custody documentation has been maintained for the analyses performed by NMS Labs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

## Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 9329B - Benzodiazepines Panel, Blood - IVC (Inferior Vena Cava) Blood

-Analysis by High Performance Liquid Chromatography/ TandemMass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 7-Amino Clonazepam | 5.0 ng/mL | Flurazepam | 2.0 ng/mL |
| Alpha-Hydroxyalprazolam | 5.0 ng/mL | Hydroxyethylflurazepam | 5.0 ng/mL |
| Alprazolam | 5.0 ng/mL | Hydroxytriazolam | 5.0 ng/mL |
| Chlordiazepoxide | 20 ng/mL | Lorazepam | 5.0 ng/mL |
| Clobazam | 20 ng/mL | Midazolam | 50 ng/mL |
| Clonazepam | 2.0 ng/mL | Nordiazepam | 20 ng/mL |
| Desalkylflurazepam | 5.0 ng/mL | Oxazepam | 20 ng/mL |
| Diazepam | 20 ng/mL | Temazepam | 20 ng/mL |
| Estazolam | 5.0 ng/mL | Triazolam | 2.0 ng/mL |