

# ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

Headquarters Certified Request
1051 Wire Road
Auburn, Alabama 36832

Director: Angelo Della Manna
Office Phone: (334) 821-6254
Office Fax: (334) 466-5555

June 27, 2018

Federal Defenders,
Middle District of Tennessee
Attention: Janet Y. Santana
810 Broadway, Suite 200
Nashville, Tennessee 37203-3805

ADFS Case Number: 18ME01272
Walter Leroy Moody, Jr.

Dear Ms. Santana:

I, Angelo Della Manna, Director, hereby certify that the attached is a true and complete copy of the report(s) of our findings pertaining to the enclosed case, which is on file in my custody in the Alabama Department of Forensic Sciences, Auburn, Alabama, and that I am the legal custodian of said report(s).

I further certify that it was in the regular course of business of said Department for such report(s) to be made at the time of the events, transactions or occurrences to which they refer or within a reasonable time thereafter.

In accordance with Code of Alabama (1975) Section 36-18-27, et seq., DNA records may currently be disclosed only; 1) to law enforcement agencies for DNA identification purposes or: 2) For criminal defense purposes, to a defendant. As this is a civil matter and not law enforcement or criminal defense purpose, any DNA records, if applicable, associated with this case have been redacted.

If we can be of further assistance, please do not hesitate to contact the Alabama Department of Forensic Sciences Legal Counsel Division at 334-821-6254, ext. 240.

*[signature]*
Angelo Della Manna, Director
Legal Custodian of Records

Sworn to and subscribed before me
This 27th Day of June, 2018
*[signature]*
Notary Public
My Commission Expires
Date of expiration Jan. 25, 2021

*Established in 1935*

FILED
AUG 22 2018
Clerk of the Appellate Courts
Rec'd By _____

EXHIBIT# 74
FILE DATE 7-11-18
CASE# 18-183-II
BY ___



ALABAMA
DEPARTMENT OF FORENSIC SCIENCES

P.O. Box 7925
Mobile, AL 36670
Tel.
(251) 470-9912

2451 USA Medical Center Drive
Mobile, AL 36617
Facsimile (251) 470-9962

# REPORT OF AUTOPSY

**ADFS CASE NUMBER:** 18ME01272

**NAME(S):** WALTER LEROY MOODY

**COUNTY OF DEATH:** Escambia

**AGE:** 83 years  **RACE:** W  **SEX:** M  **LENGTH:** 72 inches  **WEIGHT:** 177 pounds

**DATE:** April 20, 2018
**TIME:** 0844 hours

**DATE OF DEATH:** April 19, 2018

## FINAL DIAGNOSES

I. Mixed drug toxicity due to judicial execution.
   A. History of judicial execution.
   B. Postmortem toxicology - see attached report.

II. Mild coronary artery and aortic atherosclerosis.

**CAUSE OF DEATH:** Mixed drug toxicity due to judicial execution

**MANNER OF DEATH:** Homicide

## EVIDENCE OF INJURY

None.

## EXTERNAL EXAMINATION

BODY HABITUS: The body is that of a normally developed, well nourished, White male, whose appearance is compatible with the reported age of 83 years.

CONDITION OF BODY: The body is cool, subsequent to refrigeration. There is moderate breakable rigor, and partially-fixed lividity is on the posterior aspect of the body, except at pressure points. The body is well preserved and is not embalmed.

IDENTIFYING MARKS AND SCARS: The body has no tattoos, and no distinguishing surgical scars.

CLOTHING: When first viewed, the decedent is clad in a white shirt, white pants, a black belt, white sweatpants, white thermal underpants, white boxer underwear, two white socks, and two white shoes.

HEAD AND FACE: The normocephalic head is atraumatic, and covered with 4 inch long gray hair.

EYES: The irides are blue. The pupils are equal. The conjunctivae are pale with no hemorrhages.

NOSE: The nares are patent.

MOUTH: The teeth are natural and in fair condition. The frenula are intact.

EARS: The ears have no injuries. The earlobes have no piercings.

NECK: The symmetrical neck has no injuries.

CHEST: The symmetrical chest has no injuries.

