


# REPORT OF INVESTIGATION
## Medical Examiner District 8
606 SW 3rd Avenue, Gainesville, FL 32601
Phone: 352-273-9292 Fax: 352-273-9288

**Case Number: ME14-0562**

**Decedent:** Banks, Chadwick
**Address:** Florida State Prison 7819 NW 228th Street Raiford, FL 32026

### INFORMATION ABOUT DECEDENT AND DESCRIPTION OF BODY

| Gender | Race | DOB mm/dd/yyyy | Actual Age | Est Age | Marital Status |
|---|---|---|---|---|---|
| Male | Black | 06 / 15 / 1971 | 43 | | |

Occupation: ___ Kind of Business or Industry: ___
Was originally Not-ME Case #: ___ Issued Cremation Case #: ___

### SCENE RESPONSE

| Scene Investigator | Scene Arrival Date | Time | Scene Doctor | Scene Arrival Date | Time | Scene Response |
|---|---|---|---|---|---|---|
| | | | | | | ○ |

**Wound Locations (all that apply):** ☐ Abdomen ☐ ArmR(Low) ☐ Buttox ☐ Feet ☐ Hip ☐ LegR(Low) ☐ ThighL ☐ ArmL(Low) ☐ ArmR(Up) ☐ Chest ☐ Hands ☐ LegL(Low) ☐ LegR(Up) ☐ ThighR ☐ ArmL(Up) ☐ Back ☐ Face ☐ Head ☐ LegL(Up) ☐ Neck

**Meds Collected:** ○ Yes ● No

**Wound Type:** ___ **Characteristics:** ___ **Wound Shape:** ___

**MV Occupant:** ___ **Airbag Available:** ○ No ○ Yes **Airbag Deployed:** ○ No ○ Yes
**Seat Belt Use:** ___ **Vehicle Type:** ___
**Gun Type:** ___ **Caliber:** ___ **Instrument:** ___ **Drug Use:** ___

**Medical History** Primary Dr. Name / Phone: ___ Treated at: ___
**History of:** ☐ Alcoholism ☐ Cancer ☐ Diabetes ☐ Drug Abuse ☐ Fractures ☐ Heart Disease ☐ Seizure ☐ Other

### INFORMATION ABOUT OCCURRENCE

**Initial Synopsis** Reason for Assuming Jurisdiction: **Homicide**
The decedent was a prisoner of the state at Florida State Prison where he was put to death in accordance with Florida State Law.

| ITEM | DATE and TIME | LOCATION | COUNTY WHERE INJURY OCCURED | TYPE OF PREMISES |
|---|---|---|---|---|
| Injury or Onset | 11/13/2014 1850 | Florida State Prison, 7819 NW 228th Street, Raiford, Florida 32026 | Bradford | Correctional Inst. Other: |
| | 11/13/2014 1927 | | | |

**Witness to Injury, Illness or Death:** [redacted] Address: [redacted]

**Last Seen Alive by:**
DATE and TIME: 11/13/2014 1920 Name & Address: [redacted]

**Found/Pronounced Dead By:**
DATE and TIME: 11/13/2014 1927 Name / Address: [redacted]

**Date of Death:**
DATE and TIME: 11/13/2014 1927 Location: Florida State Prison, 7819 NW 228th Street, Raiford, Florida 32026

**County of Death:** Bradford **In City Limits:** ○ Yes ● No **On the Job:** ○ Yes ● No **Billing:** Bradford FSP

**Police Notified by:**
DATE and TIME: 11/13/2014 1927 Name: Present at time of death Phone: Not Applicable

**M.E. Notified by:**
DATE and TIME: 11/13/2014 2020 Name / Title: Assistant Warden Jeffrey McClellan

**Agency:** Florida State Prison **Name:** Assistant Warden Jeffrey McClellan **LE Case#:** Not Applicable

5/29/2018-P-000330  Page: 1

# REPORT OF INVESTIGATION — Banks, Chadwick — ME14-0562

## PROCESSING

| Lead Investigator | Processing Tech. | Processing Pathologist | Date Viewed | Time | Body NOT Viewed |
|---|---|---|---|---|---|
| Melissa Scott | Jonathan Knolton | William F. Hamilton, MD. | 11/14/2014 | 0800 | ○ |

| Location where body was viewed: | County | Height | Weight | Temp | Blood | | Ears | Nose | Mouth | Clothing |
|---|---|---|---|---|---|---|---|---|---|---|
| Medical Examiners Office | Alachua | 71 | 184 | Cold | ○ Yes ◉ No | | ☐ | ☐ | ☐ | ☐ |

