# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

In re: OHIO EXECUTION
PROTOCOL LITIGATION,

:       Case No. 2:11-cv-1016

      Chief Judge Edmund A. Sargus, Jr.
      Magistrate Judge Michael R. Merz

This Order relates to All Plaintiffs

## AMENDMENTS TO SCHEDULING ORDER

On Joint Motion of the parties (ECF No. 2151) and for good cause shown, it is hereby ORDERED that, the existing Scheduling Order (ECF No. 1723) to the contrary notwithstanding, the date by which the parties may file motions for summary judgment directed to the Fourth Amended Omnibus Complaint is extended to and including July 26, 2019. Memoranda in opposition shall be filed not later than August 23, 2019, and reply memoranda not later than September 20, 2019.

February 1, 2019.

      s/ *Michael R. Merz*
      United States Magistrate Judge