# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

In re: OHIO EXECUTION
 PROTOCOL LITIGATION,

: Case No. 2:11-cv-1016

Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Michael R. Merz

This Order relates to Plaintiffs Kareem Jackson,   :
 Gregory Lott, Angelo Fears, and James Hanna

## SUGGESTION OF THE POSSIBILITY OF CONSENT TO MAGISTRATE JUDGE PLENARY JURISDICTION

On the morning of March 7, 2019, Governor DeWine reprieved the execution dates of Plaintiffs Cleveland Jackson, Kareem Jackson, and Gregory Lott. At the same time, Defendants rejected the Court's proposal for a stay of executions pending adoption of a new execution protocol. With those actions having been taken, the scheduled executions in this case for the next year, as the Court now has them, are:

| Warren Henness | September 13, 2019 |
| Angelo Fears | October 17, 2019 |
| Cleveland Jackson | November 13, 2019 |
| James Hanna | December 11, 2019 |
| Kareem Jackson | January 16, 2020 |

1

| Gregory Lott | March 12, 2020 |

The parties have previously unanimously consented to plenary Magistrate Judge jurisdiction under 28 U.S.C. § 636(c) with respect to Plaintiffs Henness and Cleveland Jackson.  It will matter greatly to the Court whether any preliminary injunctive reliefs motions for the other four Plaintiffs are to be adjudicated by the Magistrate Judge or by Chief Judge Sargus.  Therefore it is respectfully suggested to counsel for Kareem Jackson, James Hanna, Angelo Fears, and Gregory Lott that they consider the possibility of consent under 28 U.S.C. § 636(c).  A decision on that question should be communicated to Courtroom Deputy Kelly Kopf orally, and not to the Magistrate Judge who will not be informed as to any Plaintiff until and unless consent is unanimous.  Consent is completely voluntary and no party will be substantively disadvantaged by failure to consent.

March 7, 2019.

s/ *Michael R. Merz*<br>United States Magistrate Judge