# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

In re:  OHIO EXECUTION
  PROTOCOL LITIGATION,

:  Case No. 2:11-cv-1016

Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Michael R. Merz

This Order relates to Plaintiff Cleveland Jackson

## NOTICE OF ORAL ARGUMENT ON MOTION TO QUASH SUBPOENA

This consolidated capital § 1983 litigation is before the Court on Motion of the Ohio Board of Pharmacy (the "Board") to Quash a Subpoena ("Subpoena") issued to it by Plaintiff Cleveland Jackson (ECF No. 2203).  Jackson opposes the Motion (ECF No. 2207) and the Board has filed a Reply in support (ECF No. 2208).

Many areas of dispute remain unclear to the Court.  To resolve these in the most expeditious manner, this Motion is hereby set for oral argument by telephone at the conclusion of the telephone status conference set for 1:30 p.m. on May 14, 2019.  In light of the three filings listed above, Plaintiff's counsel must be prepared to state what additional discovery he wants beyond what has already been produced and to what claims it is relevant.  The Board of Pharmacy's counsel must be prepared to quantify the burden claimed to justify quashing the Subpoena.

Counsel for the State Defendants shall notify the Court forthwith whether they have been served with formal notice of the 30(b)6) deposition.

1

IT IS SO ORDERED.

May 13, 2019.

s/ *Michael R. Merz*
United States Magistrate Judge