# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE: OHIO EXECUTION** | : | **Case No. 2:11-cv-1016** |
| **PROTOCOL LITIGATION** | : | |
| | : | **Chief Judge Edmund A. Sargus, Jr.** |
| **This document relates to:** | : | |
| **Plaintiff James Hanna** | : | |

## DEFENDANTS' NOTICE OF PROVIDING
## UPDATED MEDICAL AND MENTAL HEALTH FILES

Defendants hereby give notice that on May 14, 2019, pursuant to ECF No. 1128, updated medical and mental health records were provided as follows:

- Plaintiff James Hanna – updated medical and mental health files were provided to his counsel of record, Allen Bohnert and David Doughten [see ECF No. 1765 and Parties and Counsel Listed on Online Docket].

Respectfully submitted,

**DAVE YOST**
Ohio Attorney General

s/ Charles L. Wille
**CHARLES L. WILLE (0056444)***
    *Trial Attorney*
**CHARLES A. SCHNEIDER (0005821)**
**THOMAS E. MADDEN (0077069)**
Assistant Attorneys General
Criminal Justice Section, Capital Crimes Unit
150 East Gay Street, 16th Floor
Columbus, Ohio 43215
T: (614) 728-7055;  F: (614) 728-9327
Charles.Wille@ohioattorneygeneral.gov
Charles.Schneider@ohioattorneygeneral.gov

                                         Thomas.Madden@ohioattorneygeneral.gov
                                         COUNSEL FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing *Notice of Providing Updated Medical and Mental Health Files* was filed electronically this 14th day of May, 2019.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                           *s/ Charles L. Wille*
                                           **CHARLES L. WILLE (0056444)**
                                           Assistant Attorney General