# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

In re: OHIO EXECUTION
 PROTOCOL LITIGATION,

: Case No. 2:11-cv-1016

Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Michael R. Merz

This Order relates to Cleveland Jackson

# ORDER

This capital § 1983 litigation is before the Court on Plaintiff's Notice of Receipt of Sworn Affidavit of Eric Griffin (ECF No. 2221). Plaintiff indicates that the Griffin Affidavit satisfies the Subpoena Duces Tecum issued to the Ohio Board of Pharmacy for a deposition pursuant to Fed.R.Civ.P. 30(b)(6) as to Deposition Topic #2. Plaintiff further advises that the deposition on Topic #1 will, by agreement of the parties, be conducted June 11, 2019.

Accordingly, Plaintiff's Motion to Se Schedule for Matters Related to Discovery from the Ohio Board of Pharmacy (ECF No. 2215) is MOOT. The Opinion and Order Granting in part and Denying in Part the Board of Pharmacy's Motion to Quash (ECF No. 2213) is VACATED.

June 10, 2019.

s/ *Michael R. Merz*
United States Magistrate Judge

1