# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

In re: OHIO EXECUTION
PROTOCOL LITIGATION,

:     Case No. 2:11-cv-1016

Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Michael R. Merz

This Order relates to Plaintiff Cleveland Jackson

## ORDER REGARDING PROPOSED DEPOSITION OF OHIO PHARMACY SERVICES

This consolidated capital § 1983 litigation is before the Court on Motion of Plaintiff Cleveland Jackson to be allowed to take the deposition of the Ohio Pharmacy Services pursuant to Fed.R.Civ.P. 30(b)(6) and 45 (ECF No. 2246). The entity in question is represented to be a division of the Ohio Department of Mental Health and Addiction Services. During the telephone status conference in this case on Tuesday, July 9, 2019, Defendants' counsel consented to the granting of this Motion and agreed to provide the Court and Plaintiffs' counsel with the name of the attorney who would represent Ohio Pharmacy Services in this matter.

The Motion is GRANTED. Plaintiff shall serve a notice of deposition to be taken on July 29, 2019, on Ohio Pharmacy Services forthwith.

July 9, 2019.

s/ *Michael R. Merz*
United States Magistrate Judge

1