# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

In re:  OHIO EXECUTION
 PROTOCOL LITIGATION,

                                  :      Case No. 2:11-cv-1016

                                        Chief Judge Edmund A. Sargus, Jr.
                                        Magistrate Judge Michael R. Merz

This Order relates to Plaintiff Cleveland Jackson

---

# ORDER TO PROVIDE COPY OF BRIEF

As discussed during the telephone scheduling conference in this case on July 16, 2019, it is hereby ORDERED that Defendants' co-counsel Charles Schneider forthwith provide Governor DeWine with a copy of the Appellee Brief filed on his behalf as an appellee in *Henness v. DeWine*. Sixth Circuit Case No. 19-3064 (6th Cir. ECF No. 33) and certify to the Court in writing when this has been accomplished.

July 16, 2019.

                                        s/ *Michael R. Merz*
                                    United States Magistrate Judge