# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: OHIO EXECUTION PROTOCOL LITIGATION**<br><br>**This document relates to:**<br>**PLAINTIFF CLEVELAND JACKSON** | Case No. 2:11-cv-1016<br><br>CHIEF JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Michael R. Merz<br><br>DEATH PENALTY CASE:<br>Execution scheduled for<br>November 13, 2019 |

### Joint Motion to Reschedule Rule 30(b)(6) Deposition of Ohio Pharmacy Services

Plaintiff Cleveland Jackson, together with non-party Ohio Pharmacy Services ("OPS"), respectfully request that this Court postpone the scheduled deposition under Fed. R. Civ. P. 30(b)(6) from August, 5, 2019, as currently scheduled, until August 7, 2019.[1]

On July 3, 2019, Plaintiff Jackson sought leave to conduct a deposition under Rule 30(b)(6) of the Ohio Pharmacy Services, a governmental entity and a division of Ohio Department of Mental Health and Addiction Services ("ODMH"). (ECF No. 2246.)  This Court granted that Motion on July 9, (ECF No. 2252), setting the date for the deposition as July 29, 2019 per Jackson's request in the Motion.

---

[1] While counsel for Plaintiff Jackson and counsel for the deponent are both in agreement to adjust the date of the deposition and believe that can be done accordingly without involving this Court's time and attention, counsel jointly file this motion out of an abundance of caution in light of a previous order from this Court (ECF No. 2213, PageID 107105-06), since vacated (ECF No. 2222, PageID 107539).

OPS commenced its review and subsequent production of documents, and on July 22, 2019 the parties filed a Joint Motion to Reschedule 30(b)(6) Deposition of Ohio Pharmacy Services.  (ECF No. 2281.)  Plaintiff Jackson and OPS asked the Court to postpone the deposition until August 5, 2019.  The Court granted the Joint Motion by notation order on July 22, 2019. (ECF No. 2283.)

In light of continued review of documents recently produced, Plaintiff Jackson and OPS now jointly ask that the Court postpone that deposition until Wednesday, August 7, 2019.  Like last time, this delay will allow the parties to continue working to uncover and review relevant documents and to fully prepare for the deposition accordingly.

Respectfully submitted August 1, 2019.

**Deborah L. Williams**
Federal Public Defender

by

*/s/ Allen L. Bohnert*
**Allen L. Bohnert (0081544)**
Trial Attorney for Plaintiff Jackson

and

and

Randall R. Porter
Assistant State Public Defender
Office of the Ohio Public Defender
250 E. Broad Street - Suite 1400
Columbus, Ohio 43215-9308
Telephone: (614) 466-5394
Facsimile: (614) 644-0708
Email: Randall.Porter@opd.ohio.gov
Co-Counsel for Plaintiff Jackson

David C. Stebbins (0005839)
Assistant Federal Public Defender
Supervising Attorney
Co-Counsel for Plaintiff Jackson

Lisa M. Lagos (0089299)
Paul R. Bottei (TN 17036)
Assistant Federal Public Defenders
Co-Counsel for Plaintiff Jackson

and

Adam M. Rusnak (0086893)
Research & Writing Attorney
Co-Counsel for Plaintiff Jackson

James A. King (0040270)
Porter, Wright, Morris & Arthur LLP
41 South High Street
Columbus, Ohio 43215
614-227-2051
614-227-2100 (fax)
Email: jking@porterwright.com
Co-Counsel for Plaintiff Jackson

Office of the Federal Public Defender
for the Southern District of Ohio
Capital Habeas Unit
10 West Broad Street, Suite 1020
Columbus, Ohio 43215
614-469-2999
614-469-5999 (fax)
Allen_Bohnert@fd.org
David_Stebbins@fd.org
Lisa_Lagos@fd.org
Paul_Bottei@fd.org
Adam_Rusnak@fd.org

**Counsel for Plaintiff Jackson**

**and**

3

**DAVE YOST**
Ohio Attorney General

by

*/s/ Tiffany L. Carwile (per authorization)*
**Tiffany L. Carwile (0082522)**
Assistant Attorney General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 614-466-2872 | Fax: 614-728-7592
Tiffany.Carwile@ohioattorneygeneral.gov

**Counsel for Ohio Department of Mental Health and Addiction Services**

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2019, I electronically filed the foregoing **Joint Motion to Reschedule Deposition** with the Clerk of the United States District Court for the Southern District of Ohio using the CM/ECF system, which will send notification of such filing to counsel for all parties.

*/s/ Allen L. Bohnert*
Trial Attorney for Plaintiff Jackson