# EXHIBIT 2



**OFFICE OF THE MEDICAL EXAMINER**
**CENTER FOR FORENSIC MEDICINE**
**850 R.S. GASS BLVD.**
**NASHVILLE TN  37216-2640**

FORENSIC MEDICAL

This is a true and accurate copy of records retained
by the Office of the Medical Examiner. *Hau/raey*

**Medical Records and other agency documents
that were not generated by this office cannot be
attested to for completeness or accuracy.**  _
(30 pages not generated by this office)
7/24/19
EM


MEC: _19-1293_

Date/Time: _5/17/2019_

Name: _JOHNSON, DONNIE_

Pathologist: _Carney_

1/15/51 Age: _68_ Race: _W_ Gender: _M_   Technician: _Hayes_

Length: _72_ Weight: _287_   Appearance:

Rigor: partial   Livor: posterior, blanching   Algor:   Other P/M Changes:

Hair: white mixed w/ brown

Facial hair: short hair in mustache & beard distribution

Eyes: blue

Oral/teeth: edentulous, maxillary & mandibular dentures

Torso:   anterior:   posterior:

Extremities: upper 5/5   lower 5/5

Genitalia: ♂, uncirc, both testes ↓

Clothing:
off-white/cream colored shirt & pants
white socks
white shirt
white undershorts

Therapy:
IV L AC fossa
IV R AC fossa
  - w/ attached NaCl 0.9% bags

Notes:
Corneas hazy
mid-scleral drying
Conjunctivae, no petechiae (none in oral cavity)

fingernails long, clean, intact
abd flat
sl. congested head, upper chest

**MEC#19-1293**
**JOHNSON, DONNIE**
**05/16/2019**

## POSTMORTEM EXAMINATION WORKSHEET - Internal

Body cavities:

Brain: __1450__ gm.

Heart: __530__ gm red-brown, soft

Rdom circ

Coronaries: 30-60% calc prox LAD, 75% calc prox LCx br. (inf), Small sup, calc RCA - no sig athero

Aorta:

Myocardium: RV 0.3, LV 1.4, IS 1.5 cm

Pulmonary artery:

Valves: calcs SA ridge, non coronary cusp AV

Lungs:    right: __830__ gm. pink-red, congested, edematous
          left: __800__ gm. frothy fluid - carina, bronchi, bronchioles

Upper respiratory tract:

White reticular pattern
annum/distal
fundus (C)

Gastrointestinal tract:
Stomach contents: 430 mL tan watery fluid

Liver: __1810__ gm.

Spleen: __310__ gm.

Appendix: (YES) / NO
Pancreas: nl
Gallbladder: nl
Thymus gland: _____ gm. ☐ Atrophic

Kidneys:  right: __250__ gm.   0.5x0.4x0.2 cm yellow cortical lesion (A)
          left: __300__ gm.   granular
                               1.5x1.3x1.2 cm cyst

Internal genitalia:
sl. nodular prostate
testes sl. congested (R>L)

Endocrine system:
L lobe thyroid larger than R, mottled yellow-red/purple

Musculoskeletal system:
L lat 6-7 old rib fx

Notes: yellow-brown enl. R L
WM cystic lesions  0.7x1 cm R frontal (ant horn L ventricle)
0.4x0.3 cm R frontal
0.4x0.3 cm L frontoparietal
0.6x0.5 cm L parietal

---

Specimens:
Toxicology: (Order) Hold
  Blood:
    Central: __4+__ ml.
    Peripheral: __4+__ ml.
  Bile: __+__ ml. yellow-brown
  Urine: __180__ ml. clear yellow
  Vitreous: __10__ ml.
  Other:
  Urine drug screen: YES / NO
    Results:

Histology: (YES) / NO
  # of blocks: __3__

Fluoroscopy: YES / NO

Organs saved:

Other specimens:



1 3/4 x 1" firm,
mobile mass

scars

scar

scars

faint purple ©

crusted Ⓐ

patchy tan discoloration
of legs

Ⓐ
Ⓐ

**MEC#19-1293
JOHNSON, DONNIE
05/16/2019**

# Preliminary Investigation Summary
State Case Number:19-19-2719
Completed Date: 06/20/2019

| | |
|---|---|
| State Case Number: | 19-19-2719 |
| Case Number: | MEC19-1293 |
| Service County: | Davidson |
| County Medical Examiner: | Feng Li M.D., J.D., Ph.D. |
| Decedent Name: | Donnie Edward Johnson |
| Date of Birth: | 01/15/1951 |
| Date of Death: | 05/16/2019 7:37 PM |
| Location of Death: | Riverbend Maximum Security Institution, Nashville, TN |
| Date of Injury: | 05/16/2019 |
| Location of Injury: | 7475 Cockrill Bend Blvd, Nashville, TN |
| Age: | 68 Years |
| Race: | White |
| Sex: | Male |
| Address: | Riverbend Maximum Security Institution 7475 Cockrill Bend Blvd Nashville, TN 37209 United States |
| Place of Death: | |
| Type of Death: | In Jail/Prison/In Police Custody |
| Investigating Agency: | TN Department of Corrections |
| Funeral Home: | Tennessee Cremation Care |

Case Summary:

The decedent was reported to be a 68-year-old, Caucasian male who was an inmate with the Tennessee Department of Correction (TDOC) housed at the Riverbend Maximum Security Institution. On 05/16/2019, his execution was carried out by means of lethal injection as ordered by the State of Tennessee. His death was pronounced by a physician at 1937 hours. Due to the fact that the decedent was incarcerated at the time of his death and based on the unnatural circumstances, Medical Examiner jurisdiction was accepted. Director of Investigations Candice Sexton and Investigator Kelli Derleth responded to the scene. A brief body examination was conducted and was documented through photography. The decedent was then transported via Middle Tennessee Removal Service to the Center for Forensic Medicine for further examination and death certification purposes.

Investigator Kelli Derleth
05/16/2019 2141 hours

Scene Description:

Time of 911 call: N/A
Time of notification: N/A
Time of arrival to meeting place: 1540 hours
Time of arrival to prison: 1700 hours
Time of departure: 1954 hours

### Antemortem Events:

The decedent was TDOC inmate number TN109031. He was convicted of the first-degree murder for the 1984 killing of his wife, Connie Johnson. Connie's body was found in a van parked outside of a Memphis mall two weeks before Christmas. The cause of death was suffocation (a 30-gallon garbage bag had been shoved down her throat). He was incarcerated at the Riverbend Maximum Security Institution in Nashville until his execution was carried out by lethal injection on 05/16/2019. At 1918 hours the decedent said his last words, which was a prayer that included, "I pray that my life has meant something. I commend my life into your hands, thy will be done, in Jesus name I pray, amen.", At 1921 hours, the intravenous administration of the combination of lethal injection drugs, which included midazolam, vecuronium bromide and potassium chloride, was initiated. The decedent began to sing at 1921 hours as well. The decedent sang two spiritual songs, "They will know we are Christians by our love," and "soon and very soon we are going to see the king." The singing stopped at 1922 hours and at 1924 hours the decedent began to snore. Snoring respirations ended at 1925 hours, at which time the Warden, Tony Mays, called out the decedent's name twice with no response. All of the medications had been administered by 1930 hours. Death was pronounced at 1937 hours.

| | |
|---|---|
| Thermostat setting: N/A | Consistent with the ambient temperature: N/A |
| Outside temperature: N/A | Source: N/A |
| Inclement weather: N/A | Describe: N/A |
| Rectal temperature: N/A | Obtained at: N/A |

### Scene description:

On 05/16/2019 at 1540 hours, Director of Investigations Candice Sexton, Middle Tennessee Removal Service (MTRS) personnel, and this investigator responded to the designated rendezvous point located at the Tennessee State Prison off Bomar Boulevard. At 1700 hours, we were escorted to the Riverbend Maximum Security Institution located at 7475 Cockrill Bend Blvd. This investigator was permitted to photograph the syringes containing the medications that would be utilized prior to the start of the execution. At 1938 hours, we were escorted into the execution chamber, which consisted of a small room with tiled floor and multiple viewing windows. The viewing windows were shielded by white curtains. The decedent was lying on a gurney near the back of the room. Intravenous (IV) lines extended from his arms through a rectangular hole in the back wall, which led to a small room where the medications were administered. No illicit drugs, alcoholic beverages, suicide notes, or weapons were observed at the scene.

Personal Property: No                    Control Number: N/A

### Body description:

The decedent was viewed lying in supine position on the gurney. He was restrained with multiple black straps that were attached to the gurney. A set of straps extended from the shoulders, across the chest, and down the flanks. A strap extended horizontally across the chest. Straps were also secured horizontally across his waist, thighs, and shins. Leather restraints were secured around both wrists and both ankles. His hands were secured to the gurney with tan medical tape. He was clad in an off-white institute-issued shirt, matching pants with the words "TN Dept of Correction" printed down the sides, white boxer shorts, and white socks. An intravenous catheter was in the right antecubital fossa and was secured in place with medical tape. Another intravenous catheter was in the left antecubital fossa, and was also secured in place with medical tape. Once the wrist and ankle restraints were removed, faint indentations from the straps were noted on the skin. Two vertical scars were noted to the medial side of the posterior left forearm. Fingernails on both hands were long but free of debris and dirt under the nail beds.

The decedent had white wispy hair and a grey stubble beard. The right sclera was free of congestion and the pupil was noted to be circular in shape and constricted. The left sclera was congested and the pupil was noted to be almond shape (similar to a cat's eye). The nares were free of obstruction and fluid. The mouth was open, with top and bottom dentures in place. The face, neck, and chest appeared congested and mottled. The skin had reddish-purple discoloration, which easily blanched when touched. Upon palpation, no crepitation was noted to the head, neck, face, or thorax. The abdomen was distended. A large surgical scar was noted to the right lower abdomen/hip. The anterior side of the lower left shin exhibited a circular scab. A small red abrasion was noted to the medial side of the lower right shin.

Upon rolling the decedent onto his right side, a scar was noted to the left lower back/flank. The decedent was warm to the

touch and rigor mortis was absent in the extremities. Blanching lividity, with quick capillary refill, was noted to be consistent with his original position. The IV bags were placed on the decedent's chest and remained attached to the IV lines which were still secured to both arms, All syringes, and any waste generated during the execution process were placed inside 2 red biohazard bags, which were then placed inside the body bag with the decedent. A white body bag, that was in place under the decedent on the gurney during the time of the execution, was zipped closed around him. Due to damage to the bag and the inability to secure the zipper closed, the decedent was placed into a second body bag. This body bag was secured with a red zip tie labeled with the initials, "KD." The foot end of the body bag was marked with the decedent's case number, "MEC 19-1293," and name, "Johnson, Donnie." The seal and bag markings were photographed prior to removal. This investigator, Director of Investigations and MTRS personnel departed the scene at 1954 hours along with escort service to the Center for Forensic Medicine.

Medications on scene: Yes
Prescribed to the decedent: Medications located on scene included midazolam, vecuronium bromide, potassium chloride, and normal saline. The medications were collected from the scene and transported to the Center for Forensic Medicine in the body bag with the decedent.

Past Medical, Surgical and Social History:
The decedent has a known history of hypertension, hyperlipidemia, type 2 diabetes and a stroke on 4/8/2016. Medical records from TDOC indicated that the decedent's right eye was red and swollen because of a sty, however, no obvious deformity or protrusion from the right eye was noted during the examination.
The decedent only ate breakfast and lunch on the day of the execution. He denied his last meal.

