# EXHIBIT 6

# ALABAMA DEPARTMENT OF FORENSIC SCIENCE
## EXAMINATION/EVIDENCE COLLECTION WORKSHEET

CASE# 19ME00956  COUNTY: Escambia  START DATE: 2/8/19

NAME: Dominique Ray  START TIME: 10:34

DOB: 5/31/76  RACE: B  SEX: M  AGE: 42  END TIME: 13:07

WGT: 108  HGT: 69"

HAIR: Black  EYES: Brown

TEETH:
UPPER: Nat  LOWER: Nat

| SPECIMEN | WEIGHT |
|---|---|
| HEART | ~350 |
| R. LUNG | ~500 |
| L. LUNG | ~430 |
| LIVER | ~1410 |
| SPLEEN | ~160 |
| R. KIDNEY | ~150 |
| L. KIDNEY | ~140 |
| BRAIN | ~1140 |
| THYMUS | |
| ADRENALS | |

| CONDITION OF BODY | |
|---|---|
| BURNED | |
| SKELETAL | |
| DECOMPOSED | |
| FRESH | ✓ |
| FRAGMENTED | |
| PRESERVED | |

Toxicology: (Hoover)  Held
Outside Lab _____

Pending Tests: Routine Screen

Wet Tech: R. Diamond  Dry Tech: T. Thoms  Exam Type: 27A  27E  (01A)  Manner: N  A  S  (H)  P

Reviewed By: _____

Observers/Agency: _____

Person Involved in Examination: _____

| EVIDENCE | NOTES/CONTAINER | DATE |
|---|---|---|
| PHOTOGRAPHS | Case File | 2/8/19 |
| RADIOLOGY | | |
| FINGER PRINTS | Envelope x 2  RT/LT | 2/8/19 |
| PALM PRINTS | Envelope | 2/8/19 |
| FOOTPRINTS | | |
| DNA CARD(S) | Envelope x 3 | 2/8/19 |
| DNA BILE | | |
| HAIR | | |
| BLOOD | GSTx 4 Cuvbiac | 2/8/19 |
| BLOOD | RSTx 1 Cuvbiac | 2/8/19 |
| URINE | GSTx2 | 2/8/19 |
| VITREOUS | RSTx1 | 2/8/19 |
| LIVER | CT | 2/8/19 |
| TISSUE CUP | SCJ | 2/8/19 |
| HISTOLOGY | | |
| PROJECTILE(S) | | |
| P. EFFECTS | See DFS 20 - Held as evidence | 2/8/19 |
| CLOTHING | See DFS 20 - Held as evidence | 2/8/19 |

Contributory: _____

Cause of Death: mx drug tox d/t jud execution

M.E. SIGNATURE: _____

DFS-74B



## ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

P.O. BOX 7925
MOBILE, ALABAMA 36670
(251) 471-7925

2451 FILLINGIM ST
MOBILE, ALABAMA 36617
FACSIMILE (251) 470-5815

## Autopsy Protocol

Case No: 19ME00956  Date of Examination: 2/8/19  Time: 10:24

Name: Dominique Ray  Date of Death: 2/7/19

County: Escambia  Type of Case: 014

Age: 42  Race: B  Sex: m

Pathologist: Dr. S. Turner

## Pathological Diagnosis

- Judicial execution
- HTN

07248859

## Cause of Death:

## Manner of Death:

## External Description

Body Condition: (intact)  decomp  skeletonized  burned

Length: 69  Weight: 168  Body Heat: Cold /R

Rigor: F  Livor: P/r-p/Bl  Hair: Bl

Eyes: Br / pet  Teeth: Nat good  Facial Hair: +/t

Clothing/Personal Effects:
DFS 1

Medical Treatment:
B ACF IVCs, EKGs

## Comments/Injuries:

<u>Internal Examination:</u>

Sersosal Cavities:

CNS:
      Brain: 1140

Neck:

Cardiovascular System:
      Heart: 350

Respiratory Tract:
      Right Lung: 500   mild ed
      Left Lung: 430

Gastrointestinal System: Ap⊕ G -100 tan-green mucoid

Hepatobiliary System: 1410

Pancreas: ✓

Spleen: 160

Adrenal Glands: ✓

Genitourinary System:
      Right Kidney: 150
      Left Kidney: 140

Reproductive Tract: ✓

Musculoskeletal System:

Immunologic System:
      Thymus:

<u>Additional Procedures:</u>
Radiographs:

Microbiology:
Chemistry:

Genetic Studies:

