# EXHIBIT 7

# ALABAMA DEPARTMENT OF FORENSIC SCIENCE
## EXAMINATION/EVIDENCE COLLECTION WORKSHEET

CASE#__19ME01702__   COUNTY:__Escambia__   START DATE: _5/17/19_

NAME: __Michael Samra__   START TIME: _1014_

DOB: __10/12/1977__ RACE: __W__ SEX: __M__ AGE: __41__ END TIME: _1109_

WGT: _167_ HGT: _70"_

HAIR: _Brown_ EYES: _Brown_

TEETH:
UPPER: _natural_ LOWER: _natural_

| SPECIMEN | WEIGHT |
|---|---|
| HEART | 400 ` |
| R. LUNG | 630 ` |
| L. LUNG | 620 ` |
| LIVER | 2440 ` |
| SPLEEN | 170 ` |
| R. KIDNEY | 170 ` |
| L. KIDNEY | 160 ` |
| BRAIN | 1450 ` |
| THYMUS | |
| ADRENALS | |

| CONDITION OF BODY | |
|---|---|
| BURNED | |
| SKELETAL | |
| DECOMPOSED | |
| FRESH | ✓ |
| FRAGMENTED | |
| PRESERVED | |

Toxicology: (Hoover)   Held
Outside Lab
Pending Tests: _Routine Screen_

Wet Tech _Smccay_   Dry Tech _C. Age_
Reviewed By: _L McConey_

Observers/Agency: _____

Person Involved in Examination:
_____
_____

| EVIDENCE | NOTES/CONTAINER | DATE |
|---|---|---|
| PHOTOGRAPHS | Case File | 5/17/19 |
| RADIOLOGY | | |
| FINGER PRINTS | Envelope x 2 | 5/17/19 |
| PALM PRINTS | Envelope | 5/17/19 |
| FOOTPRINTS | | |
| DNA CARD(S) | Envelope x 3 | 5/17/19 |
| DNA BILE | | |
| HAIR | | |
| BLOOD | GST x 1 (cardiac) | 5/17/19 |
| BLOOD | RST x 1 (Iliac) | 5/17/19 |
| URINE | RST x 2 | 5/17/19 |
| VITREOUS | RST x 1 | 5/17/19 |
| LIVER | CT | 5/17/19 |
| TISSUE CUP | SCJ | 5/17/19 |
| HISTOLOGY | SCB x 4 | 5/17/19 |
| PROJECTILE(S) | | |
| Blood | GST x 3 (Iliac) | 5/17/19 |
| | | |
| P. EFFECTS | None | |
| | | |
| CLOTHING | Sec DFS-20 | 5/17/19 |
| | Held As Evidence | |

Exam Type: 27A 27E (01A)   Manner: N A S (A) P

Cause of Death: _ruled drug toxicity d/t perineural execution_

Contributory: _____

M.E. SIGNATURE: _MM_

80                     DFS-74B



ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

P.O. BOX 7925
MOBILE, ALABAMA 36670
(251) 471-7026

2451 FILLINGIM ST.
MOBILE, ALABAMA 36617
FACSIMILE (251) 470-5316

## Autopsy Protocol

Case NO: 19MED1702          Date of Examination: 5/17/19          Time: 1014

Name: Michael Samra          Date of Death: 5/16/19

County: Escambia          Type of Case: DIA

Age: 41          Race: W          Sex: M

Pathologist: Dr. E. Hart

## Pathological Diagnosis


Cause of Death:

Manner of Death:

## External Description

Body Condition:   intact          decomp          skeletonized          burned

Length:          Weight:          Body Heat:

Rigor:          Livor:          Hair:

Eyes:          Teeth:          Facial Hair:

Clothing/Personal Effects:


Medical Treatment:


Comments/Injuries:

<u>Internal Examination:</u>

Sersosal Cavities:

CNS:
          Brain:

Neck:

Cardiovascular System:
          Heart:

Respiratory Tract:
          Right Lung:
          Left Lung:

Gastrointestinal System:

Hepatobiliary System:

Pancreas:

Spleen:

Adrenal Glands:

Genitourinary System:
          Right Kidney:
          Left Kidney:

