# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

In re: OHIO EXECUTION
 PROTOCOL LITIGATION,

: Case No. 2:11-cv-1016

Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Michael R. Merz

This Order relates to Plaintiff James Hanna

## SCHEDULING ORDER

This capital § 1983 case is before the Court on Motion of Plaintiff James Hanna for leave to file an amended individual supplemental complaint (ECF No. 2339). Plaintiff reports that he has not sought consent from Defendants' counsel under S. D. Ohio Civ. R. 7.3 because of Defendants' past opposition to such motions. *Id.* at PageID 114113.

Hanna's execution is set for December 11, 2019. Because of that fact, the Court has ordered that he, along with Plaintiffs Kareem Jackson and Melvin Bonnell, file any motions for preliminary injunction not later than September 1, 2019 (ECF No. 2275).

To prevent the need for amended preliminary injunction motions, it is hereby ORDERED that Defendants file any memorandum in opposition to the Motion to amend not later than August 19, 2019.

August 13, 2019.

s/ *Michael R. Merz*
United States Magistrate Judge