

ALABAMA
DEPARTMENT OF FORENSIC SCIENCES

Headquarters Certified Request
1051 Wire Road
Auburn, Alabama 36832

Director: Angelo Della Manna
Office Phone: (334) 821-6254
Office Fax: (334) 466-5555

August 15, 2019

Allen L. Bohnert
Office of the Federal Public Defender
for the Southern District of Ohio
10 West Broad Street, Suite 1020
Columbus, Ohio 43215

ADFS Case Number   19ME01791
Christopher Price

Dear Mr. Bohnert:

I, Angelo Della Manna, Director, hereby certify that the attached is a true and complete copy of the entire case file pertaining to the enclosed case, which is on file in my custody in the Alabama Department of Forensic Sciences, Auburn, Alabama, and that I am the legal custodian of said report(s).

I further certify that it was in the regular course of business of said Department for such report(s) to be made at the time of the events, transactions or occurrences to which they refer or within a reasonable time thereafter.

In accordance with Code of Alabama (1975) Section 36-18-27, et seq., DNA records may currently be disclosed only; 1) to law enforcement agencies for DNA identification purposes or: 2) For criminal defense purposes, to a defendant. As this is a civil matter and not law enforcement or criminal defense purpose, any DNA records, if applicable, associated with this case have been redacted.

If we can be of further assistance, please do not hesitate to contact the Alabama Department of Forensic Sciences Legal Counsel Division at 334-821-6254, ext. 240.

Angelo Della Manna, Director
Legal Custodian of Records

Sworn to and subscribed before me
This 15th Day of August, 2019

Notary Public
My Commission Expires
Date of expiration Jan. 25, 2021

Established in 1935

# ALABAMA DEPARTMENT OF FORENSIC SCIENCE
## EXAMINATION/EVIDENCE COLLECTION WORKSHEET

**CASE#19ME01791**   **COUNTY:ESCAMBIA**   **START DATE:** 5/31/19

**NAME:** Christopher Price   **START TIME:** 0746

**DOB:** 09/04/1972   **RACE:** W   **SEX:** M   **AGE:** 46   **END TIME:** 0906

WGT: ~~389~~ 259   HGT: 69"

HAIR: Brown/Gray WA   EYES: Blue

TEETH:
UPPER: Natural   LOWER: Natural

| SPECIMEN | WEIGHT |
|---|---|
| HEART | 490 |
| R. LUNG | 580 |
| L. LUNG | 470 |
| LIVER | 2960 |
| SPLEEN | 390 |
| R. KIDNEY | WP ~~580~~ 210 |
| L. KIDNEY | WP ~~470~~ 220 |
| BRAIN | 1300 |
| THYMUS | |
| ADRENALS | |

| CONDITION OF BODY | |
|---|---|
| BURNED | |
| SKELETAL | |
| DECOMPOSED | |
| FRESH | ✓ |
| FRAGMENTED | |
| PRESERVED | |

**Toxicology:** (Hoover)   Held
Outside Lab

Pending Tests: Routine Screen

Wet Tech: S.McCay/R.Diamond   Dry Tech: W.Au

Reviewed By: T. Thomas

Observers/Agency: _____

Person Involved in Examination:
_____
_____

| EVIDENCE | NOTES/CONTAINER | DATE |
|---|---|---|
| PHOTOGRAPHS | Case file | 5/31/19 |
| RADIOLOGY | | |
| FINGER PRINTS | Envelope x2 | 5/31/19 |
| PALM PRINTS | Envelope | 5/31/19 |
| FOOTPRINTS | | |
| DNA CARD(S) | Envelope x3 | 5/31/19 |
| DNA BILE | | |
| HAIR | | |
| BLOOD | GST x 4 (cardiac/femoral) | 5/31/19 |
| BLOOD | RST x 1 (femoral) | 5/31/19 |
| URINE | RST x 2 | 5/31/19 |
| VITREOUS | RST x 1 | 5/31/19 |
| LIVER | CT | 5/31/19 |
| TISSUE CUP | SCJ | 5/31/19 |
| HISTOLOGY | | |
| PROJECTILE(S) | | |
| | | |
| P. EFFECTS | See DFS-20 | 5/31/19 |
| | Released to F.H. | |
| | | |
| CLOTHING | See DFS-20 - Disposed | 5/31/19 |
| | | |

