# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: OHIO EXECUTION PROTOCOL LITIGATION**<br><br>**This document relates to: Plaintiff Cleveland Jackson** | Case No. 2:11-cv-1016<br><br>**CHIEF JUDGE EDMUND A. SARGUS, JR.**<br>**Magistrate Judge Michael R. Merz**<br><br>**DEATH PENALTY CASE**<br><br>**Execution scheduled for: November 13, 2019** |

### Notice of Filing Deposition Transcript of the
### Ohio Department of Mental Health and Addiction Services

Pursuant to the instruction of this Court, the transcripts of depositions taken in advance of the preliminary injunction hearing scheduled for September 24 through October 3, 2019, are to be filed on the public case docket. Accordingly, Plaintiff now gives notice and files the complete transcript of the deposition of the Ohio Department of Mental Health and Addiction Services which has been reviewed and signed by the deponent.

**Respectfully submitted this 27th day of August, 2019.**

**Deborah L. Williams**
Federal Public Defender

by

*/s/ Allen L. Bohnert*
**Allen L. Bohnert (0081544)**
Trial Attorney for Plaintiff Jackson

and

David C. Stebbins (0005839)
Assistant Federal Public Defender
Supervising Attorney
Co-Counsel for Plaintiff Jackson

Lisa M. Lagos (0089299)
Paul R. Bottei (TN 17036)
Adam M. Rusnak (0086893)
Assistant Federal Public Defenders
Co-Counsel for Plaintiff Jackson

Office of the Federal Public Defender
for the Southern District of Ohio
Capital Habeas Unit
10 West Broad Street, Suite 1020
Columbus, Ohio 43215
614-469-2999
614-469-5999 (fax)
Allen_Bohnert@fd.org
David_Stebbins@fd.org
Lisa_Lagos@fd.org
Paul_Bottei@fd.org
Adam_Rusnak@fd.org

and

Richard Cline (0001854)
Chief Counsel
Death Penalty Department

Randall L. Porter (0005835)
Assistant State Public Defender

Office of the Ohio Public Defender
250 E. Broad Street - Suite 1400
Columbus, Ohio 43215-9308
Telephone: (614) 466-5394
Facsimile: (614) 644-0708
Richard.Cline@opd.ohio.gov
Randall.Porter@opd.ohio.gov
Co-Counsel for Plaintiff Jackson

and

James A. King (0040270)
Porter, Wright, Morris & Arthur LLP
41 South High Street
Columbus, Ohio 43215
614-227-2051
614-227-2100 (fax)
Email: jking@porterwright.com
Co-Counsel for Plaintiff Jackson

**Counsel for Plaintiff Jackson**

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2019, I electronically filed the foregoing **Notice of Filing Deposition Transcript of the Ohio Department of Mental Health and Addiction Services** with the Clerk of the United States District Court for the Southern District of Ohio using the CM/ECF system, which will send notification of such filing to the email addresses of opposing counsel that are on file with the Court.

*/s/ Lisa M. Lagos*
Co-Counsel for Plaintiff Jackson