| No. | Date | Name | City, State | Protocol | Case Number and Caption |
|---|---|---|---|---|---|
| 1 | 10/15/13 | William Happ | Florida State Prison, Raiford, FL | Sequential administration of 250 mg midazolam; 200 mg vecuronium bromide; 120 mEq potassium chloride | None |
| 2 | 11/12/13 | Darius Kimbrough | Florida State Prison, Raiford, FL | Sequential administration of 250 mg midazolam; 200 mg vecuronium bromide; 120 mEq potassium chloride | None |
| 3 | 01/07/14 | Askari Muhammad | Florida State Prison, Raiford, FL | Sequential administration of 250 mg midazolam; 200 mg vecuronium bromide; 120 mEq potassium chloride | Muhammad v. Secretary, Florida Department of Corrections, et al., 3:13-cv-01587-TJC-JBT, M.D. Fla.; The State of Florida v. Askari Abdullah Muhammad; No 04-1980-341-CFA, Circuit Court of Bradford County |
| 4 | 01/16/14 | Dennis McGuire | Southern Ohio Correctional Facility, Lucasville, OH | 10 mg midazolam mixed with 40 mg hydromorphone, administered in one syringe | In re Ohio Execution Protocol Litigation, 2:11-cv-1016-EAS_MRM, S.D. Ohio |
| 5 | 02/12/14 | Juan Chavez | Florida State Prison, Raiford, FL | Sequential administration of 250 mg midazolam; 200 mg vecuronium bromide; 120 mEq potassium chloride | Chavez et al v. Palmer et al, No. 3:14-cv-110-J-39JBT, M.D. Fla. |
| 6 | 02/26/14 | Paul Howell | Florida State Prison, Raiford, FL | Sequential administration of 250 mg midazolam; 200 mg vecuronium bromide; 120 mEq potassium chloride | Chavez et al v. Palmer et al, No. 3:14-cv-110-J-39JBT, M.D. Fla.; State of Florida v. Howell, No. 1992-CF-22, Circuit Court for Jefferson County |
| 7 | 03/20/14 | Robert Henry | Florida State Prison, Raiford, FL | Sequential administration of 250 mg midazolam; 200 mg vecuronium bromide; 120 mEq potassium chloride | Henry v. State of Florida, 87-18628, Circuit Court of the Seventeenth Judicial Circuit, Broward County, Florida |
| 8 | 04/23/14 | Robert Hendrix | Florida State Prison, Raiford, FL | Sequential administration of 250 mg midazolam; 200 mg vecuronium bromide; 120 mEq potassium chloride | None |

| No. | Date | Name | City, State | Protocol | Case Number and Caption |
|---|---|---|---|---|---|
| 9 | 04/29/14 | Clayton Lockett | Oklahoma State Penitentiary, McAlester, OK | Sequential administration of 100 mg midazolam; 40 mg paralytic; 100 mEq potassium chloride | Secrecy litigation only, did not challenge protocol on 8A grounds |
| 10 | 06/18/14 | John Henry | Florida State Prison, Raiford, FL | Sequential administration of 250 mg midazolam; 200 mg vecuronium bromide; 120 mEq potassium chloride | None |
| 11 | 07/10/14 | Eddie Davis | Florida State Prison, Raiford, FL | Sequential administration of 250 mg midazolam; 200 mg vecuronium bromide; 120 mEq potassium chloride | Eddie Wayne Davis v. State of Florida, No. SC14-1778, Circuit Court for Polk County |
| 12 | 07/23/14 | Joseph Wood | Arizona State Prison Complex--Florence, Florence, AZ | 50 mg midazolam mixed with 50 mg hydromorphone, administered in one syringe (Note: 15 doses were administered) | Wood v. Ryan, :14-cv-01447-NVW (JFM), D. Ariz. |
| 13 | 11/13/14 | Chadwick Banks | Florida State Prison, Raiford, FL | Sequential administration of 250 mg midazolam; 200 mg vecuronium bromide; 120 mEq potassium chloride | Banks v. State of Florida, No. SC14–2026, Supreme Court of Florida (successive motion for postconviction relief) |
