IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: OHIO EXECUTION
PROTOCOL LITIGATION,

Case No. 2:11-cv-1016
District Judge Edmund A. Sargus, Jr.
Magistrate Judge Michael R. Merz

This Order relates to Plaintiffs
Cleveland Jackson, James Hanna,
Kareem Jackson, and Melvin Bonnell.

## ORDER

This consolidated § 1983 method-of-execution action is before the Court on the Magistrate Judge's Decision on Plaintiff Cleveland Jackson's Motion for Reconsideration and Supplemental Memorandum on Objections by Plaintiffs Hanna and Bonnell (ECF No. 2418). Also before the Court are the following:

- The Magistrate Judge's Scheduling Order (ECF No. 2378);
- Plaintiff Cleveland Jackson's Motion for Reconsideration of this Court's ECF No. 2378 Scheduling Order (ECF No. 2400);
- Plaintiff Melvin Bonnell's Objections to ECF No. 2378 Scheduling Order (ECF No. 2403); and
- Plaintiff James Hanna's Objections to and Appeal of ECF No. 2378 Scheduling Order (ECF No. 2405).

The Magistrate Judge is scheduled to conduct an evidentiary hearing beginning on September 24, 2019, and continuing on regular court days through October 3, 2019 on the motions for injunctive relief (stays of execution) filed by Plaintiffs Cleveland Jackson, James Hanna, Kareem Jackson, and Melvin Bonnell. (ECF Nos. 2378 and 2450.) Cleveland Jackson, who along with DRC Defendants unanimously consented to the Magistrate Judge's plenary

jurisdiction (ECF No. 1805), sought reconsideration of the Magistrate Judge's scheduling order consolidating Hanna and Bonnell into Cleveland Jackson's evidentiary hearing. (ECF No. 2400.) Hanna and Bonnell, for whom there was never filed notice of unanimous consent to the Magistrate Judge's plenary jurisdiction, filed Objections to the Magistrate Judge's scheduling order consolidating them into Cleveland Jackson's evidentiary hearing. (ECF Nos. 2403 and 2405.) It does not appear that Kareem Jackson ever filed any pleading objecting to his consolidation with Cleveland Jackson, Hanna, and Bonnell.

Following this Court's August 27, 2019 Recommittal Order (as to Hanna and Bonnell, ECF No. 2409), the Magistrate Judge, on August 29, 2019, issued a Decision denying Cleveland Jackson's motion for reconsideration on the consolidation and a Supplemental Memorandum rejecting Hanna's and Bonnell's objections to the consolidation. (ECF No. 2418.)

Because the parties unanimously consented to the Magistrate Judge's plenary jurisdiction as to Cleveland Jackson, the Magistrate Judge's August 29, 2019 Decision denying Cleveland Jackson's motion for reconsideration of the August 20, 2019 scheduling order (ECF No. 2378) is final.

Because neither Hanna nor Bonnell objected to or appealed from the Magistrate Judge's August 29, 2019 Supplemental Memorandum, their Objections (ECF Nos. 2403 and 2405) are OVERRULED as WAIVED.

*IT IS SO ORDERED.*

9-19-2019
EDMUND A. SARGUS, JR.
**United States District Judge**

2