Sept. 30, 2019

Office of the Clerk
Joseph P. Kinneary U.S. Courthouse
Room 121
85 Marconi Boulevard
Columbus, Ohio 43215

To Whom It May Concern,

For an Associated Press story on Ohio's ongoing lethal injection litigation, I'm requesting a copy of ECF No. 2293, page ID 111801-02, in case No. 2:11-cv-01016, as referenced in Judge Michael Merz' opinion on Sept. 30, 2019, ECF No. 2566, Decision and Order Regarding Continued Anonymity of DRC Employee #1 (page 9).

Sincerely,

Andrew Welsh-Huggins
awelsh@ap.org
w. 614-221-5134
c. 614-595-7745