**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

| | |
|---|---|
| IN RE: OHIO EXECUTION PROTOCOL LITIGATION : : This document relates to: : Plaintiffs Cleveland Jackson, James Hanna, and Melvin Bonnell : | CASE NO. 2:11-CV-1016 JUDGE EDMUND A. SARGUS, JR. MAGISTRATE JUDGE MICHAEL R. MERZ |

**DEFENDANTS' MOTION TO STAY UNITED STATES MAGISTRATE JUDGE'S ORDER DENYING THE REQUEST TO MAINTAIN THE ANONYMITY OF DRC EMPLOYEE NO. 1**

Pursuant to the Magistrate Judge's Order filed September 27, 2019 (Doc. 2566) and Fed. R. App. P. 8, Defendants respectfully request the Court to stay this case pursuant to the imminent appeal by Defendants of the Magistrate Judge's Order denying the request to maintain the anonymity of DRC Employee No. 1. Additionally, we also seek to maintain the order to seal ECF No. 2293 referenced in the Magistrate Judge's Order to protect the disclosure of the identity of DRC Employee No. 1.

Respectfully submitted,

*/s/ Mark Landes*
Mark Landes        (0027227)
**Isaac Wiles Burkholder & Teetor, LLC**
Two Miranova Place, Suite 700
Columbus, OH  43215
614-221-2121 P / 614-365-9516 F
mlandes@isaacwiles.com Email
***Attorney for Defendants***
*Anonymous Execution Team Members #1-50*
*Charles Bradley, Annette Chambers-Smith,*
*John Coleman, Mike DeWine, Ronald Erdos,*
*Stephen Gray, Christopher LaRose, Donald Morgan*
*Timothy Shoop, Richard Theodore, Edwin Voorhies*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Mark Landes
Mark Landes          (0027227)
mlandes@isaacwiles.com Email
***Attorney for Defendants***
*Anonymous Execution Team Members #1-50*
*Charles Bradley, Annette Chambers-Smith,*
*John Coleman, Mike DeWine, Ronald Erdos,*
*Stephen Gray, Christopher LaRose, Donald Morgan*
*Timothy Shoop, Richard Theodore, Edwin Voorhies*

4811-8291-9592.1