# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

In re: OHIO EXECUTION
PROTOCOL LITIGATION,

:     Case No. 2:11-cv-1016

District Judge Edmund A. Sargus, Jr.
Magistrate Judge Michael R. Merz

This Order relates to All Plaintiffs except
Warren Henness and Cleveland Jackson

:

## RECOMMITAL ORDER

This case is before the Court on Defendants' Objections (ECF No. 2595) to the Magistrate Judge's Decision and Order Regarding the Continued Anonymity of DRC Employee No. 1 (ECF No. 2566 as modified at ECF No. 2588).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental memorandum analyzing the Objections and making recommendations based on that analysis.

October 21, 2019.

Edmund A. Sargus, Jr.
United States District Judge

1