# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | |
|---|---|
| IN RE: OHIO EXECUTION PROTOCOL LITIGATION | : Case No. 2:11-cv-1016 |
| | : |
| | : District Judge Edmund A. Sargus, Jr. |
| | : Magistrate Judge Michael R. Merz |
| This document relates to Plaintiff Kareem Jackson | |
| | : |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

This consolidated § 1983 method of execution case is before the Court on the Magistrate Judge's Report and Recommendations (ECF No. 2564) recommending that Plaintiff Kareem Jackson's Motion for Preliminary Injunction (ECF No. 2470) be denied as moot because it challenged a possible execution using expired drugs and all such drugs previously in possession of the ODRC have been destroyed.. The parties were given Notice as required by law of the time within which any objections were required to be filed (ECF No. 2564, PageID 129657). That time has passed and no objections have been filed.

Accordingly, the Report and Recommendations are ADOPTED and Plaintiff Kareem Jackson's Motion for Preliminary Injunction is denied as MOOT.

October 23, 2019.

Edmund A. Sargus, Jr.
United States District Judge

1