# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| IN RE: OHIO EXECUTION PROTOCOL LITIGATION | : | Case No. 2:11-cv-1016 |
| | : | |
| | | District Judge Edmund A. Sargus, Jr. |
| | : | Magistrate Judge Michael R. Merz |
| This document relates to Plaintiffs Melvin Bonnell, James Hanna, and Kareem Jackson | | |
| | : | |

## ORDER REGARDING EXECUTION DAY PROCEDURES

This consolidated case is before the Court on Motion of Plaintiffs James Hanna, Melvin Bonnell, and Kareem Jackson "to clarify order at ECF No. 2280" or for alternative relief (ECF No. 2616). The Motion was filed October 25, 2019, making Defendants' memorandum in opposition due November 15, 2019, per S. D. Ohio Civ. R. 7.2. No opposition has been filed which would be grounds for grant the Motion under S. D. Ohio Civ. R. 7.2(a)(2). However, because their execution dates have been reprieved by the Governor, the Motion is denied as moot as to Plaintiffs Hanna and Kareem Jackson.

The execution of Melvin Bonnell remains set for February 12, 2020, making the motion timely as to Bonnell. In the absence of any opposition, it is hereby GRANTED. The Court hereby adopts for Plaintiff Bonnell the execution day procedures previously ordered and implemented for

1

the execution of former Plaintiff Robert Van Hook.

November 18, 2019.

s/ *Michael R. Merz*
United States Magistrate Judge
