# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

IN RE: OHIO EXECUTION PROTOCOL LITIGATION

: Case No. 2:11-cv-1016

:

: District Judge Edmund A. Sargus, Jr.
: Magistrate Judge Michael R. Merz

This document relates to Plaintiff
James Hanna

:

---

# ORDER ADOPTING SUBSTITUTED REPORT AND RECOMMENDATIONS

This case is before the Court on the Magistrate Judge's Substituted Report and Recommendations (ECF No. 2655). The deadline for objections under Fed.R.Civ.P. 72(b) was December 5, 2019. Defendants have filed no objections and Plaintiff Hanna's Objections have been found to be moot (Order, ECF No. 2677).

Accordingly, the Substituted Report and Recommendations are adopted. Plaintiff James Hanna's Motion for Preliminary Injunction (ECF No. 2435) is hereby DENIED without prejudice to its renewal not later than January 20, 2020. The Court confirms the Magistrate Judge's Order finding Plaintiffs' Objections moot.

December 9th, 2019.

Edmund A. Sargus, Jr.
United States District Judge

1