

Legal
Office 614.644.0872
77 S. High Street, 30th Floor
Columbus, OH 43215
www.governor.ohio.gov

December 20, 2019

Mr. Melvin Bonnell # A204-019
Chillicothe Correctional Institution
P.O. Box 5500
Chillicothe, OH  45601

Dear Mr. Bonnell:

    This letter is written to inform you that Governor DeWine has granted a Warrant of Reprieve of your execution scheduled for February 20, 2020, until March 18, 2021.  A copy of the Warrant of Reprieve accompanies this letter.

Sincerely,

Sarah V. Ackman
Deputy Legal Counsel

SVA:mse

Enclosure

cc:    Trayce Thalheimer, Chair, Ohio Parole Board
        Stephen C. Gray, Chief Legal Counsel, ODRC
        Crystal Pounds-Alexander, Office of Victim Services, ODRC
        Brenda Leikala, Ohio Attorney General's Office
        Sandra Huth Grosko, c/o Justin Kudela, Ohio Supreme Court
        Michael C. O'Malley, Cuyahoga County Prosecutor
        Christopher D. Schroeder, Cuyahoga County Prosecutor's Office
        Warden Timothy Shoop, Chillicothe Correctional Institution
        Laurence Komp, Federal Public Defenders Office