# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

In re: OHIO EXECUTION
 PROTOCOL LITIGATION,

:     Case No. 2:11-cv-1016

District Judge Edmund A. Sargus, Jr.
Magistrate Judge Michael R. Merz

This Report relates to Plaintiff Melvin Bonnell

## REPORT AND RECOMMENDATIONS

The Governor having reprieved the execution of Plaintiff Melvin Bonnell from February 20, 2020, until March 18, 2021 (ECF No. 2692-1), the pending Motion for Stay and Preliminary Injunction filed by Bonnell and Plaintiff Warren Keith Henness (ECF No. 2669) is premature as to Bonnell. It is accordingly recommended that the Motion, as to Bonnell, be denied without prejudice to its renewal not later than September 18, 2020.

January 10, 2020.

s/ *Michael R. Merz*
United States Magistrate Judge

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal.