IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: OHIO EXECUTION : 
PROTOCOL LITIGATION      Case No. 2:11-cv-1016

Judge Edmund A. Sargus, Jr.
Magistrate Judge Michael R. Merz

This document relates to:
Plaintiff Melvin Bonnell.

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

This consolidated § 1983 case is before the Court on the Magistrate Judge's Report and Recommendations (ECF No. 2709). The deadline for objections under Fed.R.Civ.P. 72(b) was January 24, 2020. Neither Defendants nor Plaintiff Melvin Bonnell filed objections.

Accordingly, the Report and Recommendations are adopted. Bonnell and Plaintiff Warren Keith Henness's Motion for Stay and Preliminary Injunction (ECF No. 2669) is denied without prejudice as to Bonnell[1] to refiling not later than September 21, 2020.

January 29, 2020.

_____
Edmund A. Sargus, Jr.
United States District Judge

---

[1] Henness and Defendants consented to plenary Magistrate Judge jurisdiction under 28 U.S.C. § 636(c) as to any preliminary injunction motion (Order of Reference, ECF No. 1912), and the Magistrate Judge already denied the instant Motion as it pertains to Henness without prejudice to "renewal within ten days of the issuance of the mandate by the Sixth Circuit or, in the event Henness receives further reprieves from the Governor, six months prior to his scheduled execution date, whichever occurs later." (Order, ECF No. 2708, PageID 133848).