# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

In re: OHIO EXECUTION
 PROTOCOL LITIGATION,

:        Case No. 2:11-cv-1016

       District Judge Edmund A. Sargus, Jr.
       Magistrate Judge Michael R. Merz

This Report relates to Plaintiffs
Gregory Lott and John Stumpf

---

## REPORT AND RECOMMENDATIONS

---

The Governor having reprieved the executions of Plaintiffs Gregory Lott from March 12, 2020, until May 27, 2021 (ECF No. 2772-1), and John Stumpf from April 16, 2020, until September 15, 2021 (ECF No. 2772-2), the pending Motions for Stay and Preliminary Injunction filed by Lott and Stumpf (ECF Nos. 2695-96) are premature. It is accordingly recommended that the Motions be denied without prejudice to their renewals not later than November 30, 2020, for Lott, and March 19, 2021 for Stumpf.

February 3, 2020.

       s/ *Michael R. Merz*
       United States Magistrate Judge

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal.