# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: OHIO EXECUTION PROTOCOL LITIGATION**<br><br>**This document relates to:**<br>**PLAINTIFF**<br>**WARREN SPIVEY** | **Case No. 2:11-cv-1016**<br><br>**JUDGE EDMUND A. SARGUS, JR.**<br>**Magistrate Judge Michael R. Merz**<br><br>**DEATH PENALTY CASE**<br><br>**No Execution Date Currently Scheduled** |

## Motion to Dismiss Plaintiff Warren Spivey

Counsel for Plaintiff Warren Spivey moves to dismiss Mr. Spivey from this litigation. Mr. Spivey passed away of natural causes while on death row on January 17, 2020.[1] A death certificate is not available at this time.

        Respectfully submitted,

        STEPHEN C. NEWMAN
        Federal Public Defender
        Ohio Bar: 0051928

        */s/ Vicki Ruth Adams Werneke*
        VICKI RUTH ADAMS WERNEKE, (OH 0088560)
        Assistant Federal Public Defender
        Office of the Federal Public Defender,
        Capital Habeas Unit
        1660 W. 2nd Street, Suite 750
        Cleveland, Ohio 44113
        Telephone: (216) 522-4856
        Facsimile: (216) 522-1951
        Vicki_werneke@fd.org

---

[1] https://www.everhere.com/us/obituaries/oh/youngstown/warren-spivey-10313995

**CERTIFICATE OF SERVICE**

    I certify that on February 3, 2020, I filed the foregoing, Motion to Dismiss, electronically with the Clerk of the United States District Court for the Southern District of Ohio using the CM/ECF system, which will send notification of such filing to e-mail addresses for opposing counsel on file with the Court.

    */s/ Vicki Ruth Adams Werneke*
    Vicki Ruth Adams Werneke