# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| IN RE: OHIO EXECUTION PROTOCOL LITIGATION | : | Case No. 2:11-cv-1016 |
| | : | |
| | : | District Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Michael R. Merz |
| This document relates to All Plaintiffs | : | |

## ORDER EXTENDING TIME

On oral motion of the Plaintiffs and consent of the Defendants, both occurring during the telephone status conference on March 3, 2020, the date by which Plaintiffs shall file their reply to Defendants' response to the order to the pending Order to Show Cause (ECF No. 2893) is EXTENDED to an including April 3, 2020.

March 3, 2020.

s/ *Michael R. Merz*
United States Magistrate Judge
