# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | |
|---|---|
| IN RE: OHIO EXECUTION PROTOCOL LITIGATION : | Case No. 2:11-cv-1016 |
| : | |
| : | District Judge Edmund A. Sargus, Jr. Magistrate Judge Michael R. Merz |
| This document relates to All Plaintiffs subject to a motion to dismiss filed between February 27, 2020, and March 2, 2020 | |
| : | |

## ORDER EXTENDING TIME

On motion of the referenced Plaintiffs (ECF No. 2929) and consent of the Defendants, the date by which Plaintiffs shall file their memoranda in opposition to the Motions to Dismiss is consolidated to April 10, 2020.

This order applies to the following Motions to Dismiss: ECF Nos. 2846 through 2892 and 2894 through 2926.

March 3, 2020.

s/ *Michael R. Merz*
United States Magistrate Judge
