# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | |
|---|---|
| IN RE: OHIO EXECUTION PROTOCOL LITIGATION : | Case No. 2:11-cv-1016 |
| : | District Judge Edmund A. Sargus, Jr. |
| : | Magistrate Judge Michael R. Merz |
| This document relates to Romell Broom. | |
| : | |

# SCHEDULING ORDER

In light of Plaintiff Romell Broom's scheduled execution date of June 17, 2020, the undersigned, pursuant to General Order Nos. COL 01-01 and COL 14-01, issues the following scheduling order:

- Broom shall make a settlement demand upon Defendants no later than **March 17, 2020**;

- Defendants shall respond to the demand no later than **March 31, 2020**; and

- Counsel for Broom and Defendants shall inform the Clerk's Office in Dayton as to whether they wish to participate in the Court's Alternative Dispute Resolution program no later than **April 17, 2020**, or whether they desire the involvement of the undersigned in any attempt to negotiate a resolution of the case.

March 11, 2020.

s/ *Michael R. Merz*
United States Magistrate Judge
