# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

In re:  OHIO EXECUTION
 PROTOCOL LITIGATION,

:  Case No. 2:11-cv-1016

District Judge Edmund A. Sargus, Jr.
Magistrate Judge Michael R. Merz

This Order relates to All Plaintiffs

# ORDER

This case is before the Court on Joint Motion the parties requesting extension of currently scheduled filing deadlines in light of the COVID-19 pandemic and its effects on those involved in litigating this case (ECF No. 2954).

The parties held a telephonic conference on April 15, 2020, to discuss these matters. The Magistrate Judge joined the conference on the parties' invitation, and ultimately proposed a sixty-day extension of all filing deadlines. The conference participants recessed to confer privately and then reconvened. (*See* Minute Orders dated April 16, 2020) As a result of those discussions, the parties agreed to certain extensions of currently scheduled filing deadlines, an agreement which is formalized in the Joint Motion.

For good cause shown, the Joint Motion is **GRANTED**. The pending filing deadlines are extended as requested and agreed on by the parties, with the following new deadlines:

1

1) Defendants' response to Plaintiff Broom's settlement demand (*see* ECF Nos. 2937, 2939, & 2944): due no later than **Monday, June 29, 2020**;

2) Plaintiffs' reply to Defendants' response to the Court's Show Cause Order (*see* ECF Nos. 2893 & 2938): due no later than **Tuesday, June 30, 2020**;

3) Plaintiff Fitzpatrick's motion for preliminary injunction and stay of execution: due no later than **Wednesday, July 1, 2020**;

4) Plaintiffs' memoranda in opposition to Defendants' motions to dismiss (*see* ECF No. 2931): due no later than **Tuesday, July 7, 2020**;

5) The deadline for Plaintiff Broom and Defendants to advise the Court if they intend to involve the Court's Alternative Dispute Resolution Program (*see* ECF Nos. 2937, 2939, & 2944): due no later than **Friday, July 17, 2020**; and

6) Plaintiff Sneed's motion for preliminary injunction and stay of execution: due no later than **Tuesday, August 11, 2020**.

The notice requirements identified in the Court's orders at ECF No.2561 and ECF No. 2842 are not affected by this Order.

It is understood and agreed by all participants in the telephonic conference, including the Magistrate Judge, that these deadlines could be revisited as circumstances may warrant as the COVID-19 pandemic evolves.

April 22, 2020.

s/ *Michael R. Merz*<br>United States Magistrate Judge