# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

In re:  OHIO EXECUTION
  PROTOCOL LITIGATION,

                                 :                      Case No. 2:11-cv-1016

                                                District Judge Edmund A. Sargus, Jr.
                                                Magistrate Judge Michael R. Merz

This Order relates to Plaintiffs
Stanley Fitzpatrick and David Sneed.

---

# ORDER

---

On April 22, 2020, the Court issued filing deadlines for certain actions in this consolidated § 1983 case, including deadlines for Plaintiffs Stanley Fitzpatrick and David Sneed to file motions for preliminary injunction and stay of execution (Order, ECF No. 2955, PageID 153503).  On June 5, 2020, Defendant Governor Mike DeWine granted Warrants of Reprieve to Fitzpatrick and Sneed, setting new execution dates of February 15, 2023, and April 19, 2023, respectively (ECF No. 2962-2, PageID 153519-20; ECF No. 2962-3, PageID 153521-22).  In light of the reprieves, any motion for preliminary injunction by Fitzpatrick and Sneed would be premature.  Accordingly, the deadlines for Fitzpatrick and Sneed to file such motions are VACATED.  All other deadlines in the Court's April 22, 2020, Order remain unchanged and in effect.

June 9, 2020.

                                                s/ *Michael R. Merz*
                                              United States Magistrate Judge