# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

In re: OHIO EXECUTION
 PROTOCOL LITIGATION,

:  Case No. 2:11-cv-1016

District Judge Edmund A. Sargus, Jr.
Magistrate Judge Michael R. Merz

This Order relates to all Plaintiffs.

## ORDER

This § 1983 case is before the Court on Defendants' Motions to Dismiss the Amended Individual Supplemental Complaints of seventy-nine plaintiffs in this case (ECF Nos. 2846 through 2892, 2894 through 2926), which are to be fully briefed no later than July 24, 2020 (Order, ECF No. 2955).  During the March 8, 2020, telephone status conference, the Court asked the parties if they thought that oral argument on the motions would be beneficial.  However, due to the COVID-19 pandemic, there have been no status conferences since that date, and the parties have not formally responded to the Court's query.

Accordingly, and given the consumption of scarce resources required to adjudicate seventy-nine dispositive motions, the Court ORDERS the following:

1.  Counsel for parties shall meet and confer as to oral argument as to the Motions to Dismiss AND as to the possibility of a stay of all other matters in the consolidated case pending adjudication of the Motions to Dismiss.

2. Within fourteen (14) days of this Order, the parties shall file a joint motion for scheduling order indicating whether the parties:

    (a) Agree to a stay of all matters besides the Motions to Dismiss pending their adjudication;

    (b) Request telephonic oral argument on the Motions to Dismiss, and if so, counsel's availability;

    (c) Agree to consolidate argument as to one or more issues or plaintiffs; and

    (d) Agree to consolidate adjudication as to one or more issues or plaintiffs.

June 10, 2020.

s/ *Michael R. Merz*
United States Magistrate Judge