# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

In re:  OHIO EXECUTION
 PROTOCOL LITIGATION,

: Case No. 2:11-cv-1016

District Judge Edmund A. Sargus, Jr.
Magistrate Judge Michael R. Merz

This Order relates to all Plaintiffs.

## ORDER GRANTING MOTIONS FOR ORAL
## ARGUMENT AND SETTING ARGUMENT SCHEDULE

This consolidated capital § 1983 case is before the Court on the Motions for Individual Oral Argument of Plaintiffs Timothy Hoffner (ECF No. 3160) and James Derrick O'Neal (ECF No. 3162).  Finding good cause shown, the Court GRANTS both motions.

The order of oral argument on Defendants' Motions to Dismiss Plaintiffs' Individual Supplemental Complaints (ECF Nos. 2846 through 2892, 2894 through 2926) set for August 20, 2020, at 9:30 a.m., is as follows:

   1. Defendants' main argument—45 minutes.  Counsel for Defendants must notify the Court before commencing the argument-in-chief if they wish to reserve any time for rebuttal.

   2. Plaintiffs' main argument—45 minutes.

   3. Hoffner's supplemental argument—15 minutes.  Counsel for Hoffner must notify the Court before the argument if he wishes to reserve any time for rebuttal.

   4. Defendants' response to Hoffner—15 minutes.

      5. O'Neal's supplemental argument—15 minutes.  Counsel for O'Neal must notify the Court before the argument if he or she wishes to reserve any time for rebuttal.

      6. Defendants' response to O'Neal—15 minutes.

Plaintiffs and Defendants must disclose to the Court no later than August 17, 2020, at 12:00 p.m. the identities of the attorneys that will be conducting the main arguments.  If, pursuant to this Court's previous Order (ECF No. 2992, PageID 153638), Plaintiffs or Defendants wish to have two attorneys speak during the main arguments, then, as part of their notifications, the parties must inform the Court of how they intend to divide their respective time between their attorneys.

August 12, 2020.

                                                                                              s/ *Michael R. Merz*
                                                                                  United States Magistrate Judge