# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

IN RE: OHIO EXECUTION PROTOCOL LITIGATION                :   Case No. 2:11-cv-1016

:   District Judge Edmund A. Sargus, Jr.
    Magistrate Judge Michael R. Merz

This document relates to:
 Plaintiff Romell Broom                                  :

## DISMISSAL ORDER

This consolidated § 1983 method of execution case is before the Court on the public notice by the Ohio Department of Rehabilitation and Corrections of the death of Plaintiff Romell Broom. Given his death, his pending method of execution claims are moot, both as made in his Second Amended Individual Supplemental Complaint and in the Fourth Amended Omnibus Complaint. Pursuant to Fed.R.Civ.P. 25, Broom's claims for injunctive relief under 42 U.S.C. § 1983 do not survive his death. Accordingly the above-captioned action is dismissed as to Mr. Broom.

December 30, 2020.

s/ *Michael R. Merz*
United States Magistrate Judge
