# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

IN RE: OHIO EXECUTION PROTOCOL LITIGATION : Case No. 2:11-cv-1016

: District Judge Edmund A. Sargus, Jr.
  Magistrate Judge Michael R. Merz

This document relates to:
 Plaintiff David Sneed :

## DISMISSAL ORDER

On Motion of Plaintiff David Sneed (ECF No. 3768), with the consent of Defendants' counsel, and for good cause shown, to wit, that Plaintiff Sneed is no longer under a sentence of death, Sneed is hereby dismissed as a plaintiff in this action without prejudice.

February 14, 2022.

s/ <i>Michael R. Merz</i><br>
United States Magistrate Judge