IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: OHIO EXECUTION PROTOCOL LITIGATION** | Case No. 2:11-cv-1016 |
| | **JUDGE EDMUND A. SARGUS, JR.** |
| **This document relates to: PLAINTIFF MICHAEL WEBB** | Magistrate Judge Michael R. Merz |

_____

## SUGGESTION OF DEATH OF PLAINTIFF MICHAEL WEBB
_____

Counsel for Plaintiff Michael Webb hereby suggests and gives notice that Mr. Webb died on or about Monday, May 2, 2022. Counsel was informed of the death by a colleague at the Federal Public Defender's Office, and this was subsequently confirmed via telephone by Ohio Department of Rehabilitation staff at the Corrections Medical Center, where Mr. Webb was housed. Mr. Webb died, while in the custody of the Ohio Department of Rehabilitation and Correction. Counsel have not received a copy of the death certificate.

Pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, Mr. Webb's death "should be noted on the record" and it is counsel's intention to meet that requirement with this filing. Counsel anticipates that no party will be substituted for Mr. Webb in this litigation and that Mr. Webb's death will have no effect on the remaining litigants as is explained in Rule 25(a)(2) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Office of the Ohio Public Defender

/s/ Kimberly S. Rigby
Kimberly S. Rigby [0078245]
**Trial Attorney**
*Kimberly.Rigby@opd.ohio.gov*
Managing Attorney,
Death Penalty Department

Death Penalty Department
250 E. Broad Street, Suite 1400
Columbus, Ohio 43215
614-466-5394
614-644-0708 (fax)

**Counsel for Plaintiff Webb**

### CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2022, I electronically filed the foregoing *Suggestion of Death of Plaintiff Michael Webb* with the Clerk of the United States District Court for the Southern District of Ohio using the CM/ECF system, which will send notification of such filing to the e-mail addresses of opposing counsel that are on file with the Court.

/s/ Kimberly S. Rigby
Kimberly S. Rigby [0078245]
Trial Attorney for Plaintiff Webb