# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:   OHIO EXECUTION PROTOCOL LITIGATION | : : : | Case No. 2:11-cv-1016 |
| | : | Judge Edmund A. Sargus, Jr. |
| This document relates to: Plaintiff Quisi Bryan | : : : | Magistrate Judge Michael R. Merz |

## NOTICE OF REPRIEVE OF EXECUTION DATE OF PLAINTIFF QUISI BRYAN

Defendants hereby provide notice that on June 24, 2022, Governor DeWine granted a warrant of reprieve of the execution date of Plaintiff Quisi Bryan. A copy of the warrant of reprieve is attached to this notice.  The scheduled execution is now as follows:

Quisi Bryan            January 7, 2026


Respectfully submitted,

**DAVE YOST**
Ohio Attorney General

s/ *Charles A. Schneider*
**CHARLES A. SCHNEIDER (0005821)***
   *Lead Trial Attorney*
**CHARLES L. WILLE (0056444)**
Assistant Attorneys General
Criminal Justice Section, Capital Crimes Unit

30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
T: (614) 728-7055; F: (614) 728-9327
Charles.Wille@ohioago.gov
Charles.Schneider@ohioago.gov

**KATHERINE E. MULLIN (0084122)**
Special Assistant Attorney General
Cuyahoga County Prosecutor's Office
1200 Ontario Street, 8th Floor
Cleveland, OH 44113
kemullin@prosecutor.cuyahogacounty.us

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing *Notice of Reprieve of Execution Date of Plaintiff Quisi Bryan* was filed electronically this 24th day of June, 2022. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ *Charles A. Schneider*
**CHARLES A. SCHNEIDER (0005821)**
Assistant Attorney General

2