**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: OHIO EXECUTION PROTOCOL LITIGATION**<br><br>**This document relates to: Plaintiff Gerald Hand** | Case No. 2:11-cv-1016<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Michael R. Merz<br><br>DEATH PENALTY CASE<br><br>Execution Date:<br>May 17, 2023 |

**Notice Of Entry Of Appearance Of Co-Counsel**

Undersigned counsel Allen L. Bohnert respectfully gives notice of his entry of appearance as co-counsel for Plaintiff Gerald Hand, for purposes of the above-captioned case and any related matters only.  Please direct copies of all pleadings, correspondence, or other documents filed with this Honorable Court to the undersigned.

Attorney Jennifer M. Kinsley, who currently represents Plaintiff Hand as Trial Attorney, remains Trial Attorney for Plaintiff Hand.

**Respectfully submitted this 4th day of October, 2022.**

        **<u>Deborah L. Williams</u>**
        Federal Public Defender

        By

        ***<u>/s/ Allen L. Bohnert</u>***
        **Allen L. Bohnert (OH 0081544)**
        Assistant Federal Public Defender
        Office of the Federal Public Defender
          for the Southern District of Ohio
        Capital Habeas Unit
        10 West Broad Street, Suite 1020
        Columbus, Ohio 43215
        614-469-2999
        614-469-5999 (fax)

        *Co-Counsel for Plaintiff Hand*

**CERTIFICATE OF SERVICE**

I certify that on October 4, 2022, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the United States District Court for the Southern District of Ohio using the CM/ECF system, which will send notification of such filing to the email addresses of opposing counsel that are on file with the Court.

*/s/ Allen L. Bohnert*
**Allen L. Bohnert (OH 0081544)**

*Co-Counsel for Plaintiff Hand*