## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

IN RE: OHIO EXECUTION           :     Case No. 2:11-cv-1016
PROTOCOL LITIGATION

                                      District Judge Edmund A. Sargus, Jr.
                                :     Magistrate Judge Michael R. Merz

This document relates to:
 Plaintiff Kenneth Smith         :

## ORDER SUSPENDING DUTY TO COMPLY WITH SUBPOENA
## PENDING FURTHER COURT ORDER

This consolidated § 1983 method of execution case is before the Court on
Motion of the Butler County Department of Job and Family Services to Quash the
Subpoena Duces Tecum served on it by Allen Bohnert of the Capital Habeas Unit of
the Federal Defender Office for this District for records which may relate to a Plaintiff
in this case, Kenneth W. Smith (ECF No. 3846). The subpoena is returnable
February 14, 2023. *Id.* at PageID 168802.

The Motion raises serious questions about the discovery of the sought
documents which the Court must resolve. Accordingly, the Movant's obligation to
respond to the subpoena is SUSPENDED pending further order of the Court.

Under S. D. Ohio Civ. R. 7.2, Plaintiff's deadline for responding to the Motion
to Quash is February 17, 2023, and Movant's deadline for filing a reply
memorandum in support is fourteen days after a response is filed.

This complex litigation has acquired a large record. Before making additional
filings, Movant's counsel should acquaint himself with the Local Rules of this Court,

1

particularly those relating to citations to the record.

January 30, 2023.

s/ *Michael R. Merz*
United States Magistrate Judge