# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| IN RE:  OHIO EXECUTION PROTOCOL LITIGATION | : | Case No. 2:11-cv-1016 |
| | : | District Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Michael R. Merz |
| This document relates to: | | |
| Drug Source Defendants | : | |

## DISMISSAL ORDER

This consolidated § 1983 method of execution case is before the Court on Report and Recommendations of Magistrate Judge Michael R. Merz recommending that the case be dismissed without prejudice as to "UNKNOWN PHARMACIES #1-100, UNKNOWN PHARMACISTS #1-100, UNKNOWN DRUG SUPPLIERS #1-25; and JOHN DOES #1-25," (collectively "Drug Source Defendants")(ECF No. 3877).  The parties were properly notified of their right to object and of the time limit for doing so. *Id.* at PageID 168477.  No party has objected and Plaintiffs have expressly consented to the dismissal.

Accordingly, the Court adopts the Report and Recommendations.  It is hereby ORDERED that the Drug Source Defendants be dismissed.  The Clerk shall enter judgment accordingly.

October 11, 2023.

 s/Edmund A. Sargus, Jr.
Edmund A. Sargus, Jr.
United States District Judge