ABDOMEN: The abdomen is soft, flat, and atraumatic.

EXTERNAL GENITALIA: The genitalia are of an adult male with no injuries. Both testes are within the scrotal sac.

LOWER EXTREMITIES: The thighs, legs, and feet have no injuries.

UPPER EXTREMITIES: The arms and forearms have no injuries and no distinctive type scars of intravenous narcotism or hesitation marks.

BACK AND ANUS: The symmetrical back is unremarkable. The anus is unremarkable.

Case #      18ME01272
Name        Walter Leroy Moody

## EVIDENCE OF MEDICAL INTERVENTION

Six electrocardiogram pads are adhered to the skin of the chest. Two venous catheters are in the bilateral forearms.

## INTERNAL EXAMINATION

SEROSAL CAVITIES: The abdominal adipose tissue measures 3 centimeters in thickness at the umbilicus. The supports to the body cavities are intact. The mesothelial surfaces are smooth and glistening, and no cavity has any excessive fluid. The organs have a normal relationship to one another.

CENTRAL NERVOUS SYSTEM: The scalp, subscalpular area, and skull are unremarkable. The dura and dural sinuses are unremarkable. There are no epidural, subdural, or subarachnoid hemorrhages. The leptomeninges are thin and delicate. The cranial nerves and blood vessels are unremarkable. The brain weighs 1350 grams. The cerebral hemispheres are symmetrical and have a normal gyral pattern. Coronal views of the cerebrum have a well-delineated gray-white junction, with no hemorrhages or focal lesions. The ventricular system is of normal size and shape. The basal ganglia are unremarkable. Sections through the brainstem and cerebellum are unremarkable.

ORGANS OF THE NECK: The sternocleidomastoid and strap muscles of the neck have no hemorrhages. The tongue is unremarkable. The hyoid bone and larynx are intact. No neck fractures are present.

CARDIOVASCULAR SYSTEM: The aorta, its major branches, and the great veins are normally distributed. The intimal surface of the aorta has a few complicated atherosclerotic plaques. The pericardial sac is smooth, glistening, and unremarkable. The heart weighs 420 grams. The epicardial surface is smooth and glistening. The coronary arteries arise from the usual sites and are normally located over the surface of the heart. The coronary arteries have multifocal atherosclerotic plaques, resulting in up to 30 percent stenosis of the right coronary artery and the left anterior descending branch of the left coronary artery. There are no thrombi in the atria or ventricles. The foramen ovale is closed. The atrial and ventricular septa are intact. The cardiac valves are unremarkable, and have the following circumferences: tricuspid valve – 12 centimeters, pulmonary valve – 7 centimeters, mitral valve – 10 centimeters, and aortic valve – 7 centimeters. The myocardium is dark red-brown and firm, with no focal abnormalities. The left ventricle measures centimeters, the interventricular septum measures 1.3 centimeters, and the right ventricle measures 0.4 centimeter.

RESPIRATORY SYSTEM: The upper airway is unobstructed. The laryngeal mucosa is smooth and unremarkable. The pleural surfaces are smooth and shiny. The right lung weighs 780 grams, and the left lung weighs 980 grams. The pulmonary arteries contain no emboli. The major bronchi are unremarkable. Sections of the lungs are dark red-blue and congested, with no consolidations.

HEPATOBILIARY SYSTEM: The 1420 gram liver has an intact capsule and a sharp inferior margin. The liver parenchyma is dark red-brown and has no nodules or focal lesions. The gallbladder contains a few milliliters of dark green bile and no calculi. The extrahepatic biliary ducts are unremarkable.

IMMUNOLOGICAL SYSTEM: The 140 gram spleen has an intact capsule. The parenchyma is dark red, without masses or nodules. The regional lymph nodes are unremarkable.

ENDOCRINE SYSTEM: The adrenal glands have a normal configuration with the golden yellow cortices well demarcated from the underlying medullae. The gelatinous maroon thyroid gland has no gross alterations. The pituitary gland is unremarkable.