Hair Head: black, close cropped
Hair Face: 1 mm stubble

| Rigor Neck/Arms/Legs | Eye Color | Pupils LT/RT | Froth | Livor | Decomp | Clothed? |
|---|---|---|---|---|---|---|
| 3  3  3 | Brown | 4  4 | | | | Partly Clothed |

**Processing Checklist:** Blood Drawn ◉ Yes ○ No   Reason NOT Drawn:

**Actual Fluids / Blood Drawn:**
2 gt & 2 rt (femoral), 2 urine, 1 vitreous. JK did case. incisions on arms sewn up by JK

- ☐ Consult Brain
- ☐ Consult Eye
- ☐ Consult Heart
- ☐ Cultures Submitted
- ☐ DEXIS
- ☒ DNA Card
- ☐ Donor EyeBank
- ☐ Donor EyeBank Other
- ☐ Donor Organs
- ☐ Donor Tissues
- ☐ Donor Tissues Other
- ☐ Fingerprints
- ☐ Fixed Brain
- ☐ Fixed Heart
- ☐ Histo Submitted
- ☐ Rape Kit
- ☒ Tox Run
- ☐ Tox Store Heart
- ☒ Tox Store Serum
- ☐ X-Ray
- Tox Hold: ○

## NARRATIVE

According to Assistant Warden Jeffrey McClellan with the Florida State Prison, the decedent was a prisoner of the state at Florida State Prison. He was put to death by lethal injection in accordance with Florida state law on 11/13/2014. The lethal injection chemical contains midazolam hydrochloride, vecuronium bromide, potassium chloride, and saline solution. The decedent was incarcerated for two counts of aggravated assault with a weapon with no intent to kill, two counts of premeditated first degree murder, and 1 count of sexual battery by an adult to a victim under the age of 12.

According to the decedent's spiritual advisor, Khaled Mohammed, the decedent had deeply held Islamic beliefs that require that there be no autopsy performed on his body after death. This request was honored.

Lead Investigator: Melissa Scott   Signature: /s/ Melissa Scott   Date: 11/13/2014

Page: 2

5/29/2018-P-000331

EXHIBIT A - DAVIS REPORT
JX 35
December 2018 PI Hearing

 

# REPORT OF INVESTIGATION
**Medical Examiner District 8**
606 SW 3rd Avenue, Gainesville, FL 32601
Phone: 352-273-9292 Fax 352-273-9288

Case Number: **ME14-0562**

| Banks, Chadwick | Black | Male | DOD: 11/13/2014 |

## CAUSE AND MANNER

○ Autopsy  ● External Exam  ○ Investigation Only

**PROBABLE CAUSE OF DEATH:** Injection of lethal toxins

Due to:

Due to:

Part II:

**How Injury Occurred:** Decedent put to death at Florida State Prison

**MANNER:**
○ Natural  ○ Acc Drug Intoxication  ○ Acc All Other  ● Homicide  ○ Pending
○ Acc MVA  ○ Acc Fall  ○ Suicide  ○ Undetermined  ○ Fetal Death

I hereby certify that after receiving notice of the death described herein, I took charge of the body and made inquiries regarding the cause of death in accordance with Chapter 406, Florida Statutes, and the information contained herein regarding such death is true and correct to the best of my knowledge and belief.

**William F. Hamilton, MD.**
Certifying Pathologist
Signed: _[signature]_   Date Signed: 12/29/2014

ME14-0562  Banks, Chadwick  43, B, M                       DOD: 11/13/2014    DOB: 06/15/1971

Front       Prisoner: ☒       Back

← WHITE KNIT CAP (TAQIYA)

6" x ≤ 2 3/16" BURN SCAR

IV * ... IV *

OLD SCARS 3", 4"

ID LABEL: "CHADWICK BANKS"

OLD SCARS

CALLOSITIES

* IV CATHETERS APPROPRIATELY PLACED IN VEIN LUMINA.