Other Important Factors:
The name of the pharmacy that provided the lethal injection medications was accidentally placed on the medication container. Director of Investigations Candice Sexton covered the name of the pharmacy with a black sharpie marker in order to keep the business anonymous.
Investigator Kelli Derleth, 2201 hours
Investigator Notes:

The decedent has appointed his "spiritual advisor" Thomas Bugg as his Attorney of Fact. Documentation specifically stating the decedent is authorizing Mr. Bugg to make his final disposition arrangements has been received via email from the Federal Prosecutor's Office and uploaded under the release section of DIDI.
A pathologist will attend the autopsy on Friday May 17th at the request of the decedent's defense attorney. The arrangements were made through Dr. Li and I am unsure of the time the pathologist will appear at this facility.
Candice M Sexton
5-16-19 0925 hours

5/16/2019
Next of kin notification: The decedent completed paperwork allowing his spiritual advisor/attorney pf fact to make final disposition arrangements.
NOK information letter: N/A
Special request: A pathologist from GA and the Warden from Riverbend will be present for the examination. Per Dr. Li the bag is not to be opened until he approves.
Identification: Visually identified by the TDOC staff
Ante-mortem specimens: N/A
EMS follow-up: N/A
Investigator Kelli Derleth, 2203 hours

6/20/2019 Cremation permit approved by KL, entered by JM.
Tech Notes:

Doctor Notes:

# OFFICE OF THE MEDICAL EXAMINER

850 R.S. Gass Boulevard
Nashville, TN 37216

Telephone: (615) 743-1800
Fax: (615) 743-1890

### METROPOLITAN GOVERNMENT of NASHVILLE and DAVIDSON COUNTY

## STATEMENT OF AUTHORITY TO REMOVE FROM THE FORENSIC CENTER THE BODY OF:

### Donnie Edward Johnson
### MEC19-1293

Pursuant to the Tennessee code Annotated 62-5-313 (A), 62-5-317 (B) (1), the undersigned duly swears that he represents the Mortuary Establishment or Funeral Home which has legally contracted with the proper person to assume custody for purposes of removal and/or burial of the above-name decedent.

It is further stipulated that pursuant to the Tennessee Code Annotated 62-5-317 (A)(7), and 62-5-317(B)(11), the body of the above-named decedent will be promptly released to any person claiming said body which is lawfully entitled to custody thereof.

_Jonathan . Strickland_
Funeral Home Representative Printed Name

_[signature]_
Funeral Home Representative Signature

_[signature]_
Forensic Medical Custodian

RELEASE AUTHORIZATION TO:     Tennessee Cremation Care

DATE AUTHORIZATION RECEIVED:       06/17/2019 8:39 AM

AUTHORIZED BY:     Thomas Bugg          RELATIONSHIP:     Legal Rep

RELEASED BY:     Erin M Carney, M.D.

FUNERAL HOME NOTIFIED:     Krista  Hammonds          DATE/TIME:     06/17/2019 8:39 AM

DEATH CERTIFICATE STATUS:  Started in VRISM by MEO. kh

DEATH LOCATION:  Riverbend Maximum Security Institution

   CITY, STATE:  Nashville    TN

   LOCATION TYPE:

EXAM TYPE:  Autopsy          DEATH DATE:  05/16/2019 7:37 PM

# Admitting and Discharge Checklist

MEC# **19-1293**      Transport _____ RP

NAME **JOHNSON, DONNIE**

COUNTY **DVD**

**Property in Body Bag:** YES   NO

**HOSPITAL SPECIMENS IN BIN (# OF TUBES ___ ):**   YES   NO   _____

**PAPERWORK □ CD □ IN LOCK BOX:**      YES   NO   _____

**TASK** (Put initials beside each task you perform)

Put name and information in log book

Put name and information on board

Fingerprints

X-rays (if done)

Initial (as is) photographs

Autopsy photographs

Autopsy or External Exam (circle the appropriate)

Toxicology and information in computer

Carotids tied off

Check body bag for cuts, tears, or leakage

Re-bag or double bag

Clean outside of **ALL** body bags with Germicidal Cleaner

Check ankle tag when signing out

Check cart and clean if necessary before putting back in cooler

# Forensic Medical Management Services PLC

## TRANSFER RECEIPT

<u>CaseNum:</u> 19-1293     <u>Decedent Name:</u>  Donnie Edward Johnson

| <u>Container:</u> | <u>Item Barcode</u> | <u>Quantity</u> | <u>Item</u> | <u>Description</u> | <u>Date/Time</u> |
|---|---|---|---|---|---|
| Uncontainerized | | | | Container Type: | |
| | 010000264905 | 1 | ID Tag | ***************** | 6/17/2019  11:45:21AM |

<u>Notes:</u>

FMMS Person:      Melanie  Byrd

To Organization:     Tennessee Cremation Care
To Person:            Jonathan Strickland

Forensics Pathology
102 B N Cass Blvd
Nashville        TN 37216
615-743-1816   TN?


### LabCorp
Laboratory Corporation of America

7301 College Blvd., Suite 110
Overland Park, Kansas 66210
Ph: (913) 948-3375  Fax: (913) 663-0191


19-144-T47-0184-0
MEC191293.FORENSICS 01/15/51

| HOSPITAL STATUS: ☐ INPATIENT | ☐ OUTPATIENT | ☐ NON-PATIENT | |
|---|---|---|---|
| TIME 9:45 AM | PHYSICIAN: DR. CARNEY | DUPLICATE REPORT TO: | RUSH CALL / FAX NUMBER: |

**PATIENT**

PATIENT NAME: (LAST) JOHNSON  (FIRST) DONNIE  (M.I.)  SEX: MALE

STREET ADDRESS:           CITY:        STATE:        ZIP:

CHART # / MEDICAL RECORD # 19-1293   DATE OF BIRTH: 01 15 51   TELEPHONE NO.:   WORK NO.:

**INSURANCE**

PLEASE ATTACH COPY OF INSURANCE CARD   **PRIMARY INSURANCE**   **SECONDARY INSURANCE**

| Insurance Company Name: | | |
|---|---|---|
| Insurance Company Street Address: | | |
| Insurance Company City, State, Zip: | | |
| Patient ID#: | | |
| Group#: | | |
| Responsible Party and Relationship: | | |

**ICD-10:**   Collection Date / Time: 5/17/2019 9:45 AM

## NON-GYN CYTOLOGY

☐ SPUTUM (009076)
☐ BRONCHIAL WASHING R L (009134)
☐ BRONCHIAL BRUSHING R L (009932)
☐ BAL R L
☐ VOIDED URINE (009066)
☐ CATHETERIZED URINE (009068)
☐ BLADDER WASHING (009035)

☐ PLEURAL FLUID
☐ PERICARDIAL FLUID
☐ PERITONEAL FLUID
☐ CSF
☐ LABIA/VULVA R L
☐ OTHER PLEASE SPECIFY

**FINE NEEDLE ASPIRATION**
☐ THYROID R L
☐ SOLID BREAST MASS R L (009134)
☐ LUNG R L
☐ LYMPH NODE
☐ BREAST CYST ASPIRATE R L
☐ OTHER PLEASE SPECIFY

## ADDITIONAL TESTING

**MICROBIOLOGY**

☐ Source: _____
☐ Aerobic & Anaerobic (008003)
☐ Aerobic (008904)
☐ Anaerobic (008904)
☐ Fungal (008482)
☐ AFB (183753)
☐ Gramstain (008540)
☐ Body Fluid w/Gram Stain (188284)
☐ KOH (008130)
Culture & Sensitivity will be performed unless otherwise specified.

**Stool Testing (All Ambient)**
☐ Ova and Parasite (008623) (Pink/Gray)
☐ Giardia (008141) (Pink/Gray)
☐ Stool Culture (008056) (Orange)
☐ White Blood Cells (008056) (Pink/Gray)
☐ C-Diff (183986) (White)
☐ GI Panel (183480) (Orange)

**Miscellaneous Testing**
☐ UroVysion (130060)
Source: _____
☐ Urinary Calculi/Stone
Other: _____

UroVysion is a registered trademark of Abbott Laboratories.

## HISTOLOGY - Gross & Microscopic Exam

TISSUE SOURCE (Please list separately) / PROCEDURE (Shave, biopsy, punch, excision), etc.

| 1 | A C | 6 | |
| 2 | | 7 | |
| 3 | | 8 | |
| 4 | | 9 | |
| 5 | | 10 | |

**CLINICAL INDICATIONS:**

Physician/Authorized Signature

Patient, Client and Billing Information is requested for timely processing of this case.
Medicare and other third party payors require that services be medically necessary
for coverage, and generally do not cover routine screening test. Refer to policies
published by your Medicare Administrative Contractor (MACS), CMS, or
www.LabCorp.com/MedicareMedicalNecessity when ordering tests that are subject to
LBN guidelines.

   00420864
  00420864   00420864   00420864

## MEC#19-1293
## JOHNSON, DONNIE
## 05/16/2019

  
00420864   00420864   00420864   00420864



# LabCorp
Laboratory Corporation of America


00420864

7301 College Blvd., Suite 110
Overland Park, Kansas 66210
Ph: (913) 948-3375  Fax: (913) 663-0191

HOSPITAL STATUS: ☐ INPATIENT   ☐ OUTPATIENT   ☐ NON-PATIENT

| TIME | PHYSICIAN: | DUPLICATE REPORT TO: | RUSH CALL / FAX NUMBER: |
|------|-----------|---------------------|------------------------|
| 9:45 AM | DR CARNEY | | |

**PATIENT**

| PATIENT NAME: (LAST) | (FIRST) | (M.I.) | SEX: |
|---------------------|---------|--------|------|
| JOHNSON | DONNIE | | MALE |

| STREET ADDRESS: | CITY: | STATE: | ZIP: |
|----------------|-------|--------|------|

| CHART # / MEDICAL RECORD # | DATE OF BIRTH: | TELEPHONE NO.: | WORK NO.: |
|---------------------------|----------------|----------------|-----------|
| 14-1293 | 01/15/51 | | |

**INSURANCE**

| PLEASE ATTACH COPY OF INSURANCE CARD | PRIMARY INSURANCE | SECONDARY INSURANCE |
|--------------------------------------|-------------------|---------------------|
| Insurance Company Name: | | |
| Insurance Company Street Address: | | |
| Insurance Company City, State, Zip: | | |
| Patient ID#: | | |
| Group#: | | |
| Responsible Party and Relationship: | | |

ICD-10:

Collection Date / Time: 5/17/2019 9:45 AM

## NON-GYN CYTOLOGY

☐ SPUTUM (009076)
☐ BRONCHIAL WASHING  R  L  (009134)
☐ BRONCHIAL BRUSHING  R  L  (009300)
☐ BAL R L
☐ VOIDED URINE (009068)
☐ CATHETERIZED URINE (009068)
☐ BLADDER WASHING (009035)

☐ PLEURAL FLUID
☐ PERICARDIAL FLUID
☐ PERITONEAL FLUID
☐ CSF
☐ LABIA/VULVA R L
☐ OTHER PLEASE SPECIFY

**FINE NEEDLE ASPIRATION**
☐ THYROID  R  L
☐ SOLID BREAST MASS  R  L  (009134)
☐ LUNG  R  L
☐ LYMPH NODE
☐ BREAST CYST ASPIRATE  R  L
☐ OTHER PLEASE SPECIFY _____

## HISTOLOGY - Gross & Microscopic Exam

TISSUE SOURCE (Please list separately) / PROCEDURE (Shave, biopsy, punch, excision), etc.

| 1 | 3 N C | 6 | |
|---|-------|---|---|
| 2 | | 7 | |
| 3 | | 8 | |
| 4 | | 9 | |
| 5 | | 10 | |

CLINICAL INDICATIONS:

## ADDITIONAL TESTING

**MICROBIOLOGY**
☐ Source: _____
☐ Aerobic & Anaerobic (008003)
☐ Aerobic (008694)
☐ Anaerobic (008904)
☐ Fungal (008482)
☐ AFB (183753)
☐ Gramstain (000540)
☐ Body Fluid w/Gram Stain (188284)
☐ KOH (006136)
Culture & Sensitivity will be performed unless otherwise specified

**Stool Testing (All Ambient)**
☐ Ova and Parasite (008623) (Pink/Gray)
☐ Giardia (008144) (Pink/Gray)
☐ Stool Culture (008256) (Orange)
☐ White Blood Cells (008456) (Pink/Gray)
☐ C-Diff (183958) (White)
☐ GI Panel (183460) (Orange)

**Miscellaneous Testing**
☐ UroVysion (130699)
Source: _____
☐ Urinary Calculi/Stone
Other: _____

UroVysion is a registered trademark of Abbott Laboratories.

Physician/Authorized Signature _____

Patient, Client and Billing Information is requested for timely processing of this case. Medicare and other third party payors require that services be medically necessary or coverage, and generally do not cover routine screening test. Refer to policies published by your Medicare Administrative Contractor (MACS), CMS, or www.LabCorp.com/MedicareMedicalNecessity when ordering tests that are subject to ABN guidelines.