Micro-examination:

Toxicology:

<u>LOGISTICS:</u>
Body Transit Info: 2/8/19 @ 00 04 - J. Eric Douglas, Deputy - ECSO

Persons Present at Autopsy:

Personal Effects Disposition:

19MED0956

19ME00956
DOMINIQUE RAY
Alabama Department of Corrections - H

ALABAMA DEPARTMENT OF
FORENSIC SCIENCES

Date 2/8/19          Case No. _____



# Alabama Department of Forensic Sciences
## Report of Death Investigation

| CASE NUMBER | 19ME00956 | DATE | February 7, 2019 | COUNTY | Escambia |
|---|---|---|---|---|---|
| District Attorney | Stephen Billy | Judicial Circuit | 21st | Coroner | Daniel Raulerson |

## DECEDENT INFORMATION

| Dominique | | Ray | | 42 | B | M | May 31, 1976 |
|---|---|---|---|---|---|---|---|
| FIRST | MIDDLE | LAST | | AGE | RACE | SEX | DATE OF BIRTH |

| ███████ | Adult | | | | |
|---|---|---|---|---|---|
| SOCIAL SECURITY NUMBER | ADULT / JUVENILE | MARITAL STATUS | OCCUPATION | | EMPLOYER |

### HOME ADDRESS

| | | |
|---|---|---|
| NUMBER AND STREET | CITY, STATE OR COUNTY | ZIP CODE |

### NEXT OF KIN INFORMATION

| | | | |
|---|---|---|---|
| NEXT OF KIN | RELATIONSHIP | PHONE NUMBER | ALT. PHONE NUMBER |
| ADDRESS | | DATE NOTIFIED | BY |

| DATE PRONOUNCED DEAD | 02/07/2019 | DEATH CERTIFICATE DFS | NO | Daniel Raulerson | FUNERAL HOME |
|---|---|---|---|---|---|
| TIME PRONOUNCED DEAD | 22:12 | | | M.D. / CORONER SIGNING DEATH CERTIFICATE | |

| TYPE OF DEATH (N, A, S, H, U) ↓ | SUDDEN IN APPARENT GOOD HEALTH | ☐ | VIOLENT OR UNNATURAL | ☐ | IN PRISON, JAIL OR POLICE CUSTODY | ☐ |
|---|---|---|---|---|---|---|
| **Homicide** | UNATTENDED BY PHYSICIAN | ☐ | SUSPICIOUS | ☐ | UNUSUAL | ☐ |

| DOMESTIC VIOLENCE RELATED DEATH | Yes ☐ | No ☐ | Unknown ☐ | HISTORY OF TOBACCO USE | Yes ☐ | No ☐ | Unknown ☐ |
|---|---|---|---|---|---|---|---|

| | LAST SEEN OR HEARD ALIVE | INJURY / ILLNESS | DEATH / FOUND | DOA | DFS NOTIFIED | POLICE NOTIFIED | VEHICLE INDICATE | |
|---|---|---|---|---|---|---|---|---|
| DATE | | | | | 02/07/2019 | | DRIVER | ☐ |
| | | | | | | | PASSENGER | ☐ |
| TIME | | | | | 22:56 | | WHERE SEATED | |
| | | | | | | | PEDESTRIAN | ☐ |

### LOCATION

| | ADDRESS | CITY, STATE OR COUNTY | PREMISES (HOME, WORK, STREET, ETC.) |
|---|---|---|---|
| INJURY OR ILLNESS | 866 Ross Road | Atmore, AL 36502 | Holmon Prison |
| DEATH | 866 Ross Road | Atmore, AL 36502 | Holmon Prison |
| BODY FOUND | 866 Ross Road | Atmore, AL 36502 | Holmon Prison |

### INVESTIGATING AGENCY

| 1. Agency | AL Dept of Corrections | Case Number | |
|---|---|---|---|
| Investigator | Warden Cynthia Stewart | Phone Number | 251-368-8173 |
| 2. Agency | | Case Number | |
| Investigator | | Phone Number | |

### MEDICAL HISTORY (operations, illnesses, alcoholism, drug abuse, suicide attempts, etc.: birth records (infants))

| Physician / Institution | | Diagnosis | | Date | |
|---|---|---|---|---|---|
| Address | | | Phone Number | | |
| Physician / Institution | | Diagnosis | | Date | |
| Address | | | Phone Number | | |
| Physician / Institution | | Diagnosis | | Date | |
| Address | | | Phone Number | | |