Reproductive Tract:

Musculoskeletal System:

Immunologic System:
          Thymus:


<u>Additional Procedures:</u>
Radiographs:                    12/7/10/7              13/13/04
                                 -/-                  ~200 grey med frags
Microbiology:                                         ~100 clear
Chemistry:

Genetic Studies:

Micro-examination:

Toxicology:


<u>LOGISTICS:</u>
Body Transit Info: 5/16/19 @ 2102 Hrs. - J. Eric Douglas, Deputy - ECSO

Persons Present at Autopsy:

Date 5/17/19

Case No

ENT OF
CES

19ME01702
MICHAEL SAMRA
Alabama Department of Corrections - H

6 x 3/4 scrapes

7/16 brown to tan bruise reddish tan

6 x 3/4 scrapes

4 x 4 face

calm 2 x 2 purple litter

white shirt
white pants
blue belt
white boxers
(2) white socks
(2) black sandals



# Alabama Department of Forensic Sciences
## Report of Death Investigation

| CASE NUMBER | 19ME01702 | DATE | May 16, 2019 | COUNTY | Escambia |
|---|---|---|---|---|---|
| District Attorney | Steven Billy | Judicial Circuit | 21st | Coroner | Daniel Raulerson |

### DECEDENT INFORMATION

| Michael | Brandon | Samra | | 41 | W | M | October 12, 1977 |
|---|---|---|---|---|---|---|---|
| FIRST | MIDDLE | LAST | | AGE | RACE | SEX | DATE OF BIRTH |
| 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 | Adult | | | | | | |
| SOCIAL SECURITY NUMBER | ADULT / JUVENILE | MARITAL STATUS | OCCUPATION | | EMPLOYER | | |

#### HOME ADDRESS

| 1240 Ross Rd | | Atmore, Al | | 36503 |
|---|---|---|---|---|
| NUMBER AND STREET | | CITY, STATE OR COUNTY | | ZIP CODE |

#### NEXT OF KIN INFORMATION

| Charles & Sabrina Samra | | Parents | | 480-634-6232 | |
|---|---|---|---|---|---|
| NEXT OF KIN | | RELATIONSHIP | | PHONE NUMBER | ALT. PHONE NUMBER |
| | | | | | |
| ADDRESS | | | DATE NOTIFIED | | BY |

| DATE PRONOUNCED DEAD | 05/16/2019 | DEATH CERTIFICATE DFS | NO | Dr. Daniel Raulerson | |
|---|---|---|---|---|---|
| TIME PRONOUNCED DEAD | 19:33 | | | M.D. / CORONER SIGNING DEATH CERTIFICATE | FUNERAL HOME |

| TYPE OF DEATH ( N, A, S, H, U )   ↓ | SUDDEN IN APPARENT GOOD HEALTH | ☐ | VIOLENT OR UNNATURAL | ☐ | IN PRISON, JAIL OR POLICE CUSTODY | ☐ |
|---|---|---|---|---|---|---|
| Homicide | UNATTENDED BY PHYSICIAN | ☐ | SUSPICIOUS | ☐ | UNUSUAL | ☐ |

| DOMESTIC VIOLENCE RELATED DEATH | Yes ☐ | No ☐ | Unknown ☐ | HISTORY OF TOBACCO USE | Yes ☐ | No ☐ | Unknown ☐ |
|---|---|---|---|---|---|---|---|

| | LAST SEEN OR HEARD ALIVE | INJURY / ILLNESS | DEATH / FOUND | DOA | DFS NOTIFIED | POLICE NOTIFIED | VEHICLE INDICATE | |
|---|---|---|---|---|---|---|---|---|
| DATE | 05/16/2019 | | 05/16/2019 | | 05/16/2019 | | DRIVER | ☐ |
| | | | | | | | PASSENGER | ☐ |
| TIME | 19:33 | | 19:33 | | 19:33 | | WHERE SEATED | |
| | | | | | | | PEDESTRIAN | ☐ |