**Exam Type:** 27A   27E  (01A)   **Manner:** N A S H (P)

**Cause of Death:** _____ P

**Contributory:** _____

**M.E. SIGNATURE:** _____ MD

DFS-74B

19ME01791
CHRISTOPHER PRICE
Alabama Department of Corrections - H

Date: 5/31/19
DOD: 5/30/19

Start Time:
Assistants:
Attendees:
(M) F, Race: WHITE
Weight: 289 > 259
Length: 69
Scalp hair: BROWN-GRAY ↑8"
Facial hair:
Ears: L    R
Eyes: BLUE

Embalmed: Y N
Refrigerated/Cool:
Preservation:
Rigor: N OC  + PD CD
Livor:

Pupils: L    R
Corneas:
Sclerae:
Conjunctiva:

Items: N or  WH SHIRT,  WHITE PANTS,
WH SOCKS

L4 = BLACK BAND

Arcus
Teeth: N ↑↓

Circumcised: Y N ~
Pubic hair:
Fingernails: CX
Toenails: CX









ALABAMA DEPARTMENT OF FORENSIC SCIENCES

Date: 5/31/19

Fat Layer: /    Cavities: _____

Gastric: ~300 mL of THIN GRITTY MUCOID FOOD MAT'L    Appendix: (Y) N ?    Gallbladder: (Y) N ?

Prostate:    Female:    Ligated: Y N N/A    Urine: 20 mL    Thyroid:

490    580    470    2960    390

210    220

1300

L clavicle

C1 2 3 4 5 6 7

ANCILLARY:

LOGISTICS:

L1 2 3 4 5 6 7 8 9 10 11 12

M/ST 1 2 3 4 5 6 7 8

Radiology:    Toxicology:

Body transit info:

R1 2 3 4 5 6 7 8 9 10 11 12

T1 2 3 4 5 6 7 8 9 10 11 12

Slides:    Chemistry:

R clavicle

L1 2 3 4 5

Microbiology:



Alabama Department of Forensic Sciences
# Report of Death Investigation

| CASE NUMBER | 19ME01791 | DATE | May 30, 2019 | COUNTY | Escambia |
|---|---|---|---|---|---|
| District Attorney | Steven Billy | Judicial Circuit | 21st | Coroner | Daniel Raulerson |

## DECEDENT INFORMATION

| Christopher | Lee | Price | | 46 | W | M | September 4, 1972 |
|---|---|---|---|---|---|---|---|
| FIRST | MIDDLE | LAST | | AGE | RACE | SEX | DATE OF BIRTH |
| 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 | Adult | U | | | | | |
| SOCIAL SECURITY NUMBER | ADULT / JUVENILE | MARITAL STATUS | OCCUPATION | | EMPLOYER | | |

### HOME ADDRESS

| Holman 3700 | | Atmore, Al | | 36503 |
|---|---|---|---|---|
| NUMBER AND STREET | | CITY, STATE OR COUNTY | | ZIP CODE |

### NEXT OF KIN INFORMATION

| Marcus Mcdonald | | Uncle | | 205-487-5998 | |
|---|---|---|---|---|---|
| NEXT OF KIN | | RELATIONSHIP | | PHONE NUMBER | ALT. PHONE NUMBER |
| ADDRESS | | | DATE NOTIFIED | | BY |

| DATE PRONOUNCED DEAD | 05/30/2019 | DEATH CERTIFICATE DFS | NO | Dr. Daniel Raulerson | |
|---|---|---|---|---|---|
| TIME PRONOUNCED DEAD | 19:31 | | | M.D. / CORONER SIGNING DEATH CERTIFICATE | FUNERAL HOME |

| TYPE OF DEATH (N, A, S, H, U) | | SUDDEN IN APPARENT GOOD HEALTH | ☐ | VIOLENT OR UNNATURAL | ☐ | IN PRISON, JAIL OR POLICE CUSTODY | ☐ |
|---|---|---|---|---|---|---|---|
| Homicide | | UNATTENDED BY PHYSICIAN | ☐ | SUSPICIOUS | ☐ | UNUSUAL | ☐ |