| 14 | 01/15/15 | Johnny Kormondy | Florida State Prison, Raiford, FL | Sequential administration of 250 mg midazolam; 200 mg vecuronium bromide; 120 mEq potassium chloride | None |
| 15 | 01/15/15 | Charles Warner | Oklahoma State Penitentiary, McAlester, OK | Sequential administration of 500 mg midazolam; 40 mg paralytic; 100 mEq potassium chloride (Note: Mr. Warner was mistakenly administered potassium acetate, rather than potassium chloride) | Glossip et al v. Gross et al, No. 5:14-cv-00665-F, W.D. Okla. |
| 16 | 10/29/15 | Jerry Correll | Florida State Prison, Raiford, FL | Sequential administration of 250 mg midazolam; 200 mg vecuronium bromide; 120 mEq potassium chloride | State of Florida v. Jerry William Correll, No. 1985-CF-3550, Circuit Court for Orange County |
| 17 | 01/07/16 | Oscar Bolin | Florida State Prison, Raiford, FL | Sequential administration of 250 mg midazolam; 200 mg vecuronium bromide; 120 mEq potassium chloride | None |

| No. | Date | Name | City, State | Protocol | Case Number and Caption |
|---|---|---|---|---|---|
| 18 | 01/21/16 | Christopher Brooks | Holman Correctional Facility, Atmore, AL | Sequential administration of 500 mg midazolam; 600 mg paralytic; 240 mEq potassium chloride | In Re: Alabama Lethal Injection Protocol Litigation, 2:12-cv-00316-WKW-CSC, M.D. Ala. (Consolidated) |
| 19 | 12/08/16 | Ronald Smith | Holman Correctional Facility, Atmore, AL | Sequential administration of 500 mg midazolam; 600 mg paralytic; 240 mEq potassium chloride | In Re: Alabama Lethal Injection Protocol Litigation, 2:12-cv-00316-WKW-CSC, M.D. Ala. (Consolidated) |
| 20 | 01/18/17 | Ricky Gray | Greensville Correctional Center, Jarratt, VA | Sequential administration: midazolam (dose not disclosed); paralytic; potassium chloride | Gray v. McAuliff et al, 3:16-cv-00982, E.D. Va. |
| 21 | 04/20/17 | Ledell Lee | Cummins Unit, Grady, AR | Sequential administration of 500 mg midazolam; 100 mg vecuronium bromide; 240 mEq potassium chloride | Lee v. Hutchinson et al, 4:17-cv-00188; McGehee et al v. Hutchinson et al, 4:17-cv-00179, E.D. Ark. |
| 22 | 04/24/17 | Jack Jones | Cummins Unit, Grady, AR | Sequential administration of 500 mg midazolam; 100 mg vecuronium bromide; 240 mEq potassium chloride | Jones v. Hutchinson et al, 4:17-cv-00184, E.D. Ark.; McGehee et al v. Hutchinson et al, 4:17-cv-00179, E.D. Ark. |
| 23 | 04/24/17 | Marcel Williams | Cummins Unit, Grady, AR | Sequential administration of 500 mg midazolam; 100 mg vecuronium bromide; 240 mEq potassium chloride | Williams v. Hutchinson et al, 4:17-cv-00185, E.D. Ark.; McGehee et al v. Hutchinson et al, 4:17-cv-00179, E.D. Ark. |
| 24 | 04/27/17 | Kenneth Williams | Cummins Unit, Grady, AR | Sequential administration of 500 mg midazolam; 100 mg vecuronium bromide; 240 mEq potassium chloride | Williams v. Hutchinson et al, 4:17-cv-00186, E.D. Ark.; McGehee et al v. Hutchinson et al, 4:17-cv-00179, E.D. Ark. |
| 25 | 05/26/17 | Thomas Arthur | Holman Correctional Facility, Atmore, AL | Sequential administration of 500 mg midazolam; 600 mg paralytic; 240 mEq potassium chloride | Arthur v. Davenport et al, 2:11-cv-00438, M.D. Ala. |