GASTROINTESTINAL SYSTEM: The esophageal mucosa is gray, smooth, and unremarkable. The gastroesophageal junction is distinct. The stomach contains a few milliliters of thick green fluid, with no tablets or capsules. The gastric mucosa has normal rugal folds, without ulcers. The small and large intestines are unremarkable. The vermiform appendix is present and unremarkable. The pancreas is unremarkable externally and on sectioning.

GENITOURINARY SYSTEM: The right kidney weighs 170 grams, and the left kidney weighs 160 grams. The subcapsular surfaces are diffusely granular. The cortices are of normal thickness. The corticomedullary junctions are distinct. The calyces, pelves, and ureters are unremarkable. The urinary bladder contains approximately 50 milliliters of clear yellow urine.

REPRODUCTIVE SYSTEM: Cut sections of the prostate gland reveal a few well-circumscribed nodules of firm, pale tissue, measuring up to one centimeter in diameter. The testicles are unremarkable externally and on sectioning.

MUSCULOSKELETAL SYSTEM: The clavicles, ribs, sternum, pelvis, and vertebral column are intact. The long bones of the extremities are palpably intact. The muscles are normally formed.

HEMATOPOIETIC SYSTEM: The maroon marrow of the ribs is unremarkable.

## ANCILLARY STUDIES

MICROSCOPIC EXAMINATION:
HEART: Occasional hypertrophic myocytes.
LIVER: Moderate congestion.
LUNGS: Mild interstitial anthracosis.
KIDNEYS: Scattered sclerotic glomeruli.
BRAIN: No hemorrhage, neoplasm or inflammation.

TOXICOLOGY: See attached report.

## LOGISTICS

AUTHORIZATION: Act No. 97-571, Acts of Alabama.

IDENTIFICATION: The body is received from J. Eric Douglas, Deputy, Escambia County Sheriff's Office; the body is identified by the Authorities of Escambia County, Alabama.

Case #   18ME01272
Name     Walter Leroy Moody

PERSONS PRESENT: Employees - Assisting: Wendy Ayer and Kalie Scribner, Pathology Technicians.

EVIDENCE: Still photographs, fingerprints, palm prints, bloodstain cards, blood, vitreous, urine, tissue, and histology.

The facts stated herein are correct to the best of my knowledge and opinion at the time of report completion.

Tissue evidence will be disposed 12 months from the date of the original report unless alternate arrangements are made prior thereto.

Toxicology evidence, not tested, will be disposed 24 months from the date of the examination unless alternate arrangements are made prior thereto.

*Eugene L. Hart* (signature)

Eugene L. Hart, MD
State Medical Examiner

June 15, 2018
Date Signed

ELH/sc/ph/zw



ALABAMA
DEPARTMENT OF FORENSIC SCIENCES

2026 Valleydale Road  
Hoover, AL 35244-2095

Telephone (205) 982-9292  
Facsimile (205) 403-2025

## TOXICOLOGICAL ANALYSIS REPORT

Eugene L. Hart, MD  
Alabama Department of Forensic Sciences  
P. O. Box 7925 Crichton Station  
2451 Fillingim Street  
Mobile, AL 36670-7925

ADFS Case Number 18ME01272  
Agency Case Number  
Case Date 04/20/2018  
Date Completed 06/14/2018  
Report ID 120116277

Subject  Moody, Walter Leroy

### Evidence analyzed (Including sub-items)

| Item | Specimen | Analyte | Result | Method(s) | Notes |
|---|---|---|---|---|---|
| 1J1 | Blood, iliac | Ethanol | Negative | HS/GC/MS | |
| 1J1 | Blood, iliac | Benzodiazepines | P | EIA | |
| 1J2 | Blood, iliac | Reference laboratory analysis | | | 3 |
| 1J3 | Blood, iliac | | NA | | |
| 1J4 | Blood, aorta | | NA | | |
| 1J5 | Blood, aorta | Midazolam | P | GC/MS | |
| 1J6 | Urine | | NA | | |
| 1J7 | Urine | | NA | | |
| 1J8 | Vitreous humor | | NA | | |
| 1J9 | Tissue, liver | | NA | | |

### Footnotes

NA -   Not analyzed/Not applicable  
P -    Present but not quantified  
3 -    Analysis was conducted by a reference laboratory; report is attached.