_____ Date Body Viewed: 14 Nov 2014    Time: 0940

Processing Worksheets, District 8 Medical Examiner, Gainesville, FL     Date Printed: 11/13/2014, 10:40:22 PM, Page: 2

5/29/2018-P-000333

EXHIBIT A - DAVIS REPORT
**JX 35**
**December 2018 PI Hearing**

**University of Florida Pathology Laboratories**
Department of Pathology and Laboratory Medicine
4800 SW 35th Drive
Gainesville, FL 32608
Phone: 352-265-9900    Fax: 352-265-9904

Page: 1 of 1

LAB NUMBER: R14-02237
NAME: Banks, Chadwick
CASE NO: 14-562
RECEIPT DATE: 11/14/2014

**Forensic Toxicology Laboratory**

SUBMITTER: Dr. William Hamilton, District 8 Medical Examiners Office, 606 SW 3rd Avenue, Gainesville, FL 32601.

**SPECIMENS RECEIVED:**
A. Blood, femoral
B. Urine
C. Vitreous Humor
D. Stomach Contents
E. Serum

| Analyte | Qualitative Results | Quantitative Results |
|---|---|---|
| **VOLATILES** | | |
| A. Blood | None Detected | |
| B. Urine | None Detected | |
| **COMPREHENSIVE DRUG SCREEN** | | |
| A. Blood — Midazolam | Positive | |
| B. Urine — Midazolam | Positive | |
| **DRUG IDENTIFICATION/QUANTITATION** | | |
| A. Blood — Midazolam | | See Attached - 2 pages |

**RESULT CERTIFICATION:**

Results Certified by: _[signature]_
Bruce A. Goldberger, Ph.D., DABFT
Director of Toxicology & Professor

R1402237 - 01/ BG    12/26/14    [ 0001, 1278 ]
PRINTED: 12/26/14

Reviewed
12-30-2014
WH



**NMS Labs**
3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900   Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

## Toxicology Report

Report Issued   12/18/2014 11:03

To:   60168
University of Florida Pathology Laboratories
4800 SW 35th Drive

Gainesville, FL  32608

Patient Name   BANKS, CHADWICK
Patient ID   R14-02237
Chain   11843719
Age 43 Y   DOB Not Given
Gender   Male
Workorder   14320232

Page 1 of 2

**Positive Findings:**

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Midazolam | 1900 | ng/mL | 001 - Femoral Blood |

*VH 12-30-14*

See Detailed Findings section for additional information

**Testing Requested:**

| Analysis Code | Description |
|---|---|
| 3057B | Midazolam, Blood |

**Specimens Received:**

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Red Vial | 2.75 mL | Not Given | Femoral Blood | |

All sample volumes/weights are approximations.
Specimens received on 12/12/2014.

v.14

5/29/2018-P-000335

EXHIBIT A - DAVIS REPORT   **JX 35**
**December 2018 PI Hearing**



**CONFIDENTIAL**

Workorder 14320232
Chain 11843719
Patient ID R14-02237

Page 2 of 2

**Detailed Findings:**

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Midazolam | 1900 | ng/mL | 50 | 001 - Femoral Blood | LC-MS/MS |

Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

**Reference Comments:**

1. Midazolam (Versed®) - Femoral Blood:

   Midazolam is a short acting benzodiazepine (a DEA Schedule IV controlled compound) with strong central nervous system depressant/hypnotic properties. It is usually utilized for preoperative sedation, as a sedative hypnotic, and as an agent for the induction of anesthesia. It has significant abuse potential. Effects noted following use may include sedation, somnolence (drowsiness or sleepiness), visual disturbances (diplopia or double vision), dysarthria (slurred speech), ataxia (shaky movements and unsteady gait), and intellectual impairment and coma may result.

   Oral doses of 10 mg given to 20 subjects produced average peak plasma concentrations (at 1 hr. post dose) for midazolam of 69 ng/mL in males and 53 ng/mL in females. As a preoperative medication, intramuscular injection of midazolam at 0.13 mg/Kg body weight (9.1 mg/70 Kg body weight) produced peak plasma concentrations of 68 ng/mL.

   At high concentrations, confusion, impaired coordination, diminished reflexes, respiratory depression, apnea, hypotension and coma may result.

Chain of custody documentation has been maintained for the analyses performed by NMS Labs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

**Analysis Summary and Reporting Limits:**

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 3057B - Midazolam, Blood - Femoral Blood

-Analysis by High Performance Liquid Chromatography/
TandemMass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Midazolam | 50 ng/mL | | |

v.14

5/29/2018-P-000336

EXHIBIT A - DAVIS REPORT
JX 35
December 2018 PI Hearing