All diagnoses should be provided by the ordering physician or his or her authorized designee. Diagnosis/Signs/Symptoms in ICD-CM format in effect at Date of Service (Highest Specificity Required)

CLIENT COPY



## NMS
LABS

**ANALYSIS REQUISITION AND CHAIN OF CUSTODY**
3701 Welsh Road, Willow Grove, PA 19090
(215)657-4900 (866)522-2216 Fax (215)366-1501



NMS USE ONLY

Client Profile: **10341**     Account Name: **Forensic Medical Management Service- Nashville**

Work ID (Subject ID or Case No.): MEC# 19-1293

☐ **Return Specimen** (add'l charge)
☐ Do not Micro Specimen
☐ Do not Consume Specimen

**MEC# 19-1293     EC/JDH**
**JOHNSON, DONNIE**
**05/16/2019**

| Collection Date (mm/dd/yyyy) | Collection Time (military) | Specimen type (e.g. blood, urine) | Specimen Source (e.g. cardiac, vitreous) | Container Labeled as (client identifier) |
|---|---|---|---|---|
| 05/17/2019 | 0900 | BLOOD | FEMORAL | A |
| 05/17/2019 | 0900 | BLOOD | HEART | B |
| 05/17/2019 | 0900 | VITREOUS | VITREOUS | C |
| 05/17/2019 | 0905 | URINE | URINE | D |
| | | | | |

Requesting Medical Examiner:  (615) -743-1800     *If Sending more than 5 samples, please include the same detail for each sample.

| | | | | | |
|---|---|---|---|---|---|
| ☐ DR. FENG LI | ✓ | DR. ERIN CARNEY | | | DR. RANDY TASHJIAN |
| ☐ DR. TOM DEERING | | DR. EMILY DENNISON | | | |
| ☐ DR. MIGUEL LABOY | | DR. DAVID ZIMMERMAN | | | |

**REQUESTED TEST:** (USE Checkmarks):

| | Code | Test | | Code | Test |
|---|---|---|---|---|---|
| | 8041B | Basic PM Drug Panel in BLOOD with Vitreous confirm | | 1919FL | Electrolytes and Glucose Panel, VITREOUS |
| ✓ | 8042B | Expanded PM Drug panel in BLOOD with Vitreous confirm | | 1002B | Carbon Monoxide Exposure Panel, BLOOD |
| | 8050U | 6-MAM Drug Screen in URINE-add-on, Qualitative | | 1006TI | Carbon Monoxide Exposure Panel, TISSUE |
| | 8051TI | Basic PM Drug Panel in TISSUE | | 8756B | Novel Psychoactive Substance (NPS) Screen 1 |
| | 8052TI | Expanded PM Drug Panel in TISSUE | | 9566B | Synthetic Cannabinoids Screen- add-on, BLOOD |
| | 8051B | Basic PM Drug Panel in BLOOD (Admission Blood) | | 2143B | Gabapentin, BLOOD |
| | 8052B | Expanded PM Drug Panel in BLOOD (Admission Blood) | | 2423B | Inhalants Panel, with DFE, TFE, BLOOD |

OTHER T E S T I N G ;

The test code and name must be entered. Requisitions submitted without a test code will cause a delay and/or may not be ordered at time of receipt. If you need assistance, contact our Client Support department at 866.522.2216

| Test Code | Test Name |
|---|---|
| | |
| | |

DO NOT ADD TESTING HERE

☐ Vehicular  ✓ Homicide  ☐ Suicide     ☐ Suspected OD     ☐ Accidental Death  ✓ Undetermined

Brief Case History/ Circumstance of Death: _____

| DATE | RELINQUISHED  BY | RECEIVED BY | PURPOSE OF TRANSFER |
|---|---|---|---|
| 05/17/2019 | HAYES | FedEx | Laboratory Testing |
| | | | |
| | | | |

For a complete list of testing offerings, visit www.nmslabs.com . If you need assistance, contact us at 866.522.2216

CASE#: 19-1293

NAME: DONNiE JOhNSoN

DOB 1 15 51  RACE W  SEX M  SS# 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

## ADULT INVESTIGATIVE FOLLOW-UP SHEET

### Additional Information Needed:

A. _____

Date requested: _____ Inits _____ Date received: _____ Inits _____ in DIDI Y/N

B. _____

Date requested: _____ Inits _____ Date received: _____ Inits _____ in DIDI Y/N

C. _____

Date requested: _____ Inits _____ Date received: _____ Inits _____ in DIDI Y/N

County has DIDI access and may not have order of autopsy:  Yes/No

DIDI input by: _____ N/A _____ Number: _____

**Autopsy Order:**
Date requested: N/A Inits _____ Date received: N/A Inits _____ In DIDI Y/N

**Police Report:**
Date requested: N/A Inits _____ Date received: N/A Inits _____ In DIDI Y/N

**Scene Photos:**
Date requested: _____ Inits _____ Date received: 5/16 Inits KD In DIDI (Y)/N

Next of Kin notification:  Y/N     Date Served: _____ Inits _____ In DIDI Y/N

Blood requested:  Yes/No     Hospital: N/A _____ Date: _____

**Medical Records:**
iVErbEAN
M.R.      Date requested: 5/16 Inits CK Date received: 5/16 Inits CD In DIDI (Y)/N

_____ Date requested: _____ Inits _____ Date received: _____ Inits _____ In DIDI Y/N

_____ Date requested: _____ Inits _____ Date received: _____ Inits _____ In DIDI Y/N

_____ Date requested: _____ Inits _____ Date received: _____ Inits _____ In DIDI Y/N

PCP: Date requested: _____ Inits _____ Date received: _____ Inits _____ In DIDI Y/N

**DURABLE POWER OF ATTORNEY FOR HEALTH CARE
AND FOR DISPOSAL OF BODY
DUE TO PRESENT INCARCERATION AND PENDING EXECUTION OF
PRINCIPAL**

I, Donnie Edward Johnson, DOB 1-15-1951, the principal, a legal resident of Davidson County, Tennessee, acting pursuant to *T.C.A. § 34-6-201 et seq.,* appoint Thomas Leland Bugg, DOB 7-7-1940, to act as my attorney-in-fact for health care decisions. I knowingly and intelligently vest Mr. Bugg with all powers set-forth in *T.C.A. § 34-6-204,* including the power to make health care decisions for me, and on my behalf. I specifically vest Mr. Bugg with authority to direct the disposition of my remains, post-autopsy, and to have an appropriate undertaker, or other appropriate person, take physical possession of my body so that it may be cremated, buried, or otherwise properly disposed of, as is authorized by *T.C.A. § 34-6-204(b)(3).*

This durable power of attorney is hereby entered and executed on this the 15th day of May, 2019,

_____
Donnie Edward Johnson, DOB 1-15-1951

Pursuant to *T.C.A. § 34-6-203(a)(3)* the undersigned who are competent adults, who are not related by blood, marriage or adoption to the principal, and who are not entitled to any portion of the estate of principal, witnessed the execution of this document.

_____        5/15/19
Name:                                                          Date

_____        5/5/19
Name:                                                          Date



FRONTAL IMAGE
(submitted 06/01/2017)



PROFILE IMAGE
(submitted 06/01/2017)

CR-1391 (Rev. 2/04)

| Detail | Offenses | Images | Release | Search | List |

## Tennessee Offender FaceSheet

**TOMIS ID:** 00109031 **Name:** JOHNSON , DONNIE EDWARD

| Height: 06'00" | Weight: 230 lbs | Sex: MALE | Eye Color: GREEN |
|---|---|---|---|
| Hair Color: BROWN | | Race: WHITE | |
| Complexion: FAIR | Birth Date: 01/15/1951 | Age: 68 | |
| Citizenship: | | Incompatible Inmates: Y | |
| Sex Offender: | Escape History: N | Detainers: N | Pending Charges: N |

| | |
|---|---|
| Sentence Effective: 12/11/1984 | Current Location: RMSI |
| Sentence Expires: | Custody Level: MAXIMUM |
| Release Eligibility: | Number of Convictions: 1 |
| Safety Valve Date: | Max Sentence: DEATH |
| Offenses: MURDER 1 | |

*(For more details, click on the "Offenses" tab above)*

**State ID#:** 397017    **FBI #:**    **NCIC #:**
**Social Security Number** *(Provided by offender - not verified):* 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
**Alias:**

Emergency Notification:
TOMMY BUGG
4620 SHY'S HILL DR.
NASHVILLE TN 37215

**Relationship:** FRIEND

OFFICE OF THE MEDICAL EXAMINER
Center for Forensic Medicine
Nashville, Tennessee

## REPORT OF INVESTIGATION BY COUNTY MEDICAL EXAMINER

Davidson County Medical Examiner: Feng Li M.D., J.D., Ph.D.

Judicial District Number: 20

District Attorney: Honorable Glenn Funk

**State Number: 19-19-2719**

**Case Number: MEC19-1293**

| Name of Decedent | | Age | Race | Date of Birth | Sex |
|---|---|---|---|---|---|
| Donnie Edward Johnson | | 68 Years | White | 01/15/1951 | Male |

| Address | | | | | |
|---|---|---|---|---|---|
| Riverbend Maximum Security Institution, 7475 Cockrill Bend Blvd, Nashville, TN 37209 | | | | | |

| Date of Death | Type of Death | Investigating Agency/Complaint #: | |
|---|---|---|---|
| 05/16/2019 7:37 PM | In Jail/Prison/In Police Custody | TN Department of Corrections | |

| Place of Death | |
|---|---|
| Riverbend Maximum Security Institution, Nashville, TN | |

**Narrative Summary**

The decedent was reported to be a 68-year-old, Caucasian male who was an inmate with the Tennessee Department of Correction (TDOC) housed at the Riverbend Maximum Security Institution. On 05/16/2019, his execution was carried out by means of lethal injection as ordered by the State of Tennessee. His death was pronounced by a physician at 1937 hours. Due to the fact that the decedent was incarcerated at the time of his death and based on the unnatural circumstances, Medical Examiner jurisdiction was accepted. Director of Investigations Candice Sexton and Investigator Kelli Derleth responded to the scene. A brief body examination was conducted and was documented through photography. The decedent was then transported via Middle Tennessee Removal Service to the Center for Forensic Medicine for further examination and death certification purposes.
Investigator Kelli Derleth
05/16/2019 2141 hours

| Jurisdiction Accepted | Autopsy Ordered | Toxicology Ordered | |
|---|---|---|---|
| Yes | Yes | Yes | |

| Physician Responsible for Death Certificate | |
|---|---|
| Erin M Carney, M.D. | |

| Cremation Approved | Funeral Home | |
|---|---|---|
| Yes | Tennessee Cremation Care | |

| Cause of Death | |
|---|---|
| Acute combined drug intoxication due to Lethal injection | |

| Contributory Cause of Death | |
|---|---|
| | |

CERTIFIED COPY

Date:
Certified by:
Forensic Medical - Office of the
Medical Examiner, Nashville, TN

| Manner of Death | |
|---|---|
| Homicide | |

OFFICE OF THE MEDICAL EXAMINER
Center for Forensic Medicine
850 R.S. Gass Blvd.
Nashville, Tennessee 37216-2640

CASE: MEC19-1293
County: DAVIDSON

## AUTOPSY REPORT

NAME OF DECEDENT: JOHNSON, DONNIE          RACE: White  SEX: Male   AGE: 68

**DATE AND TIME OF DEATH:**            May 16, 2019 at 7:37 p.m.

**DATE AND TIME OF AUTOPSY:**          May 17, 2019 at 9:15 a.m.

**FORENSIC PATHOLOGIST:**              Erin M. Carney, M.D.

**COUNTY MEDICAL EXAMINER:**           Feng Li, M.D., J.D., Ph.D.

**DISTRICT ATTORNEY GENERAL:**         Honorable Glenn Funk

---

## PATHOLOGIC DIAGNOSES

1.   Acute combined drug intoxication:

     A.    Drugs administered by lethal injection.

2.   Hypertensive atherosclerotic cardiovascular disease:

     A.    Cardiomegaly (530 grams) with clinical history of hypertension.
     B.    Thirty to sixty percent calcific stenosis, left anterior descending artery.
     C.    Seventy-five percent calcific stenosis, branch of left circumflex artery.
     D.    Calcification of right coronary artery without stenosis.
     E.    Nephrosclerosis.
     F.    Remote infarcts, brain.