### IDENTIFICATION

| Identification made by | Holman Correctional Facility | | Notification of Eye Bank | Yes ☐ | No ☐ |
|---|---|---|---|---|---|
| Source of Information / Official Title, Relationship to Decedent: | Dr. Raulerson | ANY ANATOMICAL DONATION | | | |
| | | Yes ☐ | No ☐ | Unknown ☐ | |

| CASE NUMBER | 19ME00956 |
|---|---|

## SCENE INFORMATION

| DFS at Scene | No | At | | | Hours | DFS left scene at | | Hours | First Officer at Scene | |
|---|---|---|---|---|---|---|---|---|---|---|
| Photos | None | By | | Scene Temp. | | Humidity | | | Weather | |
| Resuscitation Attempted | No | By EMT | No | ER | No | of | | | Drugs given | |
| Person removing body from scene | | Escambia County Sheriff's Office | | | | Body now (to be picked up at) | | ADFS | | |

## DESCRIPTION OF BODY

| Clothed | | Unclothed | | Partly clothed | | Sitting | | Body heat | | ARMS: | Straight | | Flexed | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Body Position | | On Back | | On Front | | R side | | L side | | LEGS: | Straight | | Flexed | |
| Describe: | | | | | | | | | | NECK: | Straight | | Flexed | |

## MEANS/WEAPONS

| Revolver | | Semi-auto | | Shotgun | | Rifle | | Shots Fired | | | Knife | | Blade Length | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cal / Gauge / Make / Model | | | | | | | Found | | Where | | | | | |
| VEHICLE: (color/year/make/model/damage) | | | | | | | | | Other weapon(s) | | | | | |

## NARRATIVE

| DFS Notified by | Dr. Raulerson | Official Title | Escambia County Coroner |
|---|---|---|---|

Narrative summary of circumstances surrounding death:

**On February 7, 2019 at 22:54, I was notified by Dr. Raulerson about the decedent Dominique Ray 42/B/M. The decedent was an inmate on death row at Holman Correctional Facility who was scheduled to be put to death on 2/07/2019 at 6 p.m. by lethal injection for the 1995 killing, rape, and robbery of 15-year-old Tiffany Harville. The decedent was pronounced on scene on 02/07/2019 at 22:12. ECSO transported the decedent to ADFS for further examination.**

| Report Prepared by: | Ashley Stanford |
|---|---|
| Signature | *(Signed Copy in Case File)* |



ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

| P.O. Box 7925 | 2451 USA Medical Center Drive |
| Mobile, AL 36670 | Mobile, AL 36617 |
| Tel. | Facsimile (251) 470-9962 |
| (251) 470-9912 | |

# REPORT OF AUTOPSY

**ADFS CASE NUMBER:** 19ME00956      **DATE:** February 08, 2019
                                                       **TIME:** 1024 hours

**NAME(S):** DOMINIQUE RAY

**COUNTY OF DEATH:** Escambia          **DATE OF DEATH:** February 07, 2019

**AGE:** 42 years    **RACE:** B    **SEX:** M    **LENGTH:** 69 inches    **WEIGHT:** 168 pounds

## FINAL DIAGNOSES

I.   Mixed drug toxicity due to judicial execution: postmortem blood positive for midazolam.

II.  Clinical history of hypertension.

**CAUSE OF DEATH:** Mixed Drug Toxicity due to Judicial Execution.

**MANNER OF DEATH:** Homicide.

## EVIDENCE OF INJURY

None.

## EXTERNAL EXAMINATION

The body is that of a well-developed, well-nourished, Black male, whose appearance is compatible with the stated age of 42 years. His body, when nude, weighs 168 pounds and is 69 inches long. The body is cold due to refrigeration, rigor is fully developed, and the posterior red-purple lividity is partially fixed. The scalp hair is black. The irides are brown, and there are no petechiae of the bulbar or palpebral surfaces of the conjunctivae. Facial hair consists of a mustache and beard. The ears, nose, and lips are normally formed. The teeth are natural and in good condition. The neck, chest, and breasts are symmetrical. The abdomen is flat. The external genitalia, anus, and perineum are unremarkable. The extremities are well developed and symmetrical. The back and buttocks are atraumatic. The body is well preserved, and not embalmed.

Identifying marks and scars consist of tattoos on the left anterior chest, the right upper back, the right upper arm, and the left upper arm, forearm, and hand. A linear scar is on the left anterior shoulder.

## EVIDENCE OF MEDICAL INTERVENTION

Multiple electrocardiogram pads are on the body. Intravascular catheters are in the right and left antecubital fossae.