#### LOCATION

| | ADDRESS | CITY, STATE OR COUNTY | PREMISES (HOME, WORK, STREET, ETC.) |
|---|---|---|---|
| INJURY OR ILLNESS | 1240 Ross Rd | Atmore, AL 36503 | Holman Prison |
| DEATH | 1240 Ross Rd | Atmore, AL 36503 | Holman Prison |
| BODY FOUND | 1240 Ross Rd | Atmore, AL 36503 | Holman Prison |

#### INVESTIGATING AGENCY

| 1. Agency | Alabama Department of Corrections - Holman Prison | Case Number | |
|---|---|---|---|
| Investigator | | Phone Number | (251) 368-8173 |
| 2. Agency | | Case Number | |
| Investigator | | Phone Number | |

#### MEDICAL HISTORY (operations, illnesses, alcoholism, drug abuse, suicide attempts, etc.: birth records (infants))

| Physician / Institution | | Diagnosis | state execution | Date | |
|---|---|---|---|---|---|
| Address | | | | Phone Number | |
| Physician / Institution | | Diagnosis | | Date | |
| Address | | | | Phone Number | |
| Physician / Institution | | Diagnosis | | Date | |
| Address | | | | Phone Number | |

#### IDENTIFICATION

| Identification made by | Dr. Daniel Raulerson | | Notification of Eye Bank | Yes ☐ | No ☒ |
|---|---|---|---|---|---|
| Source of Information / Official Title, Relationship to Decedent | Escambia County Coroner's Office | ANY ANATOMICAL DONATION | | | |
| | | Yes ☐ | No ☒ | Unknown ☐ | |

Form DFS-18

19ME01702

| CASE NUMBER | 19ME01702 |
|---|---|

## SCENE INFORMATION

| DFS at Scene | No | At | | | Hours | DFS left scene at | | Hours | First Officer at Scene | |
|---|---|---|---|---|---|---|---|---|---|---|
| Photos | | By | | Scene Temp. | | Humidity | | Weather | | |
| Resuscitation Attempted | | By EMT | | ER | of | | | Drugs given | | |
| Person removing body from scene | Escambia County Sheriff's Office | | | Body now (to be picked up at) | | ADFS | | | | |

## DESCRIPTION OF BODY

| Clothed | | Unclothed | | Partly clothed | | Sitting | | Body heat | | ARMS: | Straight | | Flexed | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Body Position | | On Back | | On Front | | R side | | L side | | LEGS: | Straight | | Flexed | |
| Describe: | state execution | | | | | | | | | NECK: | Straight | | Flexed | |

## MEANS/WEAPONS

| Revolver | | Semi-auto | | Shotgun | | Rifle | | Shots Fired | | Knife | | Blade Length | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cal / Gauge / Make / Model | | | | | | Found | | Where | | | | | | |
| VEHICLE: (color/year/make/model/damage) | | | | | | | Other weapon(s) | | | | | | | |

## NARRATIVE

| DFS Notified by | Dr. Daniel Raulerson | Official Title | Escambia County Coroner's Office |
|---|---|---|---|

Narrative summary of circumstances surrounding death:

**On May 16, 2019 at 20:10 I was contacted by Dr. Daniel Raulerson with the Escambia County Coroner's Office about decedent Michael Samra 41/W/M. Decedent was housed in Holman Prison in Atmore, AL for his part in a quadruple murder. The decedent was a scheduled execution for the State of Alabama for these crimes. The decedent was put to death by lethal injection and was pronounced on 5/16/2019 at 19:33. ADS was not notified. LETS was pulled and reviewed. Escambia County Sheriff's Office to transport the decedent to ADFs for further examination.**

| Report Prepared by: | Alan Fields |
|---|---|
| Signature | |
| | ( Signed Copy in Case File ) |



ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

P.O. Box 7925
Mobile, AL 36670
Tel.
(251) 470-9912

2451 USA Medical Center Drive
Mobile, AL 36617
Facsimile (251) 470-9962

# REPORT OF AUTOPSY

**ADFS CASE NUMBER:**   19ME01702

**DATE:**   May 17, 2019
**TIME:**   1014 hours

**NAME(S):**   MICHAEL BRANDON SAMRA

**COUNTY OF DEATH:**   Escambia

**DATE OF DEATH:**   May 16, 2019

**AGE:** 41 years      **RACE:** W      **SEX:** M      **LENGTH:** 70 inches      **WEIGHT:** 167 pounds

## FINAL DIAGNOSES

I.   Mixed drug toxicity.
    A.   History of judicial execution.
    B.   Postmortem toxicology - see attached report.


       **CAUSE OF DEATH:**      Mixed Drug Toxicity due to Judicial Execution

       **MANNER OF DEATH:**      Homicide

## EVIDENCE OF INJURY

None.