| DOMESTIC VIOLENCE RELATED DEATH | Yes ☐ | No ☐ | Unknown ☐ | HISTORY OF TOBACCO USE | | Yes ☐ | No ☐ | Unknown ☐ |
|---|---|---|---|---|---|---|---|---|

| | LAST SEEN OR HEARD ALIVE ↓ | INJURY / ILLNESS | DEATH / FOUND | DOA | DFS NOTIFIED | POLICE NOTIFIED | VEHICLE INDICATE | |
|---|---|---|---|---|---|---|---|---|
| DATE | | 05/30/2019 | | | 05/30/2019 | | DRIVER | ☐ |
| | | | | | | | PASSENGER | ☐ |
| TIME | | 19:31 | | | 20:30 | | WHERE SEATED | |
| | | | | | | | PEDESTRIAN | ☐ |

### LOCATION

| | ADDRESS | CITY, STATE OR COUNTY | PREMISES (HOME, WORK, STREET, ETC.) |
|---|---|---|---|
| INJURY OR ILLNESS | Holman 3700 | Atmore, AL 36503 | Home |
| DEATH | Holman 3700 | Atmore, AL 36503 | Home |
| BODY FOUND | Holman 3700 | Atmore, AL 36503 | Home |

### INVESTIGATING AGENCY

| 1. Agency | ADOC - Holman Prison | Case Number | |
|---|---|---|---|
| Investigator | David Jones | Phone Number | 251-368-8173 |
| 2. Agency | | Case Number | |
| Investigator | | Phone Number | |

### MEDICAL HISTORY (operations, illnesses, alcoholism, drug abuse, suicide attempts, etc.: birth records (infants))

| Physician / Institution | | | Diagnosis | State Execution | | Date | |
|---|---|---|---|---|---|---|---|
| Address | | | | | Phone Number | | |
| Physician / Institution | | | Diagnosis | | | Date | |
| Address | | | | | Phone Number | | |
| Physician / Institution | | | Diagnosis | | | Date | |
| Address | | | | | Phone Number | | |

### IDENTIFICATION

| Identification made by | Daniel Raulerson | | Notification of Eye Bank | Yes ☐ | No ☒ |
|---|---|---|---|---|---|
| Source of Information / Official Title, Relationship to Decedent: | Escambia County Coroner's Office | ANY ANATOMICAL DONATION | | | |
| | | Yes ☐ | No ☒ | Unknown ☐ | |

19ME01791

## SCENE INFORMATION

| DFS at Scene | No | At | | | Hours | DFS left scene at | | Hours | First Officer at Scene | |
|---|---|---|---|---|---|---|---|---|---|---|
| Photos | | By | | Scene Temp. | | Humidity | | Weather | | |
| Resuscitation Attempted | | By EMT | | ER | | of | | Drugs given | | |
| Person removing body from scene | Escambia County Sheriff's Office | | | Body now (to be picked up at) | | ADFS | | | | |

## DESCRIPTION OF BODY

| Clothed | | Unclothed | | Partly clothed | | Sitting | | Body heat | | ARMS: | Straight | | Flexed | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Body Position | | On Back | | On Front | | R side | | L side | | LEGS: | Straight | | Flexed | |
| Describe: | State Execution | | | | | | | | | NECK: | Straight | | Flexed | |

## MEANS/WEAPONS

| Revolver | | Semi-auto | | Shotgun | | Rifle | | Shots Fired | | | Knife | | Blade Length | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cal / Gauge / Make / Model | | | | | | | Found | | Where | | | | | |
| VEHICLE: (color/year/make/model/damage) | | | | | | | | | Other weapon(s) | | | | | |

## NARRATIVE

| DFS Notified by | Daniel Raulerson | Official Title | Escambia County Coroner's Office |
|---|---|---|---|

Narrative summary of circumstances surrounding death:

**On May 30, 2019 at 20:30 I was contacted by Dr. Daniel Raulerson with Escambia County Coroner's Office about decedent Christopher Price 46/W/M. Decedent is a state execution from Holman Prison. Decedent was incarcerated 2/12/1993, Fayette County, Charge Murder. ADS were not notified. No scene photos. Escambia County Sheriff's Office to transport the decedent to ADFS for further examination.**

| Report Prepared by: | Alan Fields |
|---|---|
| Signature | *(signature)* |
| | ( Signed Copy in Case File ) |