| 26 | 06/08/17 | Robert Melson | Holman Correctional Facility, Atmore, AL | Sequential administration of 500 mg midazolam; 600 mg paralytic; 240 mEq potassium chloride | In Re: Alabama Lethal Injection Protocol Litigation, 2:12-cv-00316-WKW-CSC, M,D. Ala. (Consolidated) |

| No. | Date | Name | City, State | Protocol | Case Number and Caption |
|---|---|---|---|---|---|
| 27 | 07/06/17 | William Morva | Greensville Correctional Center, Jarratt, VA | Sequential administration: midazolam (dose not disclosed); paralytic; potassium chloride | None |
| 28 | 07/26/17 | Ron Phillips | Southern Ohio Correctional Facility, Lucasville, OH | Sequential administration of 500 mg midazolam; 600 mg paralytic; 240 mEq potassium chloride | In re Ohio Execution Protocol Litigation, 2:11-cv-1016-EAS_MRM, S.D. Ohio |
| 29 | 09/13/17 | Gary Otte | Southern Ohio Correctional Facility, Lucasville, OH | Sequential administration of 500 mg midazolam; 600 mg paralytic; 240 mEq potassium chloride | In re Ohio Execution Protocol Litigation, 2:11-cv-1016-EAS_MRM, S.D. Ohio |
| 30 | 10/19/17 | Torrey McNabb | Holman Correctional Facility, Atmore, AL | Sequential administration of 500 mg midazolam; 600 mg paralytic; 240 mEq potassium chloride | In Re: Alabama Lethal Injection Protocol Litigation, 2:12-cv-00316-WKW-CSC, M.D. Ala. (Consolidated) |
| 31 | 03/15/18 | Michael Eggers | Holman Correctional Facility, Atmore, AL | Sequential administration of 500 mg midazolam; 600 mg paralytic; 240 mEq potassium chloride | None |
| 32 | 04/19/18 | Walter Leroy Moody | Holman Correctional Facility, Atmore, AL | Sequential administration of 500 mg midazolam; 600 mg paralytic; 240 mEq potassium chloride | None |
| 33 | 07/18/18 | Robert Van Hook | Southern Ohio Correctional Facility, Lucasville, OH | Sequential administration of 500 mg midazolam; 600 mg paralytic; 240 mEq potassium chloride | None |
| 34 | 08/09/18 | Billy Ray Irick | Riverbend Maximum Security Institution, Nashville, TN | Sequential administration of 500 mg midazolam; vecuronium bromide; potassium chloride | Abu-Ali-Abdur'Rahman et al v. Parker et al, 18-183-II, Chancery Court of Davidson County Tennessee (complaint filed Feb. 20, 2018). |
| 35 | 02/07/19 | Domineque Ray | Holman Correctional Facility, Atmore, AL | Sequential administration of 500 mg midazolam; 600 mg paralytic; 240 mEq potassium chloride | Non-lethal injection challenge to protocol (Imam in chamber litigation only) |
| 36 | 05/16/19 | Michael Samra | Holman Correctional Facility, Atmore, AL | Sequential administration of 500 mg midazolam; 600 mg paralytic; 240 mEq potassium chloride | None |

| No. | Date | Name | City, State | Protocol | Case Number and Caption |
|---|---|---|---|---|---|
| 37 | 05/16/19 | Donnie Edward Johnson | Riverbend Maximum Security Institution, Nashville, TN | Sequential administration of 500 mg midazolam; vecuronium bromide; potassium chloride | Abu-Ali-Abdur'Rahman et al v. Parker et al, 18-183-II, Chancery Court of Davidson County Tennessee (complaint filed Feb. 20, 2018). |
| 38 | 05/30/19 | Christopher Price | Holman Correctional Facility, Atmore, AL | Sequential administration of 500 mg midazolam; 600 mg paralytic; 240 mEq potassium chloride | Price v. Dunn et al, 1:19-cv-00057; S.D. Ala. |