ONE DEPARTMENT • ONE GOAL • EXCELLENCE  
ASCLD/LAB Accredited Laboratory System  
*Legacy Program 2003-2013*  
*International Program 2013-Present*

Customer Satisfaction  
Surveys are available at  
www.adfs.alabama.gov

ADFS Case Number  18ME01272
TOXICOLOGICAL ANALYSIS REPORT
Report ID  120116277

## Comments

Evidence was received in a sealed plastic bag.

A complete report includes a 2-page reference report.

*Remaining evidence will be disposed 24 months from the date of this report unless storage space becomes limited or alternate arrangements are made prior thereto.*

*[signature]* 06/11/2018
Curt E. Harper
Forensic Scientist



**NMS Labs**
3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900  Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

CONFIDENTIAL

## Toxicology Report

**Report Issued** 05/30/2018 18:03

To: 20107
Alabama Department of Forensic Science -
Attn: Dr. Curt Harper
2026 Valleydale Road
Hoover, AL  352442095

**Patient Name** MOODY, WALTER
**Patient ID** 18ME01272
**Chain** 30221479
**Age** Not Given  **DOB** Not Given
**Gender** Not Given
**Workorder** 18148905

Page 1 of 2

### Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Midazolam | 1900 | ng/mL | 001 - Iliac Blood |

See Detailed Findings section for additional information

### Testing Requested:

| Analysis Code | Description |
|---|---|
| 9329B | Benzodiazepines Panel, Blood |

### Specimens Received:

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Blue Vial | 3.2 mL | Not Given | Iliac Blood | |

All sample volumes/weights are approximations.
Specimens received on 05/22/2018.

NMS v.18.0

**JX 33**
**December 2018 PI Hearing**
1140



## Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Midazolam | 1900 | ng/mL | 50 | 001 - Iliac Blood | LC-MS/MS |

Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

### Reference Comments:

1. Midazolam (Versed®) - Iliac Blood:

    Midazolam is a short acting benzodiazepine (a DEA Schedule IV controlled compound) with strong central nervous system depressant/hypnotic properties. It is usually utilized for preoperative sedation, as a sedative hypnotic, and as an agent for the induction of anesthesia. It has significant abuse potential. Effects noted following use may include sedation, somnolence (drowsiness or sleepiness), visual disturbances (diplopia or double vision), dysarthria (slurred speech), ataxia (shaky movements and unsteady gait), and intellectual impairment and coma may result.

    Oral doses of 10 mg given to 20 subjects produced average peak plasma concentrations (at 1 hr. post dose) for midazolam of 69 ng/mL in males and 53 ng/mL in females. As a preoperative medication, intramuscular injection of midazolam at 0.13 mg/Kg body weight (9.1 mg/70 Kg body weight) produced peak plasma concentrations of 68 ng/mL.

    At high concentrations, confusion, impaired coordination, diminished reflexes, respiratory depression, apnea, hypotension and coma may result.

Chain of custody documentation has been maintained for the analyses performed by NMS Labs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

### Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 9329B - Benzodiazepines Panel, Blood - Iliac Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 7-Amino Clonazepam | 5.0 ng/mL | Flurazepam | 2.0 ng/mL |
| Alpha-Hydroxyalprazolam | 5.0 ng/mL | Hydroxyethylflurazepam | 5.0 ng/mL |
| Alprazolam | 5.0 ng/mL | Hydroxytriazolam | 5.0 ng/mL |
| Chlordiazepoxide | 20 ng/mL | Lorazepam | 5.0 ng/mL |
| Clobazam | 20 ng/mL | Midazolam | 50 ng/mL |
| Clonazepam | 2.0 ng/mL | Nordiazepam | 20 ng/mL |
| Desalkylflurazepam | 5.0 ng/mL | Oxazepam | 20 ng/mL |
| Diazepam | 20 ng/mL | Temazepam | 20 ng/mL |
| Estazolam | 5.0 ng/mL | Triazolam | 2.0 ng/mL |