3.   Pulmonary congestion and edema (right lung 830 grams, left lung 800 grams with frothy fluid of lower airways).

4.   Remote left-sided rib fractures.

---

**CAUSE OF DEATH:**              Acute  combined  drug  intoxication  due  to  lethal injection

**MANNER OF DEATH:**             Homicide

**CIRCUMSTANCES OF DEATH:**      Judicial execution

---

*I hereby certify that I, Erin M. Carney, M.D. have performed an autopsy on the body of Donnie Johnson on the 17th day of May, 2019 at 9:15 a.m. in the Center for Forensic Medicine. The purpose of this report is to provide a certified opinion to the County Medical Examiner and District Attorney General. The facts and findings to support these conclusions are filed with the Tennessee Department of Health. The autopsy was performed in the presence of David Zimmerman, M.D.*

## EXTERNAL EXAMINATION

The body is that of a well-developed, well-nourished (body mass index of 38.9 kilograms per meter squared), white male clad in pale yellow shirt and pants, white shirt, white undershorts, and white socks. The body weighs 287 pounds, is 6 feet in length, and appears consistent with the reported age of 68 years. Rigor is present to an equal degree in all extremities. Blanching lividity is on the posterior surface of the body, except in areas exposed to pressure. The scalp hair is white mixed with brown. Facial hair consists of short hair in a mustache and beard distribution. The irides are blue. The corneas are hazy. The conjunctivae are pale and without petechial hemorrhages. Mid-scleral drying is noted. The external auditory canals, nares, and oral cavity are free of foreign material and abnormal secretions. The jaws are edentulous, with maxillary and mandibular dentures. The neck is without deformity or palpable masses. The chest exhibits the normal anteroposterior diameter. The abdomen is soft. The extremities are symmetric and without deformity. The fingernails are long, clean, and intact. Neither tattoos nor needle tracks are observed. Scars are on the left forearm, right side of the lower abdomen, left knee, and right leg. Crusted abrasions are on the legs. A 1 3/4 x 1 inch firm, mobile mass is on the upper back. The external genitalia are those of an adult male. The penis is uncircumcised and both testes are descended within the scrotum. The posterior torso exhibits a normal contour, and the anus is unremarkable.

**EVIDENCE OF THERAPY:** Intravenous catheters are in the antecubital fossae with attached intravenous saline bags.

**EVIDENCE OF INJURY:** Abrasions are on the right forearm and lower back over the sacrum. A faint purple contusion is on the medial left knee.

## INTERNAL EXAMINATION

**BODY CAVITIES:** The body is opened by the usual thoraco-abdominal incision and the chest plate is removed. No adhesions or abnormal collections of fluid are in the pleural, pericardial, or abdominal cavities. All body organs are in the normal anatomic position.

**HEAD:** The scalp is reflected. The calvarium of the skull is removed. The dura mater and falx cerebri are intact. There is no epidural, subdural, or subarachnoid hemorrhage. The leptomeninges are thin and delicate. The cerebral hemispheres are symmetrical. The structures at the base of the brain, including cranial nerves and blood vessels, are intact. There is no evidence of herniation. Coronal sections through the cerebral hemispheres reveal yellow-brown cystic lesions in the white matter of the right frontal (0.4 x 0.3 cm), left frontal (0.7 x 1 cm), left frontoparietal (0.4x 0.3 cm), and left parietal (0.6 x 0.5 cm) lobes. Transverse sections through the brain stem and cerebellum are unremarkable. The brain weighs 1450 grams.

**NECK:** Examination of the soft tissues of the neck, including strap muscles and large vessels, reveal no abnormalities. The larynx and trachea are normally formed and patent with unremarkable mucosa. The hyoid bone and thyroid cartilage are intact. The cervical spine is unremarkable.

**CARDIOVASCULAR SYSTEM:** The pericardial surfaces are smooth, glistening, and unremarkable. The coronary arteries arise normally and follow the usual distribution with right dominant circulation. The coronary arteries show significant atherosclerosis with 30-60% calcific stenosis of the proximal left anterior descending artery, 75% calcific stenosis of an inferior branch of the left circumflex artery, and calcification without significant stenosis of the right coronary artery. The chambers and valves exhibit the usual size-position relationship, with calcifications of the sinoatrial ridge and non-coronary cusp of the aortic valve. The myocardium is red-brown, soft, and unremarkable; the atrial and ventricular septa are intact. The thickness of the heart walls as measured 1 cm below the atrioventricular valve annuli are as follows: right ventricle, 0.3 cm; left ventricle, 1.4 cm; and interventricular septum, 1.5 cm. The aorta and its major branches arise normally, follow the usual course and are widely patent, free of significant atherosclerosis and other abnormality. The vena cava and its major tributaries return to the heart in the usual distribution and are free of thrombi. The heart weighs 530 grams.

**RESPIRATORY SYSTEM:** The bronchi and bronchioles contain frothy fluid that extends up to the carina; the mucosal surfaces are otherwise smooth, yellow-tan, and unremarkable. The pleural surfaces are smooth, glistening, and intact. The lungs exhibit normal lobar configurations. The pulmonary parenchyma is pink to red, exuding slight to moderate amounts of bloody fluid; no focal lesions are noted. The pulmonary arteries are normally developed and patent, without thrombus or embolus. The right lung weighs 830 grams, and the left lung weighs 800 grams.

**HEPATOBILIARY SYSTEM:** The hepatic capsule is smooth, glistening, and intact, covering dark red-brown parenchyma with no focal lesions noted. The gallbladder contains yellow-brown, mucoid bile; the mucosa is velvety and unremarkable. The extrahepatic biliary tree is patent, without evidence of calculi. The liver weighs 1810 grams.

**ALIMENTARY TRACT:** The tongue exhibits no evidence of recent injury. The esophagus is lined by a gray-white, smooth mucosa. The gastric mucosa is arranged in the usual rugal folds, exhibits a white reticular pattern in the distal fundus and antrum, and the lumen contains 430 mL of tan watery fluid. The small and large intestines are unremarkable. The pancreas has a normal pink-tan lobulated appearance and the ducts are not dilated. The appendix is unremarkable.

**GENITOURINARY SYSTEM:** The renal capsules are smooth and thin, semi-transparent, and stripped with ease from the underlying granular, red-brown cortical surfaces. A 0.5 x 0.4 x 0.2 cm yellow lesion is on the cortex of the right kidney. A 1.5 x 1.3 x 1.2 cm cortical cyst is in the left kidney. The cortices are sharply delineated from the medullary pyramids, which are red-purple to tan and unremarkable. The calyces, pelves, and ureters are unremarkable. The right kidney weighs 250 grams; the left kidney 300 grams. The urinary bladder contains 180 mL of clear yellow urine; the mucosa is gray-tan and smooth. The prostate gland is nodular. The seminal vesicles are unremarkable, and the testes are congested.

**RETICULOENDOTHELIAL SYSTEM:** The spleen has a smooth, intact capsule covering a red-purple, soft parenchyma; the lymphoid follicles are unremarkable. The regional lymph nodes appear normal. The spleen weighs 310 grams.

**ENDOCRINE SYSTEM:** The left lobe of the thyroid gland is enlarged compared to the right lobe, with yellow to red-purple mottling of the parenchyma. The parathyroid glands are inconspicuous. The adrenal glands and pituitary gland are unremarkable.

**MUSCULOSKELETAL SYSTEM:** Muscle development is normal. Remote fractures of the lateral aspect of left ribs 6 and 7 are identified. No other bone or joint abnormalities are noted.

**TOXICOLOGY:** Blood, urine, and vitreous fluid are submitted for toxicologic analysis (see separate report).

**HISTOLOGY:** Three (3) tissue cassettes are submitted.
- YELLOW CORTICAL LESION, KIDNEY (A): A section of the yellow cortical lesion of the kidney reveals a mass consisting of clusters of cells with pink granular cytoplasm and clear, bubbly cytoplasm with occasional nucleoli. The adjacent kidney shows a few sclerotic glomeruli, intratubular calcifications, and single focus of interstitial chronic inflammation.
- LEFT LOBE, THYROID GLAND (B): A section of the left lobe of the thyroid gland reveals follicular architecture with areas of hyalinized stroma and dystrophic calcification. No tumor is identified.
- ANTRUM (C): A section of the antrum reveals absence of normal mucosa (possible autolysis and sloughing) with a dense infiltrate of small blue cells with dispersed chromatin and rare nucleoli in the submucosa and pink, amorphous material. The muscle appears unaffected.

**ADDITIONAL STUDIES:** A full body postmortem radiograph reveals surgical hardware in the left forearm. No projectiles or acute fractures are noted.

## SUMMARY OF CASE & OPINION

This 68-year-old white male, Donnie Johnson, was an inmate at Riverbend Maximum Security Institution. His judicial execution was carried out on May 16, 2018 by lethal injection. His past medical history is significant for hypertension, hyperlipidemia, and diabetes mellitus with a documented stroke in 2016.

Autopsy examination reveals remote infarcts of the brain, an enlarged heart with moderate to severe atherosclerosis of the coronary arteries, pulmonary congestion and edema with frothy fluid in the lower airways, a renal cortical cyst, and old left-sided rib fractures. A mass in the kidney appears to be adrenal cortex. Additional incidental findings are in the thyroid gland and stomach that do not contribute to death. Postmortem toxicology testing of the blood reveals a high level of midazolam with glipizide.

The cause of death is acute combined drug intoxication due to lethal injection. As the death is a result of judicial execution, the manner of death is classified as homicide.

*\*\*Electronically signed by Erin M. Carney, M.D. on Monday, July 1, 2019\*\**

Erin M. Carney, M.D.
Assistant Medical Examiner

 NMS Labs

NMS Labs
200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

 CONFIDENTIAL

## Toxicology Report

**Report Issued**   06/05/2019 10:04

To:  **10341**
Forensic Medical Management Services - Nashville
850 R.S. Gass Blvd,

Nashville, TN  37216

| | |
|---|---|
| **Patient Name** | JOHNSON, DONNIE |
| **Patient ID** | MEC# 19-1293 |
| **Chain** | 19150044 |
| **Age** Not Given | **DOB** Not Given |
| **Gender** | Not Given |
| **Workorder** | 19150044 |

Page 1 of 4

### Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Midazolam | 930 | ng/mL | 001 - Femoral Blood |
| Glipizide | 360 | ng/mL | 001 - Femoral Blood |

See Detailed Findings section for additional information

### Testing Requested:

| Analysis Code | Description |
|---|---|
| 8042B | Postmortem, Expanded w/Vitreous Alcohol Confirmation, Blood (Forensic) |

### Specimens Received:

| ID | Tube/Container | Volume/ Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Gray Top Tube | 10 mL | 05/17/2019 09:00 | Femoral Blood | |
| 002 | Gray Top Tube | 9.5 mL | 05/17/2019 09:00 | Heart Blood | |
| 003 | Red Top Tube | 7.25 mL | 05/17/2019 09:00 | Vitreous Fluid | |
| 004 | White Plastic Container | 60 mL | 05/17/2019 09:05 | Urine | |

All sample volumes/weights are approximations.

Specimens received on 05/21/2019.



CONFIDENTIAL

Workorder 19150044
Chain 19150044
Patient ID MEC# 19-1293

## Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Midazolam | 930 | ng/mL | 5.0 | 001 - Femoral Blood | LC-MS/MS |
| Glipizide | 360 | ng/mL | 40 | 001 - Femoral Blood | LC-MS/MS |

**Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.**

## Reference Comments:

1. Glipizide (Glibenese; Glucotrol®; Glynase) - Femoral Blood:

    Glipizide is a second-generation oral sulfonylurea anti-diabetic agent that lowers blood glucose in both diabetics and non-diabetics.. It is available in both normal release and extended release formulations.

    Peak plasma concentrations of approximately 310 - 610 ng/mL were achieved after administration of a single 5 mg dose of both immediate and extended release formulations. Maximum concentrations were reached in approximately 1.5 - 4.5 and 3.5 - 7 hours after immediate and extended release dosing, respectively.

    Oral ingestion of a single 5 mg tablet can result in persistent hypoglycemia in children. A serum glipizide concentration of 400 ng/mL was measured in a 5 year old child administered 15 mg/day for 3 days. A 6 year old child who ingested a 10 mg extended release tablet remained hypoglycemic for 70 hours with a serum glipizide concentration of 1000 ng/mL 57 hours post-ingestion.

    Adverse effects of glipizide are similar to effects associated with hypoglycemia including dizziness, drowsiness, headache, nausea and diarrhea.

    The blood to plasma ratio of Glipizide is not known.

2. Midazolam (Versed®) - Femoral Blood:

    Midazolam is a short acting benzodiazepine (a DEA Schedule IV controlled compound) with strong central nervous system depressant/hypnotic properties. It is usually utilized for preoperative sedation, as a sedative hypnotic, and as an agent for the induction of anesthesia. It has significant abuse potential. Effects noted following use may include sedation, somnolence (drowsiness or sleepiness), visual disturbances (diplopia or double vision), dysarthria (slurred speech), ataxia (shaky movements and unsteady gait), and intellectual impairment and coma may result.