## INTERNAL EXAMINATION

SEROSAL CAVITIES: The thoracic and abdominal organs are in their normal anatomic positions. The body cavities contain no adhesions or abnormal collections of fluid.

CENTRAL NERVOUS SYSTEM: The brain weighs 1,140 grams. The scalp and skull are unremarkable. The dura and dural sinuses are unremarkable. There are no epidural, subdural, or subarachnoid hemorrhages. The leptomeninges are thin and delicate. The cerebral hemispheres are symmetrical with a normal gyral pattern. The cranial nerves and blood vessels are unremarkable. Sections through the cerebral hemispheres, brainstem, and cerebellum are unremarkable. There are no hemorrhages in the deep white matter or the basal ganglia. The cerebral ventricles contain no blood.

NECK: The soft tissues and prevertebral fascia are unremarkable. The hyoid bone and larynx are intact. The tongue is normally formed and atraumatic.

CARDIOVASCULAR SYSTEM: The heart weighs 350 grams. The aorta and its major branches and the great veins are normally distributed. The intimal surface of the abdominal aorta is free of atherosclerosis. The pericardium, epicardium, and endocardium are smooth, glistening, and unremarkable. There are no thrombi in the atria or ventricles. The foramen ovale is closed. The coronary arterial system is right predominant and free of atherosclerosis. The atrial and ventricular septa are intact. The cardiac valves are normally formed. The myocardium is dark red-brown and firm, and there are no focal abnormalities.

RESPIRATORY SYSTEM: The right lung weighs 500 grams, and the left lung weighs 430 grams. The

upper airway is unobstructed. The laryngeal mucosa is smooth and without petechiae. The pleural surfaces are smooth and shiny. The pulmonary arteries contain no emboli. The major bronchi are patent. Sectioning of the lungs discloses a pink, moderately congested parenchyma oozing small amounts of yellow-tinged frothy fluid.

HEPATOBILIARY SYSTEM: The liver weighs 1,410 grams and is covered by a smooth, glistening capsule. The parenchyma is dark red-brown and moderately congested. The gallbladder contains no calculi. The extrahepatic biliary ducts are unremarkable.

GASTROINTESTINAL SYSTEM: The esophageal mucosa is gray, smooth, and unremarkable. The stomach contains approximately 100 milliliters of tan-green mucoid material. No tablets or capsules are in the stomach. The gastric mucosa has normal rugal folds and there are no ulcers. The small and large intestines are normally distributed. The appendix is present. The pancreas is unremarkable externally and on sectioning.

GENITOURINARY SYSTEM: The right kidney weighs 150 grams, and the left kidney weighs 140 grams. The renal subcapsular surfaces are smooth and slightly lobulated. The cortices are of normal thickness. The calyces, pelves, and ureters are unremarkable. The urinary bladder contains approximately 50 milliliters of clear yellow urine. The mucosa is gray, smooth, and without focal lesion. The prostate gland is unremarkable.

ENDOCRINE SYSTEM: The thyroid and adrenal glands are unremarkable externally and upon sectioning. The parathyroid glands are not identified. The pituitary gland is normal in size and shape.

IMMUNOLOGICAL SYSTEM: The spleen weighs 160 grams and is covered by a smooth, blue-gray, intact capsule. The parenchyma is dark red. The lymph nodes are unremarkable.

MUSCULOSKELETAL SYSTEM: The clavicles, ribs, sternum, pelvis, and vertebral column have no fractures. The diaphragm is intact. The muscles are normally formed.

HEMATOPOIETIC SYSTEM: The maroon marrow of the ribs is unremarkable.

## ANCILLARY STUDIES

TOXICOLOGY: Blood, vitreous, and urine are collected (see separate report).

## LOGISTICS

AUTHORIZATION: Act No. 97-571, Acts of Alabama.

IDENTIFICATION: The body is positively identified by J. Eric Douglas – Escambia County Sheriff's Office.

PERSONS PRESENT: Wendy Ayer, Roxanne Diamond, and Torri Thomas - ADFS.

EVIDENCE: Photographs, fingerprints, palm prints, DNA cards, blood, urine, vitreous, and tissue.

The facts stated herein are correct to the best of my knowledge and opinion at the time of report completion.

Tissue evidence will be disposed 12 months from the date of the original report unless alternate arrangements are made prior thereto.

Toxicology evidence, not tested, will be disposed 24 months from the date of the examination unless alternate arrangements are made prior thereto.