## EXTERNAL EXAMINATION

BODY HABITUS: The body is that of a normally developed, well nourished, White male, whose appearance is compatible with the reported age of 41 years.

CONDITION OF BODY: The body is cool, subsequent to refrigeration. There is moderate breakable rigor, and partially-fixed lividity is on the posterior aspect of the body, except at pressure points. The body is well preserved and is not embalmed.

IDENTIFYING MARKS AND SCARS: A 4 x 4 inch tattoo, depicting a face, is on the right chest. A 2 x 2 inch tattoo, depicting a symbol and a letter, is on the anterior right forearm. A 6 x 3/4 inch tattoo, depicting letters, is on the anterior left forearm. A 6 x 3/4 inch tattoo, depicting symbols, is on the lateral left arm.

CLOTHING: When first viewed, the decedent is clad in a white shirt, white pants, a blue belt, white boxer underwear, two white socks, and two black sandals.

HEAD AND FACE: The normocephalic head is atraumatic, and covered with 1/16 inch long brown hair, in a male-pattern balding configuration. Brown beard stubble is on the lower face.

EYES: The irides are brown. The pupils are equal. The conjunctivae are pale with no hemorrhages.

NOSE: The nares are patent.

MOUTH: The teeth are natural and in fair condition. The frenula are intact.

EARS: The ears have no injuries. The right earlobe has one piercing, and the left earlobe has two piercings.

NECK: The symmetrical neck has no injuries.

CHEST: The symmetrical chest has no injuries.

ABDOMEN: The abdomen is soft, flat, and atraumatic.

EXTERNAL GENITALIA: The genitalia are of an adult male with no injuries. Both testes are within the scrotal sac.

LOWER EXTREMITIES: The thighs, legs, and feet have no injuries.

UPPER EXTREMITIES: The arms and forearms have no injuries and no distinctive type scars of intravenous narcotism or hesitation marks.

BACK AND ANUS: The symmetrical back is unremarkable. The anus is unremarkable.

## EVIDENCE OF MEDICAL INTERVENTION

Three electrocardiogram pads are adhered to the skin of the chest. Two venous catheters are in the bilateral anterior forearms.

## INTERNAL EXAMINATION

SEROSAL CAVITIES: The abdominal adipose tissue measures three centimeters in thickness at the umbilicus. The supports to the body cavities are intact. The mesothelial surfaces are smooth and glistening, and no cavity has any excessive fluid. The organs have a normal relationship to one another.

CENTRAL NERVOUS SYSTEM: The scalp, subscalpular area, and skull are unremarkable. The dura and dural sinuses are unremarkable. There are no epidural, subdural, or subarachnoid hemorrhages. The leptomeninges are thin and delicate. The cranial nerves and blood vessels are unremarkable. The brain weighs 1450 grams. The cerebral hemispheres are symmetrical and have a normal gyral pattern. Coronal views of the cerebrum have a well-delineated gray-white junction, with no hemorrhages or focal lesions. The ventricular system is of normal size and shape. The basal ganglia are unremarkable. Sections through the brainstem and cerebellum are unremarkable.

ORGANS OF THE NECK: The sternocleidomastoid and strap muscles of the neck have no hemorrhages. The tongue is unremarkable. The hyoid bone and larynx are intact. No neck fractures are present.