19ME01791



ALABAMA
DEPARTMENT OF FORENSIC SCIENCES

P.O. Box 7925
Mobile, AL 36670
Tel.
(251) 470-9912

2451 USA Medical Center Drive
Mobile, AL 36617
Facsimile (251) 470-9962

# REPORT OF AUTOPSY

**ADFS CASE NUMBER:** 19ME01791

**DATE:** May 31, 2019
**TIME:** 0746 hours

**NAME(S):** CHRISTOPHER LEE PRICE

**COUNTY OF DEATH:** Escambia

**DATE OF DEATH:** May 30, 2019

**AGE:** 46 years   **RACE:** W   **SEX:** M   **LENGTH:** 69 inches   **WEIGHT:** 259 pounds

## FINAL DIAGNOSES

I. Evidence of toxic drug effect:
   A. Diffuse vascular congestion of the major organs.
   B. Acute pulmonary vascular congestion and edema.
   C. Reflux of pulmonary edema and of material from stomach into nasopharynx.
   D. Hypoxic-ischemic encephalopathy.
   E. Diffuse cyanosis.
   F. Refer to the separate Toxicology Analysis Report of the Alabama Department of Forensic Sciences and the Toxicology Report of the National Medical Services Labs, which are positive for Midazolam.

**CAUSE OF DEATH:**      Mixed drug toxicity,
                        Due to judicial execution.

**MANNER OF DEATH:**     Homicide.

## EVIDENCE OF INJURY

None, aside from the presence of a percutaneous intravenous access catheters in the antecubital fossas.

## EXTERNAL EXAMINATION

When first viewed, the body is dressed in a white shirt, white pants, white underwear, and white socks. This normally developed, adequately nourished, White male weighs 259 pounds, measures 69 inches in length, and appears compatible with the reported age. The unembalmed, refrigerated body is cool to the touch and well preserved. Rigor mortis has partially receded. Fixed violaceous lividity involves posterior body surfaces except at pressure points.

The scalp hair is brown-gray and up to 8 inches long. The ears are unremarkable. The irides appear blue in color, and the corneas are clear. The sclerae are non-icteric. The conjunctival linings are unremarkable. The nose and mouth are clear. The natural teeth are in fair condition. The neck and thorax are symmetrical. The abdomen is flat. The external genitalia and posterior body regions are unremarkable. The extremities have all digits. Brown cutaneous discoloration from venous stasis dermatosis involves the lower legs. The medial feet have small venous varicosities. The fingernails and toenails are clean. Other identifying features are as follows: tattoos are on the back, lateral right arm, dorsal left forearm, ventral forearms, and left side of the anterior torso; a papule is on the anterolateral right thorax.

## EVIDENCE OF MEDICAL INTERVENTION

The intravenous access catheters are described above. Three electrocardiogram monitor pads adhere to the upper-outer pectoral regions and to the anterior left lower thorax.

## INTERNAL EXAMINATION

SEROSAL CAVITIES: The thoracic, pericardial, and abdominal cavities have no adhesions or abnormal fluid collections. The organs are in normal anatomic locations. There are no unusual odors. All blood throughout the body is dark red-maroon in color, imparting dark colors to the major organs.

HEAD AND NECK: The scalp, calvarium, dura mater, and basilar skull are unremarkable. No epidural, subdural, or subarachnoid hemorrhages are present. No stains involve the dura mater or inner cranial bony lining. The dural venous sinuses are patent. The dura mater and falx cerebri do not adhere to the brain. The foramen magnum and the proximal spinal cord are unremarkable. The atlanto-occipital region is stable. The 1300-gram brain is symmetrical and has a normal gyral pattern altered by mild broadening and flattening of the gyri with compression and narrowing of the sulci. The leptomeninges are tense and congested. There are no subfalcine or subtentorial herniations. The cranial nerves and the intracranial blood vessels are free of abnormalities. Sections reveal no focal lesions of the cortex, subcortical white matter, deep parenchyma, brain stem, or cerebellum. Swelling and vascular congestion impart a dusky, gray-plum appearance to the sectioned surfaces. The swelling partly compresses the lateral ventricles, which contain clear and colorless cerebrospinal fluid.