    Oral doses of 10 mg given to 20 subjects produced average peak plasma concentrations (at 1 hr post dose) for midazolam of 69 ng/mL in males and 53 ng/mL in females. As a preoperative medication, intramuscular injection of midazolam at 0.13 mg/Kg body weight (9.1 mg/70 Kg body weight) produced peak plasma concentrations of 68 ng/mL.

    At high concentrations, confusion, impaired coordination, diminished reflexes, respiratory depression, apnea, hypotension and coma may result.

## Sample Comments:

001     Physician/Pathologist Name: DR. ERIN CARNEY

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded one (1) year from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.



Workorder 19150044 was electronically
signed on 06/05/2019 09:30 by:

*Donna M. Papsun*

Donna M. Papsun, M.S., D-ABFT-FT
Forensic Toxicologist

## Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 50012B - Benzodiazepines Confirmation, Blood - Femoral Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 7-Amino Clonazepam | 5.0 ng/mL | Flurazepam | 2.0 ng/mL |
| Alpha-Hydroxyalprazolam | 5.0 ng/mL | Hydroxyethylflurazepam | 5.0 ng/mL |
| Alprazolam | 5.0 ng/mL | Hydroxytriazolam | 5.0 ng/mL |
| Chlordiazepoxide | 20 ng/mL | Lorazepam | 5.0 ng/mL |
| Clobazam | 20 ng/mL | Midazolam | 5.0 ng/mL |
| Clonazepam | 2.0 ng/mL | Nordiazepam | 20 ng/mL |
| Desalkylflurazepam | 5.0 ng/mL | Oxazepam | 20 ng/mL |
| Diazepam | 20 ng/mL | Temazepam | 20 ng/mL |
| Estazolam | 5.0 ng/mL | Triazolam | 2.0 ng/mL |

Acode 52405B - Hypoglycemics Confirmation, Blood - Femoral Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Glipizide | 40 ng/mL | Glyburide | 40 ng/mL |

Acode 8042B - Postmortem, Expanded w/Vitreous Alcohol Confirmation, Blood (Forensic) - Femoral Blood

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Barbiturates | 0.040 mcg/mL | Salicylates | 120 mcg/mL |
| Cannabinoids | 10 ng/mL | | |

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |



## Analysis Summary and Reporting Limits:

-Analysis by High Performance Liquid Chromatography/Time of Flight-Mass Spectrometry (LC/TOF-MS) for: The following is a general list of compound classes included in this screen. The detection of any specific analyte is concentration-dependent. Note, not all known analytes in each specified compound class are included. Some specific analytes outside these classes are also included. For a detailed list of all analytes and reporting limits, please contact NMS Labs.

Amphetamines, Anticonvulsants, Antidepressants, Antihistamines, Antipsychotic Agents, Benzodiazepines, CNS Stimulants, Cocaine and Metabolites, Hallucinogens, Hypnosedatives, Hypoglycemics, Muscle Relaxants, Non-Steroidal Anti-Inflammatory Agents, Opiates and Opioids.

# MEDICATION ADMINISTRATION RECORD

**Facility:** RMSI - 6657

**Month:** May 2019

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **SIMVASTATIN 20MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY-HYPERLIPIDEMIA, UNSPECIFIED DAYS: 180 #30 4/9/19 Prescriber MA, SHAO Rx#1994819 Order Date 12/12/2018  Start Date 12/12/2018  Stop Date 6/10/2019 | K O P | | | | | | | | | | QUANITY 30 DATE 5/1/19 NURSE SIG INMATE SIG | | | | | | | | | | | | | | | | | | | | | | |
| | **CETIRIZINE HCL 10MG TAB** TAKE TWO TABLET(S) BY MOUTH EVERY NIGHT AT BEDTIME FOR 180 DAYS AS NEEDED-ALLERGY, UNSPECIFIED DAYS: 180 #30 4/9/19 Prescriber MA, SHAO Rx#1994791 Order Date 12/12/2018  Start Date 12/12/2018  Stop Date 6/10/2019 | K O P | | | | | | | | | | QUANITY 30 DATE 5/1/19 NURSE SIG INMATE SIG | | | | | | | | | | | | | | | | | | | | | | |
| | **NASALCROM (200 MS) 5.2/ACT SPR** USE 2 SPRAYS EACH NOSTRIL TWICE DAILY FOR 180 DAYS-ALLERGIC RHINITIS DAYS: 180 #1 4/9/19 Prescriber MA, SHAO Rx#1994794 Order Date 12/12/2018  Start Date 12/12/2018  Stop Date 6/10/2019 | K O P | | | | | | | | | | QUANITY DATE 5/1/19 NURSE SIG INMATE SIG | | | | | | | | | | | | | | | | | | | | | | |
| | **BRIMONIDINE TARTRATE 0.2% OP EYE** INSTILL 1 DROP IN LEFT EYE TWICE DAILY FOR 180 DAYS-EYE ANOMALIES NEC DAYS: 180 #1 4/23/19 Prescriber MA, SHAO Rx#2032752 Order Date 1/30/2019  Start Date 1/30/2019  Stop Date 7/29/2019 | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **TIMOLOL MALEATE 10ML 0.5% OP EYE** INSTILL 1 DROP IN LEFT EYE TWICE DAILY X 180 DAYS-EYE ANOMALIES NEC DAYS: 180 #1 4/9/19 Prescriber HOPP, ROBIN Rx#2069146 Order Date 3/11/2019  Start Date 3/11/2019  Stop Date 9/7/2019 | K O P | | | | | | #1 bottle 5/8/19 VT | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **NAPROXEN 500MG TAB** TAKE ONE TABLET(S) BY MOUTH TWICE DAILY X30DAYS-PAIN NEC DAYS: 30 #60 4/2/19 Prescriber SIDBERRY, CHARLES Rx#2096852 Order Date 4/9/2019  Start Date 4/9/2019  Stop Date 5/9/2019 | K O P | | | | | | | | S T O P | | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:**

**Allergies:** PENICILLINS

00109031

**DOB/Inmate #:** 01/15/1951

**Location:** 2D211

## NAME ALERT

**Name:** JOHNSON, DONNIE EDWARD

Dw. 1/22/10

# TENNESSEE DEPARTMENT OF CORRECTION

## MAJOR MEDICAL CONDITIONS
## PROBLEM LIST

Name: Johnson (Last)   Donnie (First)   Edward (Middle)   Number: 109031

Date of Birth: 1/15/51   Gender: ✓ M ___ F   Race: W

Allergies: PCN

| Problem Number* | Date Identified/ Recorded | Major Medical Conditions/Problems |
|---|---|---|
| I | 4/14/09 | DM (2) |
| II | | Hypertension |
| III | 12/2003 | Hyperlipidemia |
| IV | | s/p stroke at 4/8/16  not cc |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Major medical problems considered medical or surgical in nature are identified by Roman numerals, i.e. I Diabetes, II Laminectomy.

*Psychiatric or serious psychological problems are identified by capital letters, i.e. A Schizophrenia, B Self-mutilative Behavior.

CR-1894 (Rev 10/85)

RDA-1458



# TENNESSEE DEPARTMENT OF CORRECTION
## DIABETIC RECORD *(by Glucose Monitoring Device)*

### RMSI
INSTITUTION

May, 2014

Patient: Johnson, Donnie    Number: 109031

Physician: Dr Sidberry    Location 2D211

Current Weight: _____ Height: _____ Age: _____ Diet: _____

Current Medication Order: See Mar

| DATE | TIME | BLOOD GLUCOSE READING | MEDICATION GIVEN | REMARKS | NURSE INTIALS |
|------|------|------|------|------|------|
| 1 | HR 0500 | 125 | Accur only | | EO |
|   | HR 1000 | 106 | Accur only | | OO |
| 2 | HR 0500 | 115 | Accur only | | EO |
|   | HR 1000 | 114 | Accu | | MB |
| 3 | HR 0500 | 137 | Accur only of 4units RSSI | | EO |
|   | HR 1000 | 71 | Accur only | | OO |
| 4 | HR 0500 | 87 | Accu only | | Tm |
|   | HR 1000 | 102 | Accu | | MB |
| 5 | HR 0500 | 186 | 4units RSSI | | EO |
|   | HR 1000 | 153 | 4u SSI | | MB |
| 6 | HR 0500 | 156 | 4units RSSI | | EO |
|   | HR 1000 | 80 | Accu | | MB |
| 7 | HR 0500 | 89 | Accu only | | Tm |
|   | HR 1000 | 77 | Accu | | MB |
| 8 | HR 0500 | 127 | Accu only | | OO |
|   | HR 1000 | 92 | Accu | | MB |
| 9 | HR 0500 | 109 | Accu only | | EO |
|   | HR 1000 | 105 | Accu | | MB |
| 10 | HR 0500 | 119 | Accu only | | EO |
|    | HR 1000 | 247 | 10units RSSI | | OO |
| 11 | HR 0500 | 155 | 4 units Reg. SSI | | Tm |
|    | HR 1600 | 129 | Accur only | | Tm |
| 12 | HR 0500 | 129 | Accu only | | EO |
|    | HR 1000 | 136 | 4units Reg | | OO |

# MEDICATION ADMINISTRATION RECORD

**Facility:** RMSI - 6657  **Month:** May, 2019

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ЕО | Accu's BID for DM II X 180 days | 4m | ЕО | ЕО | ЕО | (m | ЕО | ЕО | (m | M | ЕО | ЕО | (m | ЕО | ЕО | (m | (m | (m | | | | | | | | | | | | | | | |
| Prescriber ShaO, Ma | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date 12/12/18 Start Date 12/12/18 Stop Date 6/12/19 | | 4m | | | | | | | | | | | | | | | | | 1200 | | | | | | | | | | | | | | |
| ЕО | **Moderate Sliding Scale PRN** <60 (mg/dL) Initiate Hypoglycemia Protocol 60-130 (mg/dL) 0 units Regular Insulin 131-180 (mg/dL) 4 units Regular Insulin 181-240 (mg/dL) 8 units Regular insulin 241-300 (mg/dL) 10 units Regular Insulin | | F y I | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ЕО | 301-350 (mg/dL) 12 units Regular Insulin 351-400 (mg/dL) 16 units Regular Insulin >400 (mg/dL) 28 units Regular Insulin and recheck glucose in 45 min, if >400 call MD    X 180 days | | E y I | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prescriber ShaO, Ma | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date 12/12/18 Start Date 12/12/18 Stop Date 6/12/19 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ЕО | Novolin R per SS for DM BID Sub Q       X 180 days | 4m | ЕО | ЕО | ЕО 4 | (m | ЕО 4 | ЕО 4 | (m | M | ЕО | ЕО 4 | (m 0 | ЕО | ЕО | (m R | (m 4 | (m 0 | | | | | | | | | | | | | | | |
| Prescriber ShaO, Ma | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date 12/12/18 Start Date 12/12/18 Stop Date 6/12/19 | | 4m | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prescriber | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date      Start Date      Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prescriber | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date      Start Date      Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:**

**Allergies:** NKDA

109081

**DOB/Inmate #:** 1/5/57  **Location:** 2D211  **Name:** Johnson, Donnie



TENNESSEE DEPARTMENT OF CORRECTION
**CHRONIC DISEASE CLINIC**
**TREATMENT PLAN**

Inmate Name: Johnson Donnie
TDOC Number: 109031
Institution: RMSI

**LIST CHRONIC DISEASES**
1) T2DM
2) HTN
3) ↑ Lipids
4) Ø
5) Ø
6) Ø

Either list or refer to pharmacy profile for current medications: See MARs

**SUBJECTIVE:**
Asthma: # attacks in last month? Ø
# short acting beta agonist canisters in last month? Ø
# times awakening with asthma symptoms per week? Ø
CV/hypertension (Y/N): Chest pain? N  SOB? N  Palpitations? N  Ankle edema? N
HIV/HCV (Y/N): Nausea/vomiting? N  Abdominal pain/swelling? N  Diarrhea? N  Rashes/lesions? N

Seizure disorder: # seizures since last visit? Ø
Diabetes mellitus: # hypoglycemic reactions since last visit? Ø
Weight loss/gain ↓ ↑ lbs. 193

For all diseases, since last visit, describe new symptoms:
c/o Achilles pain in Right Middle finger

**OBJECTIVE:**
Patient adherence (Y/N): with medications? Y  with diet? Y  with exercise? Y
Vital signs: Temp 97.7  BP 93/92  Pulse 66  Resp 16  Wt 197  PEFR 97  INR Ø
Labs: Hgb A1C 7.5  HIV VL Ø  CD4 Ø  Total Chol 139  LDL 65  HDL 45  Trig 145
Range of fingerstick glucose/BP monitoring: Ø