Staci Turner, MD
Deputy Chief Medical Examiner

May 23, 2019
Date Signed

SAT/sc/zw



**ALABAMA**
# DEPARTMENT OF FORENSIC SCIENCES

2026 Valleydale Road      Telephone (205) 982-9292
Hoover, AL 35244-2095      Facsimile (205) 403-2025

## TOXICOLOGICAL ANALYSIS REPORT

Staci Turner, MD
Alabama Department of Forensic Sciences
P. O. Box 7925 Crichton Station
2451 Fillingim Street
Mobile, AL 36670-7925

ADFS Case Number   19ME00956
Agency Case Number
Case Date   02/07/2019
Date Completed   05/22/2019
Report ID   120170234

Subject   Ray, Dominique

### Evidence analyzed (Including sub-items)

| Item | Specimen | Analyte | Result | Method(s) | Notes |
|------|----------|---------|--------|-----------|-------|
| 1S1 | Blood, cardiac | Ethanol | Negative | HS/GC | |
| 1S1 | Blood, cardiac | Reference laboratory analysis | | | 3 |
| 1S1-1S2 | Blood, cardiac | Midazolam | Greater than 1000 ng/mL | EIA, GC/MS, LC/MS/MS | |
| 1S3 | Blood, cardiac | | NA | | |
| 1S4 | Urine | | NA | | |
| 1S5 | Urine | | NA | | |
| 1S6 | Vitreous humor | | NA | | |

### Footnotes

NA -      Not analyzed/Not applicable
3 -      Analysis was conducted by a reference laboratory; report is attached.

### Comments

Evidence was received in a sealed plastic bag.

A complete report includes a 2-page reference report.

*Remaining evidence will be disposed 24 months from the date of this report unless storage space becomes limited or alternate arrangements are made prior thereto.*



**ANAB**
**ACCREDITED**
FORENSIC TESTING
LABORATORY

ONE DEPARTMENT • ONE GOAL • EXCELLENCE
Accredited Laboratory System
*2003-Present*

Customer Satisfaction
Surveys are available at
www.adfs.alabama.gov

05/19/2019

Curt E. Harper
Forensic Scientist



NMS Labs

200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

CONFIDENTIAL

# Toxicology Report

**Report Issued** 04/22/2019 17:05

To: **20107**
Alabama Department of Forensic Science -
Attn: Dr. Curt Harper
2026 Valleydale Road
Hoover, AL 352442095

| | |
|---|---|
| **Patient Name** | RAY, DOMINIQUE |
| **Patient ID** | 19ME00956 |
| **Chain** | 30233362 |
| **Age** Not Given | **DOB** Not Given |
| **Gender** | Not Given |
| **Workorder** | 19107013 |

Page 1 of 2

## Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Midazolam | 3700 | ng/mL | 001 - Cardiac Blood |

See Detailed Findings section for additional information

## Testing Requested:

| Analysis Code | Description |
|---|---|
| 9329B | Benzodiazepines Panel, Blood |

## Specimens Received:

| ID | Tube/Container | Volume/ Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Blue Vial | 2 mL | Not Given | Cardiac Blood | |

All sample volumes/weights are approximations.

Specimens received on 04/12/2019.

NMS v.18.0



## Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Midazolam | 3700 | ng/mL | 50 | 001 - Cardiac Blood | LC-MS/MS |

**Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.**

## Reference Comments:

1.  Midazolam (Versed®) - Cardiac Blood:

    Midazolam is a short acting benzodiazepine (a DEA Schedule IV controlled compound) with strong central nervous system depressant/hypnotic properties. It is usually utilized for preoperative sedation, as a sedative hypnotic, and as an agent for the induction of anesthesia. It has significant abuse potential. Effects noted following use may include sedation, somnolence (drowsiness or sleepiness), visual disturbances (diplopia or double vision), dysarthria (slurred speech), ataxia (shaky movements and unsteady gait), and intellectual impairment and coma may result.

    Oral doses of 10 mg given to 20 subjects produced average peak plasma concentrations (at 1 hr. post dose) for midazolam of 69 ng/mL in males and 53 ng/mL in females. As a preoperative medication, intramuscular injection of midazolam at 0.13 mg/Kg body weight (9.1 mg/70 Kg body weight) produced peak plasma concentrations of 68 ng/mL.

    At high concentrations, confusion, impaired coordination, diminished reflexes, respiratory depression, apnea, hypotension and coma may result.