CARDIOVASCULAR SYSTEM: The aorta, its major branches, and the great veins are normally distributed. The intimal surface of the aorta is free of significant atherosclerosis. The pericardial sac is smooth, glistening, and unremarkable. The heart weighs 400 grams. The epicardial surface is smooth and glistening. The coronary arteries arise from the usual sites and are normally located over the surface of the heart. The coronary arteries are free of significant atherosclerosis. There are no thrombi in the atria or ventricles. The foramen ovale is closed. The atrial and ventricular septa are intact. The cardiac valves are unremarkable, and have the following circumferences: tricuspid valve – 12 centimeters, pulmonary valve – 7 centimeters, mitral valve – 10 centimeters, and aortic valve – 7 centimeters. The myocardium is dark red-brown and firm, with no focal abnormalities. The left ventricle measures 1.3 centimeters, the interventricular septum measures 1.3 centimeters, and the right ventricle measures 0.4 centimeter.

RESPIRATORY SYSTEM: The upper airway is unobstructed. The laryngeal mucosa is smooth and unremarkable. The pleural surfaces are smooth and shiny. The right lung weighs 630 grams, and the left lung weighs 620 grams. The pulmonary arteries contain no emboli. The major bronchi are unremarkable. Sections of the lungs are dark red-blue and congested, with no consolidations.

HEPATOBILIARY SYSTEM: The 2440 gram liver has an intact capsule and a sharp inferior margin. The liver parenchyma is dark red-brown and has no nodules or focal lesions. The gallbladder contains a few milliliters of dark green bile and no calculi. The extrahepatic biliary ducts are unremarkable.

IMMUNOLOGICAL SYSTEM: The 170 gram spleen has an intact capsule. The parenchyma is dark red, without masses or nodules. The regional lymph nodes are unremarkable.

ENDOCRINE SYSTEM: The adrenal glands have a normal configuration with the golden yellow cortices well demarcated from the underlying medullae. The gelatinous maroon thyroid gland has no gross alterations. The pituitary gland is unremarkable.

GASTROINTESTINAL SYSTEM:  The esophageal mucosa is gray, smooth, and unremarkable. The gastroesophageal junction is distinct. The stomach contains an estimated 200 milliliters of partially digested food, with no tablets or capsules. The gastric mucosa has normal rugal folds, without ulcers. The small and large intestines are unremarkable. The vermiform appendix is present and unremarkable. The pancreas is unremarkable externally and on sectioning.

GENITOURINARY SYSTEM: The right kidney weighs 170 grams, and the left kidney weighs 160 grams. The subcapsular surfaces are smooth and slightly lobulated. The cortices are of normal thickness. The corticomedullary junctions are distinct. The calyces, pelves, and ureters are unremarkable. The urinary bladder contains approximately 100 milliliters of clear yellow urine.

REPRODUCTIVE SYSTEM: The prostate and testicles are unremarkable externally and on sectioning.

MUSCULOSKELETAL SYSTEM: The clavicles, ribs, sternum, pelvis, and vertebral column are intact. The long bones of the extremities are palpably intact. The muscles are normally formed.

HEMATOPOIETIC SYSTEM: The maroon marrow of the ribs is unremarkable.


## ANCILLARY STUDIES

MICROSCOPIC EXAMINATION:
HEART: Rare hypertrophic myocytes.
LIVER: Mild congestion.
LUNGS: Moderate congestion.
KIDNEYS: Rare calcifications in tubules.
BRAIN: No hemorrhage, neoplasm or inflammation.

TOXICOLOGY: See attached report.


## LOGISTICS

AUTHORIZATION: Act 97-571, Acts of Alabama.

IDENTIFICATION: The body is received from J. Eric Douglas, Deputy, Escambia County Sheriff's Office; the body is identified by the Authorities of Escambia County, Alabama.

PERSONS PRESENT: Steffon McCovery and Wendy Ayer, Forensic Pathology Specialists.

EVIDENCE: Still photographs, fingerprints, palm prints, bloodstain cards, blood, vitreous, urine, tissue, liver, and histology.

The facts stated herein are correct to the best of my knowledge and opinion at the time of report completion.

Tissue evidence will be disposed 12 months from the date of the original report unless alternate arrangements are made prior thereto.

Toxicology evidence, not tested, will be disposed 24 months from the date of the examination unless alternate arrangements are made prior thereto.