The tongue has no injuries or lesions. The strap muscles, soft tissues, and the large vessels of the neck are

unremarkable. The hyoid bone, epiglottis, laryngeal cartilages, and vocal cords are unremarkable.

CARDIOVASCULAR SYSTEM: The pericardium and epicardium are smooth and glistening. The patent coronary ostia have a usual location and give rise to normally distributed coronary arteries with a right dominance. Mild lumenal stenoses by mildly calcific atherosclerotic plaque deposits involves the proximal coronary arteries. The 490-gram heart has a normal configuration of its chambers and valves. The mural and valvular endocardia have no vegetations or thrombi. The papillary muscles, other projecting myocardial muscles, and chordae tendineae are unremarkable. The sectioned red-brown myocardium is firm and free of abnormal markings. The pulmonary trunk and main arteries have no thromboemboli. The intimal surface of the aorta is free of atherosclerosis. The patent ostia of the major aortic arterial branches are normal in distribution and dimension. The venae cavae and their major tributaries are thin-walled and patent.

RESPIRATORY SYSTEM: The upper airways contain blood-tinged frothy edema fluid. The 580-gram right lung and the 470-gram left lung have smooth and glistening pleural surfaces. The sectioned surfaces exude blood and blood-tinged frothy edema fluid. The intrapulmonary arteries and veins are normally developed and patent.

DIGESTIVE TRACT: The omentum and mesentery are unremarkable. The patent esophagus has no external, mural, or mucosal abnormalities. The gastric rugal folds and mucosa are unremarkable. The gastric lumen contains approximately 300 milliliters of gritty tan mucoid food material. The duodenum, small intestine, appendix, and colon are unremarkable.

GLANDULAR SYSTEM: The 2960-gram liver has an intact capsule covering firm, red-maroon, lobulated parenchyma. The thin-walled gallbladder contains a usual amount of unremarkable bile. There are no biliary stones. The sectioned pancreas has normally configured, firm, tan-pink-violaceous parenchyma. The pituitary gland is unremarkable *in situ*. The sectioned thyroid gland has glistening, tan-red, unremarkable parenchyma. The salivary and parathyroid glands are not enlarged. The sectioned adrenal glands have orange-yellow cortices of usual thickness that cover well preserved tan-brown medullae.

IMMUNOLOGICAL SYSTEM: The 390-gram spleen has an intact capsule and firm maroon parenchyma. Regional lymph nodes appear unremarkable. The thymus is involuted. The observed bone marrow is red-brown and homogeneous, with no focal abnormalities.

GENITOURINARY SYSTEM: The 210-gram right kidney and 200-gram left kidney have intact capsules that cover smooth subcapsular cortical surfaces. A subcapsular urinary retention cyst of the lateral right kidney is up to 2 centimeters in dimension. The cortices are of usual thickness and are well demarcated from the medullae. The calyces, pelves, and ureters are unremarkable. The urinary bladder contains approximately 20 milliliters of translucent amber urine; its mucosa is gray-tan and intact. The sectioned prostate gland and the testes are unremarkable.

MUSCULOSKELETAL SYSTEM: The ribs, sternum, clavicles, pelvis, vertebral column, supporting musculature, and soft tissues are not unusual.

## ANCILLARY STUDIES

TOXICOLOGY: Refer to the separate reports.

## LOGISTICS

AUTHORIZATION:  Act No. 97-571, Acts of Alabama.

IDENTIFICATION:  The body is identified by the authorities of Escambia County, AL.

PERSONS PRESENT: Mrs. Diamond and Mrs. Ayer – ADFS.

EVIDENCE:  Photographs, fingerprints, palm prints, bloodstain cards, blood, urine, vitreous, liver, and tissue.

The facts stated herein are correct to the best of my knowledge and opinion at the time of report completion.

Tissue evidence will be disposed 12 months from the date of the original report unless alternate arrangements are made prior thereto.

Toxicology evidence, not tested, will be disposed 24 months from the date of the examination unless alternate arrangements are made prior thereto.