**Physical Evaluation (PE):** WDWN ♂, Alert, NAD  1-17-18

| HEENT/neck: | AT/Ne/NT | | Extremities: | N a/c/E  4+ pulses |
| Heart: | RRR s/3 M o ⌐T  Nml S₁S₂ | | Neurological: | Nml Exam FU Age |
| Lungs: | Clear | | GU/rectal: | Nml ♂ |
| Abdomen: | bowel sm  Benn | | Other: | Skin Nml + dry |
| Additional Comments: | Allergic to PCN | | | |

**ASSESSMENT:**

| | | Degree of Control* | | | | Clinical Status* | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | G | F | P | NA | I | S | W | NA |
| 1 | T2DM | ☑ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 2 | HTN | ☑ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 3 | ↑Lipids | ☐ | ☐ | ☑ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 4 | Ø | | | | | | | | |

*Degree of Control:* G-Good   F-Fair   P-Poor   NA-Not Applicable
*Clinical Status:* I-Improved   S-Same   W-Worse   NA-Not Applicable

**PLAN:**
Medication changes: Neprosyn 500 g Px Ø
Diagnostics: None
Labs: CBC, CMP, Lipid Panel
Monitoring: BP ↑ x day/week/month  Glucose ☑ x day/week/month  Peak flow Ø  Other: Ø
Education provided: ☑ Nutrition  ☑ Exercise  ☑ Smoking  ☑ Test results  ☑ Medication management  ☑ Other: CANCERS
Referral (list type): None       Specialist: None
# days to next visit: ☐ 90  ☐ 60  ☐ 30  ☑ Other: 180   Discharged from Chronic Clinic (specify clinic): ____

Additional Comments: ____

Signature: **Charles Sidberry, MD FAAFP**
Mid-Level/Physician Signature
Date: 4/9/19 @ 1200

CR3624 (Rev. 4-11)       *Duplicate as Needed*       RDA 1100



# TENNESSEE DEPARTMENT OF CORRECTION
## REPORT OF PHYSICAL EXAMINATION

INSTITUTION: RMSI

NAME: Johnson, Donnie   TOMIS#: 109031   DATE OF EXAM: 1-16-2019

Blood Pressure (sitting): 136/78   Height: 6'2"   Weight: 195#   Temp: 98.3°   Pulse: 78   Resp: 16   SaO2 97 %RA

## CLINICAL EVALUATION

| NORMAL | (Check each item in appropriate column; enter "NE" if not evaluated.) | ABNORMAL | NOTES: Describe every abnormality in detail. Enter pertinent item number before each comment. Use progress notes for additional information. |
|---|---|---|---|
| ✓ | 1. GENERAL: Appearance, Nails, Skin, and Identifying Marks, Tattoos, etc. | | |
| | 2. EYES: General, Ophthalmoscopic; Pupils, and Ocular Motility | ✓ | ② Diabetic macular edema |
| ✓ | 3. HEAD AND NECK | | |
| ✓ | 4. EARS: External and Otoscopic | | |
| ✓ | 5. MOUTH AND THROAT | | |
| ✓ | 6. NOSE AND SINUSES | | |
| ✓ | 7. LUNG AND CHEST | | |
| ✓ | 8. CARDIOVASCULAR: Heart and Vascular System | | |
| ✓ | 9. ABDOMEN: Inspection, Auscultation and Palpation | | |
| ✓ | 10. RECTUM AND ANUS: Hemorrhoids, Fistulae and Prostate, if indicated. | | |
| ✓ | 11. G.U. SYSTEM a. Genitalia b. Hernia | | |
| N/A | 12. PELVIC | | |
| ✓ | 13. ENDOCRINE | | |
| | 14. MUSCULOSKELETAL SYSTEM: Spine, Upper Extremities and Lower Extremities | ✓ | ⑭ S/P Rt stroke 4/2016 (TIA) |
| | 15. NEUROLOGICAL: Cranial Nerves, Motor Functions, Cerebella and DTR's | ✓ | ⑮ Rt side weakness |
| ✓ | 16. PSYCHIATRIC | | |

Summary of Defects/Conditions and Diagnosis continued on back.   N/A

**Advanced Directives**

Inmate has been counseled and informed regarding Advance Directives ☑ (PH-4194 completed and placed in inmate health record)
An existing PH-4194, Advanced Care Plan, is on file and has been reviewed for updates ☐ N/A

HEALTH CLASSIFICATION BASED ON PHYSICAL EXAMINATION:   C

Robin Hopp
DNP, FNP-BC                                             Robin Hopp FNP-BC
PRINTED NAME OF MEDICAL PROVIDER          SIGNATURE OF MEDICAL PROVIDER

Exam # in
1/16/19



Dw

TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED – PROGRESS RECORD

**RMSI**

INSTITUTION

INMATE NAME: Johnson Donnie       TDOC NUMBER: 109031

| DATE | TIME | |
|------|------|---|
| 5/14/19 | 0025 | S: I am doing alright, I want my blood sugar checks done at 4am because I am used to this time. I also want my eye drop for my dry eyes. O: Pt appear ambulated to the gate unassisted. Pt appeared calm and was co-operative. No sign of pain, anxiety or distress. Normal facial expression. Cap refill >3secs. breathing appears regular and unlaboured. Bp 146/90, T 98.3, P 78, O₂ 98%. R14 A: Risk for anxiety r/t emminent execution P: Continue to monitor ——— ———————————— BENISE NWAIBE RN |
| 5/14/19 | 0402 DW | Chart note: Eye drops given to him per request for his immediate use, with Accu √ done per Scheduled. He tolerated and returned to bed. ———————————— Tobet Mgboh ——  Tobechi Mgboh, LPN RMSI |
| | | |
| | | |
| | | |
| | | |
| | | |

*Do Not Write on Back*

CR-1884 (Rev. 03-2017)          *Printed or Duplicate as Needed*          RDA 1100



TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED – PROGRESS RECORD

**RMSI**

INSTITUTION

INMATE NAME: Johnson, Donnie     TDOC NUMBER: 109031

| DATE | TIME | |
|------|------|---|
| 5/14/19 | 0840 | S: Denies discomfort. Reports normal bowel + bladder function. Denies sleep or appetite issues. O: Alert + oriented x4, pleasant demeanor, Hearing unaided, glasses attached to shirt, moving all extremities, speech clear. Skin warm, dry + pink. Radial pulses 2+, Ø edema, cap refill < 3 seconds. HR RRR. Respirations regular + unlabored. Lungs CTA throughout. Abd soft, bowel sounds Ø x4. Accepted meds/eye drops. A: Potential for anxiety 2° impending execution. P: Instructed to notify medical of needs. Monitor q shift —— Susan Walton RN |
| | | Susan Walton, RN RMSI |
| 5/14/19 | 1800 | S: Denies pain or discomfort. O: T 96° HR 83 R/R 18 SAO₂ 98% B/P 142/80. Standing in cell in Ø distress. Ambulates c̄ diff. Awake, alert, good eye contact, pleasant affect, MAE x4 Ø edema. Skin warm, dry of pink. Lungs Clear. PO meds given as ordered. Ø Other needs @ this time. A: Risk for anxiety r/t execution. P: Continue to monitor —— Charlotte B RN |
| | | Charlotte Baldwyn, RN RMSI |

Do Not Write on Back


INMATE NAME: Johnson, Donnie     TDOC NUMBER: 109031

| DATE | TIME | |
|------|------|---|
| 5-15-19 | 0020 | S: Denies pain or discomfort<br>O: T. 96.5 HR 80 RR 18 SaO₂ 98%<br>B/P 120/68. Lying in bed sleeping c̄<br>Resp. even non-labored. Got up &<br>came to cell door and vital signs were<br>taken. Responds appropriately et denies<br>any pain or discomfort. MAEx4 ∅<br>edema. Skin is warm, dry et pink<br>∅ other needs @ this time<br>A: KSL for anxiety r/t impending oxecaution<br>P: Cont. to monitor.——Charlotte Baldwyn RN<br><div style="text-align:right">Charlotte Baldwyn, RN<br>RMSI</div> |
| 5/15/19 | 0404<br>Dw | Chart note: Accu offered et he accepted.<br>BS 180, with 4 units of Regular Insulin<br>per scheduled sliding scale administered SubQ<br>on upper arm (Left). He tolerated et returned<br>to bed thereafter.——to bed Tochechi Ngobili LPN<br><div style="text-align:right">Tochechi Ngobili LPN<br>RMSI</div> |



TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED – PROGRESS RECORD

**RMSI**

INSTITUTION

INMATE NAME: Johnson, Donnie    TDOC NUMBER: 109031

| DATE | TIME | |
|------|------|---|
| 5/15/19 | 0852 | S: Denies discomfort. Reports he slept well last pm and ate breakfast this AM. In response to question about redness right upper eyelid, patient stated "I get styes now and then". Reports using eye drops today. O: T 96.5  P 72  R 16  BP 138/78  02 98% Sitting on side of bed, alert + oriented x 4. Smiling, no sign of anxiety. Dentures noted on sink and eyeglasses beside pt. Accepted meds except for refusal of nasalcrom spray. Skin warm + dry, color normal. Resp even + unlabored, lungs CTA throughout, radial pulses 2+, HR reg S1 S2, Ø edema, moving all extremities well. Cap refill ∠ 3 seconds, Rt upper eyelid reddened + slightly swollen. No drainage noted. Abd soft, bowel sounds ⊕ throughout. A: Potential for infection 2° redness ⓇR eye. P: Consulted c̄ NP regarding possible stye. Ointment Rx'd. Instructed pt that Medical is available 24/7. Verbalized understanding. —Susan Walton |
| 5/15/19 | 1100 | See above nursing note. a stye on Ⓡ eye lid without pain, no drainage. gentamicin ointment OPHTH ordered for symptom management. Shao Ma FNP-BC    Shao Ma, FNP-BC RMSI |

Do Not Write on Back

CR-1884 (Rev. 03-2017)          Printed or Duplicate as Needed          RDA 1100



TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED – PROGRESS RECORD

## RMSI
INSTITUTION

INMATE NAME: Johnson Donnie   TDOC NUMBER: 109031

| DATE | TIME | |
|------|------|---|
| | | |
| | | |
| 5-15-19 | 1820 | S: Denies discomfort. Reports eating well et normal bowel et bladder elymination — |
| | | O: T. 97.3 H/R 73 R/R-16 SAO2 99% B/P 130/78. Ambulating in cell c diff. MAE x4 & edema. Small red stye noted to Rt. upper eyelid. States much better since receiving Ophth. ointment earlier today & drainage noted. Lungs are clear bil. abd soft non-tender c active BS. Skin is warm, dry et pink. PO meds given as ordered, & other needs @ this time — |
| | | A: Potential for infection r/t eye stye |
| | | P: Instructed that medical was available 24/7 et any needs or concerns to let us know. Verbalized understanding, will cont. to assess each shift. ( ) |
| | | Charlotte Bell RN _Charlotte Baldwyn, RN_ RMSI |
| 5-16-19 | 0025 | S: Denies pain or discomfort. |
| | | O: T. 96.4 HR 74 R/R 18 B/P 132/78 SAO2 99%. Lying in bed sleeps c resp even non-labored. Responds to verbal |

Do Not Write on Back   Charlotte Bell RN



TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED – PROGRESS RECORD

## RMSI
INSTITUTION

INMATE NAME: Johnson, Donnie     TDOC NUMBER: 109031

| DATE | TIME | |
|---|---|---|
| 5-16-19 | 0025 | O: Gets up et ambulates 5 ft to cell door. Vitals taken. Lungs are clear bil, abd soft non-tender, Rt eyelid is slightly swollen et red, denies any pain to it @ this time, Ø drainage Encouraged him to continue to use opth. Oint as prescribed, verbalized understanding ∅ other needs @ this time ____ A: Risk of infection d/t eye Stye. P: Continue to monitor each shift. Charlotte Bd RN *Charlotte Baldwyn, R RMSI* |
| 5/16/19 | 0357 DW | Chart note: Blood glucose check completed and documented per order. Pt to work and returned to bed thereafter. Tobechi Mgboh, LPN *Tobechi Mgboh, LPN RMSI* |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Do Not Write on Back*



**TENNESSEE DEPARTMENT OF CORRECTION**
**GATE / OUTSIDE WORK PASS**

**Riverbend Maximum Security Institution**
INSTITUTION

| | | | |
|---|---|---|---|
| GATE PASS FOR INMATES | XXX | OUTSIDE WORK PASS FOR INMATES | |
| EFFECTIVE DATE(S) | **16 MAY 2019** | ONLY | XXXXXXX |
| FROM | *** | TO | **** |

Pass the following named inmate(s) through gate: _____ Gates 3/ 4 _____ in the custody of:

| INMATE NAME | TDOC NUMBER | CUSTODY DESIGNATION | HOUSING UNIT |
|---|---|---|---|
| **JOHNSON, DONNIE** | **109031** | **MAX/DR** | **DTW-01** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*USE AND ATTACH ADDITIONAL FORM IF NEEDED*

Job Assignment: **XXXXXXXX**

Hours of Work Assignment _____ a.m. / p.m. _____ a.m. / p.m.