Chain of custody documentation has been maintained for the analyses performed by NMS Labs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

## Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 9329B - Benzodiazepines Panel, Blood - Cardiac Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 7-Amino Clonazepam | 5.0 ng/mL | Flurazepam | 2.0 ng/mL |
| Alpha-Hydroxyalprazolam | 5.0 ng/mL | Hydroxyethylflurazepam | 5.0 ng/mL |
| Alprazolam | 5.0 ng/mL | Hydroxytriazolam | 5.0 ng/mL |
| Chlordiazepoxide | 20 ng/mL | Lorazepam | 5.0 ng/mL |
| Clobazam | 20 ng/mL | Midazolam | 50 ng/mL |
| Clonazepam | 2.0 ng/mL | Nordiazepam | 20 ng/mL |
| Desalkylflurazepam | 5.0 ng/mL | Oxazepam | 20 ng/mL |
| Diazepam | 20 ng/mL | Temazepam | 20 ng/mL |
| Estazolam | 5.0 ng/mL | Triazolam | 2.0 ng/mL |

**Form DFS-7**
**Rev 04-30-2018**

## Alabama Department of Forensic Sciences
## Evidence Receipt of Body

Day: Fri.    Date: 2/8/19    Time: 00:04    Case Number: 19ME02056

Decedent's Name: Dominique Ray    DOB: 5/31/76    Age/Race/Sex: 42/B/M

Location (Address or Facility Name): Holman Correctional    Atmore, Al

Released By (Print): J. Eric Douglas    Agency/Title: ECSO

Released By Signature: Signature wasn't available

Received By (Print): T. Thomas    Agency/Title: ADFS/FPS Ass.

Received By Signature:

☒ Body in zippered closed body bag,  ☒ Sealed with seal # 7363540    or ☐ Initialed and taped

Notes/Personal Effects: Medical Records

Funeral Home: _____    Phone Number: _____

| Date/Time | Location or Person Receiving | Signature | Agency | Location |
|-----------|------------------------------|-----------|--------|----------|
|           |                              |           |        |          |
|           |                              |           |        |          |
|           |                              |           |        |          |
|           |                              |           |        |          |
|           |                              |           |        |          |
|           |                              |           |        |          |
|           |                              |           |        |          |
|           |                              |           |        |          |
|           |                              |           |        |          |
|           |                              |           |        |          |

## Release of Body

Day: Monday    Date: 2/11/19    Time: 1514    Location: ADFS - Mob. Med.

Released By (Printed Name): R. Diamond    Agency/Title: ADFS - FPJ

Released By Signature: R. Diamond

Received By (Printed Name): David L Moore M    Funeral Home: Lovett's - Mobile, AL.

Received By Signature:

Scanned into LIMS (Initial): ☐    Decedent released in LIMS (Initial): ☐

**Form DFS-7**
**Rev 04-30-2018**

Alabama Department of Forensic~~
Evidence Receipt of Body

Day: Thursday Date: 2/7/19 Time: 2335 Case Number: AMEO0956

Decedent's Name: Dominique Ray DOB: 5/31/76 Age/Race/Sex 42/B/M

Location (Address or Facility Name): Holman Correctional

Atmore Al.

Released By (Print): TERRY RAYBON Agency/Title WARDEN II

Released By Signature: _____

Received By (Print): J Eric Douglas Agency/Title: ECSO

Received By Signature: J E Douglas

☑ Body in zippered closed body bag, ☑ Sealed with seal # 7363540 or ☑ Initialed and taped

Notes/Personal Effects: Medical Records

Funeral Home: _____ Phone Number: _____

| Date/Time | Location or Person Receiving | Signature | Agency | Location |
|---|---|---|---|---|
| 2/7/19 | T. Thomas | | ADFS | Mobile Medical |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Release of Body

Day: _____ Date: _____ Time: _____ Location: _____

Released By (Printed Name): _____ Agency/Title: _____

Released By Signature: _____

Received By (Printed Name): _____ Funeral Home: _____

Received By Signature: _____

Scanned into LIMS (Initial): ☐          Decedent released in LIMS (Initial): ☐

**Alabama Department of Forensic Sciences**
**Personal Effects Form**



I hereby acknowledge receipt of personal effects of _Dominique Ray_

Case No. _19ME00956_ from _Escambia_

The personal effects include:

One Shirt
One pair of pants
One pair of underwear
One belt
One pair of socks
One pair of boots

One rope necklace

_One_
TBT
Held as evidence

Printed Name: _____

Signature: _____

Agency: _____

Date: _____