Eugene L. Hart, MD
State Medical Examiner

June 13, 2019
Date Signed

ELH/sc/ph/zw



ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

2026 Valleydale Road          Telephone (205) 982-9292
Hoover, AL 35244-2095         Facsimile (205) 403-2025

## TOXICOLOGICAL ANALYSIS REPORT

Eugene L. Hart, MD                              **ADFS Case Number** 19ME01702
**Alabama Department of Forensic Sciences**     **Agency Case Number**
P. O. Box 7925 Crichton Station                 **Case Date** 05/16/2019
2451 Fillingim Street                           **Date Completed** 06/12/2019
Mobile, AL 36670-7925                           **Report ID** 120188471

**Subject** Samra, Michael Brandon

**Evidence analyzed (Including sub-items)**

| Item | Specimen | Analyte | Result | Method(s) | Notes |
|------|----------|---------|--------|-----------|-------|
| 1P1 | Blood, cardiac | Ethanol | Negative | HS/GC | |
| 1P1 | Blood, cardiac | Benzodiazepines | P | EIA | |
| 1P2 | Blood, iliac | Reference laboratory analysis | | | 3 |
| 1P3 | Blood, iliac | Midazolam | P | GC/MS | |
| 1P4 | Urine | | NA | | |
| 1P5 | Urine | | NA | | |
| 1P6 | Vitreous humor | | NA | | |

**Footnotes**

| | |
|---|---|
| NA - | Not analyzed/Not applicable |
| P - | Present but not quantified |
| 3 - | Analysis was conducted by a reference laboratory; report is attached. |

**Comments**

Evidence was received in a sealed plastic bag.

A complete report includes a 2-page reference report.

*Remaining evidence will be disposed 24 months from the date of this report unless storage space becomes limited or alternate arrangements are made prior thereto.*



ANAB
ACCREDITED
FORENSIC TESTING
LABORATORY

ONE DEPARTMENT • ONE GOAL • EXCELLENCE
Accredited Laboratory System
*2003-Present*

Customer Satisfaction
Surveys are available at
www.adfs.alabama.gov

*Belicia C Sutton*   06/12/2019
Belicia Sutton
Forensic Scientist



**NMS Labs**

200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

CONFIDENTIAL

## Toxicology Report

**Report Issued**  06/09/2019 17:06

To: **20107**
Alabama Department of Forensic Science -
Attn: Dr. Curt Harper
2026 Valleydale Road
Hoover, AL  352442095

| | |
|---|---|
| **Patient Name** | SAMRA, MICHAEL |
| **Patient ID** | 19ME01702 |
| **Chain** | 30233382 |
| **Age** Not Given | **DOB** Not Given |
| **Gender** | Not Given |
| **Workorder** | 19160596 |

**Page 1 of 2**

### Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Midazolam | 1600 | ng/mL | 001 - Iliac Blood |

See Detailed Findings section for additional information

### Testing Requested:

| Analysis Code | Description |
|---|---|
| 9329B | Benzodiazepines Panel, Blood |

### Specimens Received:

| ID | Tube/Container | Volume/ Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Blue Vial | 1.75 mL | Not Given | Iliac Blood | |

All sample volumes/weights are approximations.

Specimens received on 05/31/2019.

NMS v.18.0

 

## Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Midazolam | 1600 | ng/mL | 50 | 001 - Iliac Blood | LC-MS/MS |

Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

## Reference Comments:

1.  Midazolam (Versed®) - Iliac Blood:

    Midazolam is a short acting benzodiazepine (a DEA Schedule IV controlled compound) with strong central nervous system depressant/hypnotic properties. It is usually utilized for preoperative sedation, as a sedative hypnotic, and as an agent for the induction of anesthesia. It has significant abuse potential. Effects noted following use may include sedation, somnolence (drowsiness or sleepiness), visual disturbances (diplopia or double vision), dysarthria (slurred speech), ataxia (shaky movements and unsteady gait), and intellectual impairment and coma may result.

    Oral doses of 10 mg given to 20 subjects produced average peak plasma concentrations (at 1 hr. post dose) for midazolam of 69 ng/mL in males and 53 ng/mL in females. As a preoperative medication, intramuscular injection of midazolam at 0.13 mg/Kg body weight (9.1 mg/70 Kg body weight) produced peak plasma concentrations of 68 ng/mL.