Cameron Snider, M.D.
Medical Examiner

August 8, 2019
Date Signed

CFS/zw



## ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

2026 Valleydale Road
Hoover, AL 35244-2095

Telephone (205) 982-9292
Facsimile (205) 403-2025

## TOXICOLOGICAL ANALYSIS REPORT

**Cameron Snider, M.D.**
**Alabama Department of Forensic Sciences**
**P. O. Box 7925 Crichton Station**
**2451 Fillingim Street**
**Mobile, AL 36670-7925**

**ADFS Case Number** 19ME01791
**Agency Case Number**
**Case Date** 05/30/2019
**Date Completed** 08/06/2019
**Report ID** 120190601

**Subject** Price, Christopher Lee

## Evidence analyzed (Including sub-items)

| Item | Specimen | Analyte | Result | Method(s) | Notes |
|------|----------|---------|--------|-----------|-------|
| 1M1 | Blood, cardiac | Midazolam | Greater than 750 ng/mL | GC/MS, LC/MS/MS | |
| 1M2 | Blood, femoral | Ethanol | Negative | HS/GC/MS | |
| 1M2 | Blood, femoral | Benzodiazepines | P | EIA | |
| 1M3 | Blood, femoral | Reference laboratory analysis | | | 3 |
| 1M4 | Urine | | NA | | |
| 1M5 | Urine | | NA | | |
| 1M6 | Vitreous humor | | NA | | |

## Footnotes

NA -     Not analyzed/Not applicable
P -     Present but not quantified
3 -     Analysis was conducted by a reference laboratory; report is attached.

## Comments

Evidence was received in a sealed plastic bag.

A complete report includes a 2-page reference report.

*Remaining evidence will be disposed 24 months from the date of this report unless storage space becomes limited or alternate arrangements are made prior thereto.*



ONE DEPARTMENT • ONE GOAL • EXCELLENCE
Accredited Laboratory System
*2003-Present*

Customer Satisfaction
Surveys are available at
www.adfs.alabama.gov

08/05/2019

Belicia Sutton
Forensic Scientist



## NMS Labs

200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

CONFIDENTIAL

# Toxicology Report

**Report Issued** 07/01/2019 15:05

To:  **20107**
Alabama Department of Forensic Science -
Attn: Dr. Curt Harper
2026 Valleydale Road
Hoover, AL  352442095

| | |
|---|---|
| **Patient Name** | PRICE, CHRISTOPHER |
| **Patient ID** | 19ME01791 |
| **Chain** | 30233392 |
| **Age** Not Given | **DOB** Not Given |
| **Gender** | Not Given |
| **Workorder** | 19181865 |

**Page 1 of 2**

## Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Midazolam | 1000 | ng/mL | 001 - Femoral Blood |

See Detailed Findings section for additional information

## Testing Requested:

| Analysis Code | Description |
|---|---|
| 9329B | Benzodiazepines Panel, Blood |

## Specimens Received:

| ID | Tube/Container | Volume/ Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Blue Vial | 2.75 mL | Not Given | Femoral Blood | |

All sample volumes/weights are approximations.
Specimens received on 06/19/2019.



## Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Midazolam | 1000 | ng/mL | 50 | 001 - Femoral Blood | LC-MS/MS |

Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

## Reference Comments:

1. Midazolam (Versed®) - Femoral Blood:

   Midazolam is a short acting benzodiazepine (a DEA Schedule IV controlled compound) with strong central nervous system depressant/hypnotic properties. It is usually utilized for preoperative sedation, as a sedative hypnotic, and as an agent for the induction of anesthesia. It has significant abuse potential. Effects noted following use may include sedation, somnolence (drowsiness or sleepiness), visual disturbances (diplopia or double vision), dysarthria (slurred speech), ataxia (shaky movements and unsteady gait), and intellectual impairment and coma may result.

   Oral doses of 10 mg given to 20 subjects produced average peak plasma concentrations (at 1 hr. post dose) for midazolam of 69 ng/mL in males and 53 ng/mL in females. As a preoperative medication, intramuscular injection of midazolam at 0.13 mg/Kg body weight (9.1 mg/70 Kg body weight) produced peak plasma concentrations of 68 ng/mL.

   At high concentrations, confusion, impaired coordination, diminished reflexes, respiratory depression, apnea, hypotension and coma may result.