Job Assignment: _____ Permanent _____ Temporary

Destination: **OFFICE OF THE MEDICAL EXAMINER CENTER FOR FORENSIC MEDICINE**

Purpose:

CORONER

_____ 5/16/2019 _____ 5/16/2019
Signature of Requesting / Escorting Staff or Date    Signature of Deputy Warden / Designee    Date
Work Supervisor (if different)

CR-2155 (Rev. 10-08)    Original-Escorting Staff    Canary-Count Room    Pink-Sallyport / Checkpoints    RDA 2356
or *DUPLICATE AS NEEDED*



**TENNESSEE DEPARTMENT OF CORRECTION**
**GATE / OUTSIDE WORK PASS**

**Riverbend Maximum Security Institution**
INSTITUTION

GATE PASS FOR INMATES _____ XXX _____ OUTSIDE WORK PASS FOR INMATES _____

EFFECTIVE DATE(S) **16 MAY 2019** ONLY _____ XXXXXXX _____

FROM _____ *** _____ TO _____ **** _____

Pass the following named inmate(s) through gate: _____ Gates 3/ 4 _____ in the custody of:

| INMATE NAME | TDOC NUMBER | CUSTODY DESIGNATION | HOUSING UNIT |
|---|---|---|---|
| **JOHNSON, DONNIE** | **109031** | **MAX/DR** | **DTW-01** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*USE AND ATTACH ADDITIONAL FORM IF NEEDED*

Job Assignment: ___**XXXXXXXX**___

Hours of Work Assignment _____ a.m. / p.m. _____ a.m. / p.m.

Job Assignment: _____ Permanent _____ Temporary

Destination: **OFFICE OF THE MEDICAL EXAMINER CENTER FOR FORENSIC MEDICINE**

Purpose:

CORONER _____

_____ 5/16/2019
Signature of Requesting / Escorting Staff or Date
Work Supervisor (if different)

_____ 5/16/2019
Signature of Deputy Warden / Designee Date



TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED – PROGRESS RECORD

RMSI
INSTITUTION

INMATE NAME: Johnson, Donnie          TDOC NUMBER: 109031

| DATE | TIME | |
|------|------|---|
| 5-16-19 | 1520 RMSI | S: "I am too blessed to be stressed, will you all pray with me before you leave". O: BP 122/70, O₂ 98%, P 81, 92.6°F, 16/min Ø pain. A + O x 4. Lng sounds CTA, Apical pulse, regular cool and dry. Full ROM on all extremities with steady gait Pt ambulated to the gate unassisted. Pt was given his pm meds, well tolerated. Blood sugar was checked, 196g/dl, Pt refused 8 units Regular insulin per sliding scale, Pt requested to be given 4units regular insulin. Pt was so cheerful, cooperative, well groomed, no sign of stress or anxiety. Pt had no complaint or concern at this time. Pt prayed with the nurses after his assessment A: Risk for anxiety ℞ Impending execution P: Continue observation |
| | | Benise Nwaibe, RN RMSI Benise Nwaibe RN RMSI |
| 5/16/19 | 1940 | Chart Note: Execution carried out, inmate was put to death by lethal injection, inmate was pronounced death @ about 1937 Benise Nwaibe RN |
| | | Benise Nwaibe, RN RMSI |

Do Not Write on Back

CR-1884 (Rev. 03-2017)          Printed or Duplicate as Needed          RDA 1100



TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED – PROGRESS RECORD

**RMSI**

INSTITUTION

INMATE NAME: Johnson, Donnie          TDOC NUMBER: 109031

| DATE | TIME | |
|------|------|---|
| 5/16/19 | 0845 | S: Denies discomfort. States right eye "feels # better". Reports that he is eating and sleeping as usual. O: 96.7 P 73 R 15 O2 98% BP 130/64 A+O x4. Skin warm + dry and normal color. Accepted meds except nasal spray. Pleasant demeanor noted. Respirations even + unlabored. Lungs clear throughout. Radial pulses 2+ + regular. No edema. Cap refill <3sec. RRR. Abd soft, Bowel sounds (+). Right upper eyelid deep pink. No drainage noted. A: Potential for anxiety ∂ impending execution P: Continue to monitor q shift. Instructed to summon Medical prn. Voiced understanding. ——— Susa Walton RN Susan Walton RN |
| 5/16/19 | 1035 RMSI | DON and HSA arrived at death watch to complete well check on patient. MR. Johnson stated, "He was to pleased to be stressed and appreciated the staff at the facility." The patient did not voice any concerns or needs at this time. Educated to contact medical staff with any needs or concerns. ——— Melissa Adams RN HSA |

Do Not Write on Back

Melissa Adams, RN-H.S.A.
RMSI



TENNESSEE DEPARTMENT OF CORRECTION
DIABETIC RECORD *(by Glucose Monitoring Device)*

RmSI
INSTITUTION

May, 2019

Patient: Johnson, Donnie          Number: 109031
Physician: Dr Sidberry            Location: 2D211
Current Weight: ____  Height: ____  Age: ____  Diet: ____
Current Medication Order: See Mar

| DATE | TIME | BLOOD GLUCOSE READING | MEDICATION GIVEN | REMARKS | NURSE INTIALS |
|------|------|------------------------|------------------|---------|----------------|
| 1 | HR 0500 | 125 | Accu only | | Eo |
|   | HR 1600 | 106 | Accu only | | AD |
| 2 | HR 0500 | 115 | Accu only | | Eo |
|   | HR 1600 | 114 | Accu | | MB |
| 3 | HR 0500 | 137 | Accu only | 4 units RSSI | Eo |
|   | HR 1600 | 71 | Accu only | | AD |
| 4 | HR 0500 | 87 | Accu only | | Tm |
|   | HR 1600 | 102 | Accu | | MB |
| 5 | HR 0500 | 186 | 4units RSSI | | Eo |
|   | HR 1600 | 133 | 4u SSI | | MB |
| 6 | HR 0500 | 156 | 4units RSSI | | Eo |
|   | HR 1600 | 80 | Accu | | MB |
| 7 | HR 0500 | 89 | Accu only | | Tm |
|   | HR 1600 | 77 | Accu | | MB |
| 8 | HR 0500 | 127 | ACCU ONLY | | MB |
|   | HR 1600 | 92 | Accu | | AD |
| 9 | HR 0500 | 109 | Accu only | | Eo |
|   | HR 1600 | 105 | Accu | | MB |
| 10 | HR 0500 | 119 | Accu only | | Eo |
|   | HR 1600 | 247 | 10units RSSI | | AD |
| 11 | HR 0500 | 155 | 4 units Reg.SSI | | Tm |
|   | HR 1600 | 129 | Accu only | | Tm |
| 12 | HR 0500 | 129 | Accu only | | Eo |
|   | HR 1600 | 136 | 4units Reg. | | AD |

CR-2006 (Rev. 8-02)          Side 1          RDA 1458

# DIABETIC RECORD (by Glucose Monitoring Device)

Patient: Johnson, Donnie       Number: 109081

| DATE | TIME | BLOOD GLUCOSE READING | MEDICATION GIVEN | REMARKS | NURSE INTIALS |
|---|---|---|---|---|---|
| 13 | HR 0500 | 96 | Accu/ only | | EO |
|    | HR 1200 | 85 | Accu √ only | | MB |
| 14 | HR 0600 | 133 | Accu √, Rapid 4 units. Reg SSI. | | Tm |
|    | HR 1800 | 129 | ACCU √ only | | CB |
| 15 | HR 0400 | 180 | 4 units Reg SSI | | Tm |
|    | HR 1800 | 169 | 4 units Reg SSI | | CB |
| 16 | HR 0400 | 106 | Accu only | | Tm |
|    | HR 1800 | 196 | 2 units reg. | c | DD |
| 17 | HR | | | | |
|    | HR | | | | |
| 18 | HR | | | | |
|    | HR | | | | |
| 19 | HR | | | | |
|    | HR | | | | |
| 20 | HR | | | | |
|    | HR | | | | |
| 21 | HR | | | | |
|    | HR | | | | |
| 22 | HR | | | | |
|    | HR | | | | |
| 23 | HR | | | | |
|    | HR | | | | |
| 24 | HR | | | | |
|    | HR | | | | |
| 25 | HR | | | | |
|    | HR | | | | |
| 26 | HR | | | | |
|    | HR | | | | |
| 27 | HR | | | | |
|    | HR | | | | |
| 28 | HR | | | | |
|    | HR | | | | |
| 29 | HR | | | | |
|    | HR | | | | |
| 30 | HR | | | | |
|    | HR | | | | |
| 21 | HR | | | | |

# MEDICATION ADMINISTRATION RECORD

**Facility:** RMSI - 6657          **Month:** May 2019

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W | **SIMVASTATIN 20MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY-HYPERLIPIDEMIA, UNSPECIFIED #30 4/9/19 DAYS: 180 Prescriber MA, SHAO Rx#1994819 Order Date 12/12/2018 Start Date 12/12/2018 Stop Date 6/10/2019 | K O P | | | | | | | | | | QUANTITY 30 DATE 5/2/19 NURSE SIG INMATE SIG | | | | | | | | | | | | | | | | | | | | | | |
| W | **CETIRIZINE HCL 10MG TAB** TAKE TWO TABLET(S) BY MOUTH EVERY NIGHT AT BEDTIME FOR 180 DAYS AS NEEDED-ALLERGY, UNSPECIFIED #30 4/2/19 DAYS: 180 Prescriber MA, SHAO Rx#1994791 Order Date 12/12/2018 Start Date 12/12/2018 Stop Date 6/10/2019 | K O P | | | | | | | | | | QUANTITY 30 DATE 5/2/19 NURSE SIG INMATE SIG | | | | | | | | | | | | | | | | | | | | | | |
| W | **NASALCROM (200 MS) 5.2/ACT SPR** USE 2 SPRAYS EACH NOSTRIL TWICE DAILY FOR 180 DAYS-ALLERGIC RHINITIS #1 4/9/19 DAYS: 180 Prescriber MA, SHAO Rx#1994794 Order Date 12/12/2018 Start Date 12/12/2018 Stop Date 6/10/2019 | K O P | | | | | | | | | | QUANTITY DATE 5/2/19 NURSE SIG INMATE SIG | | | | | | | | | | | | | | | | | | | | | | |
| W | **BRIMONIDINE TARTRATE 0.2% OP EYE** INSTILL 1 DROP IN LEFT EYE TWICE DAILY FOR 180 DAYS-EYE ANOMALIES NEC #1 4/23/19 DAYS: 180 Prescriber MA, SHAO Rx#2032752 Order Date 1/30/2019 Start Date 1/30/2019 Stop Date 7/29/2019 | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| W | **TIMOLOL MALEATE 10ML 0.5% OP EYE** INSTILL 1 DROP IN LEFT EYE TWICE DAILY X 180 DAYS-EYE ANOMALIES NEC #1 4/9/19 DAYS: 180 Prescriber HOPP, ROBIN Rx#2069146 Order Date 3/11/2019 Start Date 3/11/2019 Stop Date 9/7/2019 | K O P | | | | | | | | #1 bottle 5/8/19 | | | | | | | | | | | | | | | | | | | | | | | |
| W | **NAPROXEN 500MG TAB** TAKE ONE TABLET(S) BY MOUTH TWICE DAILY X30DAYS-PAIN NEC #60 4/12/19 DAYS: 30 Prescriber SIDBERRY, CHARLES Rx#2096852 Order Date 4/9/2019 Start Date 4/9/2019 Stop Date 5/9/2019 | K O P | | | | | | | | | S T O P | | | | | | | | | | | | | | | | | | | | | | |

| Diagnosis: | | |
|---|---|---|
| **PENICILLINS** | 00109031 | **NAME ALERT** |
| Allergies: | DOB/Inmate #: 01/15/1951   Location: 2D211 | Name: **JOHNSON, DONNIE EDWARD** |

| Documentation Codes | Staff Signature | Date | Initials | Staff Signature | Date | Initials |
|---|---|---|---|---|---|---|
| | | | | Flott O20U1L | 4/25/15 | EO |
| D/C - Discontinued Order | | | | Kelly Ktanp | 4/26/19 | KK |
| R - Refused | | | | | | |
| A - Absent | | | | | | |
| O - Other | | | | | | |
| | | | | Dua Walton | 5/14/19 | Dw |
| | Dara Shm cw | 5-16-19 | DS | | | |
| | | | | | | |
| | | | | | | |
| | Wera Shompson RN | 5/8/19 | VT | | | |

| Date/Time | NOTES |
|---|---|
| 5/15/19 0852 | Refused nasalcrom spray -Jw |
| 5/15/19 0845 | Refused Nasalcrom spray -Jw |
| 5-16-19 1600 | Refual need of aaslcrom. DS |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# MEDICATION ADMINISTRATION RECORD