    At high concentrations, confusion, impaired coordination, diminished reflexes, respiratory depression, apnea, hypotension and coma may result.

    Chain of custody documentation has been maintained for the analyses performed by NMS Labs.

    Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

## Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 9329B - Benzodiazepines Panel, Blood - Iliac Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 7-Amino Clonazepam | 5.0 ng/mL | Flurazepam | 2.0 ng/mL |
| Alpha-Hydroxyalprazolam | 5.0 ng/mL | Hydroxyethylflurazepam | 5.0 ng/mL |
| Alprazolam | 5.0 ng/mL | Hydroxytriazolam | 5.0 ng/mL |
| Chlordiazepoxide | 20 ng/mL | Lorazepam | 5.0 ng/mL |
| Clobazam | 20 ng/mL | Midazolam | 50 ng/mL |
| Clonazepam | 2.0 ng/mL | Nordiazepam | 20 ng/mL |
| Desalkylflurazepam | 5.0 ng/mL | Oxazepam | 20 ng/mL |
| Diazepam | 20 ng/mL | Temazepam | 20 ng/mL |
| Estazolam | 5.0 ng/mL | Triazolam | 2.0 ng/mL |



ALABA
DEPARTMENT OF FORENSIC SCIENCES

P.O. Box 7925
Mobile, AL 36670
Tel.
(251) 470-9912

2451 USA Medical Center Drive
Mobile, AL 36617
Facsimile (251) 470-9962

May 17, 2019

Dr. Daniel Raulerson
Escambia County Medical Examiner

ADFS Case Number     19ME01702
Decedent                Michael Brandon Samra

Dear Sir:

This department performed an examination on the body of the above listed decedent on May 17, 2019. Based on the findings of this examination and the presently known circumstances of the death, it is my opinion that the cause of death is Mixed Drug Toxicity due to Judicial Execution. The recommended manner of death is Homicide.

This preliminary report is intended to expedite the Death Certificate. It should not be used for grand jury or court proceedings in lieu of the final report of the complete findings, which will also be forwarded to the District Attorney of Escambia County and the appropriate investigative agency.

Sincerely yours,

Eugene L. Hart, MD
State Medical Examiner

ELH/ph

cc:     Steven Billy, District Attorney Escambia County
        Alabama Department of Corrections - Holman Prison

167 lbs

**Form DFS-7**
**Rev 04-30-2018**

## Alabama Department of Forensic Sciences
### Evidence Receipt of Body

Day: Thursday   Date: 5/16/19   Time: 2102   Case Number: 19MEO1702

Decedent's Name: Michael Samra   DOB: 10/12/77   Age/Race/Sex: 41/w/m

Location (Address or Facility Name): Holman Prison

Released By (Print): x J Eric Douglas   Agency/Title Escambia Cty S.O.

Released By Signature: x

Received By (Print): C.D. Age   Agency/Title: ADFS-FPS

Received By Signature: W. Age

☒ Body in zippered closed body bag,  ☒ Sealed with seal # 0015585   or ☐ Initialed and taped

Notes/Personal Effects:

Funeral Home: _____   Phone Number: _____

| Date/Time | Location or Person Receiving | Signature | Agency | Location |
|-----------|------------------------------|-----------|--------|----------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

✳ No personal Effects Released ✳

### Release of Body

Day: Tuesday   Date: 5/21/19   Time: 1312   Location: ADFS - Mob Med

Released By (Printed Name): C.D. Age   Agency/Title: ADFS-FPS

Released By Signature: C. Age

Received By (Printed Name): x William Vanbrimmer   Funeral Home: Cason F.H. via Lifestar

Received By Signature: x

Scanned into LIMS (Initial): ☐        Decedent released in LIMS (Initial): ☐

# Alabama Department of Forensic Sciences
## Personal Effects Form



I hereby acknowledge receipt of personal effects of **Michael Samra**

Case No. **19ME01702** from **Escambia County**

The personal effects include:

One pair of shoes
One pair of socks
One pair of pants
One Belt
One pair of underwear
One Shirt

Held As Evidence

DOC - Holman

Printed Name: _____

Signature: _____

Agency: _____

Date: _____