Chain of custody documentation has been maintained for the analyses performed by NMS Labs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

## Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 9329B - Benzodiazepines Panel, Blood - Femoral Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 7-Amino Clonazepam | 5.0 ng/mL | Flurazepam | 2.0 ng/mL |
| Alpha-Hydroxyalprazolam | 5.0 ng/mL | Hydroxyethylflurazepam | 5.0 ng/mL |
| Alprazolam | 5.0 ng/mL | Hydroxytriazolam | 5.0 ng/mL |
| Chlordiazepoxide | 20 ng/mL | Lorazepam | 5.0 ng/mL |
| Clobazam | 20 ng/mL | Midazolam | 50 ng/mL |
| Clonazepam | 2.0 ng/mL | Nordiazepam | 20 ng/mL |
| Desalkylflurazepam | 5.0 ng/mL | Oxazepam | 20 ng/mL |
| Diazepam | 20 ng/mL | Temazepam | 20 ng/mL |
| Estazolam | 5.0 ng/mL | Triazolam | 2.0 ng/mL |



ALABAMA
DEPARTMENT OF FORENSIC SCIENCES

P.O. Box 7925
Mobile, AL 36670
Tel.
(251) 470-9912

2451 USA Medical Center Drive
Mobile, AL 36617
Facsimile (251) 470-9962

June 06, 2019

Dr. Daniel Raulerson
Escambia County Medical Examiner

ADFS Case Number 19ME01791
Decedent Christopher Lee Price

Dear Sir:

This department performed an examination on the body of the above listed decedent on May 31, 2019. Based on the findings of this examination and the presently known circumstances of the death, it is my opinion that the cause of death is Mixed Drug Toxicity due to Judicial Execution. The recommended manner of death is Homicide.

This preliminary report is intended to expedite the Death Certificate. It should not be used for grand jury or court proceedings in lieu of the final report of the complete findings, which will also be forwarded to the District Attorney of Escambia County and the appropriate investigative agency.

Sincerely yours,

Staci Turner, MD
Deputy Chief Medical Examiner

SAT/ph

cc: Stephen Billy, District Attorney Escambia County
David Jones, Alabama Department of Corrections - Holman Prison

**Form DFS-7**
**Rev 04-30-2018**

389 lbs

Alabama Department of Forensic Sciences
**Evidence Receipt of Body**

Day: _Thursday_ Date: _5/30/19_ Time: _2035_ Case Number: _19ME01791_

Decedent's Name: _Christopher Price_ DOB: _9-4-72_ Age/Race/Sex _46/W/M_

Location (Address or Facility Name): _Holman Prison_

Released By (Print): _Michael Smith_ Agency/Title _Transport_

Released By Signature: _Michael Smith_

Received By (Print): _Steffon McCovery_ Agency/Title: _Path Tech I_

Received By Signature: _Steffon McCovery_

☑ Body in zippered closed body bag, ☑ Sealed with seal # _363224_ or ☐ Initialed and taped

Notes/Personal Effects: _____

Funeral Home: _____ Phone Number: _____

| Date/Time | Location or Person Receiving | Signature | Agency | Location |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

✱No Personal Effects Returned ✱ wo

**Release of Body**

Day: _FRIDAY_ Date: _5/31/19_ Time: _1310_ Location: _ADFS- Mob. MED_

Released By (Printed Name): _R. DIAMOND_ Agency/Title: _ADFS- FPT_

Released By Signature: _R. He_

Received By (Printed Name): _CASEY HOUSE_ Funeral Home: _RADNEY, MOBILE, AL._

Received By Signature: _Casey House_                    via NEWMANS

Scanned into LIMS (Initial): ☐          Decedent released in LIMS (Initial): ☐

**Form DFS-20**
**Rev 05-24-2018**

# Alabama Department of Forensic Sciences
## Personal Effects Form



I hereby acknowledge receipt of personal effects of _Christopher Price_

Case No. _19ME01791_ from _Escambia County_

The personal effects include:

One pair of socks

one pair of pants

one pair of underwear            Disposed

one shirt

One Black metal Ring

Printed Name: _Casey Housn_

Signature: _____

Agency: _Radney F.H. via Newmans_

Date: _5/31/19_