**Facility:** RMSI - 6657      **Month:** May 2019

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **METFORMIN 1000MG TAB** TAKE 1 TAB BY MOUTH TWICE DAILY FOR 180 DAYS >> TAKE WITH FOOD <<-DIABETES MELLITUS  DAYS: 180  #60  4/9/19 <br> Prescriber MA, SHAO Rx#1994825 <br> Order Date 12/12/2018  Start Date 12/12/2018  Stop Date 6/10/2019 | 8 | | | | | | | | | | QUANITY DATE 5/7/19 NURSE SIG INMATE SIG | | | | | | | | | | | | | | | | | | | | | |
| | **GLIPIZIDE 10MG TAB** TAKE ONE TABLET(S) BY MOUTH TWICE DAILY FOR 180 DAYS-DIABETES MELLITUS  #60  DAYS: 180  4/9/19 <br> Prescriber MA, SHAO Rx#1994799 <br> Order Date 12/12/2018  Start Date 12/12/2018  Stop Date 6/10/2019 | 8 | | | | | | | | | | QUANITY DATE 5/7/19 NURSE SIG INMATE SIG | | | | | | | | | | | | | | | | | | | | | |
| | **VITAMIN B-6 50MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY FOR 180 DAYS-VITAMIN B6 DEFICIENCY  #30  DAYS: 180  4/9/19 <br> Prescriber MA, SHAO Rx#1994815 <br> Order Date 12/12/2018  Start Date 12/12/2018  Stop Date 6/10/2019 | 8 | | | | | | | | | | QUANITY DATE 5/7/19 NURSE SIG INMATE SIG | | | | | | | | | | | | | | | | | | | | | |
| | **HUMULIN R INS 10ML VIAL 100/ML INJ** ACCUCHECK TWICE DAILY WITH SLIDING SCALE COVERAGE FOR 180 DAYS INJECT SUBCUTANEOUSLY-DIABETES MELLITUS  DAYS: 180 <br> Prescriber MA, SHAO Rx#1994800 <br> Order Date 12/12/2018  Start Date 12/12/2018  Stop Date 6/10/2019 | | | | | | | | | | | X SEE DIABETIC MAR X | | | | | | | | | | | | | | | | | | | | | |
| | **HYDROCHLOROTHIAZIDE 50MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY MORNING FOR 180 DAYS-HYPERTENSION NOS  #30  DAYS: 180  4/9/19 <br> Prescriber MA, SHAO Rx#1994804 <br> Order Date 12/12/2018  Start Date 12/12/2018  Stop Date 6/10/2019 | 8 | | | | | | | | | | QUANITY 30 DATE 5/7/19 NURSE SIG INMATE SIG | | | | | | | | | | | | | | | | | | | | | |
| | **LISINOPRIL 20MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY FOR 180 DAYS-HYPERTENSION NOS  #30  DAYS: 180  4/9/19 <br> Prescriber MA, SHAO Rx#1994811 <br> Order Date 12/12/2018  Start Date 12/12/2018  Stop Date 6/10/2019 | 8 | | | | | | | | | | QUANITY 30 DATE 5/7/19 NURSE SIG INMATE SIG | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:**

**Allergies:** PENICILLINS

00109031

**DOB/Inmate #:** 01/15/1951

**Location:** 2D211

**NAME-ALERT**

**Name:** JOHNSON, DONNIE EDWARD

| Documentation Codes | Staff Signature | Date | Initials | Staff Signature | Date | Initials |
|---|---|---|---|---|---|---|
| | | | | _Zlatte_ O2OCuPL | 4/25/19 | EO |
| D/C - Discontinued Order | _Charlott Bill_ | 5-14-19 | CB | _KSo Kton Rn_ | 4/26/19 | KC |
| R - Refused | | | | | | |
| A - Absent | | | | | | |
| O - Other | | | | | | |
| | | | | | | |
| | | | | _Susan Watson_ | 5/14/19 | Sw |
| | _Dan Shuw_ LPN | 5-16-19 | DD | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Date/Time | NOTES |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# MEDICATION ADMINISTRATION RECORD

**Facility:** RMSI - 6657

**Month:** May, 2019

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EO | Accu's BID for DM II x 180 days | 4 | hn | EO | EO | hn | | EO | EO | hn | M | EO | EO | hn | EO | EO | hn | hn | | | | | | | | | | | | | | | |
| | **Prescriber** ShaO, Ma | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Order Date 12/12/18 Start Date 12/12/18 Stop Date 6/12/19 | 4 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EO | Moderate Sliding Scale PRN <60 (mg/dL) Initiate Hypoglycemia Protocol 60-130 (mg/dL) 0 units Regular Insulin 131-180 (mg/dL) 4 units Regular Insulin 181-240 (mg/dL) 8 units Regular Insulin 241-300 (mg/dL) 10 units Regular Insulin | | E Y I | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EO | 301-350 (mg/dL) 12 units Regular Insulin 351-400 (mg/dL) 16 units Regular Insulin >400 (mg/dL) 28 units Regular Insulin and recheck glucose in 45 min, if >400 call MD x 180 days | | E Y I | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **Prescriber** ShaO, Ma | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Order Date 12/12/18 Start Date 12/12/18 Stop Date 6/12/19 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EO | Novolin R per SS for DM BID Sub Q x 180 days | 4 | hn | EO | EO | EO 4 | hn | EO 4 | EO 4 | hn | M | EO | EO 8 | hn 4 8 | EO | EO 4 | hn | hn | | | | | | | | | | | | | | | |
| | **Prescriber** ShaO, Ma | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Order Date 12/12/18 Start Date 12/12/18 Stop Date 6/12/19 | 4 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **Prescriber** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Order Date      Start Date      Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **Prescriber** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Order Date      Start Date      Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Diagnosis:** 109031

**Allergies:** NKDA

**DOB/Inmate #:** 1/5/57  **Location:** 2D211  **Name:** Johnson, Donnie

| Documentation Codes | Staff Signature | Date | Initials | Staff Signature | Date | Initials |
|---|---|---|---|---|---|---|
| | Olanike Ekimckyola | 4/20/19 | EO | Tobari Myfah | 4/24/19 | TM |
| D/C - Discontinued Order | Charlotte Bell | 5/14/19 | CB | | | |
| R - Refused | | | | | | |
| A - Absent | | | | | | |
| O - Other | | | | | | |
| | | | | Dina Walton RN | 5/14/19 | DW |
| | | | | Ileuf Anderson, LA | 5/14/19 | AN |
| | Dina Shen LPN | 5-1-19 | OS | | | |
| | | | | | | |
| | | | | Melerdy Berpindge | 5/14/19 | MB |

| Date/Time | NOTES |
|---|---|
| 5/14/19 at 0400 | Pt. Refused 4 units Reg. 551 —Tm |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# MEDICATION ADMINISTRATION RECORD

Facility: RMSI

Month: May 2019

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Gentamicin OPHTH ointment Topical apply to affected area TID x 07 days for stye <br> Prescriber: MD <br> Order Date 5/15/19  Start Date 5/15/19  Stop Date 5/22/19 | IL <br> O <br> P | | w/ | Gohnson | X | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | Sub <br> #1  5/15/19 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber: <br> Order Date    Start Date    Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber: <br> Order Date    Start Date    Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber: <br> Order Date    Start Date    Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber: <br> Order Date    Start Date    Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Prescriber: <br> Order Date    Start Date    Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Diagnosis:

Allergies: PCN

DOB/Inmate #: 1/15/51  109031

Location:

Name: Johnson, Donnie

| Documentation Codes | Staff Signature | Date | Initials | Staff Signature | Date | Initials |
|---|---|---|---|---|---|---|
| | | | | | | |
| D/C - Discontinued Order | | | | | | |
| R - Refused | | | | | | |
| A - Absent | | | | | | |
| O - Other | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | David Walton | 5/15/19 | dw |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Date/Time | NOTES |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# MEDICATION ADMINISTRATION RECORD

**Facility:** RMSI - 6657

**Month:** May 2019

| Init. | Drug - Dose - Mode - Interval | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W | **CLOPIDOGREL 75MG TAB** TAKE ONE TABLET(S) BY MOUTH EVERY DAY X 180 DAYS-CVA 8 #30 DAYS: 180 4/9/19 Prescriber MA , SHAO Rx#1995450 Order Date 12/12/2018 Start Date 12/12/2018 Stop Date 6/10/2019 | K O P | | | | | | | | | | | QUANTITY 30 DATE 5/7/19 NURSE SIG INMATE SIG Johns | | | | | | | | | | | | | | | | | | | | | | |
| W | **REFRESH EYE DROP (PRES. FREE) 0.5 OZ EYE** INSTILL 1 DROP INTO BOTH EYES FOUR TIMES A DAY-EYE DISORDER NOS #1 DAYS: 180 4/23/19 Prescriber SIDBERRY, CHARLES Rx#2086872 Order Date 3/28/2019 Start Date 3/28/2019 Stop Date 9/24/2019 | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| W | **METOPROLOL TARTRATE 25MG TAB** TAKE ONE-HALF (1/2) TABLET(S) BY MOUTH DAILY FOR 180 DAYS-HYPERTENSION NOS 8 #30 DAYS: 180 4/9/19 Prescriber MA , SHAO Rx#1994824 Order Date 12/12/2018 Start Date 12/12/2018 Stop Date 6/10/2019 | K O P | | | | | | | | | | | QUANTITY 30 DATE 5/7/19 NURSE SIG INMATE SIG Johns | | | | | | | | | | | | | | | | | | | | | | |
| W | maxitrol opth sol. i gtt OS TID X 10 days for infection #1 Prescriber Sidberry 4/23/19 Order Date 4/23/19 Start Date 4/23/19 Stop Date 5/2/19 | K O P | S T O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| W | BP ↓ q month X 6 months Prescriber Sidberry Order Date 4/9/19 Start Date 4/23/19 Stop Date 10/23/19 | AM or PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| S | Keflex 500mg 2 caps PO BID for infection x 10 days Prescriber Sidberry 4/26/19 Order Date 4/26/19 Start Date 4/26/19 Stop Date 5/7/19 | 6am 6pm | | | | | | | S T O P | | | | #20 X i on 5-1-9 Johns | | | | | | | | | | | | | | | | | | | | |

| Diagnosis: | 00109031 | | **NAME ALERT** |
|---|---|---|---|
| PENICILLINS | DOB/Inmate #: 01/15/1951 | Location: 2D211 | Name: **JOHNSON, DONNIE EDWARD** |
| Allergies: | | | |

| Documentation Codes | Staff Signature | Date | Initials | Staff Signature | Date | Initials |
|---|---|---|---|---|---|---|
| | Olawale Ikwuayo Ayon | 4/26/19 | EO | Eliott O2O CMA | 4/25/19 | EO |
| D/C - Discontinued Order | | | | Kelly K Jun | 4/26/19 | KK |
| R - Refused | | | | | | |
| A - Absent | | | | | | |
| O - Other | | | | | | |
| | | | | | | |
| | | | | Susan Walton | 5/14/19 | SW |
| | | | | | | |
| | Dana Sharp | 5-1-19 | DS | | | |
| | | | | | | |
| | Tobech Mgboh | 5/4/15 | Tm | | | |

| Date/Time | | NOTES |
|---|---|---|
| 5/14/19 | 0840 | Eye drops hold'd